# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RECEIVED

2006 DEC -5  P 4: 45

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:06-CV-1081-MEF

| | |
|---|---|
| BETTY ANN BURKS, MITCHELL BURKS, | ) |
| TEMEKIA CALLOWAY, MARIE CHITTY, | ) |
| BARBARA ANN DARBY, TRACY A. DAVIS, | ) |
| LAURIE T. DELBRIDGE,KENNETH FORD, | ) |
| ALVIN FORTE, TERESA GLENN, | ) |
| GLORIA GULLETTE, JIMMY HAMILTON, | ) |
| ANNIE IVERY, TINESHA S. JACKSON, | ) |
| ANNIE R. JOHNSON, FELICIA LASETER, | ) |
| CHRISTOPHER LASTER, ANTONIO LINDSEY, | ) |
| ANTHONY B. MARCH, MARY MARCH, | ) |
| MARK A. MARSH, MONROE MCCALL, | ) |
| CHANDRA MCCRAY, DOROTHY A. MCNAIR, | )CASE NO: CV- |
| DENISE MCCRAY MITCHELL, | ) |
| BENJAMIN PHILLIPS, MARCUS TERRELL RICE, | ) |
| ERVIN SMITH, KENDRICK LANAN SPANN, | ) |
| ANTHONY STREETER, MARINE TILLER, | ) |
| ALBERT L. WILLIAMS JR., CHANDA YOUNG, | ) |
| MARY LEE ALLEN, PATSY ANGLIN, | ) |
| VIRGIINIA AVERY, CORA L. BAKER, | ) |
| LILLIE M. BANKS , MORRIS BANKS, | ) |
| TAJUANA BASKIN, TERESA A. BAXTER, | ) |
| ANNIE BEASLEY, JAMES C. BEDELL, | ) |
| KIMBERLY BEDELL, BETTY BIGGERS, | ) |
| KATINA BINION, TRACY BINION, | ) |
| DOROTHY A. BLACKMON, RENA BLACKMON, | ) |
| WILLIE MAE BLACKMON, MARCUS B. BLAIR, | ) |
| TASHEENA BONAPARTE, KAREN BOWENS , | ) |
| JEFFERY BROOKS, CHERANDA BROWN, | ) |
| DANYEL BROWN, LARRY BRYER, | ) |
| FELICIA BULLARD, PEARLINE BURKS, | ) |
| SHANNON BURKS, SHARON I. BUSH, | ) |
| BRENDA I. CALHOUN, MICHAEL  CANNON, | ) |
| ETHEL  CARTER, VERNETTE CARTER, | ) |
| BRENDA CHAMBERS, DASHAWN CLARK , | ) |
| TOWANDER COLEMAN, LATOYA CORBITT, | ) |
| MATTIE COTTON, BERTHA L. CRAYTON, | ) |
| ANTHONY T. CULVER, TIFFANY CUNNINGHAM | ) |
| LATONIA M. DAVIS , JOANN DENNARD, | ) |
| CHERRY A. DEVOSE, JENNIFER D. DIGGS, | ) |
| KAMILAH DUKES,  MICHELLE R. DUMAS, | ) |
| KATRINA FAVORS, CHANDA L. FERGUSON, | ) |
| REGINALD FLOYD, SALINTHA FOSTER, | ) |
| SHERVONNE FOSTER , NICHOLAS L. FREEMAN | ) |

MARY LINDA FRYER, RENATA FULLER,                              )
ELIZABETH GAINER, CAMILLE A. GIPSON                           )
CAROLYN CLANTON, TANGELA D. GLENN,                            )
WILLIE E. GLENN,ANNIE  T. GLOVER –PATRICK                     )
THOMAS GOSHA, NAKEISHA GRAVES,                                )
ALFONZO GREEN, SR., ANDREW GRIFFIN,                           )
KIMBERLY GRIFFIN, MINA L, GUICE,                              )
ROBERT A. HAMILTON, BRIAN HANKS,                              )
JAMES HARRIS, JR., DENISE  HARRIS WILSON                      )
LARRY HICKS, SHERWANDA HUMBERT                                )
WILLIE B. IVEY, ANDRE JACKSON,                                )
JOHNNY L. JACKSON, TERRANCE JASCKSON                          )
MOLINDA J. JACOBS , MONICA JAMES,                             )
ANNIE D. JENKINS, LAWANDA JOHNS,                              )
BRENDA JOHNSON, CEDRIC D. JOHNSON,                            )
DERINDA JOHNSON, EDGAR JOHNSON,                               )
FRANKIE JAMES JOHNSON,MICHAEL JOHNSON,  )
JENNIFER T. JOHNSON, NADINE JOHNSON ,                         )
TYWONDA D. JOHNSON, VANESSA JOHNSON,                          )
WILLIE JOHNSON JR., BESSIE JONES,                             )
BETTY JONES, BOBBY JONES,                                     )
LEMARIO JONES, LOTTIE JONES ,                                 )
PATRICIA JONES , COURTNEY JORDAN,                             )
CELICIA KELLEY, KENNETH  W. KELLEY,                           )
ARLEEN KENNEDY, SHIRLEY KENNEDY,                              )
TRACY KENNEDY, STEVEN L. KINCEY,                              )
EVELYN LAMPLEY, SERENDA LAMPLEY,                              )
EMILY LASETER, MARY ANN LAWRENCE,                             )
EDDIE LEWIS, LORENZO J. LEWIS JR.,                            )
BRENDA LIGHTNER SLATER, MARGIE B. LOHMAN)
CHRISTINA E. LYNN, ATRAVOUS MAHONE ,                          )
ELETHIA MARSHALL, REGINA MAYS,                                )
REGINA MAYS, DIANNE MCCLOUD,                                  )
JOSEPH MCCOY, GERTHA R. MCRAE,                                )
ANTHONY MCKINNON, RENNA MERRILL,                              )
SHAKERIA L. MOORE, MICHAEL MORRIS,                            )
DOROTHY MULKEY, TONY NEWMAN,                                  )
MARION NORRIS, KRISTA R. OLIVER                               )
GWENDOLYN OWENS , ANDRE PAIGE,                                )
JENNIFER PARHAM, JUANITA JONES PARHAM,                        )
SHAUNTE PARKER, VALERIE ELAINE PARKER,                        )
SHARON D. PARKMAN, ANTONIO L. PEARSON,                        )
OZELLA PERSON, MARQUITA PERSON,                               )
JOHNNIE MAE POSEY, CORETTA Y. REEVES,                         )
DINA REEVES, SHEILA REEVES,                                   )
CALVIN F. RICHARDSON JR., DENISE RICHARDSON)
LAURIE J. ROBINSON, MARGARET ROBINSON,                        )
MICHAEL ROBINSON, NETTIE J. RODGERS ,                         )

RANDY RODGERS, EARL R. ROGERS ,           )
ANGELA RUMPH, DORIS SANDERS ,             )
SAMUEL  A. SHABAZZ, ROSE D. SHAW,         )
REBECCA H. SHORTER, VIVIAN Y. SHORTER     )
GREGORY L. SINQUEFIELD, SLOANE SMITH,     )
THERESEA Y. STARLING, TIFFANY STARLING,   )
RODERICK STREETER, DESIREE STINSON,       )
TERRANCE  T, TENNILLE, BARBARA L. TEW,    )
HESTER M. THOMAS, LARRY THOMAS JR.,       )
TAMMY T. THOMAS, TORA THOMAS,             )
WANDA THOMAS , SHEMIECE THOMPKINS,        )
LILLIAN THOMPSON, BRANTLEY THORNTON,      )
SHEREEKIA V. THORNTON,                    )
 COURTNEY J. TOLBERT)                     )
CAROLYN A. TURNER, DORSEL TURNER,         )
ALLISON VAUGHN, ALFONZA WALKER,           )
MARQUITA WALKER, EDNA L. WALTON,          )
LAKESHIA E. WARREN, TARSHEKIA  WARREN,    )
DORNAL WHIGHAM, JOHN WHIGHAM,             )
PATRICIA WHIGHAM, GARY L. WHITE,          )
WENDY WHITE, BELINDA WILLIAMS,            )
BERTHA ANN WILLIAMS ,                     )
BOBBY LEE WILLIAMS,JR.,                   )
ELAINE WILLIAMS, KELLI WILLIAMS,          )
VERNIE WILLIAMS, WILLIE WILLIS,           )
MARY S. WRIGHT, BETTY J. YOUNG,           )
SANTIINIA YOUNG, SHAWANDA YOUNG           )
Plaintiffs,                               )
                                          )
           vs.                            )
                                          )
                                          )
EQUITY GROUP EUFAULA DIVISION, LLC .,     )
a Delaware Corporation doing business in  )
Alabama,                                  )
                                          )
           Defendant.                     )

## COMPLAINT

Plaintiffs, individually and on behalf of all others similarly situated ("Plaintiffs"),

by and through their counsel, for their Complaint against Defendant Equity Group, LLC.,

(collectively "Equity Group, LLC, Eufaula Division" or "Defendant"), seek to recover for

"Equity Group, LLC, Eufaula Division" violations of the Fair Labor Standards Act of 1938 (FLSA), 29 U.S.C. §§ 201 *et seq*., and hereby state and allege as follows:

## INTRODUCTION

1.      This is a representative action brought pursuant to FLSA § 216(b) by Plaintiffs on behalf of themselves and all other similarly situated current and former production employees "Equity Group, LLC, Eufaula Division" at its Baker Hill, Alabama facility, located in Barbour County, Alabama, for purposes of obtaining relief under the FLSA for unpaid wages, unpaid overtime wages, liquidated damages, costs, attorneys' fees, declaratory and/or injunctive relief, and/or any such other relief the Court may deem appropriate.

2.      "Equity Group, LLC, Eufaula Division" operates a chicken processing plant in Baker Hills , Alabama ("Baker's Hill  facility").  The complained of unlawful compensation system at issue in this Complaint has affected Defendant's present and former hourly production employees at this location.

3.      In *IBP, Inc. v. Alvarez,* 126 S. Ct. 514 (2005), the United States Supreme Court unanimously affirmed a ruling that IBP's wage and hour policies – those at issue in this case – violated the Fair Labor Standards Act of 1938 ("FLSA").

4.      "Equity Group, LLC, Eufaula Division" uniformly denies hourly wages and overtime premium pay to its employees, by requiring them to perform "off the clock" work.  "Equity Group, LLC, Eufaula Division" deliberate failure to pay employees earned wages and overtime compensation violates federal law as set out in the Fair Labor Standards Act.

5.      Plaintiffs perform multiple tasks, but are all victims to the same illegal policy and practice of failing to pay workers for all time worked, including unpaid, but

4

compensable break periods, unpaid hourly wage times and unpaid overtime premium wage times.

## JURISDICTION AND VENUE

6.     The FLSA authorizes court actions by private parties to recover damages for violation of the FLSA's wage and hour provisions.  Jurisdiction over Plaintiffs' FLSA claims is based upon 29 U.S.C. § 216(b) and 28 U.S.C. §§ 1331-37.

7.     Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) and (c), because "Equity Group, LLC, Eufaula Division",  does business in this district and a substantial part of the unlawful conduct giving rise to the claims occurred in this district.

## PARTIES

8.     Defendant, "Equity Group, LLC, Eufaula Division" ., is a Delaware corporation with its principal place of business in Alabama.

9.     Plaintiffs are current and former Equity Group, LLC employees who work(ed) at the "Equity Group, LLC, Eufaula Division", Baker Hill, Alabama  facility within the last three years, dating back to  **December 2, 2003**, and can be generally categorized herein as "First Processing" and "Second Processing" employees.

10.     First Processing generally includes those employees who work in an area of the plant where the product (chickens) is introduced into the plant and placed or hung on "the line" for killing, cleaning, disemboweling, and chilling.

11.     Second Processing generally includes those employees who work in an area of the plant where after the product has completed First Processing, it is further processed, prepared, cut-up, marinated, deboned, weighed, sized, packed, loaded on trucks, etc. for delivery to plant customers.

5

12.    Plaintiffs listed herein who primarily work in First Processing include: Betty Ann Burks, Mitchell Burks, Temekia Calloway, Marie Chitty , Barbara Ann Darby, Tracy A. Davis , Laurie T. Delbridge, Kenneth Ford , Alvin Forte, Teresa Glenn, Gloria Gullete, Jimmy Hamilton, Annie Ivery, Tinesha S. Jackson, Annie R. Johnson, Felicia Laseter, Christopher Laster, Antonio Lindsey, Leon Lyons , Anthony B. March, Mary March, Mark A. Marsh, Monroe Mccall, Chandra Mccray, Dorothy A. McNair , Denise McCray Mitchell, Benjamin Phillips, Marcus Terrell Rice, Ervin Smith, Kendrick Lanan Spann, Anthony Streeter, Marine Tiller, Albert L. Williams Jr., Chanda  Young.

13.    Plaintiffs listed herein who primarily work in Second Processing include: Mary Lee Allen, Patsy Anglin, Virginia Avery, Cora L. Baker, Lillie M. Banks, Morris Banks, Tajuana Baskin, Teresa A. Baxter, Annie Beasley, James C. Bedell, Kimberly Bedell, Bettye Biggers, Katina Binion, Tracy Binion,  Dorothy A. Blackmon, Rena Blackmon, Willie Mae Blackmon, Marcus B. Blair, Tasheena Bonaparte, Karen Bowens , Jeffery Brooks, Cheranda Brown, Danyel Brown, Larry Bryer, Felicia Bullard , Pearline Burks, Shannon Burks, Sharon L. Bush, Brenda L. Calhoun, Michael Cannon, Ethel Carter, Vernette Carter, Brenda Chambers, Dashawn Clark, Towander Coleman, Latoya Corbitt, Mattie Cotton, Bertha L. Crayton, Anthony T. Culver, Tiffany Cunningham, Latonia M. Davis, Joann Dennard, Cherry A. Devose, Jennifer D. Diggs, Kamilah Dukes, Michelle G. Dumas, Katrina Favors, Chanda L. Ferguson, Reginald Floyd, Salintha Foster, Shervonne Foster, Nicholas L. Freeman, Mary Linda Fryer, Renalta Fuller, Elizabeth Gainer, Camille A. Gipson, Carolyn Glanton, Tangela D. Glenn, Willie E. Glenn, Annie T. Glover-Patrick, Thomas Gosha, Nakeisha Graves, Alfonza Green, Sr., Andrew Griffin, Kimberly Griffin, Mina L. Guice, Robert A. Hamilton, Brian Hanks , James Harris Jr., Denise Harris Wilson, Larry Hicks, Sherwanda Humbert, Willie B.

6

Ivey, Andre Jackson, Johnny L. Jackson, Terrance Jackson, Molinda Jacobs, Monica

James, Annie D. Jenkins, Lawanda Johns, Brenda Johnson, Cedric D. Johnson, Derinda

Johnson, Edgar Johnson, Frankie James Johnson, Jennifer T. Johnson, Michael Johnson,

Nadine Johnson, Tywonda D. Johnson, Vanessa Johnson, Willie Johnson Jr., Bessie

Jones, Betty Jones, Bobby Jones, Lemario Jones, Lottie Jones, Patricia Jones, Courtney

Jordan, Celicia Kelley, Kenneth W. Kelley, Arleen Kennedy, Shirley Kennedy, Tracy

Kennedy, Steven L. Kincey, Evelyn Lampley, Serenda Lampley, Emily Laseter, Mary

Ann Lawrence, Eddie Lewis, Lorenzo J. Lewis Jr., Brenda Lightner Slater, Margie B.

Lohman, Christina E. Lynn, Artravous Mahone, Elethia Marshall, Regina Mays, Dianne

McCloud, Joseph Mccoy, Gertha R. Mcrae, Anthony Mckinnon, Rena Merrill, Shakeria

L. Moore, Michael Morris, Dorothy Mulkey, Tony Newman, Marion Norris, Krista R.

Oliver, Gwendolyn Owens , Andre Paige, Jennifer Parham, Juanita Jones Parham,

Shaunte Parker, Valerie Elaine Parker, Sharon D. Parkman, Antonio L. Pearson, Ozella

Person, Marquita Person, Johnnie Mae Posey, Coretta Y. Reeves, Dina Reeves, Sheila

Reeves, Calvin F. Richardson, Jr., Denise Richardson, Laurie J. Robinson, Margaret

Robinson, Michael Robinson, Nettie J. Rodgers, Randy Rogers, Earl R. Rogers , Angela

Rumph, Doris Sanders, Samuel A. Shabazz, Rose D. Shaw. Rebecca H. Shorter, Vivian

Y. Shorter, Gregory L. Sinquefield , Sloane Smith, Teresa Y. Starling, Tiffany Starling ,

Roderick Streeter, Desiree Stinson, Terrance T. Tennille, Barbara L. Tew, Hester M.

Thomas, Larry Thomas Jr., Tammy T. Thomas. Tora Thomas, Wanda Thomas, Shemiece

Thomkins, Lillian Thompson, Brantley Thornton, Shereekia V. Thornton, Courtney J.

Tolbert, Carolyn A. Turner, Dorsel Turner , Allison Vaughn, Alfonza Walker, Marquita

Walker, Edna L. Walton, Lakeisha E. Warren, Tarshekia Warren, Dornal Whigham, John

Whigham, Patricia Whigham, Gary L. White, Wendy White, Belinda Williams. Bertha

Ann Willaims, Bobby Lee Williams Jr., Elaine Williams, Kelli Willaims, Vernie Williams , Willie Willis, Mary S. Wright, Betty J. Young, Santinia Young, Shawanda Young.

14.     Plaintiffs are residents and domiciled in the State of Alabama.  Plaintiffs have concurrently filed their Consents to Become Party Plaintiffs pursuant to 29 U.S.C. § 216(b).  See Exhibit A.

## GENERAL ALLEGATIONS

15.     As an integral and indispensable part of Plaintiffs' jobs, Plaintiffs are required to pass through security when entering and leaving the facility.  Plaintiffs' are required to have their employment status verified and their arrival and departures documented as well as submit to searches of the person and personal possessions.  Plaintiffs aver they are not compensated for the time it takes security to clear them and allow them into the facility and the compensable time afterwards prior to the commencement of production .

16.     Plaintiffs go to a designated area to receive required clothing and/or personal protective equipment (PPE) that is required for the work to be performed.  The employees are required to don certain equipment before moving into the production areas.  The employees are required to perform washing activities associated with preparing for work in the production area.  And depending on whether the employee works in First Processing or Second Processing, the employee may be required to acquire special tools for the work to be performed.  During the course of this process, the employee then must walk a significant distance to arrive at the respective workstations on the line.

8

17.    When Plaintiffs leave the line for unpaid breaks or at the end of their shift, they again walk a considerable distance to their respective doffing area where they remove their personal protective equipment, wash or sanitize themselves, their personal protective equipment, sanitary clothing, and/or equipment or tools and return various clothes, personal protective equipment, equipment or tools to the proper areas.

18.    Defendant "Equity Group, LLC, Eufaula Division", owns and operates poultry facilities in Baker Hill, Alabama. The unlawful compensation system at issue in the Complaint has affected Defendant's former and present hourly production employees at this location.

19.    Under "Equity Group, LLC, Eufaula Division" ' wage compensation system, "Equity Group, LLC, Eufaula Division" pays Plaintiffs and others similarly situated employees only regularly scheduled time that they are  on the production assembly line or in production areas  under a system known as master time, master key, line time or gang time, collectively referred to herein as "master time".  Conversely, as a matter of policy and practice "Equity Group, LLC, Eufaula Division" does not pay its hourly employees for required pre-production line and post-production line activities that are necessary and integral to their overall employment responsibilities, such as the time it takes to clear security, donning and doffing protective and sanitary equipment, cleaning and sanitizing that equipment as well as themselves,  wait time associated with cleaning and sanitizing that equipment as well as themselves after completion of the first principal activity walking to and from security and the production line from their locker or dressing area  after already performing compensable activities,  and waiting in line to return required supplies, tools and other equipment needed for line activities.  In addition, "Equity Group, LLC, Eufaula Division" does not pay its employees for time spent

waiting at the line, prior to the line start up. Plaintiffs are required to report to duty before the start of the master time clock and required to continue work after the master time clock has stopped.

