AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE  District of  ALABAMA

BETTY ANN BURKS, ET AL.

V.

EQUITY GROUP EUFAULA DIVISION, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:06cv1081-MEF

TO: (Name and address of Defendant)

Equity Group Eufaula Division, LLC
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sam Cherry
Lance Swanner
Joseph Lane
Bernard D. Nomberg
The Cochran Firm
163 West Main Street
Dothan, AL 36301
334-793-1555

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

December 11, 2006

DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date                      *Signature of Server*

            _____
            *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7005 1820 0007 0822 0745

2:06cv1081-MEF

Postmark Here

12-11-06 #1

Sent To: Equity Group Eufaula Division, LLC
Street, Apt. or PO Box: c/o The Corporation Company
                       2000 Interstate Park Drive, Suite 204
City, State: Montgomery, Alabama 36109

PS Form 38

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.