## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **BETTY ANN BURKS,** *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| VS. | ) ) CIVIL ACTION NO. 2:06-CV-1081-MEF |
| **EQUITY GROUP EUFAULA DIVISION, LLC,** | ) ) ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

The Clerk is requested to enter the appearance of Joel P. Smith, Jr., and Courtney R. Potthoff, Post Office Box 880, Eufaula, Alabama 36072-0880, as counsel for Defendant Equity Group Eufaula Division, LLC.

/s/Joel P. Smith, Jr._____
Joel P. Smith, Jr.
Alabama State Bar ID No. ASB-0328-M46J


/s/Courtney R. Potthoff_____
Courtney R. Potthoff
Alabama State Bar ID No. ASB-4565-057C

OF COUNSEL:

WILLIAMS, POTTHOFF, WILLIAMS
& SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama    36072-0880
(334) 687-5834 phone
(334) 687-5722 facsimile

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this date served a copy of the foregoing upon the following counsel of record in this cause via electronic mail on this 13th day of December, 2006.

    Joseph D. Lane, Esq.
    Lance H. Swanner, Esq.
    Samuel A. Cherry, Jr., Esq.
    Bernard D. Nomberg, Esq.
    COCHRAN, CHERRY, GIVENS,
      SMITH, LANE & TAYLOR, P.C.
    Post Office Box 927
    Dothan, Alabama  36302

                                              /s/Joel P. Smith, Jr._____
                                              OF COUNSEL