IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BETTY ANN BURKS**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. 2:06-CV-1081-MEF |
| ) | |
| **EQUITY GROUP EUFAULA DIVISION, LLC,** ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Joel P. Smith, Jr., of the law firm Williams, Potthoff, Williams & Smith, LLC, hereby moves that Howard A. Rosenthal, Gary D. Fry, and Malcolm S. Gould be admitted *pro hac vice* as counsel for Defendant Equity Group Eufaula Division, LLC, in the above styled case and further states as follows in support of this motion:

1. Mr. Rosenthal, Mr. Fry and Mr. Gould are attorneys with the firm of Pelino & Lentz, P.C., having an address of One Liberty Place, Thirty-Second Floor, 1650 Market Street, Philadelphia, Pennsylvania 19103-7393. Mr. Rosenthal's telephone number is (215) 246-3144, his fax number is (215) 665-1536, and his e-mail address is harosenthal@pelino.com. Mr. Fry's telephone number is (215) 246-3140, his fax number is (215) 665-1536, and his e-mail address is gdfry@pelino.com. Mr. Gould's telephone number is (215) 246-3165, his fax number is (215) 665-1536, and his e-mail address is msgould@pelino.com.

2. Mr. Rosenthal, Mr. Fry and Mr. Gould are members in good standing of the Bar of the United States District Court for the Eastern District of

Pennsylvania, as evidenced by the Certificates of Good Standing attached hereto.

3. Mr. Rosenthal, Mr. Fry and Mr. Gould are co-counsel with the undersigned counsel, located at 125 South Orange Avenue, Eufaula, Alabama 36027.

4. The undersigned is mailing the prescribed fee to the Clerk of Court on this date under separate cover.

WHEREFORE, the undersigned moves for the admission *pro hac vice* of Howard A. Rosenthal, Gary D. Fry and Malcolm S. Gould.

Respectfully submitted on this **14th** day of **December, 2006**.

          ___/s/ Joel P. Smith, Jr._____
          Joel P. Smith, Jr. (SMI 192)
          ASB-0328-M46J

OF COUNSEL:

WILLIAMS, POTHOFF, WILLIAMS & SMITH, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334) 687-5834 phone
(334) 687-5722 facsimile

## CERTIFICATE OF SERVICE

I do hereby certify that on December 14, 2006, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notice of such filing to the following counsel of record:

Joseph D. Lane, Esq.
Lance H. Swanner, Esq.
Samuel A. Cherry, Jr., Esq.
Bernard D. Nomberg, Esq.
COCHRAN, CHERRY, GIVENS,
  SMITH, LANE & TAYLOR, P.C.
Post Office Box 927
Dothan, Alabama  36302

          ___/s/ Joel P. Smith, Jr._____
          OF COUNSEL

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Howard A. Rosenthal , Bar # 25632, was duly admitted to practice in said Court on October 18, 1978, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                           Clerk of Court

on December 14, 2006.                            BY _____
                                                    Aida Ayala,     Deputy Clerk

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Gary D. Fry, Bar # 34464, was duly admitted to practice in said Court on December 17, 1981, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                                       Clerk of Court

on December 14, 2006.                              BY *(signature)*
                                                       Aida Ayala,     Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

      I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

      DO HEREBY CERTIFY That Malcolm S. Gould, Bar # 80254, was duly admitted to practice in said Court on January 5, 2001, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania        MICHAEL E. KUNZ
                                                               Clerk of Court

on December 14, 2006.                           BY _____
                                                              Aida Ayala,    Deputy Clerk