IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-1081-MEF |
| | ) |
| EQUITY GROUP EUFAULA DIVISION, LLC, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the Motion for Admission *Pro Hac Vice* (Doc. #5) filed on December 14, 200, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 19th day of December, 2006.

                                              /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE