IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BETTY ANN BURKS**, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| VS. | ) |
| | ) CIVIL ACTION NO. 2:06-CV-1081-MEF |
| **EQUITY GROUP EUFAULA DIVISION, LLC,** | ) |
| | ) |
| | ) |
|     Defendant. | ) |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT

Comes now the Defendant, by and through its undersigned counsel, and moves this Court for an extension of the deadline for filing a responsive pleading from January 1, 2007 until February 2, 2007. As grounds therefore, Defendant states the following:

1. This action was filed by Plaintiffs, which number more than 225, on December 5, 2006. Defendant was served on December 12, 2006, and its responsive pleading is due January 1, 2007.

2. Due to the high number of Plaintiffs alleging claims in this action, Defendant needs additional time to evaluate their respective claims prior to responding thereto, and therefore requests an extension of time for filing a responsive pleading. Plaintiffs' counsel does not oppose an extension of the responsive pleading deadline until February 2, 2007.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Honorable Court enter an Order extending the deadline for Defendant to file a responsive pleading from January 1, 2007 until February 2, 2007.

/s/Joel P. Smith, Jr.

Joel P. Smith, Jr.
Alabama State Bar ID No. ASB-0328-M46J
One of the Attorneys for Defendant

OF COUNSEL:

WILLIAMS, POTTHOFF, WILLIAMS
& SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama   36072-0880
(334) 687-5834 phone
(334) 687-5722 facsimile

Howard Rosenthal, Esq.
Gary D. Fry, Esq.
Malcolm S. Gould, Esq.
PELINO & LENTZ, PC
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540 phone
(215) 665-1536 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon the following counsel of record in this cause via electronic mail on this 27th day of December, 2006.

Joseph D. Lane, Esq.
Lance H. Swanner, Esq.
Samuel A. Cherry, Jr., Esq.
Bernard D. Nomberg, Esq.
COCHRAN, CHERRY, GIVENS,
   SMITH, LANE & TAYLOR, P.C.

Post Office Box 927
Dothan, Alabama  36302

                                                                                              _/s/Joel P. Smith, Jr._
                                                                                              OF COUNSEL