IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-1081-MEF |
| | ) |
| EQUITY GROUP EUFAULA DIVISION, LLC, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for Extension of Time (Doc. #7) filed on December 27, 2006, it is hereby

ORDERED that the motion is GRANTED to and including February 2, 2007.

DONE this the 4th day of January, 2007.

                                                    /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE