## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## MONTGOMERY DIVISION

| | | |
|---|---|---|
| **BETTY ANN BURKS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-01081-MEF-DRB** |
| | § | |
| **EQUITY GROUP EUFAULA** | § | |
| **DIVISION, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL NOTICES OF CONSENT TO JOIN

Plaintiff, BETTY ANN BURKS, et al., gives notice of filing the attached Notices of Consent to Join executed by SHAQUERA STEWARD, DOUGLAS P. LEHR, FELICIA M. RUSSAW, BOBBY A. JONES, CHRISTIAN ROBINSON, MARLANA JOHNSON, BRENDA RICKS, EYRONNIA PEW, TEMEKA L. OLIVER, BILLY RAY BROWN, LEON JERNIGAN, LOUISE JOHNSON, KATIE MCCLENDON, LEON LYONS, LADARRIEN P. TEMILLE, ALNISIA BRINSON, BERNADETTE LEWIS, SARA A. THOMAS, STEPHANIE BOYKIN, SHARON F. BILLINS, TERRELL WILDER, CYNTHIA M. BASKIN, ANGELA D. COLEMAN, SHEAWANDA M. SPARKS, CASSANDR D ALFORD,

JESSIE B. ALLEN, PAMELA ALLEN, LAGINA ANDERSON, JIMMY ANGLIN, SANDRA M. ANTHONY, TERRY AUSTIN, TORA BAKER, KEYUNA BANKS, KATHERINE BENNETT, ANTHONY BLACKMON, and ANNIE BLETCHER, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above-captioned lawsuit.

Dated:  January 25, 2007

Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Bernard D. Nomberg
**THE COCHRAN FIRM, P.C.**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927

Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

— and —

Richard Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, Florida 33324
Toll Free: 1-877-435-9243 (WAGE)
Facsimile: (954) 333-3515

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2007, I electronically filed the

foregoing with the Clerk of the District Court using the CM/ECF system,

which sent notification of such filing to:

Courtney Reilly Potthoff        Joel P. Smith, Jr.
cpotthoff@mindspring.com        joelpsmith@bellsouth.net

/s/ Robert J. Camp
**ROBERT J. CAMP**

# EXHIBIT A

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shaquera Steward_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at [Name of plant] the facility located in _Baker Hill, AL_. I worked at this location from [City/State] _July 2002_ to _June 2004_. [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_, and [Name of Plant] [City/State] possibly other plants owned by _Equity Group, LLC_ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _November_, 2006.

_Shaquera Steward_        _Shaquera Steward_
PRINT NAME                SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_DOUGLAS P. LEHR_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Charlen Pokphand Equity GroupLLC_ at
    [Name of plant]
    the facility located in _Enfaula, AZ_ . I worked at this location from
    [City/State]
    _08-13-2001_ to _10-17-2003_ .
    [Date]     [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering
    employees at the _Charlen Pokphand Equity Group, LLC Baker Hill_ plant in _Enfaula, AZ_ , and
    [Name of Plant]                    [City/State]
    possibly other plants owned by _Keystone_ . If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such
    class. _Equity Group, LLC ao_

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _7_ day of _October_ , 2006.

_DOUGLAS P. LEHR_
PRINT NAME

SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Felicia M Russaw_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula DIV_ at
      _LLC_
      the facility located in _Bakerhill Al._ . I worked at this location from
                              [City/State]
      _Sept 02 1999_ to _Present_ .
      [Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula DIV_ plant in _Baker Hill Al_ , and
                                         [Name of Plant] LLC              [City/State]
      possibly other plants owned by _Equity Group, LLC_ . If brought as a class
                                     [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _06_ day of _Nov._ , 2006.

_Felicia M Russaw_                _Felicia M Russaw_
**PRINT NAME**                    **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

___Bobby A. Jones___ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ~~Keystone Foods~~ _Equity Group, LLC_ at
     [Name of plant]
     the facility located in Baker Hill (Eufaula), AL . I worked at this location from
     [City/State]
     _6-13-05_ to _3-8-06_ .
     [Date]      [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     v. Equity Group, LLC
     employees at the ~~Keystone Foods~~ plant in Baker Hill (Eufaula), AL and
     [Name of Plant]                                    [City/State]
     possibly other plants owned by ~~Keystone Foods~~ . If brought as a class
     [Name of Plant]  Equity Group, LLC
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

   DATED the _9_ day of _December_ , 2006.


