## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## MONTGOMERY DIVISION

| | | |
|---|---|---|
| **BETTY ANN BURKS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-01081-MEF-DRB** |
| | § | |
| **EQUITY GROUP EUFAULA** | § | |
| **DIVISION, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL NOTICES OF CONSENT TO JOIN

Plaintiff, BETTY ANN BURKS, et al., gives notice of filing the

attached Notices of Consent to Join executed by DARRYL S. BLETCHER,

LAKESHIA BOWER, MATTORIA BRASCOM, SABRINA R. BROOKS,

SHARONDA BURKES, ALFREDA M. BURKS, MONICA BURNETT,

ERIC CAMPBELL, MARGARET CANTY, WILLIE FRANK CEASER

JR., ROBERT CHILDRESS JR., LYNETTE COLEY, TERESA DENISE

COPE, ELLA COPELAND, CHIMMERE DANIELS, LESLIE R. DAVIS,

WILLA L. DENNIS, ULYSSES DICKEY JR., KYWANNA DORSEY,

JANET DUNWOODY, JENNIFER DURRANT, WALTER ELLIS, TARA

ENGRAM, SHERRONNE FOSTER, DEWAYNE FREEMAN, TIFFANY

FREEMAN, NAPOLEAN GLENN, ROY L. GLENN, CHERYL GRACE, BERKETA S. GRAHAM, ALFONZA GREEN SR., BRANDI GREEN, ARCHIE GUILFORD, COREY HANKS, TAMESHA DANIELS HANKS, NELIA CHRISTINE HARBUCK, LANIER HARRIS, MARQUIA D. HARRIS, TRINDA HARRIS, MARY HASLEM, POLLY HAWKINS, MARY HEARD, JONATHAN HENDERSON, KATIE BELL HERRING, BARBARA HILL, DAVIDA HILL, LINDA IVORY, WANDA JACKSON, NAKITA MCCRAY, LARRY MCKINNON, DRAPER SCOTT MOORE, MARY N. MOORE, ANGELA D. PARHAM, PATRICIA PARHAM, ENGELA LARELL LYNN, SHONTESHA MANUEL, LAKESHIA MCCLENDON, BREANDA JEAN MCCRAY, JAMES MCCRAY, LOUIS CHARLES MCCRAY, EBONY JACKSON, IRMA JEAN JACKSON, PATRICE JERNIGAN, SHARONDA JERNIGAN, BRENDA JOHNSON, CHAKISHA JONES, and ANNIE C. KING, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above-captioned lawsuit.

Dated:  January 26, 2007                    Respectfully submitted,

                                            **THE COCHRAN FIRM, P.C.**

                                            /s/ Robert J. Camp
                                            **ROBERT J. CAMP**

505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Bernard D. Nomberg
**THE COCHRAN FIRM, P.C.**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

–  and –

Richard Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, Florida 33324
Toll Free: 1-877-435-9243 (WAGE)
Facsimile: (954) 333-3515

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, I electronically filed the

foregoing with the Clerk of the District Court using the CM/ECF system,

which sent notification of such filing to:

Courtney Reilly Potthoff          Joel P. Smith, Jr.
cpotthoff@mindspring.com          joelpsmith@bellsouth.net


/s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Darryl S. Bletcher _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by Equity Group Euf. Div. _LLC_ at
[Name of plant]
the facility located in Bakerhill Al. . I worked at this location from
[City/State]
3-29-99 ____ to ___ Present _____.
[Date]                  [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the Equity Group, LLC plant in Bakerhill Al. , and
[Name of Plant]                                    [City/State]
possibly other plants owned by Equity Group, LLC If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 23 day of October , 2006.

Darryl Bletcher _____          Darryl Bletcher _____
PRINT NAME                            SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_LAKESHIA S. BONNER_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _EQUITY GROUP ALABAMA_ at _Div. LLC_
the facility located ~~~~~~~~ _BAKERHILL AL_ I worked at this location from
[Name of plant]                    [City/State]
_MAY 9, 2004_    to _APRIL 21, 2006_ .
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _EQUITY GROUP ALABAMA_ plant in _BAKERHILL AL_ , and
[Name of Plant]                          [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _DECEMBER_ 2006.

_LAKESHIA S. BONNER_                    _M'Kaisha S. Bonner_
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mattoria Brascom_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Chicken Plant_ _Equity Group LLC_ at
the facility located in _Bakerhill, AL_ . I worked at this location from
[Name of plant]
_01/2001_ _before 1995_ to _202_ _tα/2003_ .
[Date]                [Date, or if still working write "present"]
[City/State]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Chicken_ _Equity Group, LLC_ plant in _Bakerhill, AL_ , and
[Name of Plant]                        [City/State]
possibly other plants owned by _Equity Group, LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _7th_ day of _November_ , 2006.

