## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## MONTGOMERY DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 2:06-cv-01081-MEF-DRB |
| | § | |
| EQUITY GROUP EUFAULA | § | |
| DIVISION, LLC, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF FILING ADDITIONAL NOTICES OF CONSENT TO JOIN

Plaintiff, BETTY ANN BURKS, et al., gives notice of filing the attached Notices of Consent to Join executed by MARTHA LASTER, ELMER LEWIS, PATRICIA A. LINDSEY, CHARLIE LOHMAN, ADRIENNE LYNN, JESSIE J. PARHAMS, OLIVER PITT, LATOYA POSEY, MARCIA PRITCHETT, RONISHA RADFORD, GEORGIA A. RAGLAND, SHAMEIKA LASHAY RICE, CURLEY RICHARDSON, CLARENCE ROBINSON JR., GAIL ANN RUIZ, ANTHONY RUMPH, ANTHONY SCOTT, PATRICIA A. SMITH, SAMUEL STOKES, DOROTHY STREETER, JESSICA TARVER, LAQUIONA TARVER, RONALD TARVER, KEITHA VARIABLE, CARL WALKER, CRYSTAL

WALKER, LAJUANDA WALKER, ANGELA TURNER, LORETTA TURNER, SHELIA WALKER, NICKIA T. WHITE, CHARLIE WIGGINS, LHENIQUE THOMAS, EDWARD V. THOMAS, DORIS A. WILLIAMS, JARED TYSON, VATRINA A. LYNN, JEFFREY WOODS, and SHELIA YOUNG, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above-captioned lawsuit.

Dated:  January 26, 2007

Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Bernard D. Nomberg
**THE COCHRAN FIRM, P.C.**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**

163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

– and –

Richard Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, Florida 33324
Toll Free: 1-877-435-9243 (WAGE)
Facsimile: (954) 333-3515


*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, I electronically filed the

foregoing with the Clerk of the District Court using the CM/ECF system,

which sent notification of such filing to:

Courtney Reilly Potthoff          Joel P. Smith, Jr.
cpotthoff@mindspring.com          joelpsmith@bellsouth.net


/s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Martha Laster_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at [Name of plant] the facility located in _Bakerhill, AL_. I worked at this location from [City/State] _11-16-1999_ to _Present_. [Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group LLC_ plant in _Bakerhill AL_, and [Name of Plant]                              [City/State] possibly other plants owned by _Equity Group, LLC_ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18_ day of _September_, 2006.

_Martha Laster_
PRINT NAME

_Martha Last_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Elmer D Lewis_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group, LLC_ at [Name of plant] the facility located in _Baker Hill Ala_ . I worked at this location from [City/State] _36027_ _11/2001_ to _2004_ . [Date] [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_ , and [Name of Plant] [City/State] possibly other plants owned by _Equity Group, LLC_ . If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10th_ day of _January_ , ~~2006~~ 2007.

_Elmer D Lewis_
PRINT NAME

_Elmer D Lewis_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

_Patricia Ann Lindsey_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Char Equity Group, LLC_
   [Name of plant]
   the facility located in _Baker Hill AL_ . I worked at this location from
   [City/State]
   _8-6-98_ to _2-24-04_ .
   [Date]         [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering _Equity Group, LLC_    _Baker Hill, AL_
   employees at the _Char_ plant in _Clarke_ , and
   [Name of Plant]                   [City/State]
   possibly other plants owned by _Equity Group, LLC_ If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _2nd_ day of _Jan._ , ~~2006.~~
                                        2007

_PATRICIA A. LINDSEY_            _Patricia Lindsey_
PRINT NAME                      SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Charlie Lohman_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter. _59._

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at [Name of plant]

the facility located in _Baker Hill ala_. I worked at this location from [City/State]

_12-27-2000_ to _4-25-2006 present_.
[Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_, and [Name of Plant]         [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _05_ day of _December_, 2006.

_Charlie Lohman_                    _Charlie Lohman_
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Adrienne  Lynn_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Food_ _Equity Group, LLC_ at
the facility located in _Bakerhill AL_ . I worked at this location from
[Name of plant]
_3/10/03_ to _11/08/06_ .
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering _Equity Group, LLC_ employees at the _Keystone Foods_ plant in _Bakerhill, AL_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Keystone Foods_ . If brought as a class
[Name of Plant]    _Equity Group, LLC_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of _December_, 2006.

