IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-1081-MEF |
| | ) |
| EQUITY GROUP EUFAULA DIVISION, LLC, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the Motion for Admission Pro Hac Vice of Richard Celler (Doc. #13) filed on January 31, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 5th day of February, 2007.

                                        /s/ Mark E. Fuller
                             CHIEF UNITED STATES DISTRICT JUDGE