IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1081-MEF |
| ) | |
| EQUITY GROUP EUFAULA DIVISION, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion for Leave to File Amended Complaint (Doc. #18) filed on February 22, 2007, it is hereby

ORDERED that the defendant show cause in writing on or before March 5, 2007 as to why the motion should not be granted.

DONE this the 26th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE