IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY AN BURKS, et al., | * | |
| PLAINTIFFS, | * | |
| V. | * | CASE NO: 2:06-CV-1081-MEF |
| EQUITY GROUP EUFAULA DIVISION, LLC, | * | |
| | * | |
| DEFENDANT. | * | |
| | * | |

## NOTICE OF APPEARANCE

COMES NOW M. John Steensland, III, the undersigned counsel, and enters his Notice of Appearance for Plaintiffs, Betty Ann Burks, et al, in the above styled case.

Dated this the 1st day of March, 2007.

/s/ M. John Steensland, III
ATTORNEY FOR PLAINTIFFS
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 244-1920

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 1st day of March, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

/s/ M. John Steensland, III
OF COUNSEL