IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION

BETTY ANN BURKS, et al.,          :
                                  :
        Plaintiffs,               :
                                  :
     v.                           :    No. 2:06-CV-1081-MEF
                                  :
EQUITY GROUP EUFAULA              :
DIVISION LLC,                     :
                                  :
        Defendant.                :

**RESPONSE TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

    Plaintiffs filed their Motion to Amend Complaint (Dkt. No 18) on or about February 22, 2007.  After reviewing plaintiffs' Motion to Amend, Defendant, Equity Group Eufaula Division LLC ("Equity Group"), does not oppose the allowance of the amendment. Equity Group reserves its rights to otherwise contest the propriety of the proposed opt-in class as well as the joinder of the named plaintiffs in one action.

    Equity Group, requests, however, that the Court allow it 20 days, instead of the 10 days normally allowed under Rule 15, F.R.C.P., to file its response to the Amended Complaint.  Equity Group requests this additional time to allow it to investigate the "clarified" class allegations and further determine the status of the purported opt-in plaintiffs who have filed consents to join this action since Equity Group filed its initial Answer. Equity Group does not believe that the grant of this additional 10 days will affect the remainder of the schedule in this matter or unduly prejudice plaintiffs.

As such, if the Court grants Plaintiffs' Motion to Amend, Equity Group respectfully requests that the Court allow it 20 days after the grant of the Motion to file its Answer to the Amended Complaint.

        /s/ Malcolm S. Gould
Howard A. Rosenthal
Gary D. Fry
Malcolm S. Gould
  Attorneys for Equity Group
  Eufaula Division, LLC

**OF COUNSEL**:
Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA  19103
(215)665-1540

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
   & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834

```
          IN THE UNITED STATES DISTRICT COURT
    FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION
```

```
BETTY ANN BURKS, et al.,      :
                              :
          Plaintiffs,         :
                              :
     v.                       :    No. 2:06-CV-1081-MEF
                              :
EQUITY GROUP EUFAULA          :
DIVISION LLC,                 :
                              :
          Defendant.          :
```

**CERTIFICATE OF SERVICE**

The undersigned counsel for Equity Group Eufaula Division LLC hereby certifies that a true and correct copy of the Report of Parties' Meeting in the above-captioned matter was filed electronically with the Clerk of Court on March 5, 2007 using the CM/ECF system, which will send notification of such filing to:

> Robert J. Camp
> M. John Steensland, III
> The Cochran Firm, P.C.
> 505 North 20th Street, Suite 825
> Birmingham, AL  35203
>
> Robert Joseph Camp
> RCAMP@COCHRANFIRM.COM
>
> M. John Steensland , III
> parkman@graceba.net, jjsteensland@yahoo.com
>
> Richard Martin Adams
> parkman@graceba.net
>
> Samuel A. Cherry , Jr
> scherry@cochranfirm.com, samcherry@cochranfirm.com
>
> Joseph Davie Lane
> jlane@cochranfirm.com, jdavidlane@aol.com
>
> Bernard D Nomberg
> bnomberg@cochranfirm.com,
>
> James W. Parkman , III
> parkman@graceba.net
>
> M. John Steensland , III
> parkman@graceba.net, jjsteensland@yahoo.com

        Lance Harrison Swanner
        lanceswanner@cochranfirm.com

        William Calvin White, II
        parkman@graceba.net, wwhite@graceba.net

          Attorneys for Plaintiffs

        /s/ Malcolm S. Gould
        Howard A. Rosenthal
        Gary D. Fry

**OF COUNSEL**:
Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA  19103
(215)665-1540

        Malcolm S. Gould
          Attorneys for Equity Group
          Eufaula Division, LLC

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
   & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834