IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION

```
BETTY ANN BURKS, et al.,       :
                               :
           Plaintiffs,         :
                               :
     v.                        :   No. 2:06-CV-1081-MEF
                               :
EQUITY GROUP EUFAULA           :
DIVISION, LLC,                 :
                               :
           Defendant.          :
```

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the Order of this Court, counsel for the undersigned party to the above-captioned matter makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committees, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- Keystone Foods LLC
- Keystone Management, Inc.
- Keystone Foods Intermediate LLC
- Liberty Assurance Ltd.
- GA/KY Fundco, LLC
- Grow-Out Holdings LLC
- Equity Group-Georgia Division LLC
- Equity Group-Kentucky Division LLC
- C.S. Grain, LLC
- Grow-Out Credit LLC

```
                              /s/ Malcolm S. Gould
                              Howard A. Rosenthal
                              Gary D. Fry
OF COUNSEL:                   Malcolm S. Gould
Pelino & Lentz, P.C.            Attorneys for Equity Group
One Liberty Place               Eufaula Division LLC
Thirty-Second Floor
1650 Market Street
Philadelphia, PA  19103
(215)665-1540
```

-2-

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
   & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION**

```
BETTY ANN BURKS, et al.,         :
                                 :
         Plaintiffs,             :
                                 :
    v.                           :     No. 2:06-CV-1081-MEF
                                 :
EQUITY GROUP EUFAULA             :
DIVISION LLC,                    :
                                 :
         Defendant.              :
```

## CERTIFICATE OF SERVICE

The undersigned counsel for Equity Group Eufaula Division LLC hereby certifies that a true and correct copy of the Conflict Disclosure Statement in the above-captioned matter was filed electronically with the Clerk of Court on March 6, 2007 using the CM/ECF system, which will send notification of such filing to:

>   Robert J. Camp
>   M. John Steensland, III
>   The Cochran Firm, P.C.
>   505 North 20th Street, Suite 825
>   Birmingham, AL  35203
>
>   Robert Joseph Camp
>   RCAMP@COCHRANFIRM.COM
>
>   M. John Steensland , III
>   parkman@graceba.net, jjsteensland@yahoo.com
>
>   Richard Martin Adams
>   parkman@graceba.net
>
>   Samuel A. Cherry , Jr
>   scherry@cochranfirm.com, samcherry@cochranfirm.com
>
>   Joseph Davie Lane
>   jlane@cochranfirm.com, jdavidlane@aol.com
>
>   Bernard D Nomberg
>   bnomberg@cochranfirm.com,
>
>   James W. Parkman , III
>   parkman@graceba.net
>
>   M. John Steensland , III
>   parkman@graceba.net, jjsteensland@yahoo.com
>
>   Lance Harrison Swanner
>   lanceswanner@cochranfirm.com

          William Calvin White, II
          parkman@graceba.net, wwhite@graceba.net

               Attorneys for Plaintiffs

                                      /s/ Malcolm S. Gould
                                      Howard A. Rosenthal
                                      Gary D. Fry
**OF COUNSEL**:                   Malcolm S. Gould
Pelino & Lentz, P.C.        Attorneys for Equity Group
One Liberty Place           Eufaula Division, LLC
Thirty-Second Floor
1650 Market Street
Philadelphia, PA  19103
(215)665-1540

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
   & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834