IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al., § § § Plaintiffs, § § v. § § EQUITY GROUP EUFAULA § DIVISION, LLC, § § Defendant. § | CIVIL ACTION NO. 2:06-cv-01081-MEF-DRB |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, SHANNON BURKS, DASHANNA COLLINS, MANTRA E. DAVIE, JANNETTA DARBY, KENNY LEE HENRY, SHALEATHA KING and DESMOND MURRY, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: March 6, 2007

Respectfully submitted,

THE COCHRAN FIRM, P.C.

/s/ Robert J. Camp
**ROBERT JOSEPH CAMP**

505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2007, I electronically filed the above Notice with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Courtney Reily Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Howard A. Rosenthal
Malcolm S. Gould
Pelino & Lentz, P.C.
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 1910-7393
Phone: 215-246-3165
Fax: 215-665-1536
Attorney for Defendant

/s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_____Shannon Burks_____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Keystone Foods Group__, LLC at [Name of Plant] the facility located in __Bakerhill Ala__. I worked at this location from [City/State] __10-04__ to __April 05__.
   [Date]        [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Keystone Foods Group__ plant in __Bakerhill Ala__, and [Name of Plant] [City/State] possibly other plants owned by __Keystone Foods Group__, LLC brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __2nd__ day of __Feb.__, 2007.

__Shannon Burks__        __Shannon Burks__
[PRINT NAME]              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Dashanna Collins [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Equity food Group LLC or Keystone [Name of Plant] at the facility located in Bakerhill / AL [City/State]. I worked at this location from 3-23-05 [Date] to 3-22-06 [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Equity or Keystone [Name of Plant] plant in Bakerhill / AL [City/State], and possibly other plants owned by Equity or Keystone Group, LLC [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 19 day of Febuary, 2007.

Dashanna Collins
[PRINT NAME]

Dashanna Collins
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_____Montra E. Davie_____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Equity Group, LLC__ ~~Keystone Foods~~ at
[Name of plant]
the facility located in __Baker Hill, Ala.__. I worked at this location from
[City/State]
__Sept 18, 2006__ to __present__.
[Date]           [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Equity Group, LLC__ ~~Keystone Foods~~ plant in __Baker Hill, Ala.__, and
[Name of Plant]                                                [City/State]
possibly other plants owned by __Keystone Foods__. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff __Equity Group, LLC__ in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __4__ day of __November__, 2006.

__Montra Davie__                        __Montra Davie__
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

__Jannetta Darby__ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Equity Group, LLC__ [Name of plant] at the facility located in __Bakerhill, AL__ [City/State]. I worked at this location from __08/06/98__ [Date] to __present__ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Equity Group, LLC__ [Name of Plant] plant in __Bakerhill, AL__ [City/State], and possibly other plants owned by __Equity Group, LLC__ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __16__ day of __Sept__, 2006.

__JANNETTA DARBY__
PRINT NAME

__Jannetta Darby__
SIGN NAME

# **CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__KENNY LEE HENRY__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by ~~Charoen Pokphand~~ Equity Group LLC at the facility located in ~~Enterprise~~ Bakerhill, AL. I worked at this location from ~~02-15-07~~ 9/2003 to 5/15/2004.
[Date]   [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit (Equity Group, LLC) may be brought as a class action covering employees at the ~~Charoen Pokphand~~ plant in Baker Hill, AL, and possibly other plants owned by ~~Charoen Pokphand~~. If brought as a class action under either federal or state law, I agree to be a named Plaintiff (Equity Group, LLC) in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 15 day of Feb, 2007.

__KENNY LEE HENRY__        __Kenny Lee Henry__
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_____Shaleatha King_____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Equity Group, LLC__ at [Name of Plant] the facility located in __Baker Hill, AL__. I worked at this location from [City/State] __5/2/2005__ to __Present__.
[Date]   [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Equity Group, LLC__ plant in __Baker Hill, AL__, and [Name of Plant] [City/State] possibly other plants owned by __Equity Group, LLC__. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __11__ day of __February__, 2007.

__Shaleatha King__                    __Shaleatha King__
[PRINT NAME]                          [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

DESMOND MURRY [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Equity Group, LLC (Keystone Foods crossed out) at [Name of plant] the facility located in Baker Hill, AL [City/State]. I worked at this location from May 05 [Date] to Aug 05 [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Equity Group, LLC (Keystone Foods crossed out) [Name of Plant] plant in Baker Hill, AL [City/State], and possibly other plants owned by Keystone Foods [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class. Equity Group, LLC

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 22 day of December, 2006.

DESMOND MURRY
PRINT NAME

Desmond Murry
SIGN NAME