IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
MONTGOMERY DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al., § § Plaintiffs, § § v. § § EQUITY GROUP EUFAULA § DIVISION, LLC, § § Defendant. § | CIVIL ACTION NO. 2:06-CV-01081-MEF-DRB |

## MOTION FOR AND NOTICE OF WITHDRAWAL

COMES NOW Joseph D. Lane, one of the attorneys for the Plaintiffs of the law firm Cochran, Cherry, Givens, Smith, Lane and Taylor in the above styled cause and submits his motion for leave to withdrawal as attorney for Plaintiffs counsel, and sets forth the following as grounds:

1. Because of the complexities involved in litigating a class action claim combined with the undersigned's current case load, the undersigned counsel is incapable of devoting the necessary time required to adequately represent Plaintiffs in this matter.

2. Plaintiffs will not be prejudiced by the withdrawal of counsel as they will continue to be represented by attorneys Lance H. Swanner and Samuel A. Cherry with Cochran, Cherry, Givens, Smith, Lane and Taylor, as well as other firm counsel of record including Bernard D. Nomberg and Robert J. Camp, and associated counsel, Richard Celler.

WHEREFORE, for the grounds stated above, the undersigned respectfully requests that he be allowed to withdraw as counsel of record on behalf of the Plaintiffs.

Respectfully submitted this the 7th day of March 2007.

                              **COCHRAN, CHERRY, GIVENS,**
                              **SMITH, LANE & TAYLOR, P.C.**

                              /s/ Joseph D. Lane
                              **JOSEPH D. LANE (lane9991)**
                              SAMUEL A. CHERRY, JR., (CHE008)
                              LANCE H. SWANNER (SWA013)
                              Attorneys for Plaintiffs
                              Alabama Bar No. 118498
                              163 West Main Street
                              P.O. Box 927
                              Dothan, AL 36302
                              (334) 793-1555
                              **FAX (334) 793-8280**

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2007, I electronically filed the foregoing Motion for and Notice of Withdrawal with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Courtney Reilly Potthoff
cpotthoff@mindspring.com

Joel P. Smith, Jr.
joelpsmith@bellsouth.net

Gary D. Fry
gdfry@pelino.com, srkatz@pelino.com

Malcolm S. Gould
msgould@pelino.com

Howard A. Rosenthal
harosenthal@pelino.com

                              /s/ Joseph D. Lane
                              **JOSEPH D. LANE**