IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| BETTY A. BURKS, et., al., § § § | |
| Plaintiffs, § § § | |
| § | CIVIL ACTION NO. |
| v. § | 2:06-cv- 01081-MEF-DRB |
| § | |
| EQUITY GROUP, LLC., § § | |
| Defendant. § | |

## NOTICE OF FILING ADDITIONAL NOTICES
## OF CONSENT TO JOIN

Plaintiff, BETTY A. BURKS, et al., gives notice of filing the attached Notices of Consent to Join executed by, PEARLINE M. HICKS, LARONDA GREEN and TAMMY D. BLACKMON, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above-captioned lawsuit.

Dated: March 12, 2007         Respectfully submitted,

                              THE COCHRAN FIRM, P.C.

                              /s/ Robert J. Camp
                              **ROBERT J. CAMP**
                              505 North 20th Street, Suite 825
                              Birmingham, AL  35203

                (205) 930-6900 (Phone)
                (205) 930-6910 (Fax)

– and –

Bernard D. Nomberg
**THE COCHRAN FIRM, P.C.**
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

– and –

Richard Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, Florida 33324
Toll Free: 1-877-435-9243 (WAGE)
Facsimile: (954) 333-3515

                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on <u>March 12, 2007</u>, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Courtney Reilly Potthoff
cpotthoff@mindspring.com

Joel P. Smith
joelpsmith@bellsouth.net


Gary D. Fry
Howard A. Rosenthal
Malcom S. Gould
One Liberty Place
32nd Floor
1650 Market Street
Philadelphia, PA 19103-7393

                                         //s/ Robert J. Camp
                                         **ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

PEARLENE M. Hicks [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Keystone / Equity Group LLC [Name of plant] at the facility located in Baker Hill AL [City/State]. I worked at this location from 4- -05 [Date] to 9- -05 [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Keystone / Equity Group LLC [Name of Plant] plant in Baker Hill AL [City/State], and possibly other plants owned by Keystone / Equity Group LLC [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 3 day of 3- , 2007.

PEARLENE M. Hicks
[PRINT NAME]

Pearlene M. Hicks
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_____LaHonda Green_____ states the following:
        [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Equity Group, LLC__ at
                                                    [Name of plant]
the facility located in __Buhierhill, Al__. I worked at this location from
                          [City/State]
__7-3-06__ to __10-15-06__.
  [Date]         [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Equity Group, LLC__ plant in __Buhierhill, Al__, and
                                        [Name of Plant]                         [City/State]
possibly other plants owned by __Equity Group, LLC__. If brought as a class
                                  [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __24__ day of __Feb.__, 2007.


__LaHonda Green__                    __LaHonda Green__
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Tammy D. Blackmon__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Equity Group, LLC__ at [Name of Plant] the facility located in __Baker Hill, AL__. I worked at this location from [City/State] __09/2006__ to __12/2006__. [Date]   [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Equity Group, LLC__ plant in __Baker Hill, AL__, and [Name of Plant]   [City/State] possibly other plants owned by __Equity Group, LLC__. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __23__ day of __February__, 2007.

__Tammy D. Blackmon__        __Tammy D. Blackmon__
[PRINT NAME]                 [SIGN NAME]