IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1081-MEF |
| | ) |
| EQUITY GROUP EUFAULA DIVISION, LLC, | ) |
| | ) |
|    Defendant. | ) |

# **O R D E R**

Upon consideration of Joseph D. Lane's Motion to Withdraw (Doc. #28) filed on March 7, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 13th day of March, 2007.

                                                /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE