IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

BETTY ANN BURKS, *et al.*,    )
                                                )
    Plaintiff,    )
v.    )    CASE NO. 2:06-cv-1081-MEF
                                                )
EQUITY GROUP EUFAULA DIVISION,    )
LLC,    )
                                                )
    Defendant.    )

# **O R D E R**

Upon consideration of Plaintiffs' Motion for Leave to File Amended Complaint (Doc. #18) filed on February 22, 2007, and the defendant's request for additional time to respond to the amended complaint (Doc. #25) filed on March 5, 2007, it is hereby ORDERED:

1. That the plaintiffs' motion to file an amended complaint is GRANTED.

2. That the defendant's motion for extension of time to respond to the amended complaint is GRANTED.

DONE this the 13th day of March, 2007.

                                                /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE