IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al., | ) |
| | ) |
| PLAINTIFF, | ) CASE NO: 2:06-cv-1081-MEF |
| | ) |
| V. | ) |
| | ) |
| EQUITY GROUP EUFAULA DIVISION LLC, | ) |
| | ) |
| | ) |
| DEFENDANT. | ) |

## MOTION TO MODIFY UNIFORM SCHEDULING ORDER

_____COMES NOW the PLAINTIFFS by and through their undersigned counsel and moves this Court to modify the Uniform Scheduling Order and as grounds would therefore show as follows:

1. On March 13, 2007 the Court entered the Uniform Scheduling Order in the above referenced case: Section 5 of said Order provides for a June 11, 2007 deadline by which any motion for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure must be filed.

2. The current action is filed pursuant to the Fair Labor Standards Act of 1938 (FLSA). The Plaintiffs will be seeking collective action certification pursuant to Rule 216(b) of FLSA.

3. Parties jointly request this court to amend the second sentence of Section 5 of the Uniform Scheduling Order to clarify this.

4. The parties have no objection to the deadline contained in Section 5.

Done this the 27th day of March, 2007.

                                              Respectfully submitted,

                                              PARKMAN, ADAMS & WHITE, LLC

                                              /s/M. John Steensland, III
                                              M. JOHN STEENSLAND, III
                                              ATTORNEY FOR PLAINTIFFS
                                              739 WEST MAIN STREET
                                              DOTHAN, AL 36301
                                              (334) 792-1900 (Phone)
                                              (334) 712-1352 (Fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2007, I electronically filed Plaintiff's Motion To Modify Uniform Scheduling Order with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

| | |
|---|---|
| Samuel A. Cherry, Jr.<br>scherry@cochranfirm.com | Bernard D. Nomberg<br>bnomberg@cochranfirm.com |
| Gary D. Fry<br>gdfry@pelino.com<br>Srkatz@pelino.com | Malcolm S. Gould<br>msgould@pelino.com<br>skratz@pelino.com |
| Howard A. Rosenthal<br>harosenthal@pelino.com<br>skratz@pelino.com | Lance Harrison Swanner<br>lanceswanner@cochranfirm.com |
| Courtney Reilly Potthoff<br>Cpotthoff@mindspring.com | Joel P. Smith, Jr.<br>joelpsmith@bellouth.net |

                                              /s/ M. John Steensland, III
                                              M. JOHN STEENSLAND, III