IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al., § § Plaintiffs, § § v. § § EQUITY GROUP EUFAULA § DIVISION, LLC, § § Defendant. § | CIVIL ACTION NO. 2:06-cv-01081-MEF-DRB |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, MARTAROUS MAHONE, SCARLETT OHARA, SHAWANDA L. FAIR, KIMBERLY S. CHERRY, TRENTON LEFORE, KERRY L. DEVOSE, and TRAVISTON ROGERS, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: March 30, 2007          Respectfully submitted,

                               THE COCHRAN FIRM, P.C.

                               /s/ Robert J. Camp
                               **ROBERT JOSEPH CAMP**

**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on <u>March 30, 2007</u>, I electronically filed the above Notice with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Courtney Reily Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Howard A. Rosenthal
Malcolm S. Gould
Pelino & Lentz, P.C.
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 1910-7393
Phone: 215-246-3165
Fax: 215-665-1536
Attorney for Defendant

/s/ Robert J. Camp
**ROBERT J. CAMP**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Martavous Mahone__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Equity Group, LLC__ at [Name of plant] the facility located in __Bakerhill, AL__. I worked at this location from [City/State] __01/09/06__ to __08/23/06__.
   [Date]    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action, covering employees at the __Equity Group, LLC__ plant in __Bakerhill, AL__ and [Name of Plant]                      [City/State] possibly other plants owned by __Equity Group, LLC__ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __20__ day of __March__, 2007.

__Martavous Mahone__                    __Martavous Mahone__
[PRINT NAME]                            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Scarlett O'Hara__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Equity Group, LLC__ at [Name of plant] the facility located in __Baker Hill, AL__. I worked at this location from [City/State] __1-29-07__ to __Present__
[Date]   [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the ~~Keystone~~ Equity plant in __Baker Hill, AL__ and [Name of Plant]    Group, LLC    [City/State] possibly other plants owned by ~~Keystone~~ Equity Group, LLC. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.
DATED the __19th__ day of __March__, 2007.

__Scarlett O'Hara__        __Scarlett O'Hara__
[PRINT NAME]              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Shawanda L. Fair_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Bakerhill AL_. I worked at this location from _Sept 28, 05_ to _July 08, 2006_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Bakerhill AL_, and possibly other plants owned by _Equity Group, LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _17_ day of _March_, 2007.

_Shawanda L. Fair_           _Shawanda L. Fair_
[PRINT NAME]                  [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

__Kimberly S. Cherry__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Keystone Equity Group, LLC__ [Name of plant] at the facility located in __Bakerhill, Al__ [City/State]. I worked at this location from __Feb. 16, 2003__ [Date] to __present__ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Keystone Equity Group, LLC__ [Name of Plant] plant in __Bakerhill, Al__ [City/State], and possibly other plants owned by __Keystone Equity Group, LLC__ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __18__ day of __March__, 2007.


__Kimberly S. Cherry__                __Kimberly Cherry__
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_____Trenton Leflore_____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Equity Group, LLC__ at
   [Name of plant]
   the facility located in __Bakerhill, AL__. I worked at this location from
   [City/State]
   __8-19-2004__ to __Present__.
   [Date]      [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Equity Group, LLC__ plant in __Bakerhill, AL__, and
   [Name of Plant]                                  [City/State]
   possibly other plants owned by __Equity Group, LLC__. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __30th__ day of __March__, 2007.

__Trenton Leflore__                    __Trenton Leflore__
[PRINT NAME]                           [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__KERRY L. DEVOSE__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Keystone Equity Group, LLC__ at [Name of plant] the facility located in __Bakerhill, AL__. I worked at this location from [City/State] __Jan 2006__ to __May 2006__.
[Date]   [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit Equity Group, LLC may be brought as a class action covering employees at the __Keystone__ plant in __Bakerhill, AL__ and [Name of Plant] [City/State] possibly other plants owned by __Keystone__. If brought as a class [Name of Plant] Equity Group, LLC action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __14__ day of __March__, 2007.

__KERRY L. DEVOSE__        __Kerry Devose__
[PRINT NAME]                [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Traviston Rogers__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Equity Group, LLC__ ~~Keystone Foods~~ at the facility located in __Bake Hill AL__ [City/State]. I worked at this location from __3-11-05__ [Date] to __7-7-2006__ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Equity Group, LLC__ ~~Keystone Foods~~ [Name of Plant] plant in __Barker Hill AL__ [City/State], and possibly other plants owned by __Keystone Foods__ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class. __Equity Group, LLC__

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __30__ day of __Oct__, 2006.

__Travis Rogers__        __Travis Rogers__
[PRINT NAME]            [SIGN NAME]