IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al., § § § Plaintiffs, § § § v. § § EQUITY GROUP EUFAULA § DIVISION, LLC, § § Defendant. § | CIVIL ACTION NO. 2:06-cv-01081-MEF-DRB |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, BRANDON THOMAS, SHIKEMA SYLVESTER, CAROL MOORE and ADRIANNE HARVEY, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: April 3, 2007

Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT JOSEPH CAMP
BERNARD D. NOMBERG**
505 North 20th Street, Suite 825

Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2007, I electronically filed the above Notice with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Courtney Reily Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Howard A. Rosenthal
Malcolm S. Gould
Pelino & Lentz, P.C.
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 1910-7393
Phone: 215-246-3165
Fax: 215-665-1536
Attorney for Defendant

/s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Brandon Thomas_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Keystone Equity Group, LLC_ [Name of Plant] at the facility located in _Bakerhill AL_ [City/State]. I worked at this location from _Jan 06_ [Date] to _June 06_ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group, LLC_ [Name of Plant] plant in _Bakerhill AL_ [City/State], and possibly other plants owned by _Equity Group, LLC_ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _March_, 2007.

_Brandon Thomas_          _Brandon Thomas_
[PRINT NAME]              [SIGN NAME]

## **CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Shikema D. Sylvester_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Keystone Equity Group, LLC_ [Name of plant] at the facility located in _Bakerhill Al, 36027_ [City/State]. I worked at this location from _Feb 5, 07_ [Date] to _present_ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group_ [Name of Plant] plant in _Bakerhill Al_ [City/State], and possibly other plants owned by _Keystone Equity Group, LLC_ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19_ day of _March_, 2007.

_Shikema Sylvester_  
[PRINT NAME]

_Shikema Sylvester_  
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Carol Moore_ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Keystone Equity Group, LLC_ [Name of plant] at the facility located in _Bakerhill, Ala_ [City/State]. I worked at this location from _July 18, 2005_ [Date] to _present_ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group, LLC_ [Name of Plant] plant in _Bakerhill, Ala_ [City/State], and possibly other plants owned by _Keystone Equity Group, LLC_ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19_ day of _March_, 2007.

_Carol Moore_
[PRINT NAME]

_Carol Moore_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Adrianne Harvey_ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Equity Group, LLC_ ~~Choctaw Pokphand~~ [Name of plant] at the facility located in _Eufaula, Ala._ [City/State]. I worked at this location from _Baker Hill_ _2002-2004_ [Date] to _8/23/2004_ [Date, or if still working write "present"].
   _4/25/2002_

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a _Equity Group, LLC_ / _Baker Hill_ class action covering employees at the _Choctaw Pokphand_ [Name of Plant] plant in _Eufaula, Ala._ [City/State], and possibly other plants owned by _Choctaw Pokphand_ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff _Equity Group, LLC_ in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9th_ day of _March_, 2007.

_Adrianne Harvey_                    _Adrianne Harvey_
[PRINT NAME]                         [SIGN NAME]