IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:06-cv-1081-MEF |
| ) | |
| EQUITY GROUP EUFAULA ) | |
| DIVISION LLC, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

This cause is before the Court on Plaintiffs' Motion to Modify Uniform Scheduling Order (Doc. # 34). Upon consideration, it is hereby ORDERED that:

1. The Motion to Modify Uniform Scheduling Order (Doc. # 34) is DENIED. This ruling does not affect Plaintiffs' ability to file for certification or conditional certification of a collective action. *See Hipp v. Liberty Nat. Life Ins. Co.*, 252 F.3d 1208, 1216-19 (11th Cir. 2001) (per curiam) (describing the two-tiered approach to certification of collective actions and suggesting that district courts adopt it).

2. Any motion for conditional certification of a collective action shall be filed on or before **June 11, 2007**.

DONE this the 6th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE