IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 2:06-cv-01081-MEF-DRB |
| | § | |
| EQUITY GROUP EUFAULA | § | |
| DIVISION, LLC., | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, CHENEQUIA L. PETERSON, CHAUDNEY L. BOWENS, AMIE LEE MOORE, SAVANNAH DENISE TAYLOR, JASON GRUBBS, and JUMANE BLAND, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: April 27, 2007              Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp_____
**ROBERT JOSEPH CAMP**

**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

-and-

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

-and-

Richard B Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, FL 33324
(954) 318-0268 (Phone)
(954) 333-3515 (Fax)

-and-

James W. Parkman, III
Richard M. Adams
William C. White
PARKMAN, ADAMS & WHITE, LLC.
505 20TH Street North, Suite 825
Birmingham, Alabama 35203
(205) 244-1920-Phone
(205) 244-1171-Facsimile

-and-

Maurice John Steensland, III
PARKMAN & ASSOCIATES
739 West Main Street
Dothan, AL 36301
(334) 792-1900-Phone
(334) 712-1352-Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on <u>April 27, 2007</u> ,I electronically filed the above Notice of Filing Additional Consents to Join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Richard B. Celler
Attorney for Plaintiffs
Richard@cellerlegal.com

Maurice John Steensland
Attorney for Plaintiffs
parkman@graceba.net

Richard Martin Adams
Attorney for Plaintiffs
Parkman@graceba.net

William C. White
Attorney for Plaintiffs
parkman@graceba.net

James W. Parkman, III
Attorney for Plaintiffs
parkman@graceba.net

Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Attorney for Defendant
gdfry@pelino.com

Howard A. Rosenthal
Attorney for Defendant
harosenthal@pelino.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com

                                                **/s/ Robert J. Camp**
                                                **ROBERT J. CAMP**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Chenequia L. Peterson__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Keystone Foods__ at [Name of Plant] the facility located in __Bakerhill, Al.__ [City/State]. I worked at this location from __July 2006__ [Date] to __August 2006__ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Keystone Foods__ [Name of Plant] plant in __Bakerhill, Al.__ [City/State], and possibly other plants owned by __Keystone Foods__ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __29th__ day of __March__, 2007.

__Chenequia L. Peterson__          __Chenequia D. Peterson__
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

Chaudney L. Bowens _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Keystone Foods at [Name of Plant] the facility located in Bakerhill, Al. I worked at this location from 05-10-05 [Date] to 09-05 [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Keystone plant in Bakerhill, AL, and possibly other plants owned by Keystone. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 19 day of February, 2007.

Chaudney L. Bowens     Chaudney L. Bowens
[PRINT NAME]           [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Amie Lee Moore__, states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Keystone Equity Group_ _Eufaula Div_ at the facility located in _Baker Hill, Ala._. I worked at this location from _June 18, 2005_ to _present_.
   [Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula_ plant in _Baker Hill, Ala._, and possibly other plants owned by _Equity Group Eufaula_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _17_ day of _March_, 2007.

_Amie Lee Moore_                     _Amie Lee Moore_
[PRINT NAME]                          [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Savannah Denise Taylor states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Equity Group, LLC at [Name of plant] the facility located in Bakerhill, AL [City/State]. I worked at this location from 05/16/05 [Date] to 03/28/06 [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Equity Group, LLC plant in Bakerhill, AL, and [Name of Plant] [City/State] possibly other plants owned by Equity Group, LLC. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 10 day of April, 2007.

Savannah Denise Taylor                Savannah Denise Taylor
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Jason Grubbs_ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Equity Group_ [Name of plant] at the facility located in _Baker Hill, Al._ [City/State]. I worked at this location from _Aug 2006_ [Date] to _Sept. 2006_ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Equity Group_ [Name of Plant] plant in _Baker Hill, Al_ [City/State]; and possibly other plants owned by _Equity Group_ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _March_, 2007.

_Jason Grubbs_
PRINT NAME

_Jason W Grubbs_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Jumane Bland__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Keystone Foods__ at [Name of plant] the facility located in __Baker Hill, Alabama__. I worked at this location from [City/State] __June 6, 2004__ to __Present__.
[Date]   [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Keystone food__ plant in __Baker Hill, Alabama__ and [Name of Plant]   [City/State] possibly other plants owned by __Keystone foods__. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __26__ day of __March__, 2007.

__Jumane Bland__                __Jumane L. Bland__
[PRINT NAME]                    [SIGN NAME]