IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-1081-MEF |
| | ) |
| EQUITY GROUP EUFAULA DIVISION, LLC, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiffs' Motion for An Order Permitting Court Supervised Notice to Employees (Doc. #40) filed on May 10, 2007, it is hereby ORDERED as follows:

1. The defendants file a response which shall include a brief and any evidentiary materials on or before June 6, 2007.

2. The plaintiffs may file a reply brief on or before June 13, 2007.

DONE this the 23rd day of May, 2007.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE