IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al., § § § Plaintiffs, § § CIVIL ACTION NO. v. § 2:06-cv-01081-MEF-DRB § § EQUITY GROUP EUFAULA § DIVISION, LLC., § § Defendant. § | |

### NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, RENEE ROBINSON and SHERRY TARVER, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: May 30, 2007                    Respectfully submitted,

                                       THE COCHRAN FIRM, P.C.

                                       /s/ Robert J. Camp
                                       ROBERT JOSEPH CAMP
                                       BERNARD D. NOMBERG
                                       505 North 20th Street, Suite 825
                                       Birmingham, Alabama 35203

(205) 930-6900-Telephone
(205) 930-6910- Facsimile

-and-

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

-and-

Richard B Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, FL 33324
(954) 318-0268 (Phone)
(954) 333-3515 (Fax)

-and-

James W. Parkman, III
Richard M. Adams
William C. White
PARKMAN, ADAMS & WHITE, LLC.
505 20TH Street North, Suite 825
Birmingham, Alabama 35203
(205) 244-1920-Phone
(205) 244-1171-Facsimile

-and-

Maurice John Steensland, III
PARKMAN, ADAMS & WHITE
739 West Main Street
Dothan, AL 36301
(334) 792-1900-Phone
(334) 712-1352-Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007, I electronically filed the above Notice of Filing Additional Consents to Join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Richard B. Celler
Attorney for Plaintiffs
Richard@cellerlegal.com

Maurice John Steensland
Attorney for Plaintiffs
parkman@graceba.net

Richard Martin Adams
Attorney for Plaintiffs
Parkman@graceba.net

William C. White
Attorney for Plaintiffs
parkman@graceba.net

James W. Parkman, III
Attorney for Plaintiffs
parkman@graceba.net

Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Attorney for Defendant
gdfry@pelino.com

Howard A. Rosenthal
Attorney for Defendant
harosenthal@pelino.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com


/s/ Robert J. Camp
ROBERT J. CAMP

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Renee Robinson__ states the following:
   [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by ~~Haroen Fokphand~~ Equity Group, LLC at the facility located in Bakerhill, AL. I worked at this location from June 2000 [Date] to March 2004 [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the ~~Haroen Fokphand~~ Equity Group, LLC plant in Bakerhill, and possibly other plants owned by ~~Haroen Fokphand~~ Equity Group, LLC. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 26 day of March, 2007.

Renee Robinson                     Renee Robinson
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

Sherry Tarver [Print Name] _____ states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Keystone Equity Group, Equity Group, LLC [Name of plant] at the facility located in Eufaula Alabama [City/State]. I worked at this location from 11/13/06 [Date] to present [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Equity Group, LLC [Name of Plant] plant in Eufaula Alabama [City/State] and possibly other plants owned by Keystone Equity Group, Equity Group, LLC [Name of Plant] If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 8 day of 5, 2007.

Sherry Tarver
PRINT NAME

/s/ Sherry Tarver
SIGN NAME