# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. |
| v. § | 2:06-cv-01081-MEF-DRB |
| § | |
| EQUITY GROUP EUFAULA § | |
| DIVISION, LLC., § | |
| § | |
| Defendant. § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, MATTIE MONROE RUMPH, ARETHA GRIFFIN and CYNTHIA NELSON, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: August 10, 2007

Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT JOSEPH CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203

        (205) 930-6900-Telephone
        (205) 930-6910- Facsimile

-and-

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2007, I electronically filed the above Notice of Filing Additional Consents to Join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Richard B. Celler
Attorney for Plaintiffs
Richard@cellerlegal.com

Maurice John Steensland
Attorney for Plaintiffs
parkman@graceba.net

Richard Martin Adams
Attorney for Plaintiffs
Parkman@graceba.net

William C. White
Attorney for Plaintiffs
parkman@graceba.net

James W. Parkman, III
Attorney for Plaintiffs
parkman@graceba.net

Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Attorney for Defendant
gdfry@pelino.com

Howard A. Rosenthal
Attorney for Defendant
harosenthal@pelino.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com

                                        **/s/ Robert J. Camp**
                                        **ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Mattie Monroe Rumph__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by ~~Keystone Foods~~ Equity Group LLC at the facility located in Baker Hill Ala.
[Name of plant] [City/State]
I worked at this location from __8/1998__ to __Present__.
[Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the ~~Keystone Food~~ Equity Group LLC plant in Baker Hill, Ala., and
[Name of Plant] [City/State]
possibly other plants owned by ~~Keystone Foods~~ Equity Group LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __12__ day of __September__, 2006.

__Mattie Monroe Rumph__                __Mattie Monroe Rumph__

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

___Aretha Griffin___ states the following:
   [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by ~~Keystone Equity~~ Equity Group, LLC at
   [Name of Plant]
   the facility located in __Bakerhill, Alabama__ I worked at this location from
   [City/State]
   __3-1-01__ to __Present__.
   [Date]    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the ~~Keystone Equity~~ Equity Group, LLC plant in __Bakerhill, AL__, and
   [Name of Plant]                                        [City/State]
   possibly other plants owned by __Equity Group, LLC__. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __20th__ day of __July__, 2007.


__Aretha Griffin__                    __Aretha Griffin__
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Cynthia Nelson__ states the following:
   [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Equity Group Eufaula__ at
   [Name of plant]
   the facility located in __Pocket Hill AL__. I worked at this location from
   [City/State]
   2/8/05 ~~9-11-06~~ to __01/04/06__.
   [Date]                  [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Equity Group Eufaula__ plant in __Pocket Hill AL__, and
   [Name of Plant]                                                   [City/State]
   possibly other plants owned by __Equity Group Eufaula__. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __9__ day of __11__, 2006.

__Cynthia Nelson__                           __Cynthia Nelson__