IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al., § § | |
| Plaintiffs, § § § | CIVIL ACTION NO. |
| v. § | 2:06-cv-01081-MEF-DRB |
| § § | |
| EQUITY GROUP EUFAULA § | |
| DIVISION, LLC., § § | |
| Defendant. § | |

### NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, VERA MARSHALL, CASSANDRA L. GLENN, REED PEARL GRACE, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: October 31, 2007                Respectfully submitted,

                                       **THE COCHRAN FIRM, P.C.**


                                       /s/ Robert J. Camp_____
                                       **ROBERT JOSEPH CAMP**
                                       **BERNARD D. NOMBERG**
                                       505 North 20th Street, Suite 825
                                       Birmingham, Alabama 35203

                    (205) 930-6900-Telephone
                    (205) 930-6910- Facsimile

-and-

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

-and-

Richard B Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, FL 33324
(954) 318-0268 (Phone)
(954) 333-3515 (Fax)

-and-

James W. Parkman, III
Richard M. Adams
William C. White
PARKMAN, ADAMS & WHITE, LLC.
505 20TH Street North, Suite 825
Birmingham, Alabama 35203
(205) 244-1920-Phone
(205) 244-1171-Facsimile

-and-
Maurice John Steensland, III
PARKMAN & ASSOCIATES
739 West Main Street
Dothan, AL 36301
(334) 792-1900-Phone
(334) 712-1352-Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007 ,I electronically filed the above Notice of Filing Additional Consents to Join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Richard B. Celler
Attorney for Plaintiffs
Richard@cellerlegal.com

Maurice John Steensland
Attorney for Plaintiffs
parkman@graceba.net

Richard Martin Adams
Attorney for Plaintiffs
Parkman@graceba.net

William C. White
Attorney for Plaintiffs
parkman@graceba.net

James W. Parkman, III
Attorney for Plaintiffs
parkman@graceba.net

Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Attorney for Defendant
gdfry@pelino.com

Howard A. Rosenthal
Attorney for Defendant
harosenthal@pelino.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com

                                    **/s/ Robert J. Camp**
                                    **ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Vera Marshall_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Equity Group, LLC_ ~~Keystone Foods~~ at the facility located in _Bakerhill, ALA_. I worked at this location from _06/01/98_ to _Present_.
[Name of Plant] [City/State] [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ ~~Keystone Foods~~ plant in _Bakerhill, ALA_, and possibly other plants owned by _Equity Group, LLC_ ~~Keystone Foods~~. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _July_, 2007.

_Vera Marshall_          _Vera Marshall_
[PRINT NAME]             [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

___Cassandra L. Glenn___ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Keystone Equity Group, LLC__ at
   [Name of Plant]
   the facility located in __Bakerhill Alabama__. I worked at this location from
   [City/State]
   __September 2004__ to __September 2005__.
   [Date]            [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Keystone Equity Group, LLC__ plant in __Bakerhill Alabama__, and
   [Name of Plant]                                               [City/State]
   possibly other plants owned by __Keystone Equity Group, LLC__. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __26__ day of __August__, 2007.


__Cassandra L. Glenn__                __Cassandra L. Glenn__
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Reed, Pearl Grace                           states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Equity Group Eufaula Div LLC at [Name of plant] the facility located in Baker Hill, AL [City/State]. I worked at this location from 8-6-98 [Date] to ~~3-9-07~~ Present [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Equity Group Eufaula Div LLC [Name of Plant] plant in Baker Hill, AL [City/State], and possibly other plants owned by Equity Group, LLC [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 19 day of March, 2007.


Reed Pearl Grace                              Reed, Pearl Grace
[PRINT NAME]                                  [SIGN NAME]