# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# MONTGOMERY DIVISION

| | | |
|---|---|---|
| **BETTY ANN BURKS, et al.,** | § § § | |
| Plaintiffs, | § § | **CIVIL ACTION NO.** |
| v. | § § | **2:06-cv-01081-MEF-DRB** |
| | § | |
| **EQUITY GROUP EUFAULA DIVISION, LLC,** | § § § § | |
| Defendant. | § | |

## CONFLICT DISCLOSURE STATEMENT

**COME NOW** Cassandra Alford, Jessie Allen, Mary Lee Allen, Pamela F. Allen, LaGina M. Anderson, Jimmy Anglin, Patsy Anglin, Sandrea Anthony, Terry M. Austin, Virginia Avery, Cora L. Baker, Tova Baker, Keyuna Banks, Lillie M. Banks, Morris Banks, Cynthia Baskin, Tajuana Baskin, Teresa A. Baxter, Annie Beasley, James C. Bedell, Kimberly Bedell, Katerhine Bennett, Bettye Biggers, Sharon Billins, Katina Binion, Tracy Binion, Anthony Blackmon, Dorothy A. Blackmon, Rena Blackmon, Tammy D. Blackmon, Willie Mae Blackmon, Marcus B. Blair, Jumane Bland, Annie Bletcher, Darryl Bletcher, Tasheena Bonaparte, La'Kesha Bouier, Chaudney Bowens, Karen Bowens, Stephanie Boykin, Mattoria Brascom, Alnisia Brinson, Jeffery Brooks, Sabrina Brooks, Billy Ray Brown, Cheranda Brown, Danyel Brown, Larry Bryer, Felicia Bullard, Sharona Burkes,

Alfreda Burks, Betty Ann Burks, Mitchell Burks, Pearline Burks, Shannon Burks, Monica Burnett, Sharon L. Bush, Brenda L. Calhoun, Temekia Calloway, Eric Campbell, Michael Cannon, Margaret Canty, Ethel Carter, Vernette Carter, Willie Ceaser, Brenda Chambers, Kimberly Cherry, Robert Childress, Marie Chitty, Dashawn Clark, Angela Coleman, Towander Coleman, Lynette Coley, Dashana Collins, Teresa Denise Cope, Ella M. Copeland, Latoya Corbitt, Mattie Cotton, Bertha L. Crayton, Anthony T. Culver, Tiffany Cunningham, Chimmere Daniels, Barbara Ann Darby, Jannetta D. Darby, Montra E. Davie, Latonia M. Davis, Leslie Davis, Tracy A. Davis, Laurie T. Delbridge, Joann Dennard, Willa Dennis, Cherry A. Devose, Kerry Devose, Ulysses Dickey, Jennifer D. Diggs, Kywanna Dorsey, Kamilah Dukes, Kantavius Dumas, Michelle R. Dumas, Janet Dunwoody, Jennifer Durant, Walter Ellis, Tara Engram, Shawanda Fair, Katrina Favors, James Fenn, Chanda L. Ferguson, Reginald Floyd, Kenneth Ford, Alvin Forte, Salintha Foster, Shervonne Foster, Dewayne Freeman, Nicholas L. Freeman, Tiffany Freeman, Mary Linda Fryer, Renata Fuller, Elizabeth Gainer, Katrina Gilbert, Camille A. Gipson, Carolyn Glanton, Napolean Glenn, Roy L. Glenn, Tangela D. Glenn, Teresa Glenn, Willie E. Glenn, Cassandra Glenn, Annie T. Glover-Patrick, Lula Gordy, Thomas Gosha, Cheryl Grace, Berketa S. Graham, Nakeisha Graves, Alfonza Green, Sr., Alfonza Green, Jr., Brandi Green, LaRonda Green, Andrew Griffin, Aretha Griffin, Kimberly Griffin, Jason Grubbs, Mina L. Guice, Archie

