## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BETTY ANN BURKS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-01081-MEF-DRB** |
| | § | |
| **EQUITY GROUP EUFAULA** | § | |
| **DIVISION, LLC.,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, DEBBIE M. ANDERSON, DERYAN AUSTIN, LARRY BARBERY, RUBY D. BILLINGS, ANDREA YVAIN BONAM, IRIS CRADDOCK, DORIS DANIELS, ANTHONY D. DAVIS, ARLETHA DURR MCCRARY, VALERIE INEZ FOSTER, CHARLOTTE GEORGE, SAKEYNAH GRAVES, LATRIA D. GRAHAM, DARRIK GRIFFIN, TRINA HARDWICK, DORIS A. HAYNES, DELORIS HEARD, ISRAEL HILL, JR., SHAWTOCA HILTON, JAMAL W. HUFF, PRISCILLA JONES, JEANETTE JORDAN, SHANTA LOVE, STERLING T. LOWE, MONICA MCCLOUD, TOMMY L. MCCRAE, JOHNNY D. MCCRAY, SHERRY A.

MCCRAY, EBONE S. MORRIS, RODNEY NEWMAN, SHAVONNA E. REEVES, GLORIA REYNOLDS, LARONDA REYNOLDS, JAMIE RIVAS, BRUCE WAYNE ROBINSON, DAVE D. ROGERS, REMICKS ROGERS, ROBERT SAMPSON, ANGELIA M. SMITH, JEFFERY STRONG, JR., ALBERT TARVER, JR., BERNICE THOMAS, CATHERINE THOMPKINS, LASONDRA TOLBERT, RETHA WALKER, NICHOLE L. WARREN, ERIC WILLIAMS, SHEDRICK WILLIAMS, RANDY YOUNGBLOOD, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: <u>January 18, 2008</u>                    Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

<u>/s/ Robert J. Camp</u>
**ROBERT JOSEPH CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

-and-

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on <u>January 18, 2008,</u> I electronically filed the above

Notice of Filing Additional Consents to Join with the Clerk of the District

Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Richard B. Celler
Attorney for Plaintiffs
Richard@cellerlegal.com

Maurice John Steensland
Attorney for Plaintiffs
parkman@graceba.net

Richard Martin Adams
Attorney for Plaintiffs
Parkman@graceba.net

William C. White
Attorney for Plaintiffs
parkman@graceba.net

James W. Parkman, III
Attorney for Plaintiffs
parkman@graceba.net

Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Attorney for Defendant
gdfry@pelino.com

Howard A. Rosenthal
Attorney for Defendant
harosenthal@pelino.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com

**/s/ Robert J. Camp__**
**ROBERT J. CAMP**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                           )
         Plaintiffs       )
                           )
                           )
         v.             )     No. 2:06-CV-1081MEF
                           )
EQUITY GROUP EUFAULA    )
DIVISON LLC,             )
                           )
         Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Debbie M. Anderson states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula_
[Employer]
at the facility located in _Bakerhill, Al_. I worked at this location
[City/State]
from _11-06-2006_ to _02/2007_.
[Date]         [Date/or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20th_ day of _December_ , 2007

DEBBIE M. ANDERSON
[PRINT NAME]

*Debbie M. Anderson*
[SIGN NAME]

150 MEADOW LANE apt A3
[PRINT STREET ADDRESS]

Eufaula, AL 36027
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

(334) 370-2119
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_DeRyan Austin_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Keystone Equity Group Eufaula_
     [Employer]
     at the facility located in _Eufaula  Alabama_____. I worked at this location
     [City/State]
     from_June 10, 2007_ to _August 10, 2007_____.
     [Date]                    [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __23__ day of __December__, 2007

__DeRyan Austin__
[PRINT NAME]

__(signature)__
[SIGN NAME]

__793 County Rd 30__
[PRINT STREET ADDRESS]

__Union Springs AL 36089__
[PRINT CITY, STATE, ZIP CODE]

__(334) 782-2110__
[PRINT CELL PHONE NUMBER]

__(334) 738-4043__
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                         )
            Plaintiffs      )
                         )
                         )
           v.           )     No. 2:06-CV-1081MEF
                         )
EQUITY GROUP EUFAULA     )
DIVISON LLC,              )
                         )
           Defendant.    )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_LARRY BARBERY_ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _EQUITY Group EuFauLA_
                                                          [Employer]
    at the facility located in _BAHon HiLL AL_. I worked at this location
                                   [City/State]
    from _Jun 05_ to _Scp 05_.
          [Date]             [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___8^th___ day of ___JAN___, ~~2007~~ 2008

___LARRY  BARBERY___
[PRINT NAME]

___Larry Barbery___
[SIGN NAME]

___PO Box 15___
[PRINT STREET ADDRESS]

___Shorterville  AL  36373___
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

___334- 585-0041___
[PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY ANN BURKS, et al,.            )
                                    )
                   Plaintiffs       )
                                    )
                                    )
          v.                        )      No. 2:06-CV-1081MEF
                                    )
EQUITY GROUP EUFAULA                )
DIVISON LLC,                        )
                                    )
                   Defendant.       )