20.    During the course of the day, Plaintiffs are provided unpaid breaks requiring them to walk considerable distances where they remove sanitary clothing and personal protection equipment for their break. The remaining time allowed for the break is further shortened by the requirement for the employee to wash and sanitize, don his or her sanitary clothing and personal protection equipment and return to the workstation. Plaintiffs assert these unpaid breaks are compensable. Alternatively if the total unpaid break is not deemed compensable Plaintiffs allege they are owed compensation for the walk time prior to and after unpaid breaks, the time spent donning and doffing clothing and equipment pre and post break respectively, and the time spent washing and/or waiting to wash themselves and their equipment.

21.    Defendant deducts from Plaintiffs daily time worked, without regard for the actual time spent on break, two (2) uncompensated breaks of fixed duration.

22.    The time for which Plaintiffs and other similarly situated employees are paid is significantly less than the time they spend at work between the time they begin their integral, essential and indispensable work duties and the time they arrive at their workstations on the line. The work time for which Plaintiffs are not paid include, but are not limited to: (1) changing into the protective required work uniforms, sanitary clothing and protective safety equipment that can include, among other things (depending on the task and whether First or Second Processing): ear plugs, smocks, work pants and shirts; safety jump suits; safety boots; hair nets; face nets; hard hats; aprons; belts with holsters and knifes; and hand and arm protections; and (2) walking to and from the security,

10

changing areas, work areas and break areas; washing activities; and (3) breaks that are effectively compensable .

23.    The walking time for which Plaintiffs are not paid occurs after the beginning of the employee's first principal activity and before the end of the employee's last principal activity.

24.    The required protective work uniforms, sanitary clothing and protective safety equipment that Plaintiffs must wear, and for which they are not paid for donning and doffing times, is required "Equity Group, LLC, Eufaula Division", and/or by government regulation. Plaintiffs' jobs are dangerous and involve serious health and safety risks. The circumstances of Plaintiffs' jobs, including vital considerations of health and hygiene, require them to wear the protective work uniforms, sanitary clothing and protective safety equipment. These donning, doffing, washing activities, compensable unpaid breaks and walking duties all add up to a significant amount of time every day for which Plaintiffs and others similarly situated are not paid.

25.    In addition to depriving Plaintiffs and others similarly situated of hourly wages for compensable time pursuant to the FLSA, Defendant "Equity Group, LLC, Eufaula Division" failure to accurately account for and report all compensable time worked by the Plaintiffs and others similarly situated, and has deprived Plaintiffs and others similarly situated of what would otherwise be overtime pay, pursuant to the FLSA.

## COLLECTIVE ACTION ALLEGATIONS

26.    Plaintiffs bring Count I, the FLSA claim, as an "opt-in" collective action pursuant to 29 U.S.C. § 216(b). In addition to the claims of individually named Plaintiffs, Plaintiffs bring this action as representatives of all similarly situated former and current

employees of the Baker Hill facility. The potential class of "opt-in" employees can be defined as:

> All current and former hourly employees of Defendants who worked at the Baker Hill facility since **December 2, 2003**, and who were not paid for all the time spent performing compensable work-related tasks or legally compensable time, including, but not limited to authorized unpaid break times, donning and doffing times, washing activity times, time associated with passing through security check points and walking to changing areas and time walking to security and passing through security at the end of the day and walking times to and from break areas or donning and doffing areas, and including time compensable at regular hourly wages, as well as overtime pay for these employees.

27.     The FLSA claims may be pursued by those who opt-in to this case, pursuant to 29 U.S.C. § 216(b).

28.     Plaintiffs, individually and on behalf of other similarly situated employees, seek relief on a collective basis challenging, among other FLSA violations, Defendant's practice of failing to accurately record all hours worked and failing to pay employees for all hours worked, including overtime compensation.

29.     The number and identity of other Plaintiffs yet to opt-in and consent to be party Plaintiffs may be determined from the records of Defendant, and potential class members may easily and quickly be notified of the pendency of this action.

30.     On information and belief, the Baker Hill facility employs approximately 500 hourly wage employees who potentially have FLSA claims similar to the claims set out herein. Consequently, joinder of all collective action members in a single action is impracticable.

31.     Potential collective action members may be informed of the pendency of this class action through direct mail.

32.     There are questions of fact and law common to the class that predominates over any questions affecting only individual members. The questions of law and fact

common to the class arising from Defendant's actions include, without limitation, the

following:

a) Whether Plaintiffs were compensated for time spent clearing security and time spent walking from security to their changing areas and from changing areas to security;

b) Whether the security activities at issue are integral or indispensable to Defendant's business activities;

c) Whether Plaintiffs were compensated for time spent donning and doffing clothing and protective gear, washing, and walking to and from their job posts;

d) Whether the donning, doffing and washing activities at issue are integral or indispensable to Defendant's business activities;

e) Whether Plaintiffs were entitled to compensation for time spent donning and doffing, washing activity time, and walking time to and from "the line";

f) Whether Plaintiffs' donning, doffing, washing activity, and walking time is integral and indispensable to their principal activities;

g) Whether Defendant failed to pay employees for unpaid breaks that were effectively compensable.

h) Whether Defendant's compensation policy and practice accurately accounts for the time Plaintiffs are actually working;

i) Whether Defendant's compensation policy and practice is illegal;

j) Whether Defendant had a policy and practice of willfully failing to record and compensate employees for all time worked; and

k) Whether Defendant failed to accurately record all compensable time, resulting in a failure to compensate Plaintiffs and other similarly situated employees of regular hourly wages and overtime pay, in violation of Defendant's policies and procedures and the mandate of the FLSA.

33.    The questions set forth above predominate over any questions affecting

only individual persons, and a class action is superior with respect to considerations of

consistency, economy, efficiency, fairness and equity, to other available methods for the fair and efficient adjudication of the state law claims.

34.    The Collective Action Representatives' claims are typical of those of the similarly situated employees in that these employees have been employed in the same or similar positions as the Collective Action Representatives and were subject to the same or similar unlawful practices as the Collective Action Representatives.

35.    A collective action is the appropriate method for the fair and efficient adjudication of this controversy. Defendant has acted or refused to act on grounds generally applicable to the similarly situated current and former employees. The presentation of separate actions by individual similarly situated current or former employees could create a risk of inconsistent and varying adjudications, establish incompatible standards of conduct for Defendant, and/or substantially impair or impede the ability of Collective Action members to protect their interests.

36.    The Collective Action Representatives are adequate representatives of the similarly situated current and former employees because they are employees of the same processing plant and their interests do not conflict with the interests of the other similarly situated current and former employees they seek to represent. The interests of the members of the class of employees will be fairly and adequately protected by the Collective Action Representatives and their undersigned counsel, who have extensive experience prosecuting complex class action lawsuits.

37.    Maintenance of this action as a collective action is a fair and efficient method for the adjudication of this controversy. It would be impracticable and undesirable for each member of the collective action who suffered harm to bring a separate action. In addition, the maintenance of separate actions would place a

14

substantial and unnecessary burden on the courts and could result in inconsistent

adjudications, while a single collective action can determine, with judicial economy, the

rights of all collective action members.

**COUNT I**

**Violation of the Fair Labor Standards Act of 1938**

**(Brought Against Defendant by All Individually-Named Plaintiffs and on Behalf of All Others Similarly Situated)**

38.    Plaintiffs reassert and incorporate by reference paragraphs 1 through 37 as

set forth above as if fully restated herein.

39.    At all time material herein, Plaintiffs have been entitled to the rights,

protections, and benefits provided under the FLSA, 29 U.S.C. § 201 *et. seq.*

40.    The individually named Plaintiffs and all similarly situated employees are

victims of a uniform and facility-wide compensation policy and practice, in violation of

the FLSA.

41.    "Equity Group, LLC, Eufaula Division",  violated the FLSA by failing to

account for all compensable time of its employees that resulted in a failure to pay

Plaintiffs and others similarly situated for compensable hourly wages and overtime

premium pay.

42.    "Equity Group, LLC, Eufaula Division", violated the FLSA by failing to

pay for time donning and doffing essential required equipment, integral to the principle

work activity.

43.    "Equity Group, LLC, Eufaula Division",  failed to account for and pay for

time walking to and from the line to break areas and/or donning and doffing areas.

15

44.     "Equity Group, LLC, Eufaula Division", failed to account for and pay for time spent clearing security and for time walking to and from security to donning and doffing areas.

45.     "Equity Group, LLC, Eufaula Division", failed to account for and pay for time allocated as unpaid breaks.  In the alternative,  Equity Group, LLC, failed to pay for walk time to and from unpaid  break areas, time spent donning and doffing on unpaid breaks, and washing activities associated with  breaks.

46.     In perpetrating these unlawful practices, "Equity Group, LLC, Eufaula Division" has also willfully failed to keep accurate records for all of the time worked by its hourly employees.

47.     The FLSA regulates, among other things, the payment of overtime pay by employers whose employees are engaged in commerce, or engaged in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce.  29 U.S.C. § 207(a)(1).

48.     "Equity Group, LLC, Eufaula Division" was, and is, subject to the overtime pay requirements of the FLSA because it is an enterprise engaged in commerce and its employees are engaged in commerce.

49.     Section 13 of the FLSA, 29 U.S.C. § 213, exempts certain categories of employees from overtime pay obligations.  None of the FLSA exemptions apply to the Plaintiffs.  Accordingly, Plaintiffs must be paid overtime pay in accordance with the FLSA.

50.     "Equity Group, LLC, Eufaula Division" ' failure to accurately record compensable work time was willfully perpetrated.  "Equity Group, LLC, Eufaula Division" has not acted in good faith nor with reasonable grounds to believe its actions

16

and omissions were not a violation of the FLSA, and as a result thereof, Plaintiffs and other similarly situated employees are entitled to recover an award of liquidated damages in an amount equal to the amount of unpaid hourly wages and overtime premium pay described above pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b). Alternatively, should the Court find "Equity Group, LLC, Eufaula Division" did not act willfully in failing to pay all hourly wages and overtime premium pay wages, Plaintiffs and all similarly situated employees are entitled to an award of prejudgment interest at the applicable legal rate.

51.    As a result of the aforesaid willful violations of the FLSA's overtime provisions, overtime compensation has been unlawfully withheld by "Equity Group, LLC, Eufaula Division" from Plaintiffs for which Equity Group, LLC  is liable pursuant to 29 U.S.C.  § 216(b).

52.    Plaintiffs and all similarly situated employees are entitled to damages equal to the mandated overtime premium pay within the three years preceding the filing of this Complaint, plus periods of equitable tolling, because "Equity Group, LLC, Eufaula Division" acted willfully and knew, or showed reckless disregard of whether, its conduct was prohibited by the FLSA.

53.    Pursuant to FLSA, 29 U.S.C. § 216(b), successful Plaintiffs are entitled to reimbursement of the costs and attorney's fees expended in successfully prosecuting an action for unpaid wages and overtime wages.

WHEREFORE, it is respectfully prayed that this Court grant to the Plaintiffs the following relief:

a) At the earliest possible time, issue an Order allowing Notice or issue such Court supervised Notice to all similarly situated current and former

17

"Equity Group, LLC, Eufaula Division" hourly employees (working at the "Equity Group, LLC, Eufaula Division" , Baker Hill, Alabama  location in the last three years) of this action and their rights to participate in this action.  Such Notice shall inform all similarly situated current and qualified former employees of the pendency of this action, the nature of this action, and of their right to "opt in" to this action if they worked "off the clock" for times not paid, including time that may be paid at overtime rates.

b)  Issue an Order, pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, declaring that Defendant "Equity Group, LLC, Eufaula Division" actions, as described in the Complaint, are unlawful and in violation of the FLSA and applicable regulations and are and were willful as defined in the FLSA;

c)  Issue an Order directing and requiring Defendant "Equity Group, LLC, Eufaula Division" to pay Plaintiffs and all other similarly situated employees damages in the form of reimbursement for unpaid hourly and premium overtime wages (past and future) for all time spent performing compensable work for which they were not paid pursuant to the rate provided by the FLSA;

d)  Issue an Order directing and requiring "Equity Group, LLC, Eufaula Division" to pay Plaintiffs and all other similarly situated employees liquidated damages pursuant to the FLSA in an amount equal to, and in addition to the amount of wages and overtime wages owed to them;

18

e)  Issue and Order directing Defendant "Equity Group, LLC, Eufaula

Division" to reimburse Plaintiffs and other similarly situated employees

for the costs and attorneys fees expended in the course of litigating this

action, pre-judgment and post-judgment interest;

f)  Provide Plaintiffs with such other and further relief, as the Court deems

just and equitable.

### DEMAND FOR JURY TRIAL

All Plaintiffs hereby request trial by jury of all issues liable by jury under

Alabama and federal law.

Respectfully submitted this the _1st_ day of _December_ 2006.


**COCHRAN, CHERRY, GIVENS,**
**SMITH, LANE & TAYLOR, P.C.**


**JOSEPH D. LANE (LAN049)**
**LANCE H. SWANNER (SWA013)**
**SAMUEL A. CHERRY, JR., (CHE008)**
**BERNARD  D.  NOMBERG  (NOM002)**

Attorney for Plaintiffs
163 West Main Street
P.O. Box 927
Dothan, AL 36302
(334) 793-1555
(334) 793-8280 (fax)


Defendant may be served at:
The Corporation Company
o/b/o Equity Group, LLC, Eufaula Division – Baker Hill Plant
2000 Interstate Park Drive Ste 204
Montgomery, AL  36109

# EXHIBIT

# A

## Equity Group, LLC - Baker Hill, AL
### 1ˢᵗ Processing

Betty Ann Burks, Mitchell Burks, Temekia Calloway, Marie Chitty, Barbara Ann Darby, Tracy A. Davis, Laurie T. Delbridge, Kenneth Ford, Alvin Forte, Teresa Glenn, Gloria Gullette, Jimmy Hamilton, Annie Ivery, Tinesha S. Jackson, Annie R. Johnson, Felicia Laseter, Christopher Laster, Antonio Lindsey, Leon Lyons, Anthony B. March, Mary March, Mark A. Marsh, Monroe McCall, Chandra McCray, Dorothy A. McNair, Denise McCray Mitchell, Benjamin Phillips, Marcus Terrell Rice, Ervin Smith, Kendrick Lanan Spann, Anthony Streeter, Marine Tiller, Albert L. Williams Jr., Chanda Young

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Betty Ann Burks_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ~~Charter Pokphand (USA) Inc.~~ _Equity Group, LLC a_ at
the facility located in _Bateshill, AL_ . I worked at this location from
[Name of plant]
_12-3-1998_ to _Present_ .
[Date]          [City/State]
[Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
employees at the ~~Charter Pokphand (USA) Inc~~ _Equity Group, LLC a_ plant in _Bateshill AL_ , and
[Name of Plant]          [City/State]
possibly other plants owned by ~~Equity Group Entrate~~ .  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _2_ day of _Oct_ , 2006.

_Betty Ann Burks_
[PRINT NAME]

_Betty Ann Burks_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mitchell Burks_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula la LLC ℗_ at
[Name of plant]
the facility located in _Baker hill AL,_ _D.v NC_. I worked at this location from
[City/State]
_4-29-2002_ to _Present_.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
_Equity Group LLC ℗_
employees at the _Chattanooga plant_ plant in _Baker hill AL/Al_, and
[Name of Plant]        _Equity Group Eufaula_   [City/State]
possibly other plants owned by _LLC D. Vie_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _2_ day of _OCT_, 2006.


_Mitchell Burks_                          _Mitchell Burks_
**[PRINT NAME]**                          **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Temekia Calloway_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Bakerhill AL_ . I worked at this location from _May 26 03_ to _Present_ .
[Name of plant]   [City/State]   [Date]   [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill Al_ , and possibly other plants owned by _Equity Group, LLC_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]   [City/State]   [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15th_ day of _Oct_ , 2006.

_Temekia Calloway_              _Temekia Calloway_
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Marie Chitty_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Food Group LLC AO ~~Eneyst~~_ at
the facility located in _Bakerhill Ala_.  I worked at this location from
[Name of plant]
[City/State]
_July 1999_ to _Present_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Food Group, LLC AO ~~Hudson~~_ plant in _Baker hill Ala._, and
[Name of Plant]
[City/State]
possibly other plants owned by _Equity Food Corop, LLC AO ~~Hudson~~_ brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _20th_ day of _Sept._, 2006.

_Marie Chitty_
[PRINT NAME]

_Marie Chitty_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

__Barbara Ann Darby__ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Keystone Foods__ Equity Group, LLC  at the facility located in __Baker Hill, AL__ . I worked at this location from
[Name of plant]
[City/State]
__07/31/2000__ to __Present__ .
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Equity Group, LLC __Keystone Foods__ plant in __Baker Hill, AL__ and possibly other plants owned by __Keystone Foods__ Equity Group, LLC If brought as a class
[Name of Plant]           [City/State]
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __6__ day of __November__, 2006.

__Barbara Ann Darby__                         __Barbara Ann Darby__
[PRINT NAME]                                  [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tracy A. Davis_ _____ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ AA at
      the facility located in _Baker Hill Al._ . I worked at this location from
                              [City/State]
      _04-19-2004_ to _Aug-17-2006_ .
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the _Equity Group, LLC_ AA plant in _Baker Hill Al._ , and
                       [Name of Plant]                    [City/State]
      possibly other plants owned by _Keystone   Equity Group LLC_ . If brought as a class
                                      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _12_ day of _September_, 2006.


_Tracy A. Davis_ _____          _Tracy A. Davis_ (signature)
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Laurie T. Delbridge_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ _and_ ~~Keystone Food~~ at
      the facility located in _Bakerhill, AL_ . I worked at this location from
      [Name of plant]
      _Jun. 16, 03_ to _Apr. 14, 06_ .
      [Date]         [Date, or if still working write "present"]
      [City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      _Equity Group, LLC and_
      employees at the ~~Keystone Food~~ plant in _Bakerhill AL_ , and
      [Name of Plant]                            [City/State]
      possibly other plants owned by _Equity Group, LLC and_ ~~Keystone Food~~. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _23_ day of _Sep._ , 2006.

_Laurie T. Delbridge_               _Laurie J. Delbridge_
**[PRINT NAME]**                    **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kenneth Ford_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone~~ Equity Group, LLC Ao at
the facility located in Baker Hill, AL . I worked at this location from
03|09|01 to present .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ~~Keystone~~ Equity Group LLC Ao plant in Baker Hill, AL and
[Name of Plant]                                          [City/State]
possibly other plants owned by ~~Keystone~~ Equity Group LLC Ao . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 03 day of november, 2006.

_Kenneth Ford_
[PRINT NAME]

_Kenneth Ford_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alvin Yorte_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Equity Group, LLC_ at
the facility located in _Bakerhill AL_ [Name of plant]. I worked at this location from
_04/07/2004_ to _06/2006_.
[Date]                [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakehill, AL_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _October_, 2006.

_Alvin Forte_
**[PRINT NAME]**

_Alvin Forte_
**[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Teresa Glenn _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group-Eufaula, LLC no, at
the facility located in Bakerhill, AL. I worked at this location from
10 05 98 to present.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Equity Group-Eufaula plant in Bakerhill, AL, and
[Name of Plant]                                    [City/State]
possibly other plants owned by Equity Group-Eufaula, If brought as a class
[Name of Plant]
LLC no
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 28 day of Sept, 2006.