_Bobby A. Jones_                    _Bobby A. Jones_
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

**Christian Robinson** states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by **Equity Group, LLC** at [Name of plant] the facility located in **Bakerhill, AL**. I worked at this location from [City/State] **06|2003** to **10 | 2003**. [Date]       [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the **Equity Group, LLC** plant in **Bakerhill, AL**, and [Name of Plant]                                      [City/State] possibly other plants owned by **Equity Group, LLC**. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the **04** day of **December**, 2006.

_Christian Robinson_
PRINT NAME

_Christ Roba_
SIGN NAME

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, _Marlana Johnson_ consent to become a party plaintiff in this action.

_10-16-06_
DATE

_Marlana Johnson_
CLIENT SIGNATURE

(M&M form #80)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Brenda Ricks_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Baker Hill, Ae_ . I worked at this location from
[City/State]
_1-18-04_ to _5-18-06_ .
[Date]         [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_ , and
[Name of Plant]                          [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _08_ day of _December_, 2006.

_BRENDa Ricks_
PRINT NAME

_Brenda A. Ricks_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Eyvonnia Pew_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill, AL_ . I worked at this location from _11/98_ to _office 01/2006_.
[City/State]        [Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _September_, 2006.

_Eyvonnia Pew_
PRINT NAME

_Eyvonnia Pew_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Temeka L Olive _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group, LLC at
      [Name of plant]
      the facility located in Bakerhill Al . I worked at this location from
      [City/State]
      10-16-06 to Still working Present
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Equity Group, LLC plant in Bakerhill, AL , and
      [Name of Plant]                [City/State]
      possibly other plants owned by Equity Group, LLC. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 08 day of January , 2007

Temeka L Olive
PRINT NAME

Temeka L Olive
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Billy Ray Brown_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by ___Equity Group, LLC__ at
[Name of Plant]
the facility located in __Bakerhill__. I worked at this location from
[City/State]
__10/8/01__ to _____Present_____.
[Date]            [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action, covering employees at the __Equity Group, LLC__ plant in __Bakerhill Al.__, and
[Name of Plant]                    [City/State]
possibly other plants owned by __Equity Group LLC__. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11th_ day of _October_, 2006.

_Billy Ray Brown_____        _Billy Ray Brown_____
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Leon Jernigan Jr._ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ ~~Keystone Foods~~ at the facility located in _Baker hill  Al_ . I worked at this location from
[Name of plant]
[City/State]
_Nov. 2006_ ~~April 0~~ to ~~start~~ _present_ .
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that _Equity Group. LLC_ this suit may be brought as a class action covering employees at the _Keystone_ plant in _Baker hill Al_ , and
[Name of Plant]
[City/State]
possibly other plants owned by _Keystone_ . If brought as a class
[Name of Plant]
_Equity Group, LLC_ as
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _Nov_ , 2006.

_Leon Jernigan Jr._
PRINT NAME

_Leon Jernigan Jr._
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Louise Johnson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Bakerhill, AL_ . I worked at this location from
[City/State]
_06/04/99_ to _present_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill, AL_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _Equity Group, LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _07_ day of _December_, 2006.

_Louise Johnson_                    _Louise Johnson_
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

*Katie McClendon* _____ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by *Equity Group, LLC* at
[Name of plant]
the facility located in *Bakerhill AL.* . I worked at this location from
[City/State]
*11-05-03* to *Present* .
[Date]    [Date or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the *Equity Group* plant in *Bakerhill AL* , and
[Name of Plant]    [City/State]
possibly other plants owned by *Equity Group* . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the *19th* day of *November* , 2006.