_Mattoria Brascom_                    _Mattoria Brascom_
PRINT NAME                            SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sabrina R. Brooks_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Keystone Foods Equity_ at
     [Name of plant]
     _Group, LLC_
     the facility located in _Baker Hill, AL_____. I worked at this location from
     [City/State]
     _June 27, 2005_ to _____ _Present_____.
     [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Keystone Food Equity_ plant in _Baker Hill, AL_____, and
     [Name of Plant]  _Group, LLC_        [City/State]
     possibly other plants owned by _Keystone Food Equity_. If brought as a class
     [Name of Plant]  _Group, LLC, as_
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18th_ day of _November_, 2006.


_Sabrina R. Brooks_____          _Sabrina Brooks_____
**PRINT NAME**                        **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sharonda Burkes_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group, LLC_ _Keystone Foods_ at
    [Name of plant]
    the facility located in _Bakerhill, AL_. I worked at this location from
    [City/State]
    _9-10-05_ to _Present_.
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering
    _Equity Group, LLC_
    employees at the _Keystone Food_ plant in _Bakerhill, AL_, and
    [Name of Plant]              [City/State]
    possibly other plants owned by _Keystone Food_. If brought as a class
    [Name of Plant]
    _Equity Group, LLC_ an
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16th_ day of _October_, 2006.

_Sharonda Burkes_                    _Sharonda Burkes_
PRINT NAME                           SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alfreda M Burks_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC Keystone_ at [Name of plant] the facility located in _Baker Hill Alabama_. I worked at this location from [City/State] _March of 2004_ to _May of 2004_. [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering _Equity Group, LLC_ employees at the _Keystone_ plant in _Baker Hill, Alabama_ and [Name of Plant]                [City/State] possibly other plants owned by _Keystone_. If brought as a class [Name of Plant] _Equity Group LLC_ action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _2_ day of _September_, 2006.

_Alfreda M Burks_                    _Alfreda M Burks_
PRINT NAME                        SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Monica Burnett_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill, AL_. I worked at this location from _Sept. 2004_ to _Nov. 2004_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_; and possibly other plants owned by _Equity Group, LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _November_ 2006.

_Monica Burnett_              _Monica Burnett_
**PRINT NAME**                **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Eric Campbell_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Bayer Hill, AL_ _Eufaula, AL_. I worked at this location from
[Name of plant]
[City/State]
_09/20/04_ to _12/06/04_.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Eufaula, AL_, and
[Name of Plant]
[City/State]
possibly other plants owned by _Equity Group, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

   DATED the _6_ day of _Dec_, 2006.


_Eric Campbell_ _____          _Eric Campbell_ _____
PRINT NAME                          SIGN NAME

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, Margaret Canty , consent to become a party plaintiff in this action.

12/18/2006
DATE

CLIENT SIGNATURE

(M&M form #80)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Willie F Ceaser_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Keystone Equity Group, LLC_ at
[Name of Plant]
the facility located in _Bankhill AL_. I worked at this location from
[City/State]
_September 2004_ to _March 2005_.
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group_ plant in _Bankhill AL_, and
[Name of Plant]                                    [City/State]
possibly other plants owned by _Bankhill Keystone_. If brought as a class
[Name of Plant]   _Equity Group, LLC_ an
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _24th_ day of _Oct_, 2006.

_Willie FRANK Ceaser JR_          _Willie Frank Ceaser jr_
**PRINT NAME**                           **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Robert Childress Jr._ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group Eufaub Div LLC_ at
     [Name of plant]
     the facility located in _Baker Hill, AL_ . I worked at this location from
     [City/State]
     _April 2004_ to _2004 of Nov._ .
     [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the _Baker Hill plant_ plant in _Baker Hill AL_ , and
     [Name of Plant]                [City/State]
     possibly other plants owned by _Equity Group O.LC_ If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _30th_ day of _Oct._ , 2006.

_Robert Childress Jr._          _Robert Childress_
PRINT NAME                      SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lynette Coley_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula,_ at [Name of plant] _LLC_ the facility located in _Bakerhill Ala._ . I worked at this location from [City/State] _April 11, 2000_ to _Present_ . [Date]                            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula_ plant in _Bakerhill Ala._ , and [Name of Plant]                              [City/State] possibly other plants owned by _Equity Group Eufaula_ . If brought as a class [Name of Plant] _LLC_ action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _Oct,_ , 2006.

_Lynette Coley_
PRINT NAME

_Lynette Coley_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Teresa Denise Cope_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Equity Group Eufaula, LLC_ at
the facility located in _Baker hill Al_.  I worked at this location from
[Name of plant]
[City/State]
_4-18-05_ to _9-25-06 Present_.
[Date]         [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering
employees at the _Equity Group Eufaula Div, LLC_ plant in _Baker hill Al_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Equity Group Eufaula Div., LLC_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _September_, 2006.