_Adrienne  Lynn_ _____          _Adrienne Lynn_ _____
PRINT NAME                          SIGN NAME

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jessie J. Parhams_____    states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity group, LLC.ao_
      the facility located in _Baker Hill, Ala_.    I worked at this location from
                                [City/State]
      _02/04/05_ to _05/2005_.
      [Date]  _02/2004 ao_    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Equit_ plant in _Baker Hill, Ala_, and
                            [Name of Plant] _Group, LLC.ao_    [City/State]
      possibly other plants owned by _Equity Group, LLC._.  If brought as a class
                                    [Name of Plant]  _ao_
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _17th_ day of _Sept_____, 2006.

_Jessie J. Parhams_____        _Jessic J. Parhams_____
**PRINT NAME**                    **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Oliver Pitt_ _____ states the following:
              [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at
     the facility located in _Bakerhill, AL_ . I worked at this location from
                            [City/State]                          [Name of plant]
     _May 2004_ to _Mar. 2005_ .
       [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Key Equity Group_ plant in _Bakerhill, AL_ , and
                              [Name of Plant]                      [City/State]
     possibly other plants owned by _Equity Group, LLC_ . If brought as a class
                                    [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _20_ day of _December_ , 2006.


_Oliver Pitt_ _____          _OL — Pitt_ _____
PRINT NAME                        SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

Natoya Posely
[Print Name] _____ states the following:

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by Equity Group,LLC at
    [Name of plant]
    the facility located in Bakerhill,AL . I worked at this location from
    [City/State]
    2/13/06 to present .
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the Equity Group,LLC plant in BakerHill,AL and
    [Name of Plant]                          [City/State]
    possibly other plants owned by keystone . If brought as a class Equity Group,LLC.
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16th day of September, 2006.

Natoya Posely                    Natoya Posely
PRINT NAME                       SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Marcia Pritchett_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~(Charton Poultry)~~ Equity Group, LLC at ~~AD~~
      [Name of plant]
      the facility located in _Baker Hill  Al_ . I worked at this location from
      [City/State]
      ~~X___ 99~~ to _Jan, 2006_ .
      [Date]           [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the ~~(Charton Poultry)~~ Equity Group, LLC plant in _Baker Hill, Al_ , and
      [Name of Plant]                              [City/State]
      possibly other plants owned by ~~Charton Poultry~~ Equity Group, LLC If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _1_ day of _Nov, e_ , 2006.

_Marcia Pritchett_                    _Marcia Pitchett_
**PRINT NAME**                        **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:** CLERK OF THE COURT AND COUNSEL OF RECORD

_Ronisha Radford_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was <u>formerly</u> employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Boker Hill, AL_. I worked at this location from
[City/State]
_9-18-06_ to _10-06_.
[Date]     [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Boker Hill, AL_, and
[Name of Plant]                                        [City/State]
possibly other plants owned by _Equity Group, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _Nov._, 2006.

_Ronisha Radford_                    _Ronisha Radford_
PRINT NAME                           SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Georgia A Ragland _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone~~ Equity Group, LLC at
      [Name of plant]
      the facility located in Baker Hill, AL _____ . I worked at this location from
      [City/State]
      6-2004 _____ to 9-2004 _____ .
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
      and post-production time activities from my employer. I also understand that
      the lawsuit may seek recovery for unpaid production time. I understand that
      the suit is brought pursuant to both federal law and applicable state statutes,
      if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
      settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the ~~Keystone~~ Equity Group, LLC plant in Baker Hill, Alas, and
      [Name of Plant]                                    [City/State]
      possibly other plants owned by Equity Group, LLC If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such
      class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the 20 day of December, 2006.