Guilford, Gloria Gullette, Jimmy Hamilton, Robert A. Hamilton, Brian Hanks, Corey Hanks, Tamesha Hanks, Chris N. Harbuck, James Harris, Jr., Lanier Harris, Marquia D. Harris, Trinda Harris, Denise Harris-Wilson, Adrianne Harvey, Mary Haslem, Polly Hawkins, Mary Heard, Jonathan Henderson, Kenny Henry, Quintana Henry, Katie Herring, Larry Hicks, Pearlene Hicks, Barbara Hill, Davida Hill, Sherwanda Humbert, Annie Ivery, Willie B. Ivey, Lynda Jean Ivory, Andre Jackson, Christopher Jackson, Ebony Jackson, Irma Jean Jackson, Johnny L. Jackson, Terrance Jackson, Tinesha S. Jackson, Wanda Jackson, Molinda J. Jacobs, Monica James, Annie D. Jenkins, Leon Jernigan, Patrice Jernigan, Sharonda Jernigan, Lawanda Johns, Annie R. Johnson, Brenda Johnson, Brenda Johnson, Cedric D. Johnson, Derinda Johnson, Edgar Johnson, Frankie James Johnson, Jennifer T. Johnson, Juanita Johnson, Louise Johnson, Marlana Johnson, Michael Johnson, Nadine Johnson, Sharonda Johnson, Tywonda D. Johnson, Vanessa Johnson, Willie Johnson, Jr., Ashlee Jones, Bessie Jones, Betty Jones, Bobby Jones, Bobby Jones, Chakisha Jones, Lemario Jones, Lottie Jones, Patricia Jones, Courtney Jordan, Celicia Kelley, Kenneth W. Kelley, Delvon Kelly, Arleen Kennedy, Shirley Kennedy, Tracy Kennedy, Annie King, Shaleatha King, Steven L. Kinscey, Evelyn Lampley, Serenda Lampley, Emily Laseter, Felicia Laseter, Christopher Laster, Martha Laster, Mary Ann Lawrence, Trenton Leflore, Douglas P. Lehr, Bernadette Lewis, Eddie Lewis, Elmer Lewis, Lorenzo J. Lewis, Jr.,

Brenda Lightner-Slater, Antonio Lindsey, Patricia Lindsey, Charlie Lohman, Margie B. Lohman, Adrienne Lynn, Christina E. Lynn, Engela Lynn, Nakia Preston Lynn, Leon Lyons, Artavous Mahone, Martavous Mahone, Vanessa Mahone, Shontesha Manuel, Anthony B. March, Mary March, Mark A. Marsh, Elethia Marshall, Vera Marshall, Regina Mays, Monroe McCall, Katie McClendon, Lakeshia McClendon, Dianne McCloud, Joseph McCoy, Gertha R. McCrae, Breanda Jean McCray, Chandra McCray, James McCray, Louis McCray, Nakita McCray, Denise McCray Mitchell, Anthony McKinnon, Larry McKinnon, Dorothy A. McNair, Renna Merrill, Amie Moore, Carol Moore, Draper Moore, Mary Moore, Shakeria L. Moore, Michael Morris, Dorothy Mulkey, Desmond Murry, Cynthia Nelson, Tony Newman, Marion Norris, Scarlett O'Hara, Frantrella A. Oliver, Krista R. Oliver, Temeka Oliver, Gwendolyn Owens, Andrea Paige, Angela Parham, Jennifer Parham, Juanita Jones Parham, Patricia Parham, Jessie J. Parhams, Shaunte Parker, Valerie Elaine Parker, Sharon D. Parkman, Antonio L. Pearson, Marquita Person, Ozella Person, Chenequia Peterson, Eyvonnia Pew, Benjamin Phillips, Oliver Pitt, Shaunda Pitt, Johnnie Mae Posey, Latoya M. Posey, Marcia Pritchett, Ronisha Radford, Georgia Ragland, Pearl Grace Reed, Corretta Y. Reeves, Dina Reeves, Sheila Reeves, Marcus Terrell Rice, Shameika Rice, Calvin F. Richardson, Jr., Curley Richardson, Denise Richardson, Brenda Ricks, Christian Robinson, Clarence Robinson, Jr., Laurie Robinson, Margaret Robinson,