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.**

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Ruby D. Billings_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula_
                                              [Employer]
      at the facility located in _Bakerhill, AL_. I worked at this location
                                 [City/State]
      from _9-12-05_ to _5-  -06_.
           [Date]      [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _31st_ day of _December_, 2007

_Ruby D. Billings_
[PRINT NAME]

_Ruby D. Billing_
[SIGN NAME]

_69 South_
[PRINT STREET ADDRESS]

_Georgetown, GA. 39854_
[PRINT CITY, STATE, ZIP CODE]

_229-321-0449_
[PRINT CELL PHONE NUMBER]

_229.334-8050_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
          v.                            )          No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Andrea Yvain Bonam_ states the following:
    [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Equity Group Eufaula Division LLC_
                         [Employer]
     at the facility located in _Bakerhill , AL_ . I worked at this location
                  [City/State]
     from _July 15, 2005_ to _May 8, 2006_ .
          [Date]          [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _24th_ day of _December_, 2007

_Andrea Yvain Bonam_
[PRINT NAME]

_Andrea J. Bon_
[SIGN NAME]

_3049 Hwy 30_
[PRINT STREET ADDRESS]

_Clayton_, _AL_ _36016_
[PRINT CITY, STATE, ZIP CODE]

_1-334-703-1791_
[PRINT CELL PHONE NUMBER]

_1-334-725-8734_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
        v.                              )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Iris Craddock_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Division LLC._
      [Employer]
      at the facility located in _Baxerhill, AL_. I worked at this location
      [City/State]
      from _May 2005_ to _2006_.
      [Date]                    [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____ day of _January 8_____, 200_8_

_Tuesday_

_Iris Craddock_
[PRINT NAME]

_Iris Craddock_
[SIGN NAME]

_203 Crawford St._
[PRINT STREET ADDRESS]

_Abbeville AL 36310_
[PRINT CITY, STATE, ZIP CODE]

_(334) 435-5068_
[PRINT CELL PHONE NUMBER]

_(334) 585-1643_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al,. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| | ) |
| v. | )    No. 2:06-CV-1081MEF |
| | ) |
| EQUITY GROUP EUFAULA | ) |
| DIVISON LLC, | ) |
| | ) |
| Defendant. | ) |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Doris Daniels_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula_
[Employer]
at the facility located in _Baker Hill Ala_ . I worked at this location
[City/State]
from _Aug 8 2007_ to _Present_ .
[Date]                     [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _26_ day of _Dec._____, 2007

_Doris Daniels_____          _Doris Daniels_____
[PRINT NAME]                   [SIGN NAME]

_P. O Box 852_
_10163 US Hwy_____          _Blakely Ga 39823_____
[PRINT STREET ADDRESS]         [PRINT CITY, STATE, ZIP CODE]


_229-308-3524_____          _229-308-3524_____
[PRINT CELL PHONE NUMBER]       [PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
         v.                             )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Anthony D. Davis_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Equity Group_
                                              [Employer]
     at the facility located in _Eufaula, Alabama_ I worked at this location
                                 [City/State]
     from _7-2-07_ to _Present_ .
          [Date]        [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post work activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___12___ day of ___20_____, 2007

_Anthony D. Davis_
[PRINT NAME]

_Anthony O. Davis_
[SIGN NAME]

_247 CO Rd 195_
[PRINT STREET ADDRESS]

_Abbeville, AL, 36310_
[PRINT CITY, STATE, ZIP CODE]

_(334) 441-6003_
[PRINT CELL PHONE NUMBER]

_(334) 585-2292_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Alytha D. Durr-McCray_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Division LLC._
      [Employer]
      at the facility located in _Bakerhill, Ala_. I worked at this location
      [City/State]
      from _1-22-07_ to _9-19-07_.
      [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21_ day of _Dec._____, 2007

_Aretha Durr-McCray_
[PRINT NAME]

_Aretha Ann-McCray_
[SIGN NAME]

_160 Co rd. 409 Lot 5_
[PRINT STREET ADDRESS]

_Abbeville AL 36310_
[PRINT CITY, STATE, ZIP CODE]

_(331) 446-6226_
[PRINT CELL PHONE NUMBER]

_(334) 585-4551_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
      Plaintiffs                )
                                        )
                                        )
      v.                        )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
      Defendant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Valarie Inez Foster_ states the following:
      [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula Division LLC_
      [Employer]
at the facility located in _Baker Hill, Alabama_. I worked at this location
      [City/State]
from _Sept -2-2002_ to _March 2005_.
      [Date]      [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the **28** day of *DECEMBER*, 2007

*VALARIE I FOSTER*
[PRINT NAME]

*Valarie I. Foster*
[SIGN NAME]

*RTE 1 BOX 190F*
[PRINT STREET ADDRESS]