TERESA. GLENN _____        Teresa. Glenn _____
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Gloria D. Gullette_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity ~~Food~~ Group Division of Eufaula_ at _uc_
      [Name of plant]
      the facility located in _Baker Hill, Al 36027_. I worked at this location from
      [City/State]
      _1-19-04_ to _present_.
      [Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity ~~Food~~ Group Division Eufaula_ plant in _Baker Hill, Al_, and
      [Name of Plant]                                          [City/State]
      possibly other plants owned by _Keystone - Equity ~~Food Group~~ Division LLC AD_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26th_ day of _September_, 2006.

_Gloria Gullette_
[PRINT NAME]

_Gloria Gullette_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

X _Jimmy Hamilton_ _____ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ _at Keystone Foods_ at
      [Name of plant]
      the facility located in _Bakerhill Alabama_. I worked at this location from
      [City/State]
      _October 2, 2003_ to _Present_ _____.
      [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      _Equity Group, LLC_
      employees at the _Keystone Foods_ plant in _Bakerhill Alabama_, and
      [Name of Plant]                              [City/State]
      possibly other plants owned by _Equity Group, LLC Keystone Foods_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the 14th day of _Oct_ ____, 2006.


X _Jimmy Hamilton_ _____
**[PRINT NAME]**

X _Jimmy Hamilton_ _____
**[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Annie G. Ivery_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Keystone Equity Group_ at LLC
    [Name of plant]
    the facility located in _Bakerhill, AL_. I worked at this location from
    [City/State]
    _8/05_ to _9/06_.
    [Date]     [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group, LLC_ plant in _Bakerhill, AL_, and possibly other plants owned by _Keystone Equity Group, LLC_ If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _7_ day of _Oct._, 2006.

_Annie G. Ivery_
[PRINT NAME]

_Annie Ivery_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tinesha  S. Jackson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, Eufaula LLC AL_ at [Name of plant] the facility located in _Bakerhill, AL_. I worked at this location from [City/State] _05/09/04_ to _04/29/06_. [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group-Eufaula LLC AL_ plant in _Bakerhill, AL_, and [Name of Plant] [City/State] possibly other plants owned by _Equity Group-Eufaula LLC AL_ brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _06_ day of _October_, 2006.

_Tinesha S. Jackson_
[PRINT NAME]

_~Tinesha S. Jackson_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:     CLERK OF THE COURT AND COUNSEL OF RECORD**

Annie Johnson _____ states the following:
[Print Name]

1.      I am over 18 years of age and competent to give the following consent in this matter.

2.      I am currently, or was formerly employed, by Equity Group, LLC as at
Bakerhill, AL                                        [Name of plant]
the facility located in Eufala AL. I worked at this location from
10-28-04 to present.
[Date]            [Date, or if still working write "present"]

3.      I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.      I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.      I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.      I understand that this suit may be brought as a class action covering employees at the Equity Group in Eufala AL, and
[Name of Plant]        [City/State]
possibly other plants owned by Equity Group, LLC as if brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 29 day of Sept. , 2006.

ANNIE R. JOHNSON _____         Annie R. Johnson _____
**[PRINT NAME]**                              **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Felicia Laseter_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill, AL_. I worked at this location from
_Oct 31 2001_ to _Present_ .
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group LLC_ plant in _Bakerhill, AL_ , and possibly other plants owned by _Equity Group LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _Nov_ , 2006.

_Felicia Laseter_ _____
**[PRINT NAME]**

_Felicia Laseter_ _____
**[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Christopher M. Laster_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Equity Group, LLC__ ~~Keystone~~ at the facility located in _Bakerhill, Al_ . I worked at this location from
[Name of plant]                    [City/State]
_June 17, 2003_ to ___Present___ .
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ~~Keystone~~ _Equity Group, LLC_ plant in _Bakerhill, Al_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by ~~Keystone~~ _Equity Group LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18_ day of _Oct._ , 2006.

_Christopher M. Laster_
**[PRINT NAME]**

_____
**[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____ *Antonio Lindsey* _____ states the following:
        [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___*Equity Group, LLC as* ~~*Keystone Foods*~~ at
      [Name of plant]
      the facility located in _*Baker Hill, AL*____. I worked at this location from
      [City/State]
      *Jan 23, 2006* to *April 29, 2006*___.
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering *Equity Group, LLC as* employees at the ~~*Keystone Foods*~~ plant in *Baker Hill, AL*___, and
      [Name of Plant]                          [City/State]
      possibly other plants owned by ~~*Keystone Foods*~~ *Equity Group LLC as* If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

       DATED the *16th* day of *October*, 2006.


*Antonio Lindsey*                          *Antonio Lindsey*
[PRINT NAME]                               [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Leon Lyons _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone Foods~~ Equity Group, LLC at
      [Name of plant]
      the facility located in Baker Hill, AL . I worked at this location from
      [City/State]
      11/19/2002 to present .
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      Equity Group, LLC
      employees at the ~~Keystone Foods~~ plant in Baker Hill, AL , and
      [Name of Plant]                          [City/State]
                                    Equity Group, LLC
      possibly other plants owned by ~~Keystone Foods~~ If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 28th day of October , 2006.

LEON LYONS
[PRINT NAME]

Leon Lyons
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Anthony B. March_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula, LLC_ ~~Charoen Pokphand~~ at
      [Name of plant]
      the facility located in _Bakerhill AL_ . I worked at this location from
      [City/State]
      _7-23-2001_ to _Present_ .
      [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
      and post-production time activities from my employer.  I also understand that
      the lawsuit may seek recovery for unpaid production time.  I understand that
      the suit is brought pursuant to both federal law and applicable state statutes,
      if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
      settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the _Equity Group, LLC_ plant in _Bakerhill AL_ , and
                       [Name of Plant]                   [City/State]
      possibly other plants owned by _Equity Group_ . If brought as a class
                                     [Name of Plant]         LLC
      action under either federal or state law, I agree to be a named Plaintiff in such
      class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _13_ day of _Oct_ , 2006.


_Anthony B March_                    _Anthony B March_
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary March_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Key Stone_ Equity Group, LLC at the facility located in _Bo Vehill Al_. I worked at this location from
[Name of plant]
[City/State]
_8/20/98_ to _3/24/04_.
[Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Key Stone_ Equity Group, LLC plant in _Bo Vehill Al_, and
[Name of Plant]                         [City/State]
possibly other plants owned by _Key Stone_ Equity Group, LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5_ day of _Oct._, 2006.

_Mary March_ _____
[PRINT NAME]

_Mary March_ _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mark A. Marsh_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group, LLC ao Keystone Foods_ at the facility located in _Bakerhill, GA_. I worked at this location from _04|18|05_ to _7|16|05_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that _↓Equity Group, LLCao_ this suit may be brought as a class action, covering employees at the _Keystone Foods_ plant in _Bakerhill, AL_, and [Name of Plant] [City/State] possibly other plants owned by _Equity Group, LLC ao Keystone Foods_ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _October_, 2006.

_MARK A. MARSH_
[PRINT NAME]

_Mark A. Marsh_
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Monroe McCall_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ ~~Keystone~~ _Equity Group, LLC as_ at the facility located in _Bakerhill, AL_ [Name of plant]. I worked at this location from [City/State] _May 2000_ to _Jan 2006_. [Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone_ ↓_Equity Group, LLC as_ plant in _Bakerhill, AL_, and [Name of Plant] [City/State] possibly other plants owned by _Keystone_ _Equity Group, LLC_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19_ day of _October_, 2006.


_Monroe McCall_
**PRINT NAME**

_Monroe McCall_
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Chandra McCray_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Charoen Pokphand_ at Equity Group LLC ao
the facility located in _Eufaula, AL_ . I worked at this location from
[Name of plant]     Bakerhill ao
_06/01/04_ to _08/01/04_ .
[Date]              [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Charoen Pokphand_ plant in _Eufaula, AL_ , and
[Name of Plant]  Equity Group, LLC ao   [City/State]   Bakerhill ao
possibly other plants owned by _Charoen Pokphand_ . If brought as a class
[Name of Plant]  Equity Group, LLC
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _October_ , 2006.

_Chandra Mccray_ _____          _Chandra Mccray_ _____
[PRINT NAME]                     [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dorothy A. McNair_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by ~~Charoen Pokphand~~ Equity Group, LLC at
[Name of plant]
the facility located in **Baker Hill, AL**. I worked at this location from
[City/State]
**03/2003** to **07/23/2004**.
[Date]      [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering
Equity Group, LLC
employees at the ~~Charoen Pokphand~~ plant in **Baker Hill, AL**, and
[Name of Plant]                              [City/State]
possibly other plants owned by ~~Charoen Pokphand~~ Equity Group, LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the **6** day of **November**, 2006.

_Dorothy A. McNair_
[PRINT NAME]

_Dorothy d. McNair_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Denise McCray Mitchell_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC_ at
[Name of plant]
the facility located in _Bakerhill, AL_. I worked at this location from
[City/State]
_04/05_    to    _05/06_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
_Equity Group, LLC_
employees at the _Keystone_ plant in _Bakerhill, AL_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Keystone_ _Equity Group, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _September_, 2006.

_DENISE McCray Mitchell_
[PRINT NAME]

_Denise McCray Mitchell_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Benjamin Phillips_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill, Al._ . I worked at this location from _5/15/2000_ to _Present_ .
[Name of plant]    [City/State]    [Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill Al._ , and possibly other plants owned by _Equity Group LLC_ If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]    [City/State]    [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23rd_ day of _Oct_ , 2006.

_Benjamin Phillips_
[PRINT NAME]

_Benjamin Phillips_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Marcus Terrell Rice_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was <u>formerly</u> employed, by ~~Choreon Perkpard~~ Equity Group, LLC ao __ at
[Name of plant]
the facility located in _Baker Hill AL_. I worked at this location from
[City/State]
_9/8/98_ to _1/21/04_.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that Equity Group, LLC ao this suit may be brought as a class action covering employees at the ~~Choreon Perkpard~~ plant in _Baker Hill AL_, and [Name of Plant]     [City/State]
possibly other plants owned by ~~Choreon Perkpard~~ Equity Group, LLC ao If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _September_, 2006.

_Marcus Terrell Rice_____         _Marcus Terrell Rice_____
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Ervin Smith_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Equity Group, LLC ao Keystone___ at
[Name of plant]
the facility located in ___Baker Hill AL___ I worked at this location from
[City/State]
___AUG 1997___ to ___Present___.
[Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ___Equity Group, LLC ao Keystone___ plant in ___Baker Hill AL___, and
[Name of Plant]                    [City/State]
possibly other plants owned by ___Equity Group, LLC ao Keystone___. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the ___16___ day of ___October___ 2006.

___Ervin Smith___          ___Ervin Smith___
[PRINT NAME]                [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Kendrick L Spann _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group Eufeula Div, LLC at the facility located in Baker Hill AL ___. I worked at this location from
[City/State]  [Name of plant]
November 2001 _____ to September 7, 2006 _____.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Equity Group Eufeula, LLC plant in Baker Hill AL ___, and
[Name of Plant]                              [City/State]
possibly other plants owned by Equity Group, LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 29 day of September, 2006.

Kendrick L Spann _____        Kendrick Lamar Spann
[PRINT NAME]                     [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Anthony D. Streeter_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone Food's~~ Equity Group, LLC a₀ at
the facility located in _Bakerhill Alabama_. I worked at this location from
[Name of plant]
_3/8/2004_ to _9/15/2004_ .
[Date]          [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the ~~Keystone Food's~~ Equity Group, LLC a₀ plant in _Bakerhill AL_ , and
[Name of Plant]                                              [City/State]
possibly other plants owned by ~~Keystone Food's~~ Equity Group, LLC a₀. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __1__ day of _October_, 2006.

_Anthony Streeter_
[PRINT NAME]

_Anthony Streeter_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:     CLERK OF THE COURT AND COUNSEL OF RECORD**

_Marine Tiller_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Charoen Pokphand~~ Equity Group, LLC ao (USA) Inc at the facility located in _Baker Hill, Al. AlA_ . I worked at this location from
[City/State]
_1-16-2001_ to _8-18-2004_ .
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that ↓ this suit may be brought as a class action covering Equity Group, LLC ao
employees at the ~~Charoen Pokphand~~ plant in _Baker Hill, AlA_ , and
[Name of Plant]                      [City/State]    AL
possibly other plants owned by ~~Charoen Pokphand~~ Equity Group, LLC ao If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _9_ , 2006.


_Marine Tiller_                         _Marine Tiller_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Albert L Williams Jr_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Charron Pok Phand/Kfood~~ Equity Group, LLC at
      [Name of plant]
      the facility located in _Baker Hill  Ala._ .  I worked at this location from
      [City/State]
      _March 2004_____ to _June 2005_____ .
      [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
      and post-production time activities from my employer.  I also understand that
      the lawsuit may seek recovery for unpaid production time.  I understand that
      the suit is brought pursuant to both federal law and applicable state statutes,
      if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
      settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the ~~Charron Pok Phand/Kfood~~ Equity Group, LLC plant in _Baker Hill  Ala._ , and
      [Name of Plant]                        [City/State]
      possibly other plants owned by ~~Charron Pok Phand/Kfood~~ Equity Group, LLC If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such
      class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _10_ day of _October___, 2006.


_Albert L. Williams Jr_____          _Albert L. Williams Jr._____
[PRINT NAME]                            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Chanda Young_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ Equity Group, LLC₂₀ at [Name of plant] the facility located in _Baker Hill AL_. I worked at this location from [City/State] _08/03_ to _present_. [Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering ↓ Equity Group, LLC₂₀ employees at the _Keystone_ plant in _Baker Hill, AL_, and [Name of Plant]    [City/State] possibly other plants owned by _Keystone_ Equity Group, LLC₂₀ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1_ day of _Nov._, 2006.

_Chanda Young_
[PRINT NAME]

_Chanda Young_
[SIGN NAME]

## Equity Group, LLC - Baker Hill, AL
## 2nd Processing

Mary Lee Allen, Patsy Anglin, Virginia Avery, Cora L. Baker, Lillie M. Banks, Morris Banks, Tajuana Baskin, Teresa A. Baxter, Annie Beasley, James C. Bedell, Kimberly Bedell, Bettye Biggers, Katina Binion, Tracy Binion, Dorothy A. Blackmon, Rena Blackmon, Willie Mae Blackmon, Marcus B. Blair, Tasheena Bonaparte, Karen Bowens, Jeffery Brooks, Cheranda Brown, Danyel Brown, Larry Bryer, Felicia Bullard, Pearline Burks, Shannon Burks, Sharon L. Bush, Brenda L. Calhoun, Michael Cannon, Ethel Carter, Vernette Carter, Brenda Chambers, Dashawn Clark, Towander Coleman, Latoya Corbitt, Mattie Cotton, Bertha L. Crayton, Anthony T. Culver, Tiffany Cunningham, Latonia M. Davis, Joann Dennard, Cherry A. Devose, Jennifer D. Diggs, Kamilah Dukes, Michelle R. Dumas, Katrina Favors, Chanda L. Ferguson, Reginald Floyd, Salintha Foster, Shervonne Foster, Nicholas L. Freeman, Mary Linda Fryer, Renata Fuller, Elizabeth Gainer, Camille A. Gipson, Carolyn Glanton, Tangela D. Glenn, Willie E. Glenn, Annie T. Glover-Patrick, Thomas Gosha, Nakeisha Graves, Alfonza Green Sr., Andrew Griffin, Kimberly Griffin, Mina L. Guice, Robert A. Hamilton, Brian Hanks, James Harris Jr., Denise Harris Wilson, Larry Hicks, Sherwanda Humbert, Willie B. Ivey, Andre Jackson, Johnny L. Jackson, Terrance Jackson, Molinda J. Jacobs, Monica James, Annie D. Jenkins, Lawanda Johns, Brenda Johnson, Cedric D. Johnson, Derinda Johnson, Edgar Johnson, Frankie James Johnson, Jennifer T. Johnson, Michael Johnson, Nadine Johnson, Tywonda D. Johnson, Vanessa Johnson, Willie Johnson Jr., Bessie Jones, Betty Jones, Bobby Jones, Lemario Jones, Lottie Jones, Patricia Jones, Courtney Jordan, Celicia Kelley, Kenneth W. Kelley, Arleen Kennedy, Shirley Kennedy, Tracy Kennedy, Steven L. Kincey, Evelyn Lampley, Serenda Lampley, Emily Laseter, Mary Ann Lawrence, Eddie Lewis, Lorenzo J. Lewis Jr., Brenda Lightner Slater, Margie B. Lohman, Christina E. Lynn, Artavous Mahone, Elethia Marshall, Regina Mays, Dianne McCloud, Joseph McCoy, Gertha R. McCrae, Anthony McKinnon, Renna Merrill, Shakeria L. Moore, Michael Morris, Dorothy Mulkey, Tony Newman, Marion Norris, Krista R. Oliver, Gwendolyn Owens, Andre Paige, Jennifer Parham, Juanita Jones Parham, Shaunte Parker, Valerie Elaine Parker, Sharon D. Parkman, Antonio L. Pearson, Ozella Person, Marquita Person, Johnnie Mae Posey, Corretta Y. Reeves, Dina Reeves, Sheila Reeves, Calvin F. Richardson Jr., Denise Richardson, Laurie J. Robinson, Margaret Robinson, Michael Robinson, Nettie J. Rodgers, Randy Rodgers, Earl R. Rogers, Angela Rumph, Doris Sanders, Samuel A. Shabazz, Rose D. Shaw, Rebecca H. Shorter, Vivian Y. Shorter, Gregory L. Sinquefield, Sloane Smith, Thersea Y. Starling, Tiffany Starling, Roderick Streeter, Desiree Stinson, Terrance T. Tennille, Barbara L. Tew, Hester M. Thomas, Larry Thomas Jr., Tammy T. Thomas, Tora Thomas, Wanda Thomas, Shemiece Thompkins, Lillian Thompson, Brantley Thornton, Shereekia V. Thornton, Courtney J. Tolbert, Carolyn A. Turner, Dorsel Turner, Allison Vaughn, Alfonza Walker, Marquita Walker, Edna L. Walton, Lakeshia E. Warren, Tarshekia Warren, Dornal Whigham, John Whigham, Patricia Whigham, Gary L. White, Wendy White, Belinda Williams, Bertha Ann Williams, Bobby Lee Williams Jr., Elaine Williams, Kelli Williams, Vernie Williams, Willie Willis, Mary S. Wright, Betty J. Young, Santinia Young, Shawanda Young

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary Allen_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Barkerhill, Al_. I worked at this location from
[Name of plant]
[City/State]
_3/1/06_ to _present_.
[Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Barkerhill, Al_, and
[Name of Plant]
[City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _Nov._, 2006.

_Mary Lee Allen_                    _Mary Lee Allen_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Patsy Anglin_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone~~ Equity Group, LLC. at the facility located in _Baker Hill, AL_ I worked at this location from
[Name of plant]                                     [City/State]
_June 2005_ to _Aug. 2005_ .
[Date]                  [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ~~Keystone~~ Equity Group, LLC. plant in _Baker Hill, AL_ , and
[Name of Plant]                                        [City/State]
possibly other plants owned by ~~Keystone~~ Equity Group, LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _Oct_ , 2006.

_Patsy Anglin_
[PRINT NAME]

_Patsy Anglin_
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Virginia ann Avery_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group Eufaula Division_ at _keystone foods_ , LLC
     [Name of plant]
     the facility located in _Baker Hill, Ala_ .   I worked at this location from
     [City/State]
     _11/03_      to _5/05_ .
     [Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.   I also understand that the lawsuit may seek recovery for unpaid production time.   I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula Division_ plant in _Baker Hill Ala_ , and
     [Name of Plant]                                [City/State]
     possibly other plants owned by _Equity Group Eufaula Div._ If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _Oct_ , 2006.