*Katie McClendon* _____    *Katie McClendon*
PRINT NAME                    SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Leon Lyons_____ states the following:
       [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Foods_ ~~Equity Group, LLC~~ at the facility located in _Baker Hill, AL_ . I worked at this location from
       [Name of plant]
       _11/19/2002_    to    _present_ .
       [Date]              [Date, or if still working write "present"]
                            [City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Foods_ **Equity Group, LLC** plant in _Baker Hill, AL_ , and
       [Name of Plant]                                      [City/State]
       possibly other plants owned by _Keystone Foods_ **Equity Group, LLC** If brought as a class
       [Name of Plant]
       action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

       DATED the _28th_ day of _October_ , 2006.


_LEON LYONS_____                _Leon Lyons_____
**PRINT NAME**                         **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ladarrien P. Tennille_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group of Eufaula_ at
the facility located in _Bakerhill, Al_ . I worked at this location from
_Division LLC_
_10/26/03_ to _11/21/2005_
[Date]       [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group of Eufaula Division LLC_ plant in _Bakerhill, Al_ , and possibly other plants owned by _Equity Group of Eufaula Division LLC_ If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _7th_ day of _Nov_ , 2006.

_Ladarrien P. Tennille_          _Ladarrien P. Tennille_
PRINT NAME                      SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alnisia Brinson_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill, AL_ . I worked at this location from
      _10/5/2006_ to _10/28/2006_ .
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_ , and
      [Name of Plant]                                    [City/State]
      possibly other plants owned by _Equity Group, LLC_ If brought as a class
                                      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _5th_ day of _Jan_____, 2006.

_Alnisia Y Brinson_____          _Alnisia Y Brinson_____
PRINT NAME                         SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bernadette Lewis_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group Eufaula_ at
the facility located in ~~Eufaula~~, AL . I worked at this location from
_May 18, 1999_ to _Present_ .
[Date]                [Date, or if still working write "present"]

*(handwritten above "Name of plant": Baker Hill; handwritten after plant name: LLC)*

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
employees at the _Equity Eufaula Group_ plant in ~~Eufaula~~, AL , and
[Name of Plant]                               [City/State]
possibly other plants owned by _Equity Group Eufaula_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

*(handwritten above: ↓ Baker Hill; handwritten: LLC)*

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1_ day of _November_, 2006.

_Bernadette Lewis_                    _Bernadette Lewis_
PRINT NAME                            SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sara   Ann   Thomas_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group of Eufaula_ at the facility located in _Baker hill, Al._ . I worked at this location from
[Name of plant]      [City/State]                                        _LLC_

_6-1-98_ to _Present_ .
[Date]                    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Equity Group of Eufaula_ plant in _Baker hill, Al._ , and
[Name of Plant]      LLC      [City/State]
possibly other plants owned by _Equity Group, LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _Sept._ , 2006.

_Sara A. Thomas_
PRINT NAME

_Sara A. Thomas_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Stephanie Boykin_ _____ states the following:
            [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by ~~Equity Group~~ Eufaula Division at
    *Keystone*    [Name of plant]    LLC

    the facility located in _Bakerhill AL._ .  I worked at this location from
                            [City/State]

    ___11-2000___ to ___2-2004___ .
        [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill AL_ , and
                          [Name of Plant]                 [City/State]
    possibly other plants owned by _Equity Group, LLC_ If brought as a class
                          *Keystone* [Name of Plant]   as
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the _21_ day of _November_ , 2006.


_Stephanie Boykin_            _Stephanie Boykin_
**PRINT NAME**                **SIGN NAME**

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sharon F. Billins_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group of Eufaula (Keystone) LLC_ at the facility located in _Bakerhill AL_. I worked at this location from _1/26/99_ to _Present_.
     [Name of plant]
     [City/State]
     [Date]
     [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group of Eufaula (Keystone) LLC_ plant in _Bakerhill, AL_, and possibly other plants owned by _Equity Group of Eufaula (Keystone) LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
     [Name of Plant]
     [City/State]
     [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _September_, 2006.

_Sharon F. Billins_                    _Sharon F. Billins_
PRINT NAME                             SIGN NAME

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, _Terrell Wilder_____, consent to

become a party plaintiff in this action.