_Teresa Denise Cope_
PRINT NAME

_Teresa D. Cope_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_ELLA COPELAND_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ ~~Charoen Pokphand~~ at ~~the~~ [Name of plant] the facility located in _BAKER HILL ALA 36017_ worked at this location from [City/State] _01-04-2000_ to _09-03-2004_. [Date] ~~2000~~ ~~2001~~ [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that _Equity Group, LLC_ this suit may be brought as a class action covering employees at the ~~Charoen Pokphand~~ plant in _BAKEHILL ALA_ , and _36027_ [Name of Plant] [City/State] possibly other plants owned by ~~Keystone~~ _Equity Group, LLC_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5_ day of _January_ _2007_ ~~2006~~.

_ELLA COPELAND_                    _Ella Copeland_
PRINT NAME                         SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Chimmere Daniels_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
      [Name of plant]
      the facility located in _Baker Hill, AL_ . I worked at this location from
      [City/State]
      _Aug. 2005_ to _Mar. 2006_ .
      [Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
      and post-production time activities from my employer. I also understand that
      the lawsuit may seek recovery for unpaid production time. I understand that
      the suit is brought pursuant to both federal law and applicable state statutes,
      if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
      settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_ , and
      [Name of Plant]                                [City/State]
      possibly other plants owned by _Equity Group, LLC_ If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such
      class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _20_ day of _November_, 2006.

_Chimmere Daniels_
PRINT NAME

SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Leslie R. Davis_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Baker Hill, AL_ . I worked at this location from
[City/State]
_08 31 98_ to _present_ .
[Date]                          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker hill, AL_ , and
[Name of Plant]                              [City/State]
possibly other plants owned by _Equity Group, LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _November_, 2006.


_Leslie R. Davis_                    _Leslie R. Davis_
PRINT NAME                           SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Willa L. Dennis_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Eutaw, AL_. I worked at this location from [Name of plant] _March 10, 2005_ to _Current Present_ [Date]    [Date, or if still working write "present"]
_Boxer Hill, AL_

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Eutaw, AL_ and possibly other plants owned by _Keystone Foods_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
_Boxer Hill, AL_
[Name of Plant]    [City/State]
[Name of Plant]    _Equity Group, LLC_

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12th_ day of _September_, 2006.

_Willa L. Dennis_
**PRINT NAME**

_Willa L. Dennis_
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ulysses Dickey Jr._ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula_ at
the facility located in _Baker Hill AL_. I worked at this location from
[Name of plant]  LLC
_1-23-04_  to  _8-29-04_.
[Date]       [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula_ plant in _Baker Hill AL_, and
[Name of Plant]                  [City/State]
possibly other plants owned by _Equity Group Eufaula_ If brought as a class
[Name of Plant]  LLC
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _4th_ day of _Dec_, 2006.

_Ulysses Dickey Jr._          _Ulysses Dickey Jr._
PRINT NAME                   SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kywanna Dorsey_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group_ at [Name of plant] _LLC_ the facility located in _Enterprise, AL_ I worked at this location from [City/State] _2004 may 16_ to _present_ . [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group_ plant in _Enterprise, AL_ and [Name of Plant] [City/State] possibly other plants owned by _Equity Group_ If brought as a class [Name of Plant] _LLC as_ action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _Nov_ , 2006.

_Kywanna Dorsey_
PRINT NAME

_Kywanna Dorsey_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Janet T. Dunwoody_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by **Equity Group, LLC** at the facility located in **Baker Hill, AL**. I worked at this location from
     [Name of plant]
     **01|11|99** to **present**.
     [Date]    [City/State]    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action, covering employees at the **Equity Group, LLC** plant in **Baker Hill, AL** and
     [Name of Plant]    [City/State]
     possibly other plants owned by **Equity Group, LLC** If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the **29** day of **November**, 2006.

_Janet T. Dunwoody_            _Janet T. Dunwoody_
PRINT NAME                     SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jennifer Durant_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Baker Hill, AL_ . I worked at this location from
[City/State]
_03/2006_ to _05/2006_ .
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group,LLC_ plant in _Baker Hill, AL_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _Equity Group, LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16th_ day of _Nov._ , 2006.

_Jennifer Durant_
PRINT NAME

_Jennifer Durant_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_WAlTEr    Ellis_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula Grou LLC_ at the facility located in _Bakee hill    AL._ . I worked at this location from
[Name of plant]
[City/State]
_10-17-05_ to _PrEsEnt_ .
[Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group of Eufaula_ plant in _Bakechill    AL_ , and
[Name of Plant]    LLC    [City/State]
possibly other plants owned by _Equity Group of Eufoula_ . If brought as a class
[Name of Plant]    LLC    00
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _20_ day of _December_ , 2006.