Georgia A. Ragland _____          Georgia a. Ragland _____
**PRINT NAME**                      **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Shameika Lashay Rice_____ states the following:
     [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Keystone Equity Group, federal~~ *Equity Group, LLC* at
                                                          [Name of plant]
     the facility located in _Baterhill AL_____.  I worked at this location from
                                [City/State]
     ~~Jan. 17, 2006~~ *09/04* to _Aug. 25. 2006_____.
       [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ~~Keystone Equity Group, LLC~~ plant in _BH Bakerhill AL_ and
                                  [Name of Plant]                [City/State]
     possibly other plants owned by _Equity Group, LLC_.  If brought as a class
                                       [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _5th_ day of _Dec._____, 2006.


_Shameika L. Rice_____
[PRINT NAME]

_Shameika L. Rice_____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Carley Richardson_____ states the following:
            [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity group Eufaula at
      [Name of plant] Division, LLC
      the facility located in Baker hill Alabama I worked at this location from
                              [City/State]
      Jun 30-03 to Feb-1-05                .
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Equity group plant in Baker hill Albama and
                            [Name of Plant]          [City/State]
      possibly other plants owned by Equity group. If brought as a class
                                    [Name of Plant] LLC
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the 12 day of OcTobeR, 2006.


carley Richardson                    Carley Richardson
[PRINT NAME]                         [SIGN NAME]

**NOTICE OF CONSENT TO JOIN**

Pursuant to 29 U.S.C. § 216(b), I, _Clarence Robinson Jr._, consent to become a party plaintiff in this action.

_10-10-06_
DATE

_Clarence Robinson Jr._
CLIENT SIGNATURE

(M&M form #80)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_GAIL ANN RUIZ_____ states the following:
     [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _EQUITY GROUP, LLC___ at
     the facility located in _Bakerhill Alabama_.  I worked at this location from
                              [Name of plant]
     _01-07-05_____ to _05-12-06_____.
       [Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _EQUITY GROUP, LLC_ plant in _Bakerhill Alabama_, and
                                [Name of Plant]                    [City/State]
     possibly other plants owned by _EQUITY GROUP, LLC_  If brought as a class
                                      [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _X8_ day of _08 Jan_, 2006-7

     _Gail Ann Ruiz_____              _Gail A. Ruiz_____
     PRINT NAME                        SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Anthony Rumph_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC_ at the facility located in _Baker Hill, AL_. I worked at this location from
[Name of plant]
_12/98_ to _present_.
[Date]                  [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering _Equity Group, LLC_ employees at the _Keystone_ plant in _Baker Hill, AL_, and [Name of Plant]                              [City/State]
possibly other plants owned by _Keystone_ _Equity Group, LLC_. If brought as a class [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _Oct._, 2006.

_Anthony Rumph_                              _Anthony Rumph_
PRINT NAME                                    SIGN NAME

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, _Anthony Scott_, consent to become a party plaintiff in this action.


_10-22-06_
DATE


_Anthony Scott_
CLIENT SIGNATURE


(M&M form #80)

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Patricia A. Smith_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group_ at _LLC_
the facility located in _Bakerhill, Ala._ I worked at this location from
[Name of plant]                       [City/State]
_Oct. 26, 1998_ to _Present_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group_ plant in _Bakerhill, Ala._ and
[Name of Plant]          _LLC_         [City/State]
possibly other plants owned by _Keystone Equity Group_. If brought as a class
[Name of Plant]    _LLC_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _September_ 2006.

_Patricia A. Smith_                _Patricia A. Smith_
PRINT NAME                         SIGN NAME

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, Samuel Stokes , consent to become a party plaintiff in this action.

_10-16-06_
DATE

_Samuel Stokes_
CLIENT SIGNATURE

(M&M form #80)

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, _Dorothy Streeter_ , consent to become a party plaintiff in this action.

_01/19/07_
DATE

_Dorothy Streeter_
CLIENT SIGNATURE

(M&M form #80)

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, _Jessica Tarver_____, consent to

become a party plaintiff in this action.


_____10-3-06_____

DATE


_____

CLIENT SIGNATURE


(M&M form #80)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_La Quiona Tarver_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Keystone Equity Group LLC_ at [Name of plant] the facility located in _Eufaula / AL_. I worked at this location from [City/State] _5/04_ to _9/04_.
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group LLC Baker Hill_ plant in _Eufaula / AL_, and [Name of Plant]                                                  [City/State] possibly other plants owned by _Keystone Equity Group LLC_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _October_, 2006.