4

Michael Robinson, Renee Robinson, Nettie J. Rodgers, Randy Rodgers, Earl R. Rogers, Travis Rogers, Gail Ruiz, Angela Rumph, Anthony Rumph, Mattie Rumph, Felicia Russaw, Doris Sanders, Anthony Scott, Elnora Sewell, Samuel Shabazz, Rose D. Shaw, Rebecca H. Shorter, Vivian Y. Shorter, Gregory L. Sinquefield, Ervin Smith, Patricia Smith, Shermill Smith, Sloane Smith, Steven T. Smith, Kendrick Lanan Spann, Sheawanda Sparks, Thersea Y. Starling, Tiffany Starling, Shaquera Steward, Desiree Stinson, Samuel E. Stokes, Jr., Anthony Streeter, Dorothy A. Streetter, Roderick Streeter, Shikema Sylvester, Jessica Tarver, LaQuiona A. Tarver, Ronald Tarver, Sherry Tarver, Savannah Taylor, Ladarienn Tennille, Terrance T. Tennille, Barbara L. Tew, Brandon Thomas, Chenique Thomas, Edward Thomas, Hester M. Thomas, Larry Thomas, Jr., Sara Thomas, Tammy T. Thomas, Tora Thomas, Wanda Thomas, Shemeice Thompkins, Lillian Thompson, Brantley Thornton, Shereekia V. Thornton, Marine Tiller, Courtney J. Tolbert, Angela Turner, Carolyn A. Turner, Dorsel Turner, Loretta Turner, Jared Tyson, Jeffery Upshaw, Allison Vaughn, Keitha N. Venable, Alfonza Walker, Carl Walker, Crystal Walker, Lajuanda Walker, Marquita Walker, Shelia Walker, Edna L. Walton, LaKeshia E. Warren, Tarshekia Warren, Dornal Whigham, John Whigham, Patricia Whigham, Gary L. White, Nikia T. White, Wendy White, Charlie Wiggins, Terrell Wilder, Albert L. Williams, Jr., Belinda Williams, Bertha Ann Williams, Bobby Lee Williams, Jr., Doris Williams, Elaine

Williams, Katrina Lynn Williams, Kelli Williams, Vernie Williams, Willie Willis, Jeffrey Woods, Mary S. Wright, Betty J. Young, Chanda Young, Santinia Young, Shawnda Youn and Shelia Young, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**All Plaintiffs in this action are individuals.**

Dated:  December 14, 2007

Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

*Attorneys for Plaintiffs*

6

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2007, I electronically filed the foregoing Conflict Disclosure Statement with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Richard Martin Adams
parkman@graceba.net

Robert Joseph Camp
Rcamp@cochranfirm.com
wagehourlaw@gmail.com

Richard Bernard Celler
Richard@cellerlegal.com
Marina@cellerlegal.com

Samuel A. Cherry, Jr.
scherry@cochranfirm.com
samcherry@cochranfirm.com

Courtney Reilly Potthoff
cpotthoff@mindspring.com
joelpsmith@bellsouth.net
smdouglas0812@bellsouth.net
susanshorter@bellsouth.net

Joel P. Smith, Jr.
joelpsmith@bellsouth.net
cpotthoff@mindspring.com
smdouglas0812@bellsouth.net
susanshorter@bellsouth.net

Gary D. Fry
gdfry@pelino.com
srkatz@pelino.com

Malcolm S. Gould
msgould@pelino.com
srkatz@pelino.com

James W. Parkman, II
parkman@graceba.net

Howard A. Rosenthal
harosenthal@pelino.com
srkatz@pelino.com

Maurice John Steensland, III
parkman@graceba.net
jjsteensland@yahoo.com

Lance Harrison Swanner
lanceswanner@cochranfirm.com

William Calvin White, II
parkman@graceba.net
wwhite@graceba.net

Bernard D. Nomberg
bnomberg@cochranfirm.com

/s/ Robert J. Camp
**ROBERT J. CAMP**