*MORRIS, GEORGIA 39851*
[PRINT CITY, STATE, ZIP CODE]

~~~~~~
[PRINT CELL PHONE NUMBER]

*229-768-3344*
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )    No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Charlotte George_ states the following:
[Print Name]

1.      I am over 18 years of age and competent to give the following consent in this matter.

2.      I am currently, or formerly, employed by _Equity Group Eufaula Division LLC_
        [Employer]
        at the facility located in _BakeeHill AL._. I worked at this location
        [City/State]
        from _June 2007_ to _August 2007_.
        [Date]                [Date, or if still working write present]

3.      I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.      I believe I have not been paid for all compensable time which I have worked, including overtime.

5.      I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _26_ day of _December_ , 2007

_Charlotte George_
[PRINT NAME]

_Charlotte George_
[SIGN NAME]

_480 Willie B. Smith Ln._
[PRINT STREET ADDRESS]

_Blakely Ga. 39823_
[PRINT CITY, STATE, ZIP CODE]

_No cell #_
[PRINT CELL PHONE NUMBER]

_(229) 723-8042_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                       )
                                               )
           Plaintiffs        )
                                               )
                                               )
           v.                )     No. 2:06-CV-1081MEF
                                               )
EQUITY GROUP EUFAULA                           )
DIVISON LLC,                                   )
                                               )
           Defendant.        )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Jakeynah Graves_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Equity Group_
[Employer]
at the facility located in _Eufaula Al_. I worked at this location
[City/State]
from _May 2007_ to _June 2007_.
[Date]     [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _22_ day of _December_ , 2007

_Sakeynah Graves_
[PRINT NAME]

_Sakeynah Gr_
[SIGN NAME]

_351 Taylor Rd_
[PRINT STREET ADDRESS]

_Eufaula Al 36027_
[PRINT CITY, STATE, ZIP CODE]

_334 695 9479_
[PRINT CELL PHONE NUMBER]

_334 616 7940_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Latria D. Graham_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula_
      [Employer]
      at the facility located in _Bakerhill, Al_. I worked at this location
      [City/State]
      from _7-17-06_ to _5-22-07_.
      [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _Z O_ day of _December_, 2007

_Latria D. Graham_
[PRINT NAME]

_Latria D. Graham_
[SIGN NAME]

_259 Co Rd 254_
[PRINT STREET ADDRESS]

_Headland, Al 36345_
[PRINT CITY, STATE, ZIP CODE]

_(334) 796-4912_
[PRINT CELL PHONE NUMBER]

_(334) 796-4912_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Darrik Griffin_ states the following:
 [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this
    matter.

2.  I am currently, or formerly, employed by _Equity Group Eufaula DivisonLLC_
                                                              [Employer]

    at the facility located in _Bakerhill Al_ . I worked at this location
                                [City/State]

    from _2005_ to _2007_ .
          [Date]        [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre
    and post shift activities from my employer. I also understand that the lawsuit
    may seek recovery for unpaid time during my shift. I understand that the suit
    is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked,
    including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
    any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21_ day of _12_ , 2007

Darrik Griffin
[PRINT NAME]

Darrik Griffin
[SIGN NAME]

17821 Cedar Springs Rd Apt
[PRINT STREET ADDRESS]

Blakely G.A. 39823
[PRINT CITY, STATE, ZIP CODE]

(229) 723-2112

(229)-308-1637
[PRINT CELL PHONE NUMBER]

(229) 723-2642
[PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                              )
          Plaintiffs     )
                              )
                              )
          v.           )     No. 2:06-CV-1081MEF
                              )
EQUITY GROUP EUFAULA   )
DIVISON LLC,            )
                              )
          Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

*Trena Hardwick* states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or formerly, employed by *Equity Group Eufaula*
                                                      [Employer]
     at the facility located in *Bakerhill, AL*    . I worked at this location
                          [City/State]
     from *7/2004* to *9/2006* .
              [Date]          [Date, or if still working write present]

3.     I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 26th day of December, 2007

_Irena Hardwick_
[PRINT NAME]

_Irena Hardwick_
[SIGN NAME]

_355 M.L.K. Jr. Drive_
[PRINT STREET ADDRESS]

_Lumphin GA 31815_
[PRINT CITY, STATE, ZIP CODE]

_(229)-591-0219_
[PRINT CELL PHONE NUMBER]

_(229) 321 9616_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                     )
                                             )
                     Plaintiffs              )
                                             )
                                             )
              v.                             )        No. 2:06-CV-1081MEF
                                             )
EQUITY GROUP EUFAULA                         )
DIVISON LLC,                                 )
                                             )
                     Defendant.              )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Doris A Haynes_ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _EQUiTY Group EuRaula DiViSoo LLC_
                                               [Employer]
      at the facility located in _Qailer HiN AL_ . I worked at this location
                                 [City/State]
      from _3-12-07_ to _Present_ .
           [Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21_ day of _Dec_ , 2007

_Doris A Haynes_
[PRINT NAME]

_Doris A Haynes_
[SIGN NAME]

_1496 Co Rd 49_
[PRINT STREET ADDRESS]

_Midway Al 36053_
[PRINT CITY, STATE, ZIP CODE]

_334- 355 -0426_
[PRINT CELL PHONE NUMBER]

_334 -529-4101_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