_Virginia Avery_
[PRINT NAME]

_Virginia Avery_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Cora L Baker_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group LLC (Keystone)_ at
the facility located in _Bakerhill, Alabama_.   I worked at this location from
[Name of plant]
_07-26-06_____ to _____ _Present_____.
[Date]                              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.   I also understand that the lawsuit may seek recovery for unpaid production time.   I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group L.L.C. Keystone_ plant in _Bakerhill, Alabama_, and
[Name of Plant]                                          [City/State]
possibly other plants owned by _Keystone    Equity Group LLC_.   If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _September_, 2006.

_Cora L Baker_____          _Cora L. Baker_____
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lillie M. Banks_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group, LLC_ ~~Keystone~~ at
    [Name of plant]
    the facility located in _Bakerhill, AL._ . I worked at this location from
    [City/State]
    _Feb. 15th 2005_ to _April 23 2005_ .
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering _Equity Group, LLC_
    employees at the ~~Keystone~~ plant in _Bakerhill, AL._ , and
    [Name of Plant]                [City/State]
    possibly other plants owned by _Equity Group, LLC_ ~~Keystone~~ . If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16th_ day of _Sept._ , 2006.


_Lillie M. Banks_
[PRINT NAME]

_Lillie M. Banks_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Morris Banks_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group LLC_ at
the facility located in _Baker Hill AL_ . I worked at this location from
[Name of plant]
_8-15-06_ to _3-7-06_ .
[Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Keystone_ Equity Group, LLC plant in _Baker Hill AL_ , and
[Name of Plant]                              [City/State]
possibly other plants owned by _Keystone Equity Group, LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _Oct._ , 2006.

_Morris Banks_
[PRINT NAME]

_Morris Banks_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tajuana Baskin_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone~~ _Equity Group, LLC_ at the facility located in ~~Eufaula, AL~~ _Bakerhill_ _AL_. I worked at this location from _____ _1 05_ _____ to _____ _02 10 06_ _____.
      [Date]                    [Date, or if still working write "present"]
      _Bakerhill_  _AL_
      [City/State]
      [Name of plant]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ~~Keystone~~ _Equity Group, LLC_ plant in ~~Eufaula, AL~~ _Bakerhill, AL_, and possibly other plants owned by ~~Keystone~~ _Equity Group, LLC_. If brought as a class
      [Name of Plant]                    [City/State]
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _03_ day of _October_, 2006.


_Tajuana Baskin_ _____
[PRINT NAME]

_Tajuana Baskin_ _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Teresa A. Baxter_ _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Bakerhill, AL_ . I worked at this location from _07|18|05_ to _present_ .
   [Date]          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill, AL_ , and
   [Name of Plant]                    [City/State]
   possibly other plants owned by _Equity Group LLC_ . If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _06_ day of _October_ , 2006.

_Teresa Ann Baxter_ _____          _Teresa A. Baxter_ _____
[PRINT NAME]                            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Annie Lee Beasley_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Bakerhill, AL_.    I worked at this location from
[City/State]
_1/31/2000_    to    _Present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Equity Group, LLC_ plant in _Bakerhill, AL_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Equity Group, LLC_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23rd_ day of _Sept._, 2006.


_Annie Beasley_
[PRINT NAME]

_Annie Beasley_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

James C. Bedell _____ states the following:
        [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group LLC at
      the facility located in Baller Hill, AL. I worked at this location from
                                    [City/State]
      5/05 _____ to _____ present _____.
        [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime. yes

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court. yes

6.    I understand that this suit may be brought as a class action covering employees at the Equity Group plant in Balcerhill Ala, and
                              [Name of Plant]                    [City/State]
      possibly other plants owned by Equity Group LLC. If brought as a class
                                    [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class. yes

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _1_ day of _Oct._____, 2006.


James C. Bedell _____         James C. Bedell _____
[PRINT NAME]                    [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kimberly Bedell_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ~~Keystone Foods~~ Equity Group, LLC as at the facility located in _Dothertill, AL_.   I worked at this location from
[Name of plant]                            [City/State]
_March 8, 2006_ to _September 13, 2006_.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
employees at the ~~Keystone Foods~~ Equity Group, LLC as plant in _Dothertill, AL_, and
[Name of Plant]                                    [City/State]
possibly other plants owned by ~~Keystone Foods~~ Equity Group, LLC as If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of _September_, 2006.


_Kimberly Bedell_
[PRINT NAME]

_Kimberly Bedell_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____*Bettye Biggers*_____ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _*Equity Group Div LLC*_ at the facility located in _*Baker Hill, Al*_. I worked at this location from
[Name of plant]
[City/State]
_*6 / 21/1998*_ to _*present*_.
[Date]                      [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _*Keystone Equity Group*_ plant in _*Baker Hill, Al*_, and
[Name of Plant]                        [City/State]
possibly other plants owned by _*Equity Group LLC*_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _*28*_ day of _*Sept*_, 2006.


_*Bettye Biggers*_                    _*Bettye Biggers*_
[PRINT NAME]                          [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Katina Binion_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at
the facility located in _Baker Hill, AL_ . I worked at this location from
_05/08/2005_ to _05/25/2005_ .
[Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group LLC_ plant in _Baker Hill, AL_, and
possibly other plants owned by _Equity Group, LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _October_, 2006.

_Katina Binion_
[PRINT NAME]

_Katina Binion_
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tracy Binion_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ _Chareon Pokkand_ at the facility located in _Bakerhill, AL_ . I worked at this location from
[Name of plant]
[City/State]
_8/03_ to _11/03_ .
[Date]
[Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ _Chareon Pokkand_ plant in _Bakerhill, AL_ and
[Name of Plant]
[City/State]
possibly other plants owned by _Equity Group, LLC_ _Chareon Pokkand_ if brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _03_ day of _October_ , 2006.

_Tracy Binion_
**[PRINT NAME]**

_Tracy Binion_
**[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dorothy A. Blackmon_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by ~~Choeren Pokand (USA) Inc~~ Equity Group, LLC at
    [Name of plant]
    the facility located in _Bakerhill Alabma_ I worked at this location from
    [City/State]
    _12/14/02_ to _2/4/04_ .
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre-
    and post-production time activities from my employer. I also understand that
    the lawsuit may seek recovery for unpaid production time. I understand that
    the suit is brought pursuant to both federal law and applicable state statutes,
    if any.

4.  I believe I have not been paid for all compensable time, which I have worked,
    including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any
    settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering
    employees at the ~~Choeren Pokand (USA) Inc~~ Equity Group, LLC plant in _Bakerhill AL_ , and
    [Name of Plant]                                  [City/State]
    possibly other plants owned by ~~Choeren Pokand (USA) Inc~~ Equity Group, LLC . If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such
    class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22nd_ day of _Sept._ , 2006.

_Dorothy A. Blackmon_                 _Dorothy A. Blackmon_
**[PRINT NAME]**                      **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Rena Blackmon_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC_ at
      [Name of plant]
      the facility located in _Baker Hill Al_. I worked at this location from
      [City/State]
      _3-24-08_ to _Present_.
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering _Equity Group, LLC_
      employees at the _Keystone_ plant in _Baker Hill Al_, and
      [Name of Plant]        [City/State]
      possibly other plants owned by _Hanson Pollard_ _Equity Group, LLC_ If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _7_ day of _Oct._, 2006.

_Rena Blackmon_ _____     _Rena Blackmon_ _____
**[PRINT NAME]**                      **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Willie Mae Blackmon states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group, LLC at
the facility located in Baker Hill, AL. I worked at this location from
8-6-98 to 3-11-05.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Equity Group, LLC plant in Baker Hill, AL, and
possibly other plants owned by Equity Group, LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 9th day of Sept., 2006.

Willie mae Blackmon
[PRINT NAME]

Willie mae Blackmon
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_MArcus B. Blair_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Keystone Foods Ins_ _Equity Group, LLC_ at the facility located in _Bakerhill AL_____. I worked at this location from
[Name of plant]
[City/State]
_9-12-05_____ to _____present_____.
[Date]                        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill, AL_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _21st_ day of _Sept, 21_, 2006.


_MArcus B. Blair_____          _Marcus B. Blair_____
[PRINT NAME]                     [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tasheena  Bonaparte_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group, LLC ao_ at
[Name of plant]
the facility located in _Baker Hill, AL_ . I worked at this location from
[City/State]
_10/22/04_ to _present_ .
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering _Equity Group, LLC ao_
employees at the _Keystone_ plant in _Baker Hill, AL_ , and
[Name of Plant]                                [City/State]
possibly other plants owned by _Equity Group, LLC ao_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _08_ day of _November_, 2006.


_Tasheena Bonaparte_
[PRINT NAME]

_Tasheena Bonaparte_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Karen S. Bowens_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula Di_
      [Name of plant]
      the facility located in _Bakerhill, AL_. I worked at this location from _LLC_
      [City/State]
      _Aug. 09, '05_ to _present_.
      [Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula_ plant in _Bakerhill, AL_, and
      [Name of Plant]                              [City/State]
      possibly other plants owned by _Equity Group_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _September_ 2006.

_Karen Bowens_
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jeffery D. Brooks_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Baker Hill AL_ . I worked at this location from
[City/State]
_January_ to _present_ .
[Date]                    [Date, or if still working write "present"]
01/06₀₀                    08/06₀₀

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _September_, 2006.


_Jeffery Brooks_                    _Jeffery Brooks_
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Cheranda Brown_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC ao_ at
[Name of plant]
the facility located in _Bakerhill, AL ao_ . I worked at this location from
[City/State]
_8/05_ to _Present_ .
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill, AL_, and
[Name of Plant]                        [City/State]          ao
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]                    ao
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _Nov._ , 2006.


_Cheranda Brown_
[PRINT NAME]

_Cheranda Brown_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Darynel Brown_ states the following:
[Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC_ at the facility located in _Bakerhill, AL_ . I worked at this location from [Name of plant] [City/State] _May 2005_ to _Nov 1 05_ _6 | 06_ . [Date] [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Keystone_ _Equity Group, LLC_ plant in _Bakerhill_ _Keystone_ and possibly other plants owned by _Keystone_ . If brought as a class [Name of Plant] [City/State] action under either federal or state law, I agree to be a named Plaintiff in such _Equity Group, LLC_ class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _Sept_ , 2006.

_Daryel Brown_
**[PRINT NAME]**

_Danyel Brown_
**[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____*Larry Bryer*_____ states the following:
        [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by *Equity Group, LLC* at the facility located in *Bakerhill, AL 36027*. I worked at this location from *5-25-06* to *6-30-06*.
        [Name of plant]
        [City/State]
        [Date]
        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the *Equity Group, LLC* plant in *Bakerhill, AL.*, and possibly other plants owned by *Key Stone Foods*.  If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
        [Name of Plant]
        [City/State]
        [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the *25* day of *10* 2006.

_____*Larry Bryer*_____    _____*Larry Bryer*_____
[PRINT NAME]        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Felicia Bullard_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group, LLC_ at [Name of plant] the facility located in _Bakerhill, Eufaula, AL_ . I worked at this location from [City/State] _4/05_ to _6/05_ . [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group, LLC_ plant in _Eufaula, Bakerhill AL_ and [Name of Plant]        [City/State] possibly other plants owned by _Keystone Equity Group, LLC_ . If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _Nov._ , 2006.

_Felicia Bullard_
[PRINT NAME]

_Felicia Bullard_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Pearline Burks_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _C.P and Equity Group, LLC_ at
[Name of plant]
the facility located in _Bakehill AL_ _____. I worked at this location from
[City/State]
_9|1|99_ to _Present_ .
[Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakehill, AL_ , and
[Name of Plant]                          [City/State]
possibly other plants owned by _Equity Group, LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _20th_ day of _Sept_ , 2006.

_Pearline Burks_
[PRINT NAME]

_Pearline Burks_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_SHANNON BURKS_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Keystone Equity Group_ at
     [Name of plant] LLC
     the facility located in _Bachelhill / MO_.   I worked at this location from
     [City/State]
     _11/06_____ to _7/06_____.
     [Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group_ plant in _Bachelhill MO_, and
     [Name of Plant] LLC              [City/State]
     possibly other plants owned by _Keystone Equity Group_ If brought as a class
     [Name of Plant] LLC
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _September_ 2006.


_SHANNON BURKS_____          _Shannon Burks_____
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sharon L Bush_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC_ at
      [Name of plant]
      the facility located in _Bakerhill, AL_ . I worked at this location from
      [City/State]
      _9-23-04_ to _10.30-05_ .
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group_ plant in _Bakerhill, AL_ , and
      [Name of Plant]                           [City/State]
      possibly other plants owned by _Keystone Equity Group_ brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _Spet_ , 2006.

_Sharon L Bush_                              _Sharon L Bush_
**[PRINT NAME]**                              **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Brenda L. Calhoun_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Key Stone Equity Group Eufaula_ at _A4L Div LLC_
[Name of plant]
the facility located in _Bakerhill AL_. I worked at this location from
[City/State]
_July 11, 2004_ to _present_ .
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Div_ plant in _Bakerhill AL_ , and
[Name of Plant]          [City/State]
possibly other plants owned by _Equity Group Div LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19_ day of _Sept_ , 2006.

_Brenda L. Calhoun_                    _Brenda L Calhoun_
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Michael Cannon_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Key Stone_ Equity Group, LLC. at the facility located in _Baker Hill, AL_ I worked at this location from
[Name of plant]     [City/State]
_6/25/04_ to _6/18/05_ .
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Key Stone_ Equity Group, LLC. plant in _Baker Hill, AL_ and
[Name of Plant]     [City/State]
possibly other plants owned by _Key Stone_ . If brought as a class
[Name of Plant]     Equity Group, LLC.
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Oct_ , 2006.

_Michael J Cannon_          _Michael Cannon_
[PRINT NAME]          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ethel Carter_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC_ at
the facility located in _Bakerhill Al_. I worked at this location from
_8/01_ to _2/05_.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering _Equity Group, LLC_
employees at the _Keystone_ plant in _Bakerhill, Al_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Keystone_. If brought as a class
[Name of Plant]          _Equity Group, LLC_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _Nov._, 2006.

_Ethel  Carter_                    _Ethel  Carter_
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Vernette Carter_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Charoen Pokphand_ Equity Group, LLC as at
the facility located in _Bakerhill AL_ . I worked at this location from
[Name of plant]
_6|03_ to _12|03_ .
[Date]         [City/State]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Charoen Pokphand_ Equity Group, LLC as plant in _Bakerhill Alabama_, and
[Name of Plant]                                                          [City/State]
possibly other plants owned by _Charoen Pokphand_ Equity Group, LLC as If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _Sept_ , 2006.

_Vernette Carter_
[PRINT NAME]

_Vernette Carter_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

*Brenda D. Chambers* ___ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by *Equity Group, LLC.* at the facility located in *Baker Hill AL* ___ . I worked at this location from *Dec-27-2005* to *present* .
[Name of plant]                                    [City/State]
[Date]                           [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the *Equity Group, LLC* plant in *Baker Hill AL* , and possibly other plants owned by *Equity Group, LLC* . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]                    [City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the *27* day of *September*, 2006.

*Brenda Chambers* ___                 *Brenda Chambers*
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_____DaShawn Clark_____ states the following:
              [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Equity Group, LLC as Key Stone___ at
      the facility located in ___Bakerhill, AL.___ .  I worked at this location from
      [Name of plant] / [City/State]
      ___5-14-04___ to ___8 11-06___ .
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ___Equity Group, LLC as Key Stone___ plant in ___Bakerhill, AL.___ , and
      [Name of Plant]                                    [City/State]
      possibly other plants owned by ___Equity Group, LLC as___ .  If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the ___20th___ day of ___Oct___ , 2006.

_____DaShawn Clark_____          _____DaShawn Clark_____
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Towander S. Coleman_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Key Stone Foods~~ Equity Group, LLC at
the facility located in Bakerhill, Alabama. I worked at this location from
[Name of plant]
[City/State]
_08-24-98_ to _Present_ .
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the ~~Keystone Foods~~ Equity Group, LLC plant in Bakerhill, Alabama and
[Name of Plant]                                    [City/State]
possibly other plants owned by ~~Keystone Foods~~ Equity Group, LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _08_ day of _October_, 2006.

_Towander Coleman_                _Towander Coleman_
[PRINT NAME]                      [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Latoya Corbitt states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Charcoal Poption net Equity Group, LLC as_
the facility located in _Bakehill, AL_ I worked at this location from
[Name of plant] [City/State]
_5/5/03_ to _11/6/04_.
[Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Charcoal Poption net Equity Group, LLC as_ plant in _Bakehill, AL_ and
[Name of Plant] [City/State]
possibly other plants owned by _Charcoal Poption net Equity Group, LLC as_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _Oct_, 2006.

Latoya Corbitt
PRINT NAME

Latoya Corbitt
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mattie Cotton_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group, LLC_
the facility located in _Baker Hill, AL_.  I worked at this location from
[Name of plant]
_04/18/04_  to  _01/20/06_.
[Date]            [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group_ plant in _Baker Hill, AL_, and
[Name of Plant]                           [City/State]
possibly other plants owned by _Keystone Equity Group, LLC_ brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _03_ day of _November_, 2006.

_Mattie   Cotton_____          _Mattie Cotton_____
[PRINT NAME]                     [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bertha Crayton_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula_ LLC at
[Name of plant]
the facility located in _Bakerhill AL_. I worked at this location from
[City/State]
_8-6-98_ to _9-18-06_.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula_ LLC plant in _Bakerhill AL_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18_ day of _Sept._, 2006.

_Bertha Crayton_
[PRINT NAME]

_Bertha L Crayton_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Anthony T. Culver _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone~~ Equity Group, LLC. at
the facility located in Bakerhill, AL . I worked at this location from
[Name of plant]
                                             [City/State]
Feb 10, 2005 to April 23, 2005 .
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the ~~Keystone~~ Equity Group, LLC. plant in Bakerhill, AL and
[Name of Plant]                            [City/State]
possibly other plants owned by ~~Keystone~~ Equity Group, LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 4th day of Nov. , 2006.

Anthony T. Culver _____          Anthony T. Culver _____
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tiffany Cunningham_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill, AL_ [Name of plant]. I worked at this location from _08/2005_ to _01/2006_.
[Date]                    [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _October_, 2006.

_Tiffany Cunningham_
[PRINT NAME]

_Tiffany Cunningham_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Latonia M. Davis_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group_ LLC at the facility located in _Bakerhill, Al_. I worked at this location from _July 18, 2004_ to _October 8, 2004_.
[Name of plant]    [City/State]    [Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill Al_, and possibly other plants owned by _Equity Group_ LLC as If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]    [City/State]    [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _7_ day of _October_, 2006.

_Latonia M. Davis_                _Latonia M. Davis_
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Joann Dennard _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone Feed~~ Equity Group, LLC₀₀ at the facility located in Baker Hill, Al. . I worked at this location from
[Name of plant]
9-14-06 to Present .
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ~~Keystone Feed~~ Equity Group, LLC₀₀ plant in Baker Hill, Al. , and
[Name of Plant]                          [City/State]
possibly other plants owned by ~~Keystone Food~~ . If brought as a class
[Name of Plant]   Equity Group, LLC₀₀
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 14th day of Sep. , 2006.

JoAnn DennARd _____         Joann Dennard _____
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_CHERRY  A. DEVOSE_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _EQUITY Group, LLC_ at
~~CHAROEN POKPHAND~~
Keystone Foods
the facility located in _BAKer Hill, Al_____. I worked at this location from
[Name of plant]
[City/State]
_8-06-98_____ to _____Present_____.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _EQUITY Group, LLC_ plant in _BAKer Hill, Al_____, and
[Name of Plant]                [City/State]
possibly other plants owned by _Keystone Equity_. If brought as a class
[Name of Plant]        Group, LLC
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _September_, 2006.