DATE _10-6-06_

CLIENT SIGNATURE _Terell Wilder_

(M&M form #80)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Cynthia M. Baskin_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill, AL_. I worked at this location from _1 Aug. 1998_ to _May 2005_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_, and possibly other plants owned by _Equity Group, LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _November_, 2006.


_Cynthia M. Baskin_                    _Cynthia M. Baskin_
PRINT NAME                             SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Angela D. Coleman_     states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _K&C Equity Group, LLC_ at the facility located in _Baker Hill, AL_ . I worked at this location from _Aug. 07, 2006_ to _Sept. 02, 2006_.
[Name of plant]
[City/State]
[Date]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_, and possibly other plants owned by _Equity Group, LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _November_, 2006.

_Angela D. Coleman_
PRINT NAME

_Angela D. Coleman_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sheawanda Marie Sparks_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone / Equity Group, LLC_ at
the facility located in _Bakerhill, AL_ _[Name of plant]_ I worked at this location from
[City/State]
_01/09/03_ to _03/2005_ .
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
and post-production time activities from my employer. I also understand that
the lawsuit may seek recovery for unpaid production time. I understand that
the suit is brought pursuant to both federal law and applicable state statutes,
if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Keystone / Equity Group, LLC_ plant in _Bakerhill, AL_ , and
[Name of Plant]                               [City/State]
possibly other plants owned by _Keystone /_ . If brought as a class
[Name of Plant] _Equity Group, LLC_
action under either federal or state law, I agree to be a named Plaintiff in such
class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _24_ day of _Nove_ , 2006.

_Sheawanda Marie Spark_
PRINT NAME

_[signature]_
SIGN NAME

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Cassandra D. Alford_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group Eufaula Division_ at
     [Name of plant] _LLC_
     the facility located in _Bakerhill, Alabama_. I worked at this location from
     [City/State]
     _Nov. 11, 2004_ to _Present_.
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer. I also understand that
     the lawsuit may seek recovery for unpaid production time. I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the _Equity Group Eufaula Division_ plant in _Bakerhill, Alabama_, and
     [Name of Plant] _LLC_        [City/State]
     possibly other plants owned by _Equity Group Eufaula Division_. If brought as a class
     [Name of Plant] _LLC as_
     action under either federal or state law, I agree to be a named Plaintiff in such
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _31_ day of _Oct._, 2006.


_Cassandra D. Alford_                  _Cassandra D. Alford_
**PRINT NAME**                         **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jessie B. Allen_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group EUFAULA DIV_ at
     [Name of plant] _LLC_
     the facility located in _Bakerhill ALA_. I worked at this location from
     [City/State]
     _1-26-99_ to _Present_.
     [Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group EUFAULA_ plant in _Bakerhill ALA_, and
     [Name of Plant] _LLC_          [City/State]
     possibly other plants owned by _Charon Pilgrim Equity_. If brought as a class
     [Name of Plant] _GROUP, LLC_
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

   DATED the _26_ day of _Sept_, 2006.


_Jessie B. Allen_                    _Jessie B. Allen_
**PRINT NAME**                       **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

*Pamela Allen* _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by *Equity Group, LLC Chereen Pokfound* at
     [Name of plant]
     the facility located in *Bakechill, Alabama*.   I worked at this location from
     [City/State]
     ~~8 - 2000~~ to ~~12 - - 2000~~.
     [Date]                    [Date, or if still working write "present"]
     *07/2004*          *08/2004 as*

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer.   I also understand that
     the lawsuit may seek recovery for unpaid production time.   I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the *Equity Group LLC Chereen Pokfound* plant in *Bakechill, Alabama* and
     [Name of Plant]                                    [City/State]
     possibly other plants owned by *Chereen Pokfound*.   If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such
     *Equity Group, LLC as*
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the *14* day of *November*, 2006.

*Pamela F. Allen* _____                    *Pamela Allen* _____
PRINT NAME                                    SIGN NAME

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, _LaGina Anderson_, consent to become a party plaintiff in this action.