_WAlTEr Ellis_            _Walter Ellis_
PRINT NAME            SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Tara S. Engram_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ~~Keystone Foods~~ Bo Equity Group, LLC at
     [Name of plant]
     the facility located in _Bakerhill, Al_ . I worked at this location from
     [City/State]
     _12-20-04_ to _1-12-05_ .
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that ~~this~~ x Equity Group, LLC suit may be brought as a class action covering employees at the ~~Keystone Foods~~ plant in _Bakerhill, Al_ , and
     [Name of Plant]                                [City/State]
     possibly other plants owned by ~~Keystone Food~~ . If brought as a class
     [Name of Plant]                Equity Group, LLC
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _Oct._ , 2006.

_Tara S. Engram_                    _Tara S. Engram_
**PRINT NAME**                      **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shervonne Foster_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by ~~Keystone Foods~~ _Equity Group LLC_ao at [Name of plant]
    the facility located in _Bakerhill, CAL_. I worked at this location from
    _05|01|06_ to _07|01|06_.
    [Date]                [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering _Equity Group, LLC_ao
    employees at the ~~Keystone Foods~~ plant in _Bakerhill CAL_, and [Name of Plant]                          [City/State]
    possibly other plants owned by ~~Keystone Foods~~ If brought as a class [Name of Plant]  _Equity Group, LLC_ao
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _03_ day of _October_, 2006.

_Shervonne Foster_ _____          _Shervonne Foster_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dewayne Freeman_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm LLC_ at _Equity Group Eufaula Div LLC_ [Name of plant] the facility located in _Bakerhill Al_ . I worked at this location from [City/State] _9-10-03_ to _4-? 06/2004_ [Date]                      [Date, or if still working write "present"] _06/2003_

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill Al_ and [Name of Plant]                        [City/State] possibly other plants owned by _Equity Group LLC_ . If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22nd_ day of _22 Nov_ , 2006.

_Dewayne Freeman_                    _Dewayne Freeman_
PRINT NAME                                    SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tiffany Freeman_    states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group, LLC_ _Keystone Foods_ at
    [Name of plant]
    the facility located in _Baker Hill, AL_ . I worked at this location from
    [City/State]
    _10/04/2006_ to _present_ .
    [Date]            [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Equity Group LLC_ _Keystone Foods_ plant in _Baker Hill, AL_ , and
    [Name of Plant]                [City/State]
    possibly other plants owned by _Keystone Foods_ . If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff _Equity Group LLC_ in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _24th_ day of _Nov._ , 2006. ao

_Tiffany Freeman_                    _Tiffany Freeman_
PRINT NAME                            SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Napolean Glenn_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC_ at
[Name of plant]
the facility located in _Baker Hill, AL_. I worked at this location from
[City/State]
_03|2005_ to _01|2006_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
_Equity Group, LLC_
employees at the _Keystone_ plant in _Baker Hill, AL_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Keystone_. If brought as a class
[Name of Plant]    _Equity Group, LLC as_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _November_ 2006.

_NAPOLIAN GLENN_                    _Napolean Glenn_
**PRINT NAME**                    **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Roy L. Glenn_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
the facility located in _Bakerhill, AL_. I worked at this location from
[Name of plant]
_09-30-02_ to _present_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group_ plant in _Bakerhill, AL_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Equity Group_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _December_, 2006.

_Roy L. Glenn_ _____          _Roy L. Glenn_ _____
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Cheryl Grace_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Charoen Pokphand_ at ~~_Equity Group, LLC_~~
    [Name of plant]
    the facility located in _Bakerhill, Ala_. I worked at this location from
    [City/State]
    _9-21-098_ to _3-1-04_ _36027_.
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering _Equity Group, LLC_
    employees at the _Charoen Pokphand_ plant in _Baker Hill, Ala_, and
    [Name of Plant]                              [City/State]
    possibly other plants owned by _Charoen Pokphand_ if brought as a class
    [Name of Plant]          _Equity Group, LLC_
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

   DATED the _10_ day of _Oct_, 2006.

_Cheryl Grace_
PRINT NAME

_Cheryl Grace_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Berketa S. Graham_     states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula Division LLC_ at [Name of plant] the facility located in _Baker Hill, Ala_. I worked at this location from [City/State] _11-25-02_ to _present_. [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Div LL_ plant in _Baker Hill, Ala_, and [Name of Plant] [City/State] possibly other plants owned by _Keystone_. If brought as a class [Name of Plant] _Equity Group, LLC and_ action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _September_, 2006.

_Berketa S. Graham_
PRINT NAME

_Berketa S. Graham_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alfonza Green Sr._ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at
the facility located in _Bakehill / Ala_ . I worked at this location from
[Name of plant]
_09/27/04_ to _12/03/05_ .
[Date]          [City/State]
[Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakehill / ALA_ , and
[Name of Plant]          [City/State]
possibly other plants owned by _Ty-Son Food_ . If brought as a class
[Name of Plant]   _Equity Group, LLC as_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19_ day of _09_ , 2006.