_La Quiona Tarver_                    _LaQuiona Tarver_
PRINT NAME                            SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ronald Tarver_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill, AL_. I worked at this location from
[Name of plant]
[City/State]
_Feb. 2005_ to _May 2005_.
[Date]          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_ and
[Name of Plant]                              [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _November_, 2006.

_Ronald Tarver_
PRINT NAME

_Ronald Tarver_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Keitha Venable_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group, LLC_ at
    the facility located in _Bakerhill, AL_. I worked at this location from
    [Name of plant]      [City/State]
    _05/2006_ to _07/2006_.
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill, AL_, and
    [Name of Plant]                [City/State]
    possibly other plants owned by _Equity Group, LLC_ If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19_ day of _December_, 2006.

_Keitha Venable_
PRINT NAME

_Keitha Venable_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Carl Walker_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group_ ~~Eufaula~~ at, _AL_
    [Name of plant]   _LLC_
    the facility located in _Baker Hill,   Al_ . I worked at this location from
    [City/State]
    _April 2001_ to _Present_ .
    [Date]           [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Equity Group_ ~~Eufaula~~ plant in _Baker Hill    Al_ . and
    [Name of Plant]  _LLC_        [City/State]
    possibly other plants owned by ~~Charolen PokPland~~ .  If brought as a class
    [Name of Plant]  _Equity Group.LLC_
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5_ day of _September_, 2006.

_Carl Walker_
**PRINT NAME**

_Carl Walker_
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Crystal Walker_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Barterhills  AL_ . I worked at this location from
[City/State]
_June 27, 05_ to _Present_ .
[Date]                              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity GroupLLC_ plant in _Barterhills/Al_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Equity GroupxLLC_ if brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1_ day of _Nov_ , 2006.

_Crystal Walker_                    _Cystal Waller_
**PRINT NAME**                      **SIGN NAME**

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, _Lajuanda Walker_, consent to become a party plaintiff in this action.

_10-3-06_
DATE

_Lajuanda Walker_
CLIENT SIGNATURE

(M&M form #80)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Angela Turner_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group, LLC_ at
    [Name of plant]
    the facility located in _Baker Hill , Al. 36027_ . I worked at this location from
    [City/State]
    _5-9-04_ to _2-6-04_ .
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakh.a , Al._ , and
    [Name of Plant]                        [City/State]
    possibly other plants owned by _Equity Group LLC_ If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _Nov._ , 2006.

_Angela Turner_ _____        _Angela Turner_ _____
[PRINT NAME]                            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

**Loretta Turner** states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by **Equity Group,LLC** at
     [Name of plant]
     the facility located in **Baker Hill or Eufaula, AL**.   I worked at this location from
     [City/State]
     **11-04-04** to **02-11-05**.
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer.  I also understand that
     the lawsuit may seek recovery for unpaid production time.  I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the **Equity Group,LLC** plant in **Eufaula, AL** ↙ Baker Hill, and
     [Name of Plant]                    [City/State]
     possibly other plants owned by **Equity Group,LLC** if brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the **24** day of **October**, 2006.

**Loretta Turner**
PRINT NAME

**Loretta Turner**
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shelia Walker_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Bakerhill Ala_. I worked at this location from _3-14-06_ to _6-26-06_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill, Ala_, and possibly other plants owned by _Equity Group, LLC_ If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _21st_ day of _Sept_, 2006.

_Shelia Walker_                  _Shelia Walker_
PRINT NAME                       SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Nikia T. White_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystore Foods_ to at
the facility located in _Baker Hill, AL_ . I worked at this location from
[Name of plant]
_04/2005_ to _05/2005_ _06/26/06_
_03/14/06_
[Date]        [Date, or if still working write "present"]

Equity Group,LLC

[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Keystore Foods_ plant in _Baker Hill, AL_ and
[Name of Plant]                          [City/State]
possibly other plants owned by _Keystore Foods_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

Equity Group,LLC (appears above line 6)
Equity Group,LLC (appears near end of para 6)

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _November_, 2006.