        v.                              )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Deloris Heard_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by EQUITY GROUP EUFAULA DIVISION
    [Employer]
    at the facility located in Baker Hill, Alabama . I worked at this location
    [City/State]
    from May 7, 2007 to PRESENT .
    [Date]                    [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _28th_ day of _December_, 2007

_Deloris Heard_
[PRINT NAME]

X _Deloris Heard_
[SIGN NAME]

_3828 US HWY 82_
[PRINT STREET ADDRESS]

_Morris, Georgia 39867_
[PRINT CITY, STATE, ZIP CODE]

_229 308 4092_
[PRINT CELL PHONE NUMBER]

[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,. )
                       )
         Plaintiffs )
                       )
                       )
         v. )      No. 2:06-CV-1081MEF
                       )
EQUITY GROUP EUFAULA )
DIVISON LLC, )
                       )
         Defendant. )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_ISRAEL Hill Jr._ states the following:
       [Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or formerly, employed by _Equity Group Eufaula Div_
                                                                  [Employer]
     at the facility located in _Bakerhill AL._     . I worked at this location
                              [City/State]
     from _2-1-04_      to _Still Employer present_     .
          [Date]               [Date, or if still working write present].

3.     I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the *12-29* day of *Dec.* _____, 2007

*ISRAEL Hill Jr.*
[PRINT NAME]

*Israel Hill Jr.*
[SIGN NAME]

*388 Bear Creek Rd*
[PRINT STREET ADDRESS]

*Midway AL 36053*
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

*334-687-9492*
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                            )
             Plaintiffs      )
                            )
                            )
           v.             )     No. 2:06-CV-1081MEF
                            )
EQUITY GROUP EUFAULA     )
DIVISON LLC,               )
                            )
            Defendant.     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Shawtoca Hilton_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula_
[Employer]
at the facility located in _Bakerhill, AL_ . I worked at this location
[City/State]
from _10/05_ to _11/06_ .
[Date]          [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _27_ day of _December_, 2007

_Shawtica Hilton_
[PRINT NAME]

_Shawtica Hilt_
[SIGN NAME]

_14628 Hwy 29_
[PRINT STREET ADDRESS]

_Union Springs, AL 36089_
[PRINT CITY, STATE, ZIP CODE]

_404-446-7402_
[PRINT CELL PHONE NUMBER]

_(334) 738-5848_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_____ *Jamaal W. Huff* states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _*Equity Group Eufaula Division LLC*_
                                                        [Employer]
      at the facility located in _*Bakerhill ALABAMA*_. I worked at this location
                                        [City/State]
      from _*Nov '04*_ to _*March '05*_.
            [Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___20th___ day of ___December___, 2007

___Jamaal W. Huff___
[PRINT NAME]

___Jamaal Huff___
[SIGN NAME]

___410 Keystreet / P.O.Box 161___
[PRINT STREET ADDRESS]

___Cuthbert, GA 39840___
[PRINT CITY, STATE, ZIP CODE]

___229-310-1087___
[PRINT CELL PHONE NUMBER]

___229-310-2191-___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                     Plaintiffs         )
                                        )
                                        )
          v.                            )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                     Defendant.         )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Priscilla Jones_ states the following:
     [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
      _____[Employer]_
      at the facility located in _Baker Hill AL._ . I worked at this location
                                 [City/State]
      from _2/06_ to _4/07_ .
           [Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _22nd_ day of _December_, 2007

_Priscilla Jones_                    _Priscilla Jones_
[PRINT NAME]                         [SIGN NAME]

_P.O. Box 842_
_405 E. Jefferson St._               _Fort Gaines GA 39851_
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

_Chelie Leed_
_229 308-0619_                       _229 768-2224 / 768-3606_
_Message_  [PRINT CELL PHONE NUMBER]   [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
        v.                                  )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Jeanette Jordan_ states the following:
[Print Name]

1.      I am over 18 years of age and competent to give the following consent in this matter.

2.      I am currently, or formerly, employed by _Equity Group_
        [Employer]
        at the facility located in _Eufaula Alabama_. I worked at this location
        [City/State]
        from _Aug. 28, 2006_ to _Present_.
        [Date]                    [Date, or if still working write present]

3.      I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.      I believe I have not been paid for all compensable time which I have worked, including overtime.

5.      I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

        I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___12___ day of ___December___, 2007

___Jeanette Jordan___    ___Jeanette Jordan___
[PRINT NAME]    [SIGN NAME]

___1549 County RD 20___    ___Clayton AL 36016___
[PRINT STREET ADDRESS]    [PRINT/CITY, STATE, ZIP CODE]

___none___    ___775-8321 or 775-1052___
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.            )
                                    )
            Plaintiffs              )
                                    )
                                    )
        v.                          )        No. 2:06-CV-1081MEF
                                    )
EQUITY GROUP EUFAULA                )
DIVISON LLC,                        )
                                    )
            Defendant.              )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Shanta Love_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula division_
      [Employer]
      at the facility located in _Baker Hill Al_ . I worked at this location
      [City/State]
      from _May 2005_ to _January 2007_.
      [Date]                    [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 21 day of December , 2007