_CHERRY  A. DEVose_____          _Cherry A. Devose_____
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jennifer D. Diggs_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
the facility located in _Bahur Hill, Al._ . I worked at this location from
[Name of plant]
[City/State]
_4-27-04_ to _10-19-06_ .
[Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bahur Hill, Al._ , and
[Name of Plant]                [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

   DATED the _19th_ day of _Oct_ , 2006.

_Jennifer D. Diggs_
[PRINT NAME]

_Jennifer D. Diggs_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kamilah Dukes_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group, LL_
[Name of plant]
the facility located in _Baker Hill, AL_. I worked at this location from
[City/State]
_10/21/04_    to    _04/09/05_.
[Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone - Equity Group, LLC_ plant in _Baker Hill, AL_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Keystone - Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _03_ day of _November_, 2006.

_Kamilah Dukes_
[PRINT NAME]

_Kamilah Dukes_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Michelle Dumas_____ states the following:
            [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group, LLC ao_ at
      [Name of plant]
      the facility located in _Boiker Hill, AL_ .  I worked at this location from
                            [City/State]
      _1 - 2006_____ to _present_____.
         [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
                          ↓ Equity Group, LLC ao
      employees at the _Keystone_____ plant in _Boiker Hill, AL_, and
                        [Name of Plant]                [City/State]
      possibly other plants owned by _Keystone Equity G_.  If brought as a class
                                      [Name of Plant]   Group, LLC ao
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _25_ day of _Sept._____, 2006.


_MICHELLE R. DUMAS_____          _Michelle R. Dumas_____
**[PRINT NAME]**                   **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Katrina Favors_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Keystone Equity Group, LLC_ at [Name of plant] the facility located in _Bakehill Ala_. I worked at this location from [City/State] _8/39/05_ to _present_ . [Date]      [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group, LLC_ plant in _Bakehill, AL_ and [Name of Plant]      [City/State] possibly other plants owned by _Keystone Equity Group, LLC_ . If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _September_ , 2006.

_Katrina Favors_
[PRINT NAME]

_Katrina Favors_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Chanda L. Ferguson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC ao_ at the facility located in _Bakerhill AL_.    I worked at this location from [Name of plant]
[City/State]
_9/9/02_ to _4/12/06_.
[Date]        [Date/or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC ao_ plant in _Bakerhill AL_, and
[Name of Plant]                      [City/State]
possibly other plants owned by _Equity Group, LLC ao_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11th_ day of _October_, 2006.

_Chanda L. Ferguson_                    _Chanda L. Ferguson_
[PRINT NAME]                               [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Reginald Floyd_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
the facility located in _Baller Hill, Al_.  I worked at this location from
[Name of plant]
_7-12-05_ to _8-2-06_.
[Date]          [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baller Hill, Al_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Equity Group, LLC_  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5_ day of _Oct_, 2006.

_Reginald Floyd_                    _Reginald Floyd_
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Salintha Foster_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Charoen Pokphand_ _Equity Group, LLC_ at the facility located in _Bakerhill Alabama_ worked at this location from [Name of plant] [City/State]
_06 2003_ to _11 2003_ .
[Date]         [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering _Equity Group, LLC_ employees at the _Charoen Pokphand_ plant in _Bakerhill Alabama_ and [Name of Plant] [City/State] possibly other plants owned by _Charoen Pokphand_ if brought as a class [Name of Plant] _Equity Group, LLC_ action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _September_ 2006.

_Salintha Foster_ _____
[PRINT NAME]

_Salintha Foster_ _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shervonne Foster_ _____ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone Foods~~ Equity Group LLC ao at
      [Name of plant]
      the facility located in Bakerhill, AL . I worked at this location from
      [City/State]
      05|01|06 to 07|01|06 .
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ~~Keystone Foods~~ ↓Equity Group, LLC ao plant in Bakerhill AL , and
      [Name of Plant]                                    [City/State]
      possibly other plants owned by ~~Keystone Foods~~ Equity Group, LLC ao If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 03 day of October , 2006.

_Shervonne Foster_          _Shervonne Foster_
**[PRINT NAME]**            **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Nicholas L. Freeman_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ~~Nicholas Freeman~~ _Equity Group Eufaula Division,_ at LLC.
[Name of plant]
the facility located in _Baker Hill Ala._.   I worked at this location from
[City/State]
_9-28-05_   to   _5-09-06_.
[Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula Division,_ plant in _Baker Hill Ala_, and
[Name of Plant]      LLC.        [City/State]
possibly other plants owned by _Equity Group Eufaula Division_, If brought as a class
[Name of Plant]                LLC.
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _September_, 2006.

_Nicholas L. Freeman_                    _Nicholas L. Freeman_
PRINT NAME                               SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary Fryer_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group, LLC_ at the facility located in _Baker Hill, Al_. I worked at this location from
[Name of plant]                [City/State]
_1-2005_ to _8-2006_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group, LLC_ plant in _Baker Hill Al_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Keystone Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _Sept._, 2006.

_Mary Linda Fryer_____
[PRINT NAME]

_Mary Linda Fryer_____
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Renata Fuller_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Charoen Pokphand / Equity Group, LLC_ at the facility located in _Baker Hill, AL_ . I worked at this location from _June 2000_ to _Jan 2004_ .
[Name of plant]
[City/State]
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Charoen Pokphand / Equity Group, LLC_ plant in _Baker Hill, AL_ , and possibly other plants owned by _Charoen Pokphand / Equity Group, LLC_ If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]    [City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _03_ day of _November_, 2006.

_Renata Fuller_ _____
[PRINT NAME]

_Renata Fuller_ _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Elizabeth Gainer_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ~~Charoen Pokphand~~ _Equity Group, LLC_ at
[Name of plant]
the facility located in ~~Eufaula~~ _Bakerhill_ _Ala___. I worked at this location from
[City/State]
___11/01___ to _____11/05___.
[Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the ~~charoen pokphand~~ _Equity Group, LLC_ plant in ~~Eufaula~~ _Bakerhill_ _Ala___, and
[Name of Plant]                                [City/State]
possibly other plants owned by ~~Charoen Pokphand~~ _Equity Group, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12th_ day of _Sept._, 2006.


_Elizabeth Gainer___          _Elizabeth Gainer___
[PRINT NAME]                  [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Camille A. Gipson _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ~~Keystone Foods~~ Equity Group, LLC at
     [Name of plant]
     the facility located in Baker Hill, AL . I worked at this location from
     [City/State]
     05/30/2004 to 07/16/2004 .
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     ↓ Equity Group, LLC
     employees at the ~~Keystone Foods~~ plant in Baker Hill, AL , and
     [Name of Plant]                              [City/State]
     possibly other plants owned by ~~Keystone Foods~~ Equity Group, LLC . If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 12 day of October , 2006.


Camille A. Gipson
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Carolyn A. Glanton_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Key Stone_ _Equity Group, LLC ao_ at
[Name of plant]
the facility located in _Baterhill, AL_. I worked at this location from
[City/State]
_1/10/04_ to _6/04_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Key Stone_ _Equity Group, LLC ao_ plant in _Baterhill, AL_, and
[Name of Plant]                                    [City/State]
possibly other plants owned by _Key Stone_ _Equity Group, LLC ao_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _17_ day of _Oct_, 2006.

_Carolyn A. Glanton_
[PRINT NAME]

_Carolyn Glanton_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Tangela D. Glenn _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone~~ Equity Group, LLC at
the facility located in Baker Hill, AL. I worked at this location from
05/09/2005 to 01/30/2006.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the ~~Keystone~~ Equity Group, LLC plant in Baker Hill, AL, and
[Name of Plant]                [City/State]
possibly other plants owned by Keystone Equity Group, LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 12 day of October, 2006.


Tangela D. Glenn _____        Tangela D. Glenn _____
[PRINT NAME]                [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Willie E. Glenn_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill/AL_. I worked at this location from
[Name of plant]                              [City/State]
_April 06_ to _May 06_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill AL_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Equity Group, LL_ if brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25th_ day of ___ _Sept._, 2006.

_Willie E Glenn_____        _Willie E. Glenn_____
**[PRINT NAME]**                        **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Annie T. Glover-Patrick_ states the following:
[Print Name]

1.      I am over 18 years of age and competent to give the following consent in this matter.

2.      I am currently, or was formerly employed, by _Equity Group, LLC_ at [Name of plant] the facility located in _Bakerhill, AL_ . I worked at this location from [City/State] _01|24|04_ to _present_ . [Date]              [Date, or if still working write "present"]

3.      I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.      I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.      I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.      I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill, AL_ , and [Name of Plant]                    [City/State] possibly other plants owned by _Equity Group, LLC_ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _02_ day of _October_ , 2006.

_Annie T. Glover- Patrick_
**[PRINT NAME]**

_Annie T. Glover - Patrick_
**[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Thomas Gosha _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group, LLC at the facility located in Baker Hill, AL. I worked at this location from
[Name of plant]                    [City/State]
10/21/04 to present.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Equity Group, LLC plant in Baker Hill, AL, and
[Name of Plant]                    [City/State]
possibly other plants owned by Equity Group, LLC If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 03 day of November, 2006.


Thomas Gosha                          Thomas Gosha
[PRINT NAME]                          [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_NaKeisha  Graves_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Keystone  Equity Group, LLC__ at
the facility located in __Bakerhill, Al__. I worked at this location from
__3 - 01 - 2005__ to __4 - 01 - 2006__.
[Date]                  [Date, or if still working write "present"]
[City/State]
[Name of plant]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the __Keystone Equity Group, LLC__ plant in __Bakerhill, Al__, and
[Name of Plant]                                        [City/State]
possibly other plants owned by __Keystone Equity Group, LLC__. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __16__ day of __Sept.__, 2006.


__Nakeisha Graves__                    __Nakeisha Graves__
[PRINT NAME]                           [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alfonza Green Sr_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at
the facility located in _Bakehill / Ala_ . I worked at this location from
[Name of plant]                        [City/State]
_09/27/04_ to _12/03/05_ .
[Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakehill / Ala_ , and
[Name of Plant]                          [City/State]
possibly other plants owned by _Tyson Food_ . If brought as a class
[Name of Plant]      _Equity Group, LLC as_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19_ day of _09_ , 2006.

_Alfonza Green Sr._                    _Alfonza Green Sr._
[PRINT NAME]                            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Andrew Griffin

_Andrew Griffin_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Eufaula Equity Group_ at
the facility located in _Baker Hill 101_. I worked at this location from
[Name of plant] _Division LLC_
_Feb 9 2005_ to _Jan 2006_.
[Date]    [City/State]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Eufaula Equity Group_ plant in _Bakerhill, AL_, and
[Name of Plant] _LLC_    [City/State]
possibly other plants owned by _Eufaula Equity Group_ If brought as a class
[Name of Plant]    _LLC_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _3th_ day of _Nov._, 2006.

_Andrew Griffin_____          _Andrew Griffin_____
[PRINT NAME]                       [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kimberly Griffin_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC ao_ at
the facility located in _Baker Hill / Al_.    I worked at this location from
[Name of plant]
[City/State]
_4-5-06_ to _Present_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the ~~Baker Hill Keystone~~ _Equity Group, LLC ao_ plant in _Baker Hill / Al_, and
[Name of Plant]                                    [City/State]
possibly other plants owned by ~~Keystone~~ _Equity Group, LLC ao_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _4_ day of _April_, 2006.

_Kimberly Griffin_
[PRINT NAME]

_Kimberly Griffin_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mina L Guice_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula Division_ (Keystone)
the facility located in _Bakerhill, AL_. I worked at this location from
[Name of plant]
[City/State]
_Jan. 25, 2006_ to _March 2, 2006_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
↓ Equity Group, LLC
employees at the _Keystone_ plant in _Bakerhill AL_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Keystone Equity Group, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1st_ day of _October_, 2006.

_Mina L Guice_____          _Mina L Guice_____
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Hamilton  Robert_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC ao_ ~~Charera Pohkord~~ at
      [Name of plant]
      the facility located in _Baker hill  Alabama_ I worked at this location from
      [City/State]
      _June 03_ to _NOV 03_.
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      _Equity Group, LLC ao_
      employees at the ~~Charera Pohkord~~ plant in _Baker hill Alby_ and
      [Name of Plant]                    [City/State]
      possibly other plants owned by _Equity Group, LLC ao_ ~~Charera Pohkord~~ If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _03_ day of _NOV_, 2006.


_Hamilton Robert A_                    _Robert A Il_
[PRINT NAME]                           [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_____Brian Hanks_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Perdue and Choren Pokimon~~ Equity Group, LLCao at the facility located in ~~Dothan~~/Bakerhill/Ala.    I worked at this location from
[Name of plant]
[City/State]
04/03 ___ to ___ 11/03 ___ .
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ~~Perdue / Choren Pokimon~~ Equity Group, LLCao plant in ~~Dothan Ala.~~ Bakerhill, AL ao , and
[Name of Plant]
[City/State]
possibly other plants owned by ___Perdue Farms___ .  If brought as a class
[Name of Plant]    Equity Group, LLCao
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 4th day of ___Oct.___ , 2006.

Brian Hanks                    Brian Hanks
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_James   Harris   Jr._ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _~~Keystone~~ Equity Group, LLC_ at the facility located in _Baker Hill  Al_ . I worked at this location from
[Name of plant]     [City/State]
_2/25/06_ to _4-22-06_ .
[Date]     [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _~~Keystone~~ Equity Group, LLC_ plant in _Baker Hill, Al_ , and
[Name of Plant]     [City/State]
possibly other plants owned by _~~Keystone~~ Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _September_ , 2006.

_James  Harris  Jr._         _James Harris Jr._
**[PRINT NAME]**         **[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Denise Harris Wilson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Bakerhill Ala_.   I worked at this location from
[Name of plant]
[City/State]
_8-28-03_ to _Present_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity group, LLC_ plant in _Bakerhill Ala_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Equity group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _Oct_, 2006.

_Denise Harris Wilson_
[PRINT NAME]

_Denise Harris Wilson_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_LARRY H. Cles Jr._ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Foods_ ↓ Equity Group, LLC as at
      _Name of plant_
      the facility located in _Bakerhill, AL_ . I worked at this location from
      _City/State_
      _2/14/05_ to _2/06_ .
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering ↓ Equity Group, LLC as
      employees at the _Keystone Foods_ plant in _Bakerhill (AL_ and
      [Name of Plant]                        [City/State]
      possibly other plants owned by _Keystone Foods_ If brought as a class
      [Name of Plant]                 ↳ Equity Group, LLC as
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _October_ , 2006.


_LARRY H. Cles_                        _Larry Hicks_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Sherwanda Humbert states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ Equity Group, LLC ao at the facility located in _Bakerhill, Al._ . I worked at this location from
[Name of plant]
[City/State]
_4-6-06_ to _7/06_ .
[Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone_ ↓Equity Group, LLC ao plant in _Bakerhill, Al._, and
[Name of Plant]      [City/State]
possibly other plants owned by _Keystone_ Equity Group, LLC ao If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _17_ day of _Oct_, 2006.


_Sherwanda Humbert_                    _Sherwanda Humbert_
[PRINT NAME]                          [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Willie B Ivey_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula Div/LLC_ at
the facility located in _BakerHill, AL_ . I worked at this location from
[Name of plant]
_06|03|01_    to    _present_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Equity Group Eufaula Div/LLC_ plant in _BakerHill, AL_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _Equity Group Eufaula_ . If brought as a class
[Name of Plant]    Div/LLC
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _24_ day of _September_ , 2006.


_Willie B Ivey_
[PRINT NAME]

_Willie B Ivey_
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Andre Jackson_
[Print Name] ———— states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Bakerhill_, _Eufaula, AL_. I worked at this location from _10/10/03_ to _6/06/05_.
   [City/State]    [Name of plant]
   [Date]    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Equity Group LLC_ plant in _Bakerhill_, _Eufaula, AL_, and possibly other plants owned by _Equity Group LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _07_ day of _November_, 2006.

_Andre Jackson_
PRINT NAME

_Andre Jackson_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Johnny L. JACKSON_____ states the following:
              [Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by ___Keystone Equity Group, LLC___ at
       _____
       [Name of plant]
       the facility located in __Baker Hill, AL__. I worked at this location from
                               [City/State]
       __Sept '05__ to __Feb. '06__.
         [Date]              [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the __Keystone Equity Group, LLC__ plant in __Baker Hill, AL__, and
                          [Name of Plant]                         [City/State]
       possibly other plants owned by __Keystone Equity Group, LLC__. If brought as a class
                                       [Name of Plant]
       action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __29th__ day of __September__, 2006.

__Johnny L. JACKSON__
**PRINT NAME**

__John L. Jackson__
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Terrance Jackson_ _____ states the following:
           [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Key Stone  Equity Group, LLC_ at
                                                                          [Name of plant]
      the facility located in _Baker Hill, AL_.  I worked at this location from
                                    [City/State]
      _1-18-04_ to _7-25-05_.
         [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the _Key Stone  Equity Group, LLC_ plant in _Baker Hill, AL_, and
                            [Name of Plant]                                    [City/State]
      possibly other plants owned by _Key Stone  Equity Group, LLC_.  If brought as a class
                                                      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _16_ day of _October_, 2006.


_Terrance Jackson_ _____          _Terrance Jackson_ _____
PRINT NAME                                       SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Molinda J. Jacobs_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone Foods~~ Equity Group, LLC as at
[Name of plant]
the facility located in Bakerhill, AL . I worked at this location from
[City/State]
10/24/05 to Present .
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ~~Keystone Foods~~ Equity Group, LLC as plant in Bakerhill, AL , and
[Name of Plant]        [City/State]
possibly other plants owned by ~~Keystone~~ . If brought as a class
[Name of Plant]    Equity Group, LLC or
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 15 day of September 2006.

Molinda J. Jacobs
**PRINT NAME**

Molinda J. Jacobs
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Monica James_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Equity Group, LLC as Keystone Foods_ at
the facility located in _Bakerhill AL_ . I worked at this location from
[Name of plant]
_3/21/05_ to _10/19/06_ .
[Date]                [Date, or if still working write "present"]
[City/State]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action, covering employees at the _Keystone Foods_ plant in _Baker Hill AL_ and
[Name of Plant]                [City/State]
possibly other plants owned by _Keystone Foods_ If brought as a class
[Name of Plant]    _Equity Group, LLC as_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _7_ day of _10_ , 2006.

_Monica James_                     _Monica James_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Annie D. Jenkins_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ Equity Group, LLC as at the facility located in _Bakerhill AL_. I worked at this location from
[Name of plant]
[City/State]
_1-10-05_ to _5-11-06_.
[Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering Equity Group, LLC as employees at the _Keystone_ plant in _Bakerhill, AL_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Keystone_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such Equity Group, LLC as class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _Sept._, 2006.

_Annie D. Jenkins_          _Annie D. Jenkins_
[PRINT NAME]                [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_LAWAndA Johns_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Poultry Plant~~ _Equity Group, LLC ao_ at
[Name of plant]
the facility located in _Bakerhill Alabama_ .  I worked at this location from
[City/State]
_2/02_ to _3/04_ .
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the ~~Poultry Plant~~ _Equity Group, LLC ao_ plant in _Batchill Ala._ , and
[Name of Plant]                          [City/State]
possibly other plants owned by _Tyson  Equity_ .  If brought as a class
[Name of Plant]   _Group, LLC ao_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _October_ , 2006.

_LAWAndA Johns_                     _Lawanda Johns_
[PRINT NAME]                           [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Brenda Johnson_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Key Stone_ Equity Group, LLC at _____ at
the facility located in _Bakerhill, AL_ . I worked at this location from
_____ 11/00 _____ to _Present_____ .
[Date]                              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone_ Equity Group, LLC plant in _Bakerhill AL_, and
[Name of Plant]                                                [City/State]
possibly other plants owned by _Keystone_ Equity Group, LLC . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _Oct_____ , 2006.