_10/3/06_
DATE

_LaGina M Anderson_
CLIENT SIGNATURE

(M&M form #80)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jimmy Anglin_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group_ at the facility located in _Baker Hill, AL_. I worked at this location from _02/2006_ to _09/2006_.
[Name of plant] LLC
[City/State]
[Date]     [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group_ plant in _Baker Hill, AL_, and possibly other plants owned by _Equity Group_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] LLC     [City/State]
[Name of Plant] LLC

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _November_, 2006.

_Jimmy Anglin_
[PRINT NAME]

_Jimmy Anglin_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Sandrea M. Anthony_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group of Atlanta, LLC_ at
the facility located in _Baker Hill, AL_. I worked at this location from
_Aug. 25, 1998_ to _Present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group of Atlanta_ plant in _Baker Hill, Al._, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Equity Group, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _November_, 2006.

_Sandrea M. Anthony_                    _Sandrea M. Anthony_
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Terry Austin_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group LLC_ at
the facility located in _Baker Hill, AL_ _Eutaula AL_ . I worked at this location from
[City/State]
_01/25/06_ to _11/21/06 Present_
[Date]      [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group LLC_ plant in _Eutaula AL_ , and possibly other plants owned by _Equity Group LLC_ If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _Nov_ , 2006.

_Terry Austin_
PRINT NAME

_Terry Austin_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Tova Baker _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ _Keystone_ at
the facility located in _Bakerhill AL._ [City/State]   I worked at this location from
_8-26-03_ to _present_ .
[Date]                 [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering _Equity Group, LLC_ employees at the _Keystone_ plant in _Bakerhill, AL_, and [Name of Plant]        [City/State]
possibly other plants owned by _Equity Group, LLC_ _Keystone_. If brought as a class [Name of Plant]        as
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _08_ day of _November_, 2006.

Tova Baker _____
**PRINT NAME**

Tova Baker _____
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Keyuna Banks_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ _Keystore_ at
     [Name of plant]
     the facility located in _Baker Hill, AL_. I worked at this location from
     [City/State]
     _02/2005_ to _03/2005_ .
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit _Equity Group, LLC_ may be brought as a class action covering employees at the _Keystore_ plant in _Baker Hill, AL_, and
     [Name of Plant]                    [City/State]
     possibly other plants owned by _Keystore_ _Equity Group, LLC as_ . If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _21_ day of _November_, 2006.

_Keyuna Banks_ _____      _Keyuna Banks_ _____
[PRINT NAME]                            [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Katherine Bennett_     states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill, AL_. I worked at this location from
[Name of plant]                    [City/State]
_06/1998_ to _01/2006_.
[Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_, and
[Name of Plant]                         [City/State]
possibly other plants owned by _Equity Group, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5_ day of _October_, 2006.

_Katherine Bennett_                    _Katherine Bennett_
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Anthony Blackmon_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Choctaw Pritchard~~ Equity Group Eufaula at [Name of plant] LLC the facility located in _Bakerhill , AL._ . I worked at this location from [City/State] _8-3-03_ to _7-13-04_ . [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula_ plant in _Bakerhill , AL._ , and [Name of Plant] LLC [City/State] possibly other plants owned by _Equity Group Eufaula_ . If brought as a class [Name of Plant] LLC action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5th_ day of _January_ , ~~2006~~ 2007.

_Anthony Blackmon_
**PRINT NAME**

_Anthony Blackmon_
**SIGN NAME**

Case 2:06-cv-01081-MEF-TFM    Document 10-2    Filed 01/25/2007    Page 37 of 37

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Annie Bletcher_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group_ at
[Name of plant] _LLC_
the facility located in _Baker Hill, AL_. I worked at this location from
[City/State]
_08/06/90_ to _present_.
[Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Equity Group_ plant in _Baker Hill, AL_ and
[Name of Plant]                [City/State]
possibly other plants owned by _Equity Group_ If brought as a class
[Name of Plant] _, LLC_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _November_, 2006.

_Annie Bletcher_
PRINT NAME

_Annie Bletcher_
SIGN NAME