_Alfonza Green Sr._                     _Alfonza Green Sr._
**PRINT NAME**                          **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Brandi D. Coreen_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Equity Group Eufaula_ at the facility located in _Bakerhill, Al_. I worked at this location from _01-05_ to _09-05_.
   [Name of plant] LLC
   [City/State]
   [Date]    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula_ plant in _Bakerhill Al_, and possibly other plants owned by _Equity Group Eufaula_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
   [Name of Plant] LLC
   [City/State]
   [Name of Plant] LLC an

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _08_ day of _December_ 2006.

_Brandi Green_
PRINT NAME

_Brandi Green_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Archie Guilford_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group_ _LLC_ at
[Name of plant]
the facility located in _Baker Hill AL_. I worked at this location from
[City/State]
_8-6-98_ to _Still There Present_
[Date]                              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_ and
[Name of Plant]                          [City/State]
possibly other plants owned by _Equity Group LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _2_ day of _Oct_, 2006.

_ARCHIE GUILFORD_                    _Archie Guilford_
**PRINT NAME**                        **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Curly Hanks_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Bauerhill AL_ . I worked at this location from
[Name of plant]          [City/State]
_Oct. 16, 00_ to _March 04_ .
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group LLC_ plant in _Bauerhill AL_ , and
[Name of Plant]          [City/State]
possibly other plants owned by _Equity Group LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of _January_ , ~~2006~~ _2007_ .

_Curly Hanks   Corey Hanks_        _Curly Hanks_ .
PRINT NAME                    SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Tamesha Daniels Hanks states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group, LLC at
the facility located in Baker Hill AL, [Name of plant]. I worked at this location from
May, 06-02 to June 04.
[Date]        [City/State]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the Equity Group, LLC plant in Baker Hill AL, and
[Name of Plant]                    [City/State]
possibly other plants owned by Equity Group, LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 8th day of January 2006. 2007

Tamesha D Hanks
PRINT NAME

Tamesha D Hanks
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Nelia Christine Harbuck_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _59 Melvin Clark Rd_. I worked at this location from
[City/State]   _Bakerhill, AL_
_9-23-04_ to _3-8-05_ .
[Date]   [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill, AL_ , and
[Name of Plant]   [City/State]
possibly other plants owned by _Equity Group LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _24_ day of _October_ , 2006.

_Nelia Christine Harbuck_
**PRINT NAME**

_Nelia Christine Harbuck_
**SIGN NAME**

_AKA " Chris "_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lanier Harris_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Equity Group Eufaula DIV LLC_ at
   [Name of plant]
   the facility located in _Baker Hill AL_. I worked at this location from
   [City/State]
   _Nov 05_ to _March 06_.
   [Date]        [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula DIV_ plant in _Baker Hill AL_, and
   [Name of Plant]                                    [City/State]
   possibly other plants owned by _Keystone Equity_. If brought as a class
   [Name of Plant]      _Group LLC as_
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _3_ day of _November_, 2006.

_Lanier Harris_
PRINT NAME

_Lanier Harris_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Marquia D. Harris_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Charent Polphard_ _Equity Group, LLC_ at
      [Name of plant]
      the facility located in _Baker Hill, AL_. I worked at this location from
      [City/State]
      _Aug 2002_ to _Sept. 2004_.
      [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering
      4 Equity Group, LLC
      employees at the _Charent Polphard_ plant in _Baker Hill, AL_, and
      [Name of Plant]              [City/State]
      possibly other plants owned by _Charent Polphard_. If brought as a class
      [Name of Plant]
      4 Equity Group, LLC
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _10_ day of _November_, 2006.

_Marquia D. Harris_                    _Marquia D. Harris_
**PRINT NAME**                         **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

TRINDA HARRIS _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by CHAROEN POKPHAND at
     *Equity Group, LLC*
     [Name of plant]
     the facility located in Baker Hill, AL . I worked at this location from
     [City/State]
     8-15-1999 to 3-29-005 .
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer. I also understand that
     the lawsuit may seek recovery for unpaid production time. I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     *Equity Group, LLC*
     employees at the CHAROEN POKPHAND plant in Baker Hill, AL , and
     [Name of Plant]                          [City/State]
     possibly other plants owned by CHAROEN POKPHAND If brought as a class
     [Name of Plant]        *Equity Group, LLC*
     action under either federal or state law, I agree to be a named Plaintiff in such
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 25th day of Sept, 2006.

TRINDA HARRIS
[PRINT NAME]

Trinda Harris
[SIGN NAME]

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

TO:   **CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary Haslem_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group, LLC_ at
      [Name of plant]
      the facility located in _Baker Hill, AL_. I worked at this location from
      [City/State]
      _03/08/06_ to _4/08/06_.
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
      and post-production time activities from my employer. I also understand that
      the lawsuit may seek recovery for unpaid production time. I understand that
      the suit is brought pursuant to both federal law and applicable state statutes,
      if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
      settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the _Keystone Equity Group, LLC_ plant in _Baker Hill, AL_ and
      [Name of Plant]                          [City/State]
      possibly other plants owned by _Keystone_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such Equity Group, LLC as
      class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _10_ day of _November_, 2006.