_NiKiA white_
PRINT NAME

_Nikia white_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Charlie Wiggins_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone/Equity group, LLC_ at
      [Name of plant]
      the facility located in _Baker Hill Al._____. I worked at this location from
      [City/State]
      _May 26, 2005_ to _Sept. 6, 2005_____.
      [Date]           [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
      and post-production time activities from my employer. I also understand that
      the lawsuit may seek recovery for unpaid production time. I understand that
      the suit is brought pursuant to both federal law and applicable state statutes,
      if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
      settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the _Keystone/Equity group LLC_ plant in _Baker Hill Al._____, and
      [Name of Plant]                                  [City/State]
      possibly other plants owned by _Keystone/Equity group._ If brought as a class
      [Name of Plant]        LLC
      action under either federal or state law, I agree to be a named Plaintiff in such
      class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _28_ day of _September_____, 2006.


_Charlie Wiggins_____              _Charlie Wiggins_____
PRINT NAME                             SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Dhenique Thomas _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group LLC at [Name of plant] the facility located in Bakehill Al. . I worked at this location from [City/State] April 05 to July 05 . [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Equity Group LLC plant in Bakehill Al , and [Name of Plant] [City/State] possibly other plants owned by Equity Group LLC If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 18 day of November , 2006.


Dhenique Thomas
PRINT NAME

Dhenique Thomas
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Edward U. Thomas_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _EQuiTY Group, LLC_ at _Baker Hill_ [Name of plant]
the facility located in _Eufaula Al,_ . I worked at this location from
[City/State]
_10-16-04_ to _11-19-05_ .
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering _Baker Hill_ employees at the _EQuiTY Group, LLC_ plant in _Eufaula Al,_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _EQuiTY Group, LLC_ brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _11_ , 2006.

_Edward U. Thomas_                _Edward U. Thomas_
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Doris Darlene Williams_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula Div, LLC_ at the facility located in _Bakerhill, Al_ . I worked at this location from
       [Name of plant]
       _07/2004_ to _09/2004_ .
       [Date]         [Date, or if still working write "present"]
       [City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula LLC_ plant in _Bakerhill, Al_ , and
       [Name of Plant]                        [City/State]
       possibly other plants owned by _Equity Group Eufaula LLC_ brought as a class
       [Name of Plant]
       action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

       DATED the _30_ day of _Oct_ , 2006.


_Doris A. Williams_ _____          _Doris D Williams_ _____
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jared Tyson_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group,LLC_ at
[Name of plant]
the facility located in _Bakerhill, AL_ . I worked at this location from
[City/State]
~~2001 until 2003~~ to ~~2003 Nov 21, 2006~~ present
07/2001 [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group,LLC_ plant in _Bakerhill, AL_ , and
[Name of Plant]                              [City/State]
possibly other plants owned by _Equity Group,LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _21_ day of _Nov_ , 2006.

_Jared Tyson_
PRINT NAME

_Jared Tyson_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Katrina A. Lynn_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC as Keystone Foods_ at
     [Name of plant]
     the facility located in _Baker Hill, AL_ . I worked at this location from
     [City/State]
     _09/13/2004_ to _06/25/2005_ .
     [Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC as Keystone Foods_ plant in _Baker Hill, AL_ , and
     [Name of Plant]                              [City/State]
     possibly other plants owned by _Equity Group LLC as Keystone Foods_ . If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _12_ day of _October_ , 2006.

_Katrine Ann Lynn_                    _Katrine Ann Lynn_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_JEFFERY Woods_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _KEYSTONE  Equity Group.LLC_ at the
[Name of plant]
the facility located in _BAKERHILL, AL_ . I worked at this location from
[City/State]
_08-03/01_ to _09-19-06_ .
[Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _KEYSTONE  Equity Group.LLC_ plant in _BAKERHILL, AL_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _KEYSTONE  Equity Group.LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5th_ day of _Oct._ , 2006.

_JEFFERY Woods_                    _Jeffery Woods_
PRINT NAME                         SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shelia Young_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at [Name of plant] the facility located in _Bakerhill, AL_. I worked at this location from [City/State] _Oct. 09, 2000_ to _present_. [Date]   [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill, AL_, and [Name of Plant]              [City/State] possibly other plants owned by _Equity Group, LLC_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19_ day of _December_, 2006.

_Shelia Young_ 
PRINT NAME

_Shelia Young_ 
SIGN NAME