Shanta Love
[PRINT NAME]

Shanta Love
[SIGN NAME]

18158 Morgan Rd apt B-11
[PRINT STREET ADDRESS]

Arlington Ga 39813
[PRINT CITY, STATE, ZIP CODE]

(229) 308 5644
[PRINT CELL PHONE NUMBER]

(229) 725-1748
[PRINT HOME PHONE NUMBER]

(229) 725-3009

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
              Plaintiffs                )
                                        )
                                        )
       v.                               )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
              Defendant.                )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Sterling T. Lowe_____ states the following:
       [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Div. LLC_
                                                          [Employer]
      at the facility located in _Bakerhill, Alabama_____. I worked at this location
                                        [City/State]
      from _April 2007_____ to ____present_____.
             [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___27___ day of ___December___, 2007

Sterling T. Lowe
[PRINT NAME]

Sterling T. Lowe
[SIGN NAME]

312 Cottonhill Rd.
[PRINT STREET ADDRESS]

Eufaula, AL. 36027
[PRINT CITY, STATE, ZIP CODE]

NONE
[PRINT CELL PHONE NUMBER]

(334) 616-0227
[PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.**

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Monica McClud_ states the following:
   [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equitey Group Eufaula_
                                                    [Employer]
    at the facility located in _Batherhill  AL_ . I worked at this location
                                 [City/State]
    from _1-06_          to _2-07_                                    .
           [Date]              [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre
    and post shift activities from my employer. I also understand that the lawsuit
    may seek recovery for unpaid time during my shift. I understand that the suit
    is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked,
    including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
    any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _27_ day of _December_, 2007

_Monica McClad_ _Monica McCue._
[PRINT NAME]                      [SIGN NAME]

_1255 N Eufaula Ave_
_Lot 66_
[PRINT STREET ADDRESS]

_Eufaula AL 36027_
[PRINT CITY, STATE, ZIP CODE]

_334-695-1496_
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.       .)
                             )
             Plaintiffs      )
                             )
                             )
           v.           )     No. 2:06-CV-1081MEF
                             )
EQUITY GROUP EUFAULA   )
DIVISON LLC,             )
                             )
            Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_TOMMY L. McCray_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Div. LLC,_
                                                            [Employer]
    at the facility located in _Baker Hill, Al._ . I worked at this location
                          [City/State]
    from _Aug 2005_ to _March 8 2006_ .
          [Date]         [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _2/st_ day of _Dec._ , 2007

_Tommy L. McCrae_
[PRINT NAME]

_Tommy McCrae_
[SIGN NAME]

_108 West Street_
[PRINT STREET ADDRESS]

_Louisville, AL 36048_
[PRINT CITY, STATE, ZIP CODE]

_334 - 266 - 5017_
[PRINT CELL PHONE NUMBER]

_334 - 266 - 5017_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                        )
      Plaintiffs    )
                                        )
                                        )
      v.            )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                        )
      Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD .

_Johnny D. mcCRay_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula_
                                        [Employer]
    at the facility located in _Baker hill, Ala,_. I worked at this location
                            [City/State]
    from _2004_ to _2005_.
          [Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ⟨28⟩ day of ⟨Dec⟩ , 2007

Johnny D. McCRay
[PRINT NAME]

Johnny D. McCray
[SIGN NAME]

14 Cedar St. Apt. 404
[PRINT STREET ADDRESS]

Clayton Alabama 36016
[PRINT CITY, STATE, ZIP CODE]

334-695-2380
[PRINT CELL PHONE NUMBER]

[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.               )
                                       )
                   Plaintiffs          )
                                       )
                                       )
          v.                           )          No. 2:06-CV-1081MEF
                                       )
EQUITY GROUP EUFAULA                   )
DIVISON LLC,                           )
                                       )
                   Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Sherry A. McCray_____ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_____
                                                 [Employer]

    at the facility located in _Eufaula  AL._____. I worked at this location
                                   [City/State]

    from _May  07___ to _July  07_____.
            [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 1st day of January, 2008

Sherry McCray
[PRINT NAME]

Sherry McCray
[SIGN NAME]

P.O. Box 1658
[PRINT STREET ADDRESS]

Eufaula AL 36072
[PRINT CITY, STATE, ZIP CODE]

334-441-7616
[PRINT CELL PHONE NUMBER]

334-616-6399
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                  )
                                          )
                    Plaintiffs            )
                                          )
                                          )
            v.                            )        No. 2:06-CV-1081MEF
                                          )
EQUITY GROUP EUFAULA                      )
DIVISON LLC,                              )
                                          )
                    Defendant.            )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Ebone S. Morris_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equith Equity_
                                                    [Employer]
      at the facility located in _Bakerhill, AL_. I worked at this location
                                  [City/State]
      from _9/8/06_ to _Present_.