_Brenda Johnson_____          _Brenda Johnson_____
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Cedric D. Johnson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Keystone Equity Group, LLC ao_ at the facility located in _Bakerhill, AL_. I worked at this location from
[Name of Plant]
[City/State]
_April 07, 2006_ to _Present_.
[Date]     [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group_ plant in _Bakerhill, AL_, and
[Name of Plant]
[City/State]
possibly other plants owned by _Keystone Equity Group_ LLC ao If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _Sept._, 2006.

_Cedric D. Johnson_
[PRINT NAME]

_Cedric D. Johnson_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_DERINDA JOHNSON_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Charoen Pokphand_ _Equity Group, LLC as_ at
the facility located in _Bakerhillas_ [Name of plant]
_Eufaula, Alabama._ I worked at this location from
[City/State]
_October 10, 2003_ to _March - 2004_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a _Equity Group, LLC as_ class action covering employees at the _Charoen Pokphand_ plant in _Eufaula, Alabama_ _Bakerhillas_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Charoen Pokphand_ . If brought as a class
[Name of Plant] _Equity Group LLC as_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _September_, 2006.

_DERINDA JOHNSON_
[PRINT NAME]

_Derinda Johnson_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Edgar Johnson_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group Eufaula Div. LLC_ at
~~(keystone)~~
[Name of plant]
the facility located in _Baker Hill AL._____.  I worked at this location from
[City/State]
_Jan. 25, 2006_ to _Present_____.
[Date]      [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula Div. LLC_ plant in _Baker Hill AL._, and
[Name of Plant]                                    [City/State]
possibly other plants owned by _Equity Group Eufaula Div. LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1_ day of _Oct._____, 2006.


_Edgar Johnson_____          _Edgar Johnson_____
**[PRINT NAME]**                                    **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Frankie James Johnson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC ao_ at the facility located in _Bakerhill Alabama_ . I worked at this location from
[Name of plant]
_February 27, 2005_ to _June 28, 2005_ .
[Date]              [City/State]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC ao_ plant in _Bakerhill Alabama_ , and
[Name of Plant]                      [City/State]
possibly other plants owned by _Equity Group, LLC ao_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _October_ , 2006.

_Frankie James Johnson_
[PRINT NAME]

_Frankie James Johnson_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jennifer T. Johnson_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula Div, LLC_ at _Keystone_ the facility located in _Baker Hill ala_.   I worked at this location from
[Name of plant]
[City/State]
_11-18-04_ to _7-28-06_ .
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill ala_, and
[Name of Plant]
[City/State]
possibly other plants owned by _Equity Group LLC Keystone_.   If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _October_, 2006.

_Jennifer T. Johnson_ _____
[PRINT NAME]

_Jennifer T. Johnson_ _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Michael Johnson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC ao Keystone Foods_ at
the facility located in _Baker Hill, AL_ . I worked at this location from
[Name of plant]
_04/2003_ to _02/12/2004_ .
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
employees at the _Equity Group, LLC ao Keystone Foods_ plant in _Baker Hill, AL_ , and
[Name of Plant]                                  [City/State]
possibly other plants owned by _Keystone Foods Equity Group, LLC ao_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _October_ , 2006.

_Michael Johnson_
[PRINT NAME]

_Michael Johnson_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Nadine Johnson_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _KEYSTONE_ ↓ Equity Group, LLC as at
[Name of plant]
the facility located in _BARKER HILL AL_ I worked at this location from
[City/State]
_2-2-06_ to _8-13-04_
[Date]         [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action, covering
↓ Equity Group, LLC as
employees at the _KEYSTONE_ plant in _BARKER Hill AL_ and
[Name of Plant]                          [City/State]
possibly other plants owned by _KEYSTONE_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such
Equity Group, LLC as
class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _Sept_, 2006.

_Nadine Johnson_
[PRINT NAME]

_Nadine Johnson_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tywonda D. Johnson_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
      [Name of plant]
      the facility located in _Bakerhill, Al_____ .   I worked at this location from
      [City/State]
      _8-8-2005_____ to _3-21-06_____ .
      [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill, Al_____ , and
      [Name of Plant]                                [City/State]
      possibly other plants owned by _Equity Group, LLC_ .  If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _24th_ day of _Sept._ , 2006.


_Tywonda D. Johnson_____          _Tywonda D. Johnson_____
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Vanessa Johnson_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group, LLC as_ at the facility located in _Baker Hill, AL_ .    I worked at this location from
[Name of plant]
_1-05_ to _1-06_ .
[Date]    [City/State]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group_ plant in _Baker Hill, AL_ , and
[Name of Plant]    [City/State]
possibly other plants owned by _Keystone Equity_ .  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _September_ , 2006.

_Vanessa Johnson_
[PRINT NAME]

_Vanessa Johnson_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Willie Johnson, Jr._ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ~~Keystone Foods~~ Equity Group, LLC ao at the facility located in _Baker Hill, AL_ . I worked at this location from
[Name of plant]
[City/State]
_09/28/2005_ to _02/15/2006_ .
[Date]     [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the ~~Keystone Foods~~ Equity Group, LLC ao plant in _Baker Hill, AL_ , and
[Name of Plant]
[City/State]
possibly other plants owned by ~~Keystone Foods~~ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such Equity Group, LLC ao class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of _November_, 2006.

_Willie Johnson Jr_
[PRINT NAME]

_Willie Johnson Jr_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bessie Jones_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC ao_ at
the facility located in _Bakerhill, AL_. I worked at this location from
_01|06|05_ to _present_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering _Equity Group, LLC ao_
employees at the _Keystone_ plant in _Bakerhill, AL,_ and
[Name of Plant]                                    [City/State]
possibly other plants owned by _Keystone_ _Equity Group, LLC ao_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18_ day of _September_, 2006.


_Bessie Jones_
[PRINT NAME]

_Bessie Jones_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Betty  Jones_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
the facility located in _Baker Hill_____.    I worked at this location from
_3-1-01_____ to _1-5-06_____.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill_, and
possibly other plants owned by _Equity Group, LLC_.  If brought as a class
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _Sep_____, 2006.

_Betty   Jones_____
[PRINT NAME]

_Betty Jones_____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bobby A. Jones_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Baker Hill AL_. I worked at this location from
[City/State]
_Nov 9, 1996_ to _present 2006_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class/action, covering employees at the _Equity Group_ plant in _Baker Hill AL_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Equity Group_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _20_ day of _Oct_, 2006.

_Bobby Jones_
[PRINT NAME]

_Bobby Jones_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_De Mario   Jones_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC as_ at
the facility located in _Bakerhill, AL_. I worked at this location from
_June 2004_ to _Jan 2005_.
[Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit _Equity Group, LLC as_ may be brought as a class action covering employees at the _Keystone_ plant in _Baker Hill, AL_ and
possibly other plants owned by _Keystone_ _Equity Group, LLC as_.  If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _October_, 2006.

_Lemario Jones_ _____          _Lemario Jones_ _____
[PRINT NAME]                            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lottie Jones_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Grup Eufaula Div LLC_ at
the facility located in _Bakerhill / AL_ .  I worked at this location from
[Name of plant]
_6-4-99_ to _present_ .
[Date]                [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Grup, LLC_ plant in _Bakerhill/AL_ , and
[Name of Plant]                          [City/State]
possibly other plants owned by _Equity Grup, LLC_ .  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _Sept_ , 2006.

_Lottie Jones_
[PRINT NAME]

_Lottie Jones_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_PAtRiciA Jones_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC ao_ at the facility located in _Baker Hill AL_. I worked at this location from
[Name of plant]                              [City/State]
_April 13, 2003_ to _NOV 20, 2005_.
[Date]                      [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering
_Equity Group, LLC ao_
employees at the _Keystone_ plant in _Baker Hill AL_, and
[Name of Plant]                      [City/State]
possibly other plants owned by _Keystone_ _Equity Group, LLC ao_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _Sept_, 2006.


_PAtRiciA Jones_                    _Patricia Jones_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Courtney Jordan_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ~~Keystone Equity Group~~, at LLC
     [Name of plant]
     the facility located in _Bakerhill, AL_ . I worked at this location from
     [City/State]
     _Oct. 2005_ to _Jan. 2006_ .
     [Date]           [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the ~~Keystone Equity Group~~ plant in _Bakerhill, AL_ , and
     [Name of Plant]                    LLC    [City/State]
     possibly other plants owned by ~~Keystone Equity Group~~, If brought as a class
     [Name of Plant]            LLC
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Courtney Jordan_
[PRINT NAME]

_Courtney Jordan_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Celicia Kelley_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Keystone Equity Group, LLCao_ at
   [Name of plant]
   the facility located in _Bakerhill AL_. I worked at this location from
   [City/State]
   _Feb. 2005_ to _June 2005_.
   [Date]          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group,_ plant in _Bakerhill AL_, and
   [Name of Plant]          LLCao          [City/State]
   possibly other plants owned by _Keystone Equity Group_. If brought as a class
   [Name of Plant]          LLCao
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _06_ day of _October_, 2006.

_Celicia Kelley_
[PRINT NAME]

_Celicia Kelley_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kenneth W. Kelley_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group-Eufaula_
      _LLCas_
      [Name of plant]
      the facility located in _Bakerhill, AL_. I worked at this location from
                            [City/State]
      _01/07/02_ to _present_.
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula_ plant in _Bakerhill, AL_, and
                            [Name of Plant]   _LLCas_       [City/State]
      possibly other plants owned by _Equity Group-Eufaula_ if brought as a class
                            [Name of Plant]   _LLCas_
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the _23_ day of _October_, 2006.

_Kenneth W. Kelley_                    _Kenneth W. Kelley_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Arleen Kennedy_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula_ at
[Name of plant] _LLC_
the facility located in _Bakerhill, AL_. I worked at this location from
[City/State]
_July 30, 2000_ to _present_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula_ plant in _Bakerhill, AL._, and
[Name of Plant]    [City/State]
possibly other plants owned by _Equity Group Eufaula_ If brought as a class
[Name of Plant] _LLCo_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _September_, 2006.

_Arleen Kennedy_                    _Arleen Kennedy_
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shirley Kennedy_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group- Eufaula_ at [Name of plant] _LLCao_
the facility located in _Bakerhill, AL_. I worked at this location from [City/State]
_08|20|98_ to _05|03|05_.
[Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group- Eufaula_ plant in _Bakerhill, AL_, and [Name of Plant] _LLCao_ [City/State]
possibly other plants owned by _Equity Group- Eufaula_. If brought as a class [Name of Plant] _LLCao_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _October_, 2006.


_Shirley Kennedy_ _____        _Shirley Kennedy_ _____
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tracy L. Kennedy_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC ao_ at
      the facility located in _Baker Hill, AL_ . I worked at this location from
      _March 6, 2006_ to _present_ .
      [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
      and post-production time activities from my employer. I also understand that
      the lawsuit may seek recovery for unpaid production time. I understand that
      the suit is brought pursuant to both federal law and applicable state statutes,
      if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
      settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the _Keystone_ _Equity Group, LLC ao_ plant in _Baker Hill, AL_ and
      [Name of Plant]                                        [City/State]
      possibly other plants owned by _Equity Group, LLC ao_ If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such
      class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _8_ day of _October_ , 2006.


_Tracy L. Kennedy_
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Steven L. Kincey_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula Div. LLC._ at
the facility located in _Bakerhill  Al_____.  I worked at this location from
[Name of plant]
[City/State]
_Oct. 04_____ to _April 05_____.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula Div. LLC._ plant in _Bakerhill  Al._____, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Equity  Group  Eufaula_ If brought as a class
[Name of Plant]       LLC.
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _17_ day of _October_____, 2006.


_Steven L. Kincey_____          _Steven L. Kincey_____
[PRINT NAME]                           [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Evelyn Lampley_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group, LLC_ and at
    [Name of plant]
    the facility located in _Bakerhill, AL_ .  I worked at this location from
    [City/State]
    _8|98_ to _Present_ .
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill, AL_ and
    [Name of Plant]                          [City/State]
    possibly other plants owned by _Equity Group, LLC_ If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _Nov._ , 2006.

_Evelyn Lampley_                    _Evelyn Lampley_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Serena Lampley_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Keystone / Equity Group, LLC_ at the facility located in _Bakerhill, AL_ . I worked at this location from _5-3-05_ to _present_ .
    [Name of plant]
    [City/State]
    [Date]                    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action, covering employees at the _Keystone / Equity Group, LLC_ plant in _Bakerhill, AL_ and possibly other plants owned by _Keystone / Equity Group, LLC_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
    [Name of Plant]              [City/State]
    [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25th_ day of _Sept._ , 2006.

_Serena Lampley_ _____
[PRINT NAME]

_Serenda Lampley_ _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Emily Laseter_____ states the following:
         [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Keystone__ Equity Group, LLC at the facility located in __Baker Hill, AL__.  I worked at this location from
      [Name of plant]                                    [City/State]
      __July 2003__ to __January 2005__.
      [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Keystone__ Equity Group, LLC plant in __Baker Hill, AL__, and
      [Name of Plant]                              [City/State]
      possibly other plants owned by __Keystone__ Equity Group, LLC.  If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the __12__ day of __September__, 2006.


__Emily Laseter__                    __Emily Laseter__
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

<u>Mary Ann Lawrence</u>____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by <u>Keystone Foods</u> Equity Group, LLC₀₀ at the facility located in <u>Baker Hill, AL</u>. I worked at this location from
[Name of plant]                [City/State]
<u>08/19/2004</u> to <u>02/25/2005</u>.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering Equity Group, LLC₀₀ employees at the <u>Keystone Foods</u> plant in <u>Baker Hill, AL</u>, and [Name of Plant]              [City/State] possibly other plants owned by <u>Keystone Foods</u>. If brought as a class [Name of Plant]   Equity Group, LLC₀₀ action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _3_ day of _November_ 2006.

<u>MARY ANN Lawrence</u>____          <u>Mary Ann Lawrence</u>
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Eddie Lewis_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula Div, LLC_ at the facility located in _Baker Hill, Alabama_.  I worked at this location from _05-24-05_ to _10-10-06_.
[Name of plant]
[City/State]
[Date]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula_ plant in _Baker Hill, Alabama_ and possibly other plants owned by _Equity Group, LLC_.  If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10th_ day of _October_, 2006.

_Eddie Lewis_____
[PRINT NAME]

_Eddie Lewis_____
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Lorenzo J Lewis JR_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group of Eufaula_ at the facility located in _Baker Hill AL_ . I worked at this location from _9-14-04_ [Name of plant] _LLCao_ [Date]   to   _Present_ .
[City/State]
[Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group of Eufaula_ plant in _Baker Hill   AL_ , and [Name of Plant] [City/State] possibly other plants owned by _Equity Group of Eufaula_ , If brought as a class [Name of Plant] _LLCao_ action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15th_ day of _September_ , 2006.

_Lorenzo J Lewis JR_
**PRINT NAME**

_Lorenzo J Lewis Jr_
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Brenda Lightner-Slater_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Baker Hill, AL_. I worked at this location from
[City/State]
_8/05_ to _11 05_.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_ and
[Name of Plant]                        [City/State]
possibly other plants owned by _Equity Group, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _01_ day of _November_, 2006.


_BRENDA LIGHTNER_
[PRINT NAME]

_Brenda Lightner Slater_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_MARGiE B LOHMAN_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group Eufaula LLC,_ at
     [Keystone] [Name of plant]
     the facility located in _BaKERHill AlA_____. I worked at this location from
     [City/State]
     _August 6 1998_ to _January 28, 2005_.
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the _Equity Group Eufaula LLC_ plant in _BaKERHill AL_____, and
     [Keystone] [Name of Plant]                      [City/State]
     possibly other plants owned by _Equity Group Eufaula LLC_. If brought as a class
     [Keystone] [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _23_ day of _September_, 2006.


_MARGiE B LoHMAN_____          _Margie B Lohman_____
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Christina E Lynn_____  states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Keystone__ Equity Group, LLCao  at
[Name of plant]
the facility located in __Baker Hill, Al__.  I worked at this location from
[City/State]
__1/30/06_____  to  __Present_____.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.
↓ Equity Group, LLCao

6.    I understand that this suit may be brought as a class action covering employees at the __Keystone/Chrood__ plant in __Baker. Hill, Al__ and
[Name of Plant]                        [City/State]
possibly other plants owned by __Keystone/Chrood__.  If brought as a class
[Name of Plant]   Equity Group, LLCao
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __16__ day of __October__, 2006.

_Christina E Lynn_____                _Christina E. Lynn_____
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Artavous Mahone_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _they stone Equity Group_ at _LLC_
the facility located in _Bakerhill, AL_
[Name of plant]
_Eufaula AL_. I worked at this location from
[City/State]
_1/23/06_ to _6/24/06_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group_ plant in _Eufaula AL_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Equity Group, LLC_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _Nov._, 2006.

_Artavous Mahone_
**[PRINT NAME]**

_Artavous Mahone_
**[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Elethia Marshall_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ___Keystone___ _Equity Group, LLC ao_ at
the facility located in _Bakee Hill   AL_____. I worked at this location from
[Name of plant]
_June 2004_ to _Nov 2005_____.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit _Equity Group, LLC ao_ may be brought as a class action covering
employees at the ___Keystone___ plant in _Bakee Hill AL_, and
[Name of Plant]                    [City/State]
possibly other plants owned by ___Keystone___ _Equity Group, LLC ao_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16th_ day of _Oct_____, 2006.

_Elethia Marshall_____
[PRINT NAME]

_Elethia Marshall_____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Regina Mays_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill, AL_. I worked at this location from
[Name of plant]
[City/State]
_01/17/2006_ to _05/2006_.
[Date]      [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_, and
[Name of Plant]
[City/State]
possibly other plants owned by _Equity Group, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _October_, 2006.


_Regina Mays_
[PRINT NAME]

_Regina Mays_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dianne Mccloud_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill, AL_ . I worked at this location from
[Name of plant]      [City/State]
_9/9/98_ to _Present_ .
[Date]           [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_ , and
[Name of Plant]               [City/State]
possibly other plants owned by _Equity Group, LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _September_ , 2006.

_Dianne Mccloud_                    _Dianne Mccloud_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Joseph D McCoy_____ states the following:
      [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill AL_ . I worked at this location from
[Name of plant]
                     [City/State]
_8-16-05_ to _2-8-06_ .
[Date]         [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group LLC_ plant in _Baker Hill AL_ , and
[Name of Plant]                [City/State]
possibly other plants owned by _Equity Group, LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the _8_ day of _October_ , 2006.

    _Joseph McCoy_              _Joseph McCoy_
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Gertha McCrae _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Keystone Foods _Equity Group, LLC_ at the facility located in Baker Hill, AL . I worked at this location from
[Name of plant]
April 7, 1999 to _Present_ .
[Date]       [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
    _Equity Group, LLC_
employees at the Keystone Foods plant in Baker Hill, AL and
[Name of Plant]                                [City/State]
possibly other plants owned by Keystone Foods . If brought as a class
[Name of Plant]    _Equity Group, LLC_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 15 day of September 2006.

Gertha R. McCrae _____          Gertha R. McCrae _____
**[PRINT NAME]**                    **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:**   **CLERK OF THE COURT AND COUNSEL OF RECORD**

_Anthony McKinnon_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC_ at
[Name of plant]
the facility located in _Baker Hill Al._. I worked at this location from
[City/State]
_Oct. 22, 04_ to _____ _Present_ _____.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
_Equity Group, LLC_
employees at the _Keystone_ plant in _Baker Hill_, and
[Name of Plant]                         [City/State]
possibly other plants owned by _Keystone_. If brought as a class
[Name of Plant]   _Equity Group, LLC_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of _Oct._, 2006.