_Mary Haslem_____            _Mary Haslem_____
PRINT NAME                       SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Polly Hawkins_ _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Equity Group, LLC_ at
the facility located in _Enfaula, Al (fort beth)_ I worked at this location from
_May 30, 06_ to _present_.
[Date]                    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Enfaula_, and possibly other plants owned by _Equity Group, LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1_ day of _Dec._ , 2006.

_Polly Hawkins_ _____          _Polly Hawkins_ _____
PRINT NAME                                    SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Mary M. Heard_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Bake Hill, AL_. I worked at this location from
[City/State]
_8/06/98_ to _present_.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action, covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_, and
[Name of Plant]                                  [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _01_ day of _December_, 2006.


_MARY M. HeARd_                  _Mary M. Heard_
PRINT NAME                       SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jonathan J. Henderson_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group, LLC_ at
    [Name of plant]
    the facility located in _Baker Hill, AL_. I worked at this location from
    [City/State]
    _04/20/06_ to _07/18/06_.
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_ and
    [Name of Plant]                              [City/State]
    possibly other plants owned by _Equity Group, LLC_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _November_, 2006.

_Jonathan J. Henderson_          _Jonathan J. Henderson_
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Katie Bell Herring_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Bakerhill, AL_ . I worked at this location from
[City/State]
_9/04_ to _Present 05/2006_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill, AL_ , and
[Name of Plant]                [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29th_ day of _September_ , 2006.

_Katie B. Herring_
PRINT NAME

_Katie B Herring_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Barbara Hill_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Keyston ( Equity Group)_ at
     [Name of plant]                                                              _LLC_
     the facility located in _Bakerhill, AL_ . I worked at this location from
     [City/State]
     _7-12-2005_ to _9-12-2006_ _____
     [Date]           [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer. I also understand that
     the lawsuit may seek recovery for unpaid production time. I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the _Keystore (Equity Group)_ plant in _Bakerhill, AL_ , and
     [Name of Plant]          _LLC_          [City/State]
     possibly other plants owned by _Keystone ( Equity Group_ If brought as a class
     [Name of Plant]          _LLC as_
     action under either federal or state law, I agree to be a named Plaintiff in such
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _26_ day of _Oct._ , 2006.


_Barbara Hill_ _____        _Barbara Hill_ _____
PRINT NAME                    SIGN NAME

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, _David Hill_, consent to become a party plaintiff in this action.

DATE  11/6/06

CLIENT SIGNATURE

(M&M form #80)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Linda Ivory_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group, LLC_ at
    Keystone Foods
    [Name of plant]
    the facility located in _Baker Hill, AL_. I worked at this location from
    _03/14/1993_ to _present_.
    [Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering
    Equity Group, LLC
    employees at the Keystone Foods plant in _Baker Hill, AL_, and
    [Name of Plant]                              [City/State]
    possibly other plants owned by Keystone Foods. If brought as a class
    [Name of Plant]     Equity Group, LLC
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _6_ day of _October_, 2006.

Linda Ivory
PRINT NAME

Linda Ivory
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Wanda Jackson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _BakerHill, AL._. I worked at this location from
[City/State]
_Aug. 6, 1998_ to _Oct. 2004_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _BakerHill, AL_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Equity Group, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19_ day of _Dec._, 2006.

_Wanda E. Jackson_                    _Wanda E. Jackson_
PRINT NAME                               SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____ *Nakita McCray* _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___ *Equity Group, LLC* ___ at
the facility located in _*Bankhill Alabama*_ . I worked at this location from [Name of plant]
_*May 26, 2005*_ to _*August 8, 2005*_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the ___ *Equity Group, LLC* ___ plant in _*Bankhill Alabama*_, and
[Name of Plant]                    [City/State]
possibly other plants owned by ___ *Equity Group, LLC* ___. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the *24* day of _*Dec. 4*_, 2006.

_____ *Nakita McCray* _____        _____ *Nakita McCray* _____
PRINT NAME                                SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Larry McKinnon_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Keystone Equity Group, LLC_ at the facility located in _Baker hill, Alabama_.  I worked at this location from
[Name of plant]  [City/State]
_7-25-05_ to _present_.
[Date]  [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group,_ plant in _Bakerhill, Al_, and
[Name of Plant]  [City/State]
possibly other plants owned by _Keystone Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _November_, 2006.