            [Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __5th__ day of __January__ , ~~2008~~ 2008

__Ebone Morris__
[PRINT NAME]

__Ebone Morris__
[SIGN NAME]

__16 S. Street__
[PRINT STREET ADDRESS]

__Clayton, AL 36016__
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

__(334)699-7384__
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.               )
                                       )
      Plaintiffs               )
                                       )
                                       )
      v.                       )      No. 2:06-CV-1081MEF
                                       )
EQUITY GROUP EUFAULA                   )
DIVISON LLC,                           )
                                       )
      Defendant.               )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Rodneus Newman__ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by __Equity Group Eufaula__
    [Employer]
    at the facility located in __Eufaula Al.__ . I worked at this location
    [City/State]
    from __June, 2004__ to __August, 2004__ .
    [Date]              [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _22_ day of ___Dec,___ , 2007

_Rodney Newman_
[PRINT NAME]

_Rodney Newman_
[SIGN NAME]

_8531 Co. Rd 54 West_
[PRINT STREET ADDRESS]

_Clopton Al. 36317_
[PRINT CITY, STATE, ZIP CODE]

_N/A 441-9150_
[PRINT CELL PHONE NUMBER]

_(334) 585-5745_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                         )
            Plaintiffs       )
                                         )
                                         )
          v.                     )    No. 2:06-CV-1081MEF
                                         )
EQUITY GROUP EUFAULA                     )
DIVISON LLC,                             )
                                         )
           Defendant.       )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Shavonna E. Reeves states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by Equity Group Eufaula Divison LLC.
                                      [Employer]

    at the facility located in Baker Hill, Ala. . I worked at this location
                           [City/State]
    from June 07 to July or Aug 07 .
        [Date]                [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 21st day of December , 2007

Shavonna E. Reeves
[PRINT NAME]

Shavonna E. Reeves
[SIGN NAME]

Rt 3 Box 78
[PRINT STREET ADDRESS]

Cuthbert, GA 39840
[PRINT CITY, STATE, ZIP CODE]

(229) 310 - 3487
[PRINT CELL PHONE NUMBER]

(229) 732 - 2247
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                         )
                    Plaintiffs           )
                                         )
                                         )
         v.                              )    No. 2:06-CV-1081MEF
                                         )
EQUITY GROUP EUFAULA                     )
DIVISON LLC,                             )
                                         )
                    Defendant.           )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Gloria Reynolds_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula_
      [Employer]
      at the facility located in _Baker Hill_ . I worked at this location
      [City/State]
      from _5-14-07_ to _Present_ .
      [Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____24_____ day of ___12 - 24 - ___, 2007

_Gloria Reynolds_
[PRINT NAME]

_Gloria Reynolds_
[SIGN NAME]

_397 Co Rd 6631_
[PRINT STREET ADDRESS]

_Bank AL 36005_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_1-334-735-0542_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.  )
                          )
              Plaintiffs  )
                          )
                          )
           v.             )      No. 2:06-CV-1081MEF
                          )
EQUITY GROUP EUFAULA      )
DIVISON LLC,              )
                          )
              Defendant.  )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Laronda Reynolds_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Keystone_
      [Employer]
      at the facility located in _Baker hill    Alabama_ I worked at this location
      [City/State]
      from _July 10 2006_ to _May 22, 2007_ .
      [Date]                [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___27___ day of ___December___, 2007

Caronda Reynolds
[PRINT NAME]

Caronda Reynolds
[SIGN NAME]

1738 Columbia Rd
[PRINT STREET ADDRESS]

Abbeville, Al 36310
[PRINT CITY, STATE, ZIP CODE]

(334) 618-6448
[PRINT CELL PHONE NUMBER]

[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.              )
                                      )
      Plaintiffs             )
                                      )
                                      )
      v.                     )    No. 2:06-CV-1081MEF
                                      )
EQUITY GROUP EUFAULA                  )
DIVISON LLC,                          )
                                      )
      Defendant.             )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Jamie Rivas _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by Equity Group Eufaula
[Employer]
at the facility located in Bakerhill, Al _____. I worked at this location
[City/State]
from June 11, 2007 to November 8, 2007 _____.
[Date]    [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 21st day of December , 2007

Jamie Rivas
[PRINT NAME]

Jamie Rivas
[SIGN NAME]

641 Old 39 Road
[PRINT STREET ADDRESS]

Georgetown GA 39854
[PRINT CITY, STATE, ZIP CODE]

334-441-6312
[PRINT CELL PHONE NUMBER]

229-334-5646
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
         v.                                 )         No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_BRUCE WAYNE Robinson_ states the following:
   [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _EQUITY GROUP EUFAULA_
    [Employer]
    at the facility located in _EUFAULA, AL._ . I worked at this location _DIVISON LLC._
    [City/State]
    from _JUNE 2007_ to _JUNE 2007_ .
        [Date]              [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___30___ day of ___DEC___, 2007

BRUCE WAYNE Robinson            Bruce W. Robinson
[PRINT NAME]                    [SIGN NAME]

5599 Dogwood                    JACKSON, MI. 49201
[PRINT STREET ADDRESS]          [PRINT CITY, STATE, ZIP CODE]

                                1-517-764-7538