_Anthony McKinnon_                    _Anthony McKinnon_
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Renna          MeRRill_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLCao_ _Key Stone/equity_ at
the facility located in _BAKehill A/A._. I worked at this location from
[Name of plant]
_8-6-98_ to _Present_.
[Date]          [City/State]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought _Equity Group, LLCao_ as a class action covering
employees at the _Keystone /Equity_ plant in _BAKehill A/A._, and
[Name of Plant]          [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]          ao
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _September_, 2006.

_Renna    Merrill_                  _Renna Merrill_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shakeria L Moore_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone (Equity)_ Equity Group, LLC ao at [Name of plant] the facility located in _Bakerhill, Al_. I worked at this location from [City/State] _Sept 12, 05_ to _Present_. [Date]     [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ~~Keystone (Equity Group)~~ Equity Group, LLC ao plant in _Bakerhill, Al_, and [Name of Plant]     [City/State] possibly other plants owned by ~~Keystone (Equity Group)~~ Equity Group, LLC ao If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10th_ day of _Oct_, 2006.


_Shakeria L Moore_                    _Shakeria L. Moore_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Michael Morris_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Keystone Foods Equity Group, LLC_ at
     [Name of plant]
     the facility located in _Bakerhill Alabama_ worked at this location from
     [City/State]
     _11-4-04_ to _Present_ .
     [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer. I also understand that
     the lawsuit may seek recovery for unpaid production time. I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     ↓ Equity Group, LLC
     employees at the _Keystone Foods_ plant in _Bakerhill Alabama_ and
     [Name of Plant]                    [City/State]
     possibly other plants owned by _Keystone Foods_ . If brought as a class
     [Name of Plant]  Equity Group, LLC
     action under either federal or state law, I agree to be a named Plaintiff in such
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _September_, 2006.


_Michael Morris_                    _Michael Morris_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dorothy Mulkey_____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by ~~Key stone~~ Equity Group, LLC as ____ at
[Name of plant]
the facility located in _Baker hill_____. I worked at this location from
_6/1/98_____ to _9|03|04_____
[Date]                    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering ⤵ Equity Group, LLC as
employees at the ~~Key stone~~ plant in _Baker hill Al_, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Key stone_____. If brought as a class
[Name of Plant]     Equity Group, LLC as
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _September_ 2006.

_Dorothy Mulkey_____          _Dorothy Mulkey_____
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tony Newman_ _____ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Equity Group, LLC_ an at the facility located in _BakerHill, AL_ . I worked at this location from [Name of plant] _1-5-05_ to _Present_ . [Date] [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _BakerHill AL_ , and [Name of Plant] [City/State] possibly other plants owned by _Equity Group, LLC_ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _3rd_ day of _Oct_ , 2006.


_Tony Newman_
**[PRINT NAME]**

_Tony Newman_
**[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Marion Norris_____ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill, AL_. I worked at this location from _12-10-01_ to _10-11-06_.
[Name of plant]
[City/State]
[Date]
[Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_, and possibly other plants owned by _Equity Group, LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _Oct_, 2006.

_Marion Norris_____
[PRINT NAME]

_Marion Norris_____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Krista R Oliver_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Kestone_ Equity Group, LLC at [Name of plant] the facility located in _Bankorhill AL_. I worked at this location from [City/State] _6-04_ to _7-04_. [Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering ↓ Equity Group, LLC employees at the _Kestone_ plant in _Bankorhill AL_, and [Name of Plant]    [City/State] possibly other plants owned by _Kestone_ Equity Group, LLC. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5th_ day of _October_, 2006.

_Krista R. Oliver_
**PRINT NAME**

_Krista R Oliver_
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Gwendolyn A. Owens_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Foods LLC_ at
      Equity Group, LLCao
      [Name of plant]
      the facility located in _Baker Hill, AL_.  I worked at this location from
      [City/State]
      _11/9/1998_ to _10-6-2006_.
      [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      ↓ Equity Group, LLCao
      employees at the _Equity Group Eufaula_ plant in _Baker Hill AL_ and
      [Name of Plant]                                    [City/State]
      possibly other plants owned by _Keystone Foods_.  If brought as a class
      [Name of Plant]   Equity Group, LLCao
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _8_ day of _October_, 2006.


_Gwendolyn A. Owens_                    _Gwendolyn Owens_
**[PRINT NAME]**                         **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Andre Paige_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula, LLC_ at the facility located in _Bakerhill, AL_.  I worked at this location from
[Name of plant]
_09/24/03_ to _present_.
[City/State]
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula, LLC_ plant in _Bakerhill, AL_, and
[Name of Plant]    [City/State]
possibly other plants owned by _Equity Group Eufaula, LLC_, brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _06_ day of _October_, 2006.

_Andre Paige_
[PRINT NAME]

_Andre Paige_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jennifer Parham_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group, LLC_ at
the facility located in _Bakerhill Al_.    I worked at this location from
_9-23-04_ to _8-14-06_.
[Date]                                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group, LLC_ plant in _Bakerhill Al_, and [Name of Plant] [City/State]
possibly other plants owned by _Keystone Equity Group, LLC_  If brought as a class [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30th_ day of _Sept_, 2006.

_Jennifer Parham_
[PRINT NAME]

_Jennifer Parham_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Juanita Jones Parham_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equilty Group Division_ at [Name of plant] _LLC ae_ the facility located in _Baker Hill, Alabama_ I worked at this location from [City/State] _9/30/04_ to _Present_. _Baker Hill_ [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equilty Group, LLC ae_ plant in _Baker Hill_ , and [Name of Plant] [City/State] possibly other plants owned by _Keystones_ . If brought as a class [Name of Plant] _Equilty Group, LLC ae_ action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _September_, 2006.

_Juanita J. Parham_
[PRINT NAME]

_Juanita Jones Parham_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Shaunte Parker _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group LLC at
the facility located in Bakerhill, AL . I worked at this location from
[Name of plant]
[City/State]
Aug 1, 2005 to Present .
[Date]       [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Equity Group LLC plant in Bakerhill, AL , and
[Name of Plant]
[City/State]
possibly other plants owned by Equity Group, LLC . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 2nd day of Nov., 2006.

Shaunte Parker _____
[PRINT NAME]

Shaunte Parker _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

*Valerie Parker* _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by *Equity Group Eufaula* at
       _____ [Name of plant] _____ *LLC ao*
       the facility located in *Baker hill Alabama* I worked at this location from
       [City/State]
       *June 2004* to *March 2005* _____.
       [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
       and post-production time activities from my employer.  I also understand that
       the lawsuit may seek recovery for unpaid production time.  I understand that
       the suit is brought pursuant to both federal law and applicable state statutes,
       if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
       including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
       settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
       employees at the *Equity Group Eufaula* plant in *Bakerhill Alabama*, and
       [Name of Plant]  *LLC ao*           [City/State]
       possibly other plants owned by *Equity Group Eufaula*.  If brought as a class
       [Name of Plant]  *LLC ao*
       action under either federal or state law, I agree to be a named Plaintiff in such
       class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

       DATED the *10* day of *October*, 2006.


*Valerie Blaine Parker* _____          *Valerie Elaine Parker* _____
[PRINT NAME]                                [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sharon Parkman_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC ao_ at the facility located in _Bakerhill, AL_ . I worked at this location from
[Name of plant]
[City/State]
_06|04_ to _01|05_ .
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the _Keystone_ _↓ Equity Group, LLC ao_ plant in _Bakerhill, AL_ , and possibly other plants owned by _Keystone_ _Equity Group, LLC ao_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]    [City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _Oct._ , 2006.

_Sharon D Parkman_
[PRINT NAME]

_Sharon D Parkman_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Antonio L. Pearson_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Foods_ **Equity Group, LLC ao** at
the facility located in _Baker Hill, AL_ . I worked at this location from
[Name of plant]
_06/2003_ to _04/2005_ .
[Date]          [City/State]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
**Equity Group, LLC ao**
employees at the _Keystone Foods_ plant in _Baker Hill, AL_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _Keystone Foods_ . If brought as a class
[Name of Plant]          **Equity Group, LLC ao**
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _October_ , 2006.

_Antonio L Pearson_____          _Antonio L. Pears_____
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_OZELIA  PERSON_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _DIV  LLC_ _EQUITY GROUP OF Eufaula_ at [Name of plant] the facility located in _BAKER HILL, Al. 36053_. _57 MELVIN CLARK RD._ I worked at this location from [City/State] _9-1-1998_ to _9-23-06_. [Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group of Eufaula LLC_ plant in _BAKER HILL, Alabama_ and [Name of Plant]    [City/State] possibly other plants owned by _Equity Group of Eufaula, LLC_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _Sept._, 2006.


_OZELIA  PERSON_____        _Ozella Person_____
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Marquita S Person_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Key Stone Equal Group_ at _MLLCao_
[Name of plant]
the facility located in _Baker Hill_ . I worked at this location from
[City/State]
_8-05_ to _6-06_ .
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Key Stone Equal Cro_ plant in _Baker Hill AL_ , and
[Name of Plant]        [City/State]
possibly other plants owned by _Key Stone Equal Cro_ brought as a class
[Name of Plant]        _LLCao_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14th_ day of _Sept_, 2006.

_Marquita Person_
[PRINT NAME]

_Marquita Person_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Johnnie Mae Posey_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Key Store_ _Equity Group, LLC ao_ at
the facility located in _Baker Hill Al._ . I worked at this location from
[Name of plant]
_5-505_ to _12-20-05_ .
[Date]        [City/State]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering _Equity Group LLC ao_
employees at the _Key Store_ plant in _Baker Hill Al._ , and
[Name of Plant]        [City/State]
possibly other plants owned by _Equity Group, LLC ao_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept._ , 2006.

_Johnnie Mae Posey_        _Johnnie Mae Posey_
[PRINT NAME]        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Coretta  Reeves_____ states the following:
           [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Keystone__ Equity Group, LLC at the facility located in __Bakerhill, AL__. I worked at this location from __06 04__ to __07 05__.
           [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Keystone__ Equity Group, LLC plant in __Bakerhill, AL__, and possibly other plants owned by __Keystone__ Equity Group, LLC. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __30__ day of __Oct.__, 2006.


__Corretta Y. Reeves__          __Corretta Y. Reeves__
  PRINT NAME                       SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dina Reeves_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill, AL_. I worked at this location from _05/06_ to _present_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill AL_, and
[Name of Plant] [City/State]
possibly other plants owned by _Equity Group, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _Oct._, 2006.


_Dina Reeves_ _____
[PRINT NAME]

_Dina Reeves_ _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sheila Reeves_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Eufaula Equity Group, LLC_ at
    [Name of plant]
    the facility located in _Bakerhill AL_ .  I worked at this location from
    [City/State]
    _8/6/98_ to _Present_ .
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Eufaula Equity Group, LLC_ plant in _Bakerhill AL_ , and
    [Name of Plant]                    [City/State]
    possibly other plants owned by _Eufaula Equity Group, LLC_ .  If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _Sept_ , 2006.


_Sheila Reeves_
**PRINT NAME**

_Sheila Reeves_
**SIGN NAME**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Calvin F. Richardson Jr._ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Charoen Pokphand_ _Equity Group, LLC_ at the facility located in _Eufaula, AL_ _Bakerhill, AL_. I worked at this location from _05/2003_ to _03/2004_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Charoen Pokphand_ _Equity Group, LLC_ plant in _Eufaula, AL_ _Bakerhill, AL_, and possibly other plants owned by _Charoen Pokphand_ _Equity Group, LLC_ If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _6_ day of _November_, 2006.

_Calvin F. Richardson Jr._          _Calvin F. Richardson Jr._
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Denise Richardson_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC ao_ at
   [Name of plant]
   the facility located in _Eufaula At_ _Bakerhill, AL_. I worked at this location from
   [City/State]
   _11/17/98_ to _1/18/05_ .
   [Date]         [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering
   _Equity Group, LLC ao_   _Bakerhill, AL_
   employees at the _Keystone_ plant in _Eufaula At_, and
   [Name of Plant]                    [City/State]
   possibly other plants owned by _Keystone_ _Equity Group, LLC ao_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27th_ day of _Sept_, 2006.

_Denise Richardson_
**[PRINT NAME]**

_Denise Richardson_
**[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

*Laurie J. Robinson* _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___*Equity Group, LLC as KeyStone*___ at the facility located in *Atlanta, Balahill AL* worked at this location from
[Name of plant]
[City/State]
*08-06-98* to *Present*.
[Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ___*Equity Group, LLC as KeyStone*___ plant in *Balahill, AL* and
[Name of Plant]                                    [City/State]
possibly other plants owned by *Equity Group, LLC as*.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the *17th* day of *October*, 2006.

*LAURIe J. Robinson*                    *Laurie J. Robinson*
[PRINT NAME]                               [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Margaret Robinson_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Keystone_ Equity Group, LLC ao at
[Name of plant]
the facility located in _Bakerhill, AL_. I worked at this location from
[City/State]
_08|98_ to _present_.
[Date]    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Keystone_ Equity Group, LLC ao plant in _Bakerhill, AL_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Keystone_ Equity Group, LLC ao If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _Oct_, 2006.

_Margaret Robinson_               _Margaret Robinson_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Michael Robinson_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Keystone Food___ *Equity Group, LLC ao* at
the facility located in _Baker Hill AL_.  I worked at this location from
[Name of plant]
___10/05___ to ___1/06___.
[Date]         [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering *Equity Group, LLC ao*
employees at the ___Keystone Foods___ plant in ~~Eufa~~ Baker Hill AL, and
[Name of Plant]                                         [City/State]
possibly other plants owned by ___Keystone Foods___ *Equity Group, LLC ao*, LLC if brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _Oct_, 2006.

_Michael Robinson_                    _Michael Robinson_
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Nottie J. Rodgers_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group Eufaula Div., LLC a0_ at
     _Keystone foods_
     [Name of plant]
     the facility located in _Bakehill Al._____.   I worked at this location from
     [City/State]
     _8-6-98_____ to _____ _Present_____.
     [Date]                  [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer.  I also understand that
     the lawsuit may seek recovery for unpaid production time.  I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     _Equity Group, LLC a0_
     employees at the _Nottie Rodgers_ plant in _Bakehill Al_, and
     [Name of Plant]                              [City/State]
     possibly other plants owned by _Keystone food llc_  If brought as a class
     [Name of Plant]  _Equity Group, LLC a0_
     action under either federal or state law, I agree to be a named Plaintiff in such
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _Nov_____, 2006.

_Nottie J. Rodgers_____          _Nottie J. Rodgers_____
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Randy D. Rodgers_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Bakeshills_ _Equity Group, LLC_ao at the facility located in _Eufaula AlA_ _BakerHill, AL_ao . I worked at this location from [Name of plant] [City/State] _2/22/06_ to _Present_ . [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering _Equity Group, LLC_ao _BakerHill, AL_ao employees at the _Bakeshills_ plant in _Eufaula AlA_ , and [Name of Plant] [City/State] possibly other plants owned by _Equity Group, LLC_ao If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the _20_ day of _October_, 2006.

_Randy Rodgers_

_Randy Rod_
[PRINT NAME]

_Randy Rodger_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Earl R Rogers_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC as Keystone Industries_ at
[Name of plant]
the facility located in _Baker hill, AL_ . I worked at this location from
[City/State]
_January 2006_ to _April 2006_ .
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be, brought as a class action covering _Equity Group, LLC as_
employees at the _Keystone Industries_ plant in _Baker hill, AL_ , and
[Name of Plant]                          [City/State]
possibly other plants owned by _Keystone Industries Equity Group, LLC as_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _September_, 2006.

_Earl R. Rogers_                    _Earl R. Rogers_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Angela Rumph_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill Ala_.  I worked at this location from
[Name of plant]    [City/State]
_9-9-98_ to _10-2-06_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill Ala_ and
[Name of Plant]    [City/State]
possibly other plants owned by _Equity Group, LLC_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _2nd_ day of _Oct_, 2006.

_Angela Rumph_          _Angela Rumph_
[PRINT NAME]          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Doris Sanders_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group Eufala, LLC at the facility located in Bakerhill, AL. I worked at this location from
[Name of plant]                [City/State]
May 29 01 to present.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Equity Group, LLC plant in Baker Hill, AL and
[Name of Plant]                [City/State]
possibly other plants owned by Equity Group LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 23 day of Sept, 2006.

Doris Sanders                    Doris Sanders
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Samuel Shabazz_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group, LLC_ at
                                              [Name of plant]
the facility located in _Bakerhill AL_ . I worked at this location from
                        [City/State]
_Sept 04_ to _Dec. 05_ .
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group, LLC_ plant in _Bakerhill, AL_ , and
                        [Name of Plant]            [City/State]
possibly other plants owned by _Equity Group, LLC_ . If brought as a class
                               [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

        DATED the _17_ day of _October_ , 2006.


_Samuel Shabazz_
[PRINT NAME]

_Samuel A. Shabazz_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Rose D Shaw_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Graps, LLC_ at the facility located in _Baterhill AL_. I worked at this location from
   _8-6-98_ to _Presentaa_.
   [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group_ plant in _Baterhill AL_, and possibly other plants owned by _Equity Group LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

   DATED the _5th_ day of _OCt_, 2006.


_Rose D Shaw_
[PRINT NAME]

_Rose D Shaw_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Rebecca H. Shorter_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
the facility located in _Eufaula, (AL_ . I worked at this location from _08 06 89_ to _present_ .
[Name of plant]
[City/State]
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group_ plant in _Bakerhill, (AL_ and
possibly other plants owned by _Equity Group LLC_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]    [City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Rebecca H. Shorter_
[PRINT NAME]

_Rebecca H. Shorter_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Vivian y. Shorter_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula Div. LLC_ at
       [Name of plant]
       the facility located in _Baker Hill, Al._. I worked at this location from
       [City/State]
       _2-10-2005_ to _Present_.
       [Date]             [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula Div. LLC_ plant in _Baker Hill Al._, and
       [Name of Plant]                                [City/State]
       possibly other plants owned by _Equity Group Eufaula Div. LLC_ If brought as a class
       [Name of Plant]
       action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _6th_ day of _Oct_, 2006.

_Vivian y. Shorter_                    _Vivian y. Shorter_
[PRINT NAME]                           [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

*Gregory L. Sinquefield*_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by *Keystone Equity Group*, at *LLC* the facility located in *Baker Hill Alabama*.   I worked at this location from
[Name of plant]
[City/State]
___*05|02|05*___ to ___*10|26|05*___.
[Date]                       [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
                                        ↓ *Equity Group, LLC*
employees at the *Kestone Food* plant in *Baker Hill AL*, and
[Name of Plant]                        [City/State]
possibly other plants owned by ___*Keystone Food*___.  If brought as a class
[Name of Plant]   *Equity Group*
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

                              *24*
        DATED·the ___ day of *October*___, 2006.


*Gregory L. Sinquefield*_____          *Gregory L. Sinquefield*
[PRINT NAME]                            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____ Sloane Smith _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone Foods~~ Equity Group, LLC ao at
[Name of plant]
the facility located in _Bakerhill Ala._. I worked at this location from
[City/State]
_Nov 05_ to _May 06_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering Equity Group, LLC ao
employees at the ~~Keystone Foods~~ plant in _Bakerhill Ala._, and
[Name of Plant]                [City/State]
possibly other plants owned by ~~Keystone Foods~~. If brought as a class
[Name of Plant]   Equity Group, LLC ao
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _October_, 2006.


Sloane Smith                    Sloane Smith
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Thersea Y. Starling _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group, LLC at
[Name of plant]
the facility located in Bakerhill, Ala ____. I worked at this location from
[City/State]
8/2004 ____ to 10/2004 ____.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Equity Group, LLC plant in Bakerhill, Ala ____, and
[Name of Plant]                [City/State]
possibly other plants owned by Equity Group, LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 13 day of October, 2006.