_Larry McKinnon_
PRINT NAME

_Larry McKinnon_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_DrAPeR  Scott  Moore_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equty boup Eufala D.v._ LLC at
     [Name of plant]
     the facility located in _BAKerH,ll,Al._ . I worked at this location from
     [City/State]
     _02/24/06_ to _02/25/06_ .
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equty Group Eufaula Div LLC_ plant in _Bakr Hill, Al_ , and
     [Name of Plant]                              [City/State]
     possibly other plants owned by _Equty Group LLC_ If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _27_ day of _Oct._ , 2006.


_DrAPeR  S. MooRE_                 _Draper  S. Moore_
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary N. Moore_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC_ at ~~no~~
the facility located in _Baker Hill, AL_ . I worked at this location from
[Name of plant]
_09|06|05_ to _present_ .
[Date]        [City/State]
        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Keystone_ _Equity Group, LLC_ plant in _Baker Hill, AL_ , and
[Name of Plant]        [City/State]
possibly other plants owned by _Keystone_ _Equity Group, LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _November_ , 2006.

_Mary N Moore_ _____        _Mary N Moore_ _____
**PRINT NAME**                **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Angela D. Parham_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Keystone_ Eufaula Equity Group Division LLC
     [Name of plant] at
     the facility located in _Bakerhill, AL_. I worked at this location from
     [City/State]
     _July 30, 2005 to 07/30/05_.
     [Date]   [Date, or if still working write "present"]
     _02/16/2001_

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Keystone_ Eufaula Equity Group Division LLC plant in _Bakerhill AL_ and
     [Name of Plant]   [City/State]
     possibly other plants owned by _Eufaula Equity Group LLC_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _Oct._, 2006.

_Angela D Parham_ _____          _Angela D. Parham_
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Patricia Parham_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ~~Keystone Foods~~ _Equity Group, LLC_ at
the facility located in _Bakerhill, AL_ .  I worked at this location from
[Name of plant]
[City/State]
~~5/04~~ 5/05 to ~~8/04~~ 8/05 .
[Date]         [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre-
and post-production time activities from my employer.  I also understand that
the lawsuit may seek recovery for unpaid production time.  I understand that
the suit is brought pursuant to both federal law and applicable state statutes,
if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
_Equity Group, LLC_
employees at the ~~Baker hill (Keystone Foods)~~ plant in _Bakerhill, AL_ , and
[Name of Plant]
[City/State]
possibly other plants owned by ~~Keystone Foods~~ .  If brought as a class
[Name of Plant]         _Equity Group, LLC_
action under either federal or state law, I agree to be a named Plaintiff in such
class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _20_ day of _October_ , 2006.

_Patricia Parham_
PRINT NAME

_Patricia Parha_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Engela Larell Lynn_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula DIV LLC_ at
[Name of plant]
the facility located in _Baker Hill, AL_ . I worked at this location from
[City/State]
_06-19-01_ to _Present_ .
[Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula DIVL_ plant in _Baker Hill, AL_, and
[Name of Plant]                        [City/State]
possibly other plants owned by _Equity Group, LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _Nov._ , 2006.

_Engela Larell Lynn_
PRINT NAME

_Engela Larell Lynn_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shontesha Manuel_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Bakerhill Al_ . I worked at this location from
[City/State]
_Oct 16, 2000_ to _Present_ .
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill Al_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _Equity Group, LLC_ if brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22nd_ day of _Sep_ , 2006.

_Shontesha Manuel_
PRINT NAME

_Shontesha Manuel_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_LaKeshia McClendon_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group LLC_ at
the facility located in _Bakerhill, AL_ . I worked at this location from
[Name of plant]
[City/State]
_1-27-05_ to _8-25-06_ .
[Date]     [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Keystone_ _Equity Group LLC_ plant in _Bakerhill, AL_ , and
[Name of Plant]     [City/State]
possibly other plants owned by _Keystone Equity Group_ . If brought as a class
[Name of Plant]     _Equity Group LLC_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _9_ , 2006.

_LaKeshia McClendon_        _Lakeshia McClendon_
PRINT NAME        SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

**Breanda Jean McCray** states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by **Equity Group, LLC** at
[Name of plant]
the facility located in **Baker Hill, AL**. I worked at this location from
[City/State]
**01 21 05** to **04 19 06**.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering
employees at the **Equity Group, LLC** plant in **Baker Hill, AL**, and
[Name of Plant]                    [City/State]
possibly other plants owned by **Equity Group, LLC**. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the **5** day of **January**, ~~2006~~ **2007**.

**Breanda Jean McCray**                **Breanda Jean McCray**
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_James E. McCray_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at
     the facility located in _Bakerhill, AL_ . I worked at this location from
     [Name of plant]
     _8/11/03_ to _present_ .
     [Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill, AL_, and
     [Name of Plant]                              [City/State]
     possibly other plants owned by _Equity Group, LLC_ If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _January_, ~~2006~~ 2007.