[PRINT CELL PHONE NUMBER]       [PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al,. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| | ) |
| v. | )     No. 2:06-CV-1081MEF |
| | ) |
| EQUITY GROUP EUFAULA | ) |
| DIVISON LLC, | ) |
| | ) |
| Defandant. | ) |

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Dave D. Rogers_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula, Div_
                                                   [Employer]
    at the facility located in _Bake Hill, AL_ . I worked at this location
                              [City/State]
    from _07-19-05_ to _08-11-05_ .
            [Date]               [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___12___ day of _____26_____, 2007

Dave Rogers
[PRINT NAME]

Dave Rogers
[SIGN NAME]

108 Elm Place
[PRINT STREET ADDRESS]

Eufaula, AL 36027
[PRINT CITY, STATE, ZIP CODE]

334 695-3793
[PRINT CELL PHONE NUMBER]

334 688 - 1284
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_REMICKS ROGERS_____ states the following:
            [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _EQUITY GROUP, EUFAULA, DIVISION,_
                                              [Employer]
      at the facility located in _BAKER HILL, ALABAMA_. I worked at this location
                                 [City/State]
      from _APR. 16, 2007_ to _____NOV 30, 2007_____.
           [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _3rd_ day of _December_, 2007

_REMICKS ROGERS_
[PRINT NAME]

_____
[SIGN NAME]

_252 CAR HILL CIRCLE_
[PRINT STREET ADDRESS]

_MIDWAY ALABAMA 36053_
[PRINT CITY, STATE, ZIP CODE]

_1-334-695-8514_
[PRINT CELL PHONE NUMBER]

_1-334-529-3184_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                                  )
           Plaintiffs      )
                                  )
                                  )
          v.            )     No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA      )
DIVISON LLC,                )
                                  )
           Defendant.     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Robert Sampson_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula Division_
   [Employer]
   at the facility located in _Bakerhill    Alabama_ . I worked at this location
   [City/State]
   from _5/05_ to _11/05_ .
   [Date]           [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___31___ day of ___December___, 2007

Robert Sampson
[PRINT NAME]

Robert Sampson
[SIGN NAME]

494 Meadowlake Dr
[PRINT STREET ADDRESS]

Ozark AL 36360
[PRINT CITY, STATE, ZIP CODE]

(334) 333-6917
[PRINT CELL PHONE NUMBER]

(334) 774-1350
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.        )
                               )
            Plaintiffs          )
                               )
                               )
        v.                      )        No. 2:06-CV-1081MEF
                               )
EQUITY GROUP EUFAULA            )
DIVISON LLC,                    )
                               )
            Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Angelik M. Smith_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Equity Group_
     [Employer]
     at the facility located in _Baker Hill AL_. I worked at this location
     [City/State]
     from _June 11, 2007_ to _Sept. 1, 2007_.
     [Date]              [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _31_ day of ___Dec.___, 2007

_Angelith M. Smith_                    _Clauline M. Smith_
[PRINT NAME]                           [SIGN NAME]

_634 Hwy 239_                          _Clayton, AL. 36016_
[PRINT STREET ADDRESS]                 [PRINT CITY, STATE, ZIP CODE]

_(334) 618-4959_                       _(334) 775-1758_
[PRINT CELL PHONE NUMBER]              [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                            )
         Plaintiffs       )
                            )
                            )
         v.              )     No. 2:06-CV-1081MEF
                            )
EQUITY GROUP EUFAULA     )
DIVISON LLC,              )
                            )
         Defendant.     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Jeffery Strong Jr._ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or formerly, employed by _Equity. Group. Eufaula Div. Llc._
[Employer]

at the facility located in _Bakerhill, Ala._ . I worked at this location
[City/State]

from _5 - 05_ to _8 - 05_ .
[Date]                 [Date, or if still working write present]

3.     I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____1st_____ day of _____January_____, 2008

_____Jeffery Strong Jr._____     _____Jeffery Strong Jr._____
[PRINT NAME]                          [SIGN NAME]

_____117 Fairlane Dr._____       _____Eufaula, Ala. 36027_____
[PRINT STREET ADDRESS]                [PRINT CITY, STATE, ZIP CODE]

_____(334) 695-8424_____         _____(229) 334-3275 or (334) 616-6399_____
[PRINT CELL PHONE NUMBER]             [PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
                Plaintiffs        )
                                  )
                                  )
        v.                        )        No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
                Defendant.        )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Albert Tarnr Jr_ states the following:
 [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Keystone Equity Grp_
                                                      [Employer]

      at the facility located in _Baker Hill, Al_ . I worked at this location
                                    [City/State]

      from _2005_ to _2006_ .
            [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____21_____ day of _____December_____, 2007

Albert Tarver Jr
[PRINT NAME]

Albert C. Tarver Jr.
[SIGN NAME]

986 Antioch Ch. Rd.
[PRINT STREET ADDRESS]

Midway Al. 36053
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

(334) 529-3472
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
        Plaintiffs               )
                                        )
                                        )
        v.                       )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
        Defendant.               )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Bernice Thomas_ states the following:
  [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group_ [Employer] at the facility located in _Bakerhill Al_ [City/State]. I worked at this location from _08 14-05_ [Date] to _9-23-06_ [Date, or if still working write present].