Thersea Y. Starling _____        Thersea Y. Starling _____
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tiffeny Starling_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group_ at
[Name of plant] LLC
the facility located in _Baker Hill Alaba.m_ I worked at this location from
[City/State]
_Oct 05_ to _Dec 05_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Equity Group_ plant in _Alabama GA_ and
[Name of Plant] LLC        [City/State]
possibly other plants owned by _Equity Group_.  If brought as a class
[Name of Plant] LLC
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _October_, 2006.

_Tiffany Starling_
[PRINT NAME]

_Tiffany Starling_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Roderick  Streeter_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Charoen  Kophant_ Equity Group, LLC at
       [Name of plant]
       the facility located in _Baker hill , AL_ . I worked at this location from
       [City/State]
       _June 04_ to _Dec. 04_ .
       [Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering Equity Group, LLC employees at the _Charoen Kophant_ plant in _Bakerhill, AL_ , and
       [Name of Plant]                           [City/State]
       possibly other plants owned by _Charoen Kophant_ . If brought as a class
       [Name of Plant]      Equity Group, LLC
       action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

       DATED the _3_ day of _Nov._ , 2006.

_Roderick  Streeter_                    _Roderick Streeter_
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Desiree Stinson_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Keystone Equity Group, LLC_
    [Name of plant]
    the facility located in _Bakerhill AL_ . I worked at this location from
    [City/State]
    _01-21-05_ to _07-27-06_ .
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering
    _y Equity Group, LLCao_
    employees at the _Keystone Equity_ plant in _Bakerhill AL_ , and
    [Name of Plant]                      [City/State]
    possibly other plants owned by _Keystone Equity_ If brought as a class
    [Name of Plant]     _Group, LLCao_
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _06_ day of _October_ , 2006.

_Desiree Stinson_                    _Desiree Stinson_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Terrance T. Tennille_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group of Eufaula Division_ at _, LLC_
the facility located in _Bakerhill, Al_ . I worked at this location from
[Name of plant]    [City/State]
_10/15/02_ to _10/27/05_ .
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group of Eufaula Division_ plant in _Bakerhill, Al_ , and
[Name of Plant]    _, LLC_     [City/State]
possibly other plants owned by _Equity Group, LLC_ .  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23rd_ day of _Oct_ , 2006.

_Terrance T. Tennille_          _Terrance T. Tennille_
PRINT NAME                       SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_BARBARA L. Tew_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _EQUITY Group Division at_ EUFAULA _LLC._
       [Name of plant]
       the facility located in _BAKER HILL, AL_.   I worked at this location from
       [City/State]
       _10-06-99_ to _PRESENT_.
       [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Div_ plant in _BAKER HILL AL_, and
       [Name of Plant]              [City/State]
       possibly other plants owned by _Equity Group EuFaula LLC_.   If brought as a class
       [Name of Plant]
       action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _October_, 2006.


_BARBARA L. Tew_                    _Barbara L. Tew_
**PRINT NAME**                          **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Hester. m. Thomas_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC, Ketstone_ at
[Name of plant]
      the facility located in _Bakehill, AL_. I worked at this location from
[City/State]
      _Sept 19-05_ to _Jan 8, 06_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering _Equity Group, LLC,_ employees at the _Ketstone_ plant in _Bakehill, AL_, and
[Name of Plant]                      [City/State]
      possibly other plants owned by _Ketstone Equity Group, LLC,_. If brought as a class
[Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _2nd_ day of _Oct_, 2006.

_Hester m. Thomas_                    _Hester m. thomas_
**PRINT NAME**                        **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Larry Jerome Thomas Jr._ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone Equity Group,~~ LLC, at the facility located in _Barberhill, AL_ . I worked at this location from [Name of plant]
_2|6|06_ to _Present_ .
[Date]                [Date, or if still working write "present"] [City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ~~Keystone Equity Group~~ LLC plant in _Barberhill AL_ , and [Name of Plant]                [City/State] possibly other plants owned by ~~Keystone Equity Group~~ LLC. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19th_ day of _Sept_, 2006.

_Larry Jerome Thomas Jr._

[PRINT NAME]                [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tammy T. Thomas_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Keystone Equity Group, LLCao_ at the facility located in _Bakerhill, AL_. I worked at this location from _1/04_ to _05/28/05_.
[Name of plant]
[City/State]
[Date]
[Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _↓ Equity Group, LLCao Keystone_ plant in _Bakerhill, AL_, and possibly other plants owned by _Keystone Equity Group, LLCao_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _Nov._, 2006.

_Tammy T. Thomas_                    _Tammy T. Thomas_
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tora Thomas_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ Equity Group, LLC as at
[Name of plant]
the facility located in _Pollar Hill, Al_ . I worked at this location from
[City/State]
_Jan 13/04_ to _June 10, 05_ .
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone_ Equity Group, LLC as plant in _Pollard Hill, Al_ , and
[Name of Plant]          [City/State]
possibly other plants owned by _Keystone_ . If brought as a class
[Name of Plant] Equity Group LLC as
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _Sept_ , 2006.


_Tora Thomas_
[PRINT NAME]

_Tora Thomas_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Wanda Thomas_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Keystone Foods Equity Group at LLC the facility located in Bay Kee Hill, AL. I worked at this location from
[Name of plant]        [City/State]
_Dec-3-1999_ to _10-12-06_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Foods_ plant in _Baker Hill, AL_, and
[Name of Plant]        [City/State]
possibly other plants owned by _Key Stone Foods Equity Group, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _10_, 2006.

_Wanda F. Thomas_        _Wanda Thomas_
[PRINT NAME]        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Shemiece Thompkins states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Equity Group, LLC__
[Name of plant]
the facility located in __Baker Hill, AL__ . I worked at this location from
[City/State]
__09/18/2000__ to __present__ .
[Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Equity Group, LLC__ plant in __Baker Hill, AL__ , and
[Name of Plant]                              [City/State]
possibly other plants owned by __Equity Group, LLC__ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __7__ day of __November__, 2006.


_Shemeice Thompkins_
[PRINT NAME]

_Shemeice Thompkins_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_LILLIAN THOMPSON_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _EQUITY GROUP Eufaula Div. LLC_ at
[Name of plant]
the facility located in _BAKERHILL, AL._.    I worked at this location from
[City/State]
_3-1-2006_ to _PRESENT_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _EQUITY GROUP Eufaula Div. LLC_ plant in _BAKERHILL, AL._, and
[Name of Plant]                              [City/State]
possibly other plants owned by _EQUITY Group_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _7_ day of _OCT._, 2006.

_LILLIAN THOMPSON_
[PRINT NAME]

_Lillian Thompson_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Brantley Thornton_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group, LLC_ at the facility located in _Butler Hill, AL_____.  I worked at this location from
[Name of plant]
_March '04_____ to _April '05_____.
[Date]                [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group, LLC_ plant in _Butler Hill, AL_____, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Keystone Equity Group, LLC_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _3_ day of _October_____, 2006.

_Brantley Thornton_____        _[signature]_____
[PRINT NAME]                           [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Shereekia Va'Lenta Thornton states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone Foods~~ Equity Group, LLC at
      the facility located in ~~Enterta~~ Bakerhill, AL . I worked at this location from
      [Name of plant]
      [City/State]
      10/20/2004 to 11/15/2004 .
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      Equity Group, LLC                    Bakerhill
      employees at the ~~Keystone Foods~~ plant in ~~Enterta~~ / AL , and
      [Name of Plant]                        [City/State]
      possibly other plants owned by ~~Keystone Foods~~ . If brought as a class
      [Name of Plant]
      Equity Group, LLC
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the 2nd day of October , 2006.


Shereekia Va'Lenta Thornton          Shereekia V. Thornton
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Courtney J. Tolbert_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Eufaula, AL_ . I worked at this location from
[City/State]
_04/03/04_ to _07/31/06_ .
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group_ plant in _Eufaula, AL_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _Equity Group_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _6_ day of _September_, 2006.

_Courtney J. Tolbert_                    _Courtney J. Tolbert_
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_CAROLYN ANN TURNER_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _KEYSTONE Foods_ Equity Group, LLC at the facility located in _BAKER HILL, AL._ . I worked at this location from
[Name of plant]
[City/State]
_8-6-1998_ to _PRESENT_ .
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering Equity Group, LLC employees at the _KEYSTONE Foods_ plant in _BAKER HILL AL_. and
[Name of Plant]
[City/State]
possibly other plants owned by _KEYSTONE Foods_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such Equity Group, LLC class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _SEPTEMBER_ 2006.

_CAROLYN ANN TURNER_                   _Carolyn A. Turner_
[PRINT NAME]                                       [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dorsel Antione Turner_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC ao_ at
[Name of plant]
the facility located in _Booker Hill, AL_. I worked at this location from
[City/State]
_June 2003_ to _December 2003_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC ao_ plant in _Booker Hill AL_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Equity Group, LLC ao_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _September_, 2006.

_Dorsel Turner_
[PRINT NAME]

_Darl Turner_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Allison Vaughn_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Allison Vaughn_ _Equity Group, LLC_ at the facility located in _____ . I worked at this location from
[Name of plant]
_Bakerhill → midway _____ AL_
[City/State]
_May 2005_ to _Oct 2005_ .
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_ and
[Name of Plant]                        [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _17th_ day of _Oct_ , 2006.

_Allison Vaughn_ _____          _Allison Vaughn_ _____
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alfonza Walker_____ states the following:
        [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _~~Keystone Food~~_ Equity Group, LLC as _ at
     the facility located in _Baker Hill, AL_.  I worked at this location from [Name of plant]
                                    [City/State]
     _Oct. 4, 2005_ to _Sept. 11, 2006_.
        [Date]              [Date/or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
                          ↓ Equity Group, LLC as
     employees at the _~~Keystone Food~~_ plant in _Baker Hill, AL_, and
                          [Name of Plant]                 [City/State]
     possibly other plants owned by _Equity Group, LLC as_. If brought as a class
                                      [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _24_ day of _September_, 2006.


_Alfonza Walker_____          _Alfonza Walker_____
**PRINT NAME**                     **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Marquita Walker _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Equity Group, LLC___ at
the facility located in __Bakerhill Ala.__ .  I worked at this location from
[Name of plant]
[City/State]
__June 19 2003__ to __August 1 2004__ .
[Date]                [Date or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Equity Group, LLC__ plant in __Bakerhill Ala.__ , and
[Name of Plant]
[City/State]
possibly other plants owned by __Equity Group, LLC__ .  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __22__ day of __Sept__ , 2006.


Marquita Walker _____        Marquita Walker _____
[PRINT NAME]                           [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Edna haresha Walton_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC_ at
[Name of plant]
the facility located in _Baker Hill Ala_ . I worked at this location from
[City/State]
_3/15/05_ to _8/05_ .
[Date]     [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering _Equity Group, LLC_
employees at the _Keystone_ plant in _Baker Hill Ala_ and
[Name of Plant]     [City/State]
possibly other plants owned by _Keystone_ . If brought as a class
[Name of Plant]     _Equity Group, LLC_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _October_ , 2006.

_Edna L. Walton_
[PRINT NAME]

_Edna L. Walton_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lakeshia Warren_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC as Keystone Foods_ at
[Name of plant]
the facility located in _Bakernill, AL_. I worked at this location from
[City/State]
_10|25|03_ to _present_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Equity Group, LLC as Keystone Foods_ plant in _Bakernill, AL_, and
[Name of Plant]        [City/State]
possibly other plants owned by _Keystone Foods_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such _Equity Group, LLC as_ class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _Oct._, 2006.

_Lakeshia E. Warren_          _Lakeshia E. Warren_
[PRINT NAME]                  [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tarshekia Warren_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula Division, LLC_ at [Name of plant] the facility located in _Bakerhill, Al._. I worked at this location from _8/8/2005_ to _2/9/2006_. [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula Division, LLC_ plant in _Bakerhill, Al._, and [Name of Plant] [City/State] possibly other plants owned by _Equity Group, LLC_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _September_, 2006.

_Tarshekia Warren_                     _Tarshekia Warren_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dornal WHICHAM_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ as at
[Name of plant]
the facility located in _Baker Hill, AL_. I worked at this location from
[City/State]
_5-23-03_ to _8-26-04_.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _B Equity Group LLC_ plant in _Baker Hill AL_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Equity Group LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16th_ day of _Oct_, 2006.

_Dornal WHICHAM_                    _Dornal Whigham_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_John A. Whigham_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
the facility located in _Baker Hill AL_ . I worked at this location from
[Name of plant]              [City/State]
_5-25-03_ to _4-14-04_ .
[Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the _Equity Group, LLC_ plant in _Baker Hill AL_ , and
[Name of Plant]                              [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8th_ day of _Oct_ , 2006.

_John A. Whigham_                _John Whigham_
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_PATRICIA WHICHAM_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was, formerly employed, by _EQUITY GROUP DIV LLC_ at
[Name of plant]
the facility located in _Baker Hill AL_. I worked at this location from
[City/State]
_6/27/05_ to _9/2/06_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula Div_ plant in _Baker Hill AL_, and
[Name of Plant]    [City/State]
possibly other plants owned by _Equity Group Eufaula Div LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _Sept_, 2006.

_PATRICIA WHICHAM_                    _Patricia Whigham_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

___*Mary White*___ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _*Equity Group*_ at _*LLC*_
[Name of plant]
the facility located in _*Barbor, AL*_ . I worked at this location from
[City/State]
_*Sept 2 2004*_ to _*Present*_
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _*Equity Group*_ plant in _*Barbor, AL*_ and
[Name of Plant]          [City/State]
possibly other plants owned by _____ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such _*Equity Group LLC*_ class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _*27*_ day of _*Sept*_, 2006.

___*Mary L White*___                    ___*Mary White*___
**PRINT NAME**                             **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Wendy White_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group-Eufuala_, LLC
[Name of plant]
the facility located in _Bakerhill, AL_. I worked at this location from
[City/State]
_08|15|05_ to _present_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group-Eufuala_ plant in _Bakerhill, AL_, and
[Name of Plant]        LLC        [City/State]
possibly other plants owned by _Equity Group-Eufuala_ If brought as a class
[Name of Plant]        LLC.
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _October_, 2006.

_Wendy White_
[PRINT NAME]

_Wendy White_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Belinda Williams_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ~~Key Stone~~ _Equity Group, LLC_ at
the facility located in ~~Bakerhill, AL~~. I worked at this location from
[Name of plant]
~~_Bakerhill, AL_~~
[City/State]
_10/02_ to _8/05_.
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as _Equity Group, LLC_ a class action covering _Bakerhill, AL_
employees at the ~~Key Stone~~ plant in ~~Alabama~~, and
[Name of Plant]                [City/State]
possibly other plants owned by _Equity Group, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10th_ day of _Oct_, 2006.

_Belinda Williams_                _Belinda Williams_
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bertha Ann Williams_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ ~~Equity Group, LLC~~ at the facility located in _Bakerhill Ala._.  I worked at this location from
[Name of plant]
[City/State]
_Feb 12th 2004_ to _Present_.
[Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ~~Keystone~~ _Equity Group, LLC_ plant in _Bakerhill Ala_, and
[Name of Plant]                      [City/State]
possibly other plants owned by ~~Keystone~~ _Gordon Polkphand / Equity Group, LLC_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29th_ day of _September_, 2006.


_Bertha Ann Williams_____                _Bertha Ann William_____
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Bobby Lee Williams, Jr _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group, LLC... at
[Name of plant]
the facility located in Baker Hill, AL _____. I worked at this location from
[City/State]
7-25-04 _____ to _____ Present _____.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Equity Group, LLC... plant in Baker Hill, AL _____, and
[Name of Plant]                              [City/State]
possibly other plants owned by Equity Group, LLC... If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 19 day of October _____, 2006.

Bobby Lee Williams, Jr _____          Bobby Lee Williams Jr _____
**PRINT NAME**                                                **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_ELAine Williams_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula,_ at _LLC_ the facility located in _Baker Hill, AL_. I worked at this location from _7-10-06_ to _Present_
[Name of plant]
[City/State]
[Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ~~Baker Hill, AL~~ _Equity Group_ plant in _Baker Hill, AL_, and possibly other plants owned by _Perdue Equity Group, LLC_ If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5_ day of _Oct_, 2006.

_ELAine Williams_            _Elaine williams_
[PRINT NAME]                  [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kelli Williams_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone, Eagles_ _Equity Group, LLC_ at
the facility located in _Baker Hill Ala  Pine mt. GA._ I worked at this location from
[City/State]
_9-25-06_ to _Present_ .
[Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit _Equity Group, LLC_ may be brought as a class action covering employees at the _Keystone_ plant in _Baker Hill Ala_ , and
[Name of Plant]                        [City/State]
possibly other plants owned by _Keystone_ .  If brought as a class
[Name of Plant]  _Equity Group, LLC_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _October_ , 2006.

_Kelli Williams_            _Kelli Williams_
[PRINT NAME]                [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_VERNie   Le   Williams_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula_ at _Div LL_
[Name of plant]
the facility located in _Baker Hill   AL_    .  I worked at this location from
[City/State]
_6-19-2000_    to   _5-22-2006_    .
[Date]                   [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula Div_ plant in _Baker Hill, AL_ , and
[Name of Plant]            LLC   Div   [City/State]
possibly other plants owned by _Equity Group Eufaula_    If brought as a class
[Name of Plant]        LLC
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _____9____, 2006.

_Vernie williams_
[PRINT NAME]

_Vernie Williams_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Willie James Willis II_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Keystone Equity Group, LLCao_ at
[Name of plant]
       the facility located in _Bakerhill, AL_. I worked at this location from
[City/State]
_04|08|04_ to _09|12|04_.
[Date]          [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group, LLCao_ plant in _Bakerhill, AL_, and
[Name of Plant]                              [City/State]
       possibly other plants owned by _Keystone Equity Group, LLC_. If brought as a class
[Name of Plant]
       action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _October_, 2006.


_Willie James Willis II_
[PRINT NAME]

_Willie Willis_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary Wright_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baren Hill Ala_. I worked at this location from
    [Name of plant]                [City/State]
    _10-25-99_ to _Present_.
    [Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Equity Group_ plant in _Baren Hill Ala._, and
    [Name of Plant]                       [City/State]
    possibly other plants owned by _Equity Group, LLC_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _Oct_, 2006.

_Mary S. Wright_ _____
[PRINT NAME]

_Mary S. Wright_ _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Betty J. Young_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
the facility located in _Baker Hill, AL_. I worked at this location from
_03 09 99_ to _present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_ and
[Name of Plant]                              [City/State]
possibly other plants owned by _Equity Group, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _Nov._, 2006.

_Betty J. Young_
[PRINT NAME]

_Betty J. Young_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Santinia Young_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _the Equity Group, LLC ao Keystone Food_ at
      [Name of plant]
      the facility located in _Bakerhill, Al_. I worked at this location from
      [City/State]
      _2/17/05_ to _8/25/06_.
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      ↓ Equity Group, LLC ao
      employees at the _Keystone Foods_ plant in _Bakerhill, Al_, and
      [Name of Plant]                              [City/State]
      possibly other plants owned by _Keystone Foods_. If brought as a class
      [Name of Plant]    Equity Group, LLC ao
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _30_ day of _September_, 2006.


_Santinia Young_                    _Santinia Young_
PRINT NAME                          SIGN NAME

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Shawanda R. Young _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ~~Key Stone~~ Equity Group, LLC ao _____ at
the facility located in Baker Hill Al _____. I worked at this location from
[Name of plant]
[City/State]
8-04 _____ to 1-05 _____.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
Equity Group, LLC ao
employees at the ~~Key Stone~~ plant in Baker Hill, ALao, and
[Name of Plant]          [City/State]
possibly other plants owned by ~~Key Stone~~ Equity Group, LLC ao. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 25 day of Sep _____, 2006.

Shawanda Young _____          Shawanda Young
[PRINT NAME]          [SIGN NAME]