_James E McCray_                    _James E McCray_
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Louis Charles McCray_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Keystone_ Equity Group, LLC at
the facility located in _Eufaula, AL_ I worked at this location from
_09/12/05_ to _present_.
[Date]          [Date, or if still working write "present"]
[Name of plant]
[City/State]

3.   I understand that this suit is being brought to recover compensation for pre-
and post-production time activities from my employer. I also understand that
the lawsuit may seek recovery for unpaid production time. I understand that
the suit is brought pursuant to both federal law and applicable state statutes,
if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
employees at the _Keystone_ Equity Group, LLC plant in _Eufaula, AL_ Baxter Hill, AL and
[Name of Plant]          [City/State]
possibly other plants owned by _Keystone_ Equity Group, LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such
class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _03_ day of _October_, 2006.

_Louis Charles McCray_          _Louis Charles McCray_
PRINT NAME                      SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Ebony Jackson _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group, LLC at the facility located in Bakerhill, AL. I worked at this location from
[Name of plant]          [City/State]
July 18, 2005 to April 05, 2006.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Equity Group LLC plant in Bakerhill, AL, and
[Name of Plant]              [City/State]
possibly other plants owned by Equity Group, LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 27 day of November, 2006.

Ebony Jackson _____          Ebony Jackson _____
PRINT NAME                      SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

**Irma Jean Jackson**          states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by **Keystone Equity Group, LLC** at
     [Name of plant]
     the facility located in **Bakerhill, Ala.** I worked at this location from
     [City/State]
     **1-6-05** to **1-14-06** .
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer. I also understand that
     the lawsuit may seek recovery for unpaid production time. I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that **Equity Group, LLC** this suit may be brought as a class action covering
     employees at the **Keystone** plant in **Bakerhill, Ala.**, and
     [Name of Plant]                     [City/State]
     possibly other plants owned by **Keystone** . If brought as a class
     [Name of Plant]   **Equity Group, LLC** ea
     action under either federal or state law, I agree to be a named Plaintiff in such
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the **6** day of **November**, 2006.


**Irma Jean Jackson**
PRINT NAME

**Irma Jean Jackson**
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Patrice Jernigan_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ ~~Keystone Foods~~ at the facility located in _Baker Hill, AL_ . I worked at this location from
[Name of plant]
[City/State]
_July 18, 2005_ to _October 8, 2005_ .
[Date]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ ~~Keystone Foods~~ plant in _Baker Hill, AL_ , and
[Name of Plant]
[City/State]
possibly other plants owned by _Keystone Foods_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such _Equity Group, LLC_ class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10th_ day of _November_, 2006.

_Patrice Jernigan_                    _Patrice Jernigan_
PRINT NAME                           SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Sharonda Jernigan_____ states the following:
<span style="display:block">[Print Name]</span>

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group, LLC_ at
    <span style="display:block">[Name of plant]</span>
    the facility located in _Baker Hill, Al_ . I worked at this location from
    <span style="display:block">[City/State]</span>
    _1-05_ to _1-06_ .
    <span style="display:block">[Date]        [Date, or if still working write "present"]</span>

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_ , and
    <span style="display:block">[Name of Plant]                [City/State]</span>
    possibly other plants owned by _Equity Group, LLC_ . If brought as a class
    <span style="display:block">[Name of Plant]</span>
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _Sept._ , 2006.


_Sharonda Jernigan_
PRINT NAME

_Sharonda Jernigan_
SIGN NAME

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

BRENDA Johnson _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Equity Group, LLC at [Name of plant] the facility located in Baker Hill, AL . I worked at this location from 05|05|03 to 04|03|04 . [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the Equity Group, LLC plant in Baker Hill, AL, and [Name of Plant]                          [City/State] possibly other plants owned by Equity Group, LLC if brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 29 day of November, 2006.

BRENDA Johnson _____
PRINT NAME

Brenda Johnson _____
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Chakisha Jones_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Keystone – Equity Group_
     [Name of plant]
     the facility located in _Baker Hill, AL_. I worked at this location from _LLC_
     [City/State]
     _04 -2004_ to _10 – 2005_.
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Keystone Equity_ plant in _Baker Hill, AL_, and
     [Name of Plant]          [City/State]
     possibly other plants owned by _Keystone – Equity_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _15_ day of _Sept_, 2006.

_Chakisha Jones_                    _Chakisha N Jones_
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Annie C. King_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Keystone Foods_ Gavity Group, LLC at the facility located in _Baker Hill ALABAMA_ .  I worked at this location from
[Name of plant]
[City/State]
_11-11-04_ to _Present_ .
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering Equity Group, LLC employees at the _Keystone Food_ plant in _Baker Hill ALABAMA_ , and
[Name of Plant]
[City/State]
possibly other plants owned by _Keystone_ .  If brought as a class
[Name of Plant] Equity Group, LLC as
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _4_ day of _October_ , 2006.

_Annie C. King_
**PRINT NAME**

_Annie C. King_
**SIGN NAME**