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___1___ day of _1- 2    08_____, 2007

Bernice Thomas
[PRINT NAME]

Bernice Thoms
[SIGN NAME]

Liberty St
[PRINT STREET ADDRESS]

Lumpkin Ga 31815
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

229-838-9659
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Catherine Thompkins_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Division LLC,_
      [Employer]
      at the facility located in _Baker Hill, Alabama_. I worked at this location
      [City/State]
      from _8-20-07_ to _Present_.
      [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _5th_ day of _January_, 200̶8̶

_Catherine Thompkins_
[PRINT NAME]

_Catherine Thompkins_
[SIGN NAME]

_152 Blue Springs Rd_
[PRINT STREET ADDRESS]

_Louisville, AL. 36048_
[PRINT CITY, STATE, ZIP CODE]

_334-237-0941_
[PRINT CELL PHONE NUMBER]

_334-266-5678_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Lasondra Tolbert_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
      [Employer]
      at the facility located in _Baker Hill, AL_. I worked at this location
      [City/State]
      from _07-09-07_ to _08-16-07_.
      [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 12 day of 21 , 2007

Lasondra Tolbert _____ Lasandra Talbert
[PRINT NAME]                    [SIGN NAME]

328 Chattachoochee  Blakely, GA, 39823
[PRINT STREET ADDRESS]        [PRINT CITY, STATE, ZIP CODE]

229-308-1800 / 229-308-3785 / 229-723-2112 / 229-723-0821
[PRINT CELL PHONE NUMBER] / [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.  )
                            )
           Plaintiffs      )
                            )
                            )
         v.            )   No. 2:06-CV-1081MEF
                            )
EQUITY GROUP EUFAULA  )
DIVISON LLC,  )
                            )
           Defendant.     )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Retha Walker_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula_
                                               [Employer]
    at the facility located in _Bakerhill ala_ . I worked at this location
                            [City/State]
    from _7-5-06_ to _still working_ .
            [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _12-26_ day of _____26_____, 2007

_Retha Walker_
[PRINT NAME]

_Retha Walker_
[SIGN NAME]

_380 Days Ave_
[PRINT STREET ADDRESS]

_Ft baines Ga 39851_
[PRINT CITY, STATE, ZIP CODE]

_229 308 7116_
[PRINT CELL PHONE NUMBER]

_229 768 2583_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
          Plaintiffs                )
                                            )
                                            )
          v.                        )    No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
          Defendant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Nichole L. Warren_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
                                                   [Employer]
    at the facility located in _Eufaula GA_ . I worked at this location
                           [City/State]
    from _May 21 05_ to _June 25 06_ .
         [Date]           [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _12_ day of _26_____, 2007

_N. Chole L. Warren_
[PRINT NAME]

_Nichol L. Warren_
[SIGN NAME]

_917 Layfield Rd 46_
[PRINT STREET ADDRESS]

_Richland GA 31825_
[PRINT CITY, STATE, ZIP CODE]

_229 321 1462_
[PRINT CELL PHONE NUMBER]

_229 887 2172_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.            )
                                    )
                Plaintiffs          )
                                    )
                                    )
        v.                          )        No. 2:06-CV-1081MEF
                                    )
EQUITY GROUP EUFAULA                )
DIVISON LLC,                        )
                                    )
                Defandant.          )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Eric Williams_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group_
   [Employer]
   at the facility located in _Bakerhill, AL._. I worked at this location
   [City/State]
   from _July 8, 2007_ to _Dec. 18, 2007_.
   [Date]                [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____ day of _____, 2007

Eric Williams
[PRINT NAME]

Eric 3Williams
[SIGN NAME]

106 Pine Street
[PRINT STREET ADDRESS]

Abbeville, AL. 36310
[PRINT CITY, STATE, ZIP CODE]

(334) 596-6769
[PRINT CELL PHONE NUMBER]

(334) 585-2918 (mothers #)
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                   Plaintiffs           )
                                        )
                                        )
          v.                            )          No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                   Defendant.           )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Shedrick Williams_ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _EQUITY GROUP EUFAUlA Divison LLC_
      at the facility located in _Baker Hill AL_ . I worked at this location
                               [City/State]
      from _18-28-05_  to  _2-11-06_                .
           [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _27th_ day of _Dec._____, 2007

_Shedrick Williams_
[PRINT NAME]

_Shedrick Williams_
[SIGN NAME]

_795 Estates DR_
[PRINT STREET ADDRESS]

_Union Springs AL 36089_
[PRINT CITY, STATE, ZIP CODE]

_334 372-8076_
[PRINT CELL PHONE NUMBER]

_334 738-2622_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
            Plaintiffs          )
                                            )
                                            )
            v.                  )     No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
            Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Randy Youngblood_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Key Stone Foods_
    [Employer]
    at the facility located in _Baker Hill AL._ . I worked at this location
    [City/State]
    from _Feb. 01, 2006_ to _Oct. 29, 2006_ .
    [Date]                    [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _28th_ day of _December_, 2007

_Randy Youngblood_
[PRINT NAME]

_Randy Youngblood Jr._
[SIGN NAME]

_192 m&m lane_
[PRINT STREET ADDRESS]

_Union Springs  AL. 36089_
[PRINT CITY, STATE, ZIP CODE]

_(334) 703-0563_
[PRINT CELL PHONE NUMBER]

_(334) 738·3256_
[PRINT HOME PHONE NUMBER]