# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
### NORTHERN DIVISION

| | | |
|---|---|---|
| **BETTY ANN BURKS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-01081-MEF-DRB** |
| | § | |
| **EQUITY GROUP EUFAULA** | § | |
| **DIVISION, LLC.,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by DONTE ALEXANDER, CHRISTY D. ALLBROOKS, TERRENCE G. BLEDSOE, JR., DWAYNE BURKS, MARGARET CALLAWAY, TERESA COPE, DEQUONDRIA M. CORBITT, CHARLES CRAYTON, TAMIKA CUNNINGHAM, TREVOR T. DANIELS, HUBERT DAVENPORT, EUGENE DAVIS, HENRY DAVIS, JR., JOANNA P. DENNARD, MONTASHAY ECHOLS, SHIRLEY A. FRANKLIN, TOMMIE E. HOLIDAY, JR., DIANE HOLMES, CHARLES JONES, JOE LIAS, CYRIL MARKETT, VICKEY MASSEY, ROY LEE MCCRAY, MARK MILAN, JOEY MONROE, DESMOND MURRY, MONIK OFTON,

KEVIN C. OHARA, CHARLES E. PATTERSON, MILDRED PERSON, DOUGLAS G. PHILLIPS, JOHNNY M. ROBINSON, TANGELA N, RUMPH, MICHELLE L. SWANSON, JESSIE RUTH TARVER, SHAKEENA THOMPSON, LATRICIA TOLLIVER, DECOREY WALKER, BOBBY WEEMS, ROBERT WESLEY and DENISE WILSON, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: <u>January 28, 2008</u>                    Respectfully submitted,

                                                    **THE COCHRAN FIRM, P.C.**

                                                    <u>/s/ Robert J. Camp</u>
**ROBERT JOSEPH CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

-and-

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, I electronically filed the above

Notice with the Clerk of the District Court using CM/ECF System, which sent

notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Richard B. Celler
Attorney for Plaintiffs
Richard@cellerlegal.com

Maurice John Steensland
Attorney for Plaintiffs
parkman@graceba.net

Richard Martin Adams
Attorney for Plaintiffs
Parkman@graceba.net

William C. White
Attorney for Plaintiffs
parkman@graceba.net

James W. Parkman, III
Attorney for Plaintiffs
parkman@graceba.net

Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Attorney for Defendant
gdfry@pelino.com

Howard A. Rosenthal
Attorney for Defendant
harosenthal@pelino.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com


/s/ Robert J. Camp
ROBERT J. CAMP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                                )
          Plaintiffs        )
                                )
                                )
          v.              )     No. 2:06-CV-1081MEF
                                )
EQUITY GROUP EUFAULA     )
DIVISON LLC,              )
                                )
          Defendant.     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Donte Alexander_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
[Employer]

at the facility located in _Baker hill Alabama_. I worked at this location
[City/State]

from _6-10-04_ to _11-20-04_.
[Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __16th__ day of __January__, 2008

__Donte Alexander__
[PRINT NAME]

__Donte Alexander__
[SIGN NAME]

__1104 Lawyers Lane APT D__
[PRINT STREET ADDRESS]

__Columbus, Georgia 31906__
[PRINT CITY, STATE, ZIP CODE]

__229-310-3757__
[PRINT CELL PHONE NUMBER]

__706-587-4305__
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.   )
         )
    Plaintiffs   )
         )
         )
    v.     )  No. 2:06-CV-1081MEF
         )
EQUITY GROUP EUFAULA )
DIVISON LLC,    )
         )
    Defendant.  )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Christy D. Allbrook_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula_ [Employer] at the facility located in _Eufaula Alabama_ [City/State] I worked at this location from _Jan 07_ [Date] to _may 07_ [Date, or if still working write present].

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 24 day of December , 2007

Christy Allbrooks
[PRINT NAME]

Christy Aeebrooke
[SIGN NAME]

7201 Hwy 51 South
[PRINT STREET ADDRESS]

Midway Al 36053
[PRINT CITY, STATE, ZIP CODE]

(334) 695-6192
[PRINT CELL PHONE NUMBER]

(334) 529-3249
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Terrence G. Bledsoe Jr._ states the following:
    [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group, LLC_
    [Employer]
    at the facility located in _Baker Hill, AL_. I worked at this location
        [City/State]
    from _Oct 2007_ to _Nov 2007_.
        [Date]          [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___24___ day of ___December___, 2007

Terrence G. Bledsoe Jr.
[PRINT NAME]

Terrence G. Bledsoe
[SIGN NAME]

7251 Hwy 51 south
[PRINT STREET ADDRESS]

Midway, AL 36053
[PRINT CITY, STATE, ZIP CODE]

(334) 695-6918
[PRINT CELL PHONE NUMBER]

(334) 529-3249
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Dwayne Burks_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Keystone Foods_
   [Employer]
   at the facility located in _Baker Hill AL_. I worked at this location
   [City/State]
   from _6-7-06_ to _7-18-07_.
   [Date]          [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _30_ day of _December_, 2007

_Dwayne Burks_
[PRINT NAME]

_Dwayne Burks_
[SIGN NAME]

_725 Downs Manor_
[PRINT STREET ADDRESS]

_Clayton AL 36016_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(334) 775-9544_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.   )
          )
     Plaintiffs   )
          )
          )
    v.      )  No. 2:06-CV-1081MEF
          )
EQUITY GROUP EUFAULA  )
DIVISON LLC,     )
          )
     Defendant.  )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Margaret Calloway_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula_
                   [Employer]
 at the facility located in _Baker Hill Alabama_ I worked at this location
          [City/State]
 from _8-29-07_ to _Present_ .
    [Date]     [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

 I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _12_ day of _27_____, 2007

_MARGARET Callaway_          _Margaret Callaway_
[PRINT NAME]                         [SIGN NAME]

_101 Dogwood Court_          _Eufaula, Ala 36027_
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

_____          _334- 687-8295_
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )       No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Teresa Cope_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by Equity Group Eufaula_____
    [Employer]
    at the facility located in Bakehill Alabama____. I worked at this location
    [City/State]
    from 1-18-2004____ to 12-26-07_____.
    [Date]                [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____26_____ day of _____December_____, 2007

Teresa Cope
[PRINT NAME]

Serena Cope
[SIGN NAME]

63 peterson Rd
[PRINT STREET ADDRESS]

Midway Al 36053
[PRINT CITY, STATE, ZIP CODE]

334-355-1165
[PRINT CELL PHONE NUMBER]

334-738-8467
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
      Plaintiffs                      )
                                        )
                                        )
      v.                              )      No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
      Defendant.                      )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Dequondria M. Corbitt_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group_
   [Employer]
   at the facility located in _Eufaula / AL_ . I worked at this location
   [City/State]
   from _7/10/07_ to _12/27/07_ .
   [Date]                [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _7 7_ day of _December_ , 2007

_Diquondria M. Corbitt_
[PRINT NAME]

_Diquondria M. Corbitt_
[SIGN NAME]

_150 Meadow Lane Apt D-7_
[PRINT STREET ADDRESS]

_Eufaula, Al, 36027_
[PRINT CITY, STATE, ZIP CODE]

_(334) 695-8232_
[PRINT CELL PHONE NUMBER]

_(334) 687-1569_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
          Plaintiffs                )
                                        )
                                        )
          v.                        )     No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
          Defendant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Charles Crayton_ states the following:
    [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula Div LLC_
                                                 [Employer]
   at the facility located in _Baker Hill, ALA,_ . I worked at this location
                          [City/State]
   from _3 - 30_ to _7 - 1 - '07_ .
       [Date]       [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _12_ day of _28_ , 2007

_Charles Crayton_
[PRINT NAME]

_Charles Crayton_
[SIGN NAME]

_P.O. Box 91_
[PRINT STREET ADDRESS]

_Omaha, Ga. 31821_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_229-838-0889_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                       )
         Plaintiffs      )
                       )
                       )
         v.            )      No. 2:06-CV-1081MEF
                       )
EQUITY GROUP EUFAULA      )
DIVISON LLC,            )
                       )
         Defendant.      )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Tamira Cunningham__ states the following:
    [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula DIV LLC_
                                                       [Employer]
at the facility located in _Baker Hill, Al_____. I worked at this location
                           [City/State]
from _July 29, 2006_ to _Nov 2, 2006_____.
     [Date]            [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _26_ day of _December_, 2007

_Tamika Cunningham_
[PRINT NAME]

_[signature]_
[SIGN NAME]

_1892 Co Rd 90_
[PRINT STREET ADDRESS]

_Abbeville, Al 36310_
[PRINT CITY, STATE, ZIP CODE]

_(334)-441-6233_
[PRINT CELL PHONE NUMBER]

_(334)-585-0301 or 585-5488_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Trevor T. Daniels_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group_
    [Employer]
    at the facility located in _Eufaula, Al_ . I worked at this location
    [City/State]
    from _3/15/04_ to _7/18/06_ .
    [Date]        [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _27_ day of _December_ , 2007

_Trevor T. Daniels_
[PRINT NAME]

_Trevor Daniels_
[SIGN NAME]

_150 Meadow Lane APD-7_
[PRINT STREET ADDRESS]

_Eufaula, Al, 36027_
[PRINT CITY, STATE, ZIP CODE]

_(334)355-8981_
[PRINT CELL PHONE NUMBER]

_Trevor T. Daniels_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
       Plaintiffs                       )
                                            )
                                            )
       v.                               )   No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
       Defendant.                       )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Hubert Davenport__ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by __Equity Group Eufaula Division, LLC__
                                                [Employer]
    at the facility located in __Baker Hill, Al.__ . I worked at this location
                                  [City/State]
    from __Aug. 2003__ to __Oct. 10, 2007__ .
          [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21st_ day of _December_, 2007

Hubert Davenport
[PRINT NAME]

Hubert Davenport
[SIGN NAME]

605 E. Dawson St
[PRINT STREET ADDRESS]

Cuthbert, Ga. 39840
[PRINT CITY, STATE, ZIP CODE]

None
[PRINT CELL PHONE NUMBER]

(229) 732-2473
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD .

_Eugene Dan_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Equity Group_
      [Employer]
      at the facility located in _Eufaula Divison_ . I worked at this location
      [City/State]
      from _2064_ to _2007_ .
      [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___7___ day of _____, 2007

_Eugene Davis_
[PRINT NAME]

_Eugene Davis_
[SIGN NAME]

_18 Cox Lane_
[PRINT STREET ADDRESS]

_Fort Gaines Ga 39851_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_229-768-2711_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.  )
        )
*Henry DAvis Jr* Plaintiffs )
        )
        )
   v.     )  No. 2:06-CV-1081MEF
        )
EQUITY GROUP EUFAULA  )
DIVISON LLC,     )
        )
   Defendant.  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

*Henry DAvi 5 Jr* states the following:
  [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by ~~Equity Group~~ *Equity Group Division LLC.*
              [Employer]
  *1 W BAker Bll*

  at the facility located in *EuFAUA  AlA*. I worked at this location
          [City/State]
  from *9/10/85* to *11/96/06*.
    [Date]   [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

  I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the *1/20/08* day of _____, 2007

*Henry DAVIS*
[PRINT NAME]

*Henry Davis Jr.*
[SIGN NAME]

*1028 DALE Rd*
[PRINT STREET ADDRESS]

*EUFAULA ALA 36027*
[PRINT CITY, STATE, ZIP CODE]

*687-3809*
[PRINT CELL PHONE NUMBER]

*687-3809*
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
              Plaintiffs                )
                                        )
                                        )
       v.                               )      No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
              Defandant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Joanna P. Dennard_ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _EQUPTY GROUP_
                                                    [Employer]
      at the facility located in _Eufaula, AL_ . I worked at this location
                                   [City/State]
      from _Sept. 07_ to _Nov. 07_ .
            [Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___31___ day of ___December___, 2007

___Joanna P. Dannard___
[PRINT NAME]

___Joanna P. Dannard___
[SIGN NAME]

___305 W. Powell St.___
[PRINT STREET ADDRESS]

___Dothan, ALA. 36303___
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

___(334) 677-3112___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al,. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| | ) |
| v. | )　　No. 2:06-CV-1081MEF |
| | ) |
| EQUITY GROUP EUFAULA | ) |
| DIVISON LLC, | ) |
| | ) |
| Defendant. | ) |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Montashay Echols_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Equity Group_
[Employer]
at the facility located in _Eufula Ala_. I worked at this location
[City/State]
from _6/07_ to _8/07_.
[Date]　　　　　[Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

　　I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___28___ day of ___December___, 2007

_Mokishy Echols_
[PRINT NAME]

_Mankahay Echols_
[SIGN NAME]

_411 Damscus St apt 42_
[PRINT STREET ADDRESS]

_Blakely GA 39823_
[PRINT CITY, STATE, ZIP CODE]

_229-308-0481_
[PRINT CELL PHONE NUMBER]

_229-723-4583_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.  )
                          )
            Plaintiffs    )
                          )
                          )
        v.                )        No. 2:06-CV-1081MEF
                          )
EQUITY GROUP EUFAULA       )
DIVISON LLC,              )
                          )
            Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Shirley A. Franklin_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group Eufaula Division_
    [Employer]
    at the facility located in _Eufaula AL_ . I worked at this location
    [City/State]
    from _May 2005_ to _May 2005_ .
    [Date]              [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21st_ day of _December_ , 2007

_Shirley A. Franklin_
[PRINT NAME]

_Shirley A. Franklin_
[SIGN NAME]

_473 Gammage Road_
[PRINT STREET ADDRESS]

_Eufaula AL 36027_
[PRINT CITY, STATE, ZIP CODE]

_334-698-1093_
[PRINT CELL PHONE NUMBER]

_334-687-2103_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
          v.                            )          No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Tommie E. Holliday Jr_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group LLC_
      [Employer]
      at the facility located in _Eufaula, AL_. I worked at this location
      [City/State]
      from _Jan 2004_ to _June 2004_.
      [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _Jan 21_ day of _____January_____, 2008

_Tommie Holliday_
[PRINT NAME]

_Tommie Holliday_
[SIGN NAME]

_Holly St. P.O. Box 113_
[PRINT STREET ADDRESS]

_Midway Ala 36053_
[PRINT CITY, STATE, ZIP CODE]

_334-224-2639_
[PRINT CELL PHONE NUMBER]

_334-529-3247_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
         v.                                 )          No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_____Diane Holmes_____ states the following:
    [Print Name]

1.     I am over 18 years of age and competent to give the following consent in this
       matter.

2.     I am currently, or formerly, employed by _Equity Group Eufaula Division LLC_
                                                    [Employer]
       at the facility located in _Baker Hill Alabama_ . I worked at this location
                                    [City/State]
       from _11/21/06_ to _12/21/07 Presently_ .
              [Date]              [Date, or if still working write present]

3.     I understand that this suit is being brought to recover compensation for pre
       and post shift activities from my employer. I also understand that the lawsuit
       may seek recovery for unpaid time during my shift. I understand that the suit
       is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time which I have worked,
       including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
       any decision in this lawsuit or be any settlement of the case.

       I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20th_ day of _December_, 2007

_Diane Holmes_
[PRINT NAME]

_Diane Holmes_
[SIGN NAME]

_2032 Co. Rd. 166_
[PRINT STREET ADDRESS]

_Midway, Alabama 36053_
[PRINT CITY, STATE, ZIP CODE]

_334) 355-4094_
[PRINT CELL PHONE NUMBER]

_N/A_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                  )
                                          )
                    Plaintiffs            )
                                          )
                                          )
            v.                            )        No. 2:06-CV-1081MEF
                                          )
EQUITY GROUP EUFAULA                      )
DIVISON LLC,                              )
                                          )
                    Defendant.            )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Charles Jones_ states the following:
       [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this
     matter.

2.   I am currently, or formerly, employed by ___N/A Equity Group__
                                                        [Employer]
     at the facility located in _Eufaula, AL_ . I worked at this location
                                  [City/State]
     from _2/17/04_ to _4/07/05_ .
           [Date]      [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre
     and post shift activities from my employer. I also understand that the lawsuit
     may seek recovery for unpaid time during my shift. I understand that the suit
     is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
     any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___22___ day of ___December___, 2007

___Charles Jones___
[PRINT NAME]

___Charles Jones___
[SIGN NAME]

___202A Stewart Street___
[PRINT STREET ADDRESS]

___Cuthbert Ga 39840___
[PRINT CITY, STATE, ZIP CODE]

___(229) 376-8100___
[PRINT CELL PHONE NUMBER]

___(229) 340-0446___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

|  |  |  |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
|  | ) | |
| Plaintiffs | ) | |
|  | ) | |
|  | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
|  | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
|  | ) | |
| Defandant. | ) | |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Joe Lias_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or <u>formerly</u>, employed by _Equity Group formerly,_
    [Employer]
    at the facility located in _Baker hill, Al._ . I worked at this location
    [City/State]
    from _2/3/07_ to _5/1/07_ .
    [Date]         [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

December 21

DATED the _____ day of _____ , 2007

_Joe Lias_
[PRINT NAME]

_Joe Lias_
[SIGN NAME]

_801 David Jones Spur_
[PRINT STREET ADDRESS]

_Eufaula, AL. - 36027_
[PRINT CITY, STATE, ZIP CODE]

_N/A_
[PRINT CELL PHONE NUMBER]

_334 - 687 - 8188_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiffs　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　　　)　　No. 2:06-CV-1081MEF
　　　　　　　　　　　　　　　　　　　)
EQUITY GROUP EUFAULA　　　　　　　)
DIVISON LLC,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　　　　)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Cyril WLARKett_ states the following:
[Print Name]

1.　　I am over 18 years of age and competent to give the following consent in this matter.

2.　　I am currently, or formerly, employed by _Equity Group_
　　　　　　　　　　　　　　　　　　　　　　　　　　[Employer]
at the facility located in _Bakerhill_  _Alabama_ I worked at this location
　　　　　　　　　　　　　[City/State]
from _10/04_　　　to　　_6/05_　　　　　.
　　　[Date]　　　　　　　　[Date, or if still working write present]

3.　　I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.　　I believe I have not been paid for all compensable time which I have worked, including overtime.

5.　　I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

　　　I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _24_ day of _December_, 2007

_Cyril Markett_
[PRINT NAME]

_Cyril Markett_ (signature)
[SIGN NAME]

_47 McNab St_
[PRINT STREET ADDRESS]

_Eutaula Al 36027_
[PRINT CITY, STATE, ZIP CODE]

_334. 695. 4711_
[PRINT CELL PHONE NUMBER]

_334. 616. 0130_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　)　　　No. 2:06-CV-1081MEF
　　　　　　　　　　　　　　　　　)
EQUITY GROUP EUFAULA　　　　　　 )
DIVISON LLC,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Vickey Massey_ states the following:
　　　　[Print Name]

1.　　I am over 18 years of age and competent to give the following consent in this matter.

2.　　I am currently, or formerly, employed by _Equity Group_
　　　　　　　　　　　　　　　　　　　　　　[Employer]
　　　at the facility located in _Eufaula AL_. I worked at this location
　　　　　　　　　　　　　　[City/State]
　　　from _8/21/07_ to _Present_.
　　　　　　[Date]　　　　[Date, or if still working write present]

3.　　I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.　　I believe I have not been paid for all compensable time which I have worked, including overtime.

5.　　I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

　　　I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___15___ day of ___Jan_____, 2008

Vickey Massey
[PRINT NAME]

Vickey Massey
[SIGN NAME]

P.O. Box 822
[PRINT STREET ADDRESS]

Clayton AL 36016
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

334 775-7485
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                      )
                                              )
                    Plaintiffs                )
                                              )
                                              )
        v.                                    )        No. 2:06-CV-1081MEF
                                              )
EQUITY GROUP EUFAULA                          )
DIVISON LLC,                                  )
                                              )
                    Defendant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Roy Lee McClay__ states the following:
  [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.
2.  I am currently, or formerly, employed by __Equity Group Eufaula Div. LLC,__
    [Employer]
    at the facility located in __Baker Hill, AL.__ . I worked at this location
    [City/State]
    from __Oct. 17 2005__ to __March 8 2006__ .
        [Date]              [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20th_ day of _Dec,_ _____, 2007

_Roy Lee McCray_
[PRINT NAME]

_Roy Lee McCray_
[SIGN NAME]

_108 West Street_
[PRINT STREET ADDRESS]

_Louisville Al. 36048_
[PRINT CITY, STATE, ZIP CODE]

_334-266-5017_
[PRINT CELL PHONE NUMBER]

_334-266-5017_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
      Plaintiffs             )
                                        )
                                        )
      v.                     )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
      Defendant.             )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Mark Milan_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group Eufaula_
    [Employer]
    at the facility located in _Bakerhill, Alabama_. I worked at this location
    [City/State]
    from _12/8/06_ to _04/21/07_.
    [Date]         [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20th_ day of _December_____, 2007

_Mark Milan_____
[PRINT NAME]

_Mark Milan_____
[SIGN NAME]

_59 Boyd Drive_____
[PRINT STREET ADDRESS]

_Clayton, Ala, 36016_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(334)-775-8311_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.   )
          )
    Plaintiffs   )
          )
          )
    v.      )  No. 2:06-CV-1081MEF
          )
EQUITY GROUP EUFAULA  )
DIVISON LLC,     )
          )
    Defendant.  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_____Joey Monroe_____ states the following:
  [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by ___Keystone___
                 [Employer]
  at the facility located in __Bakehill Alabama__ . I worked at this location
          [City/State]
  from __10-11-04__ to __4-13-05__ .
    [Date]    [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

  I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __28__ day of __December__, 2007

_Joey Monroe_
[PRINT NAME]

_Joey Monroe_
[SIGN NAME]

_4280 co.rd.59_
[PRINT STREET ADDRESS]

_Abbeville, Al. 36310_
[PRINT CITY, STATE, ZIP CODE]

_334 794-3118_
[PRINT CELL PHONE NUMBER]

_334-585-0148_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
          Plaintiffs              )
                                  )
                                  )
          v.                      )          No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
          Defendant.              )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_DESMOND MURRY_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group, LLC_ ~~KEYSTONE FOODS~~
      [Employer]                                                         (EU)
      at the facility located in _BAKER HILL , AL_ . I worked at this location
      [City/State]
      from _May 2005_ to _AUG 2005_ .
      [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21_ day of _DECEMBER_, 2007

_DESMOND MURRY_
[PRINT NAME]

_Desmond Murry_
[SIGN NAME]

_2538 HWY 51 S_
[PRINT STREET ADDRESS]

_MIDWAY, AL 36053_
[PRINT CITY, STATE, ZIP CODE]

_334 355 8385_
[PRINT CELL PHONE NUMBER]

_334 529 3758_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
      Plaintiffs                )
                                        )
                                        )
     v.                          )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
      Defendant.               )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Monik Ofton__ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by __Equity Group__
   [Employer]
   at the facility located in __Eufaula AL__. I worked at this location
   [City/State]
   from __July 12, 2005__ to __Oct 12, 2005__.
   [Date]      [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the **23** day of **December**, 2007

Monik Otton
[PRINT NAME]

Monik Otton
[SIGN NAME]

73 Westward Ave.
[PRINT STREET ADDRESS]

Blakely GA, 39823
[PRINT CITY, STATE, ZIP CODE]

229-308-7111
[PRINT CELL PHONE NUMBER]

229-308-4541
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                  Plaintiffs                )
                                            )
                                            )
             v.                             )      No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                  Defendant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Kevin C. O'Hara_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Divison_
      [Employer]
      at the facility located in _Bakerhill AL,_____. I worked at this location
      [City/State]
      from _Feb 10 2006_ to _Aug 1 2006_____.
      [Date]                [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ~~20~~ 20 day of ~~Dec~~ , 2007

Kevin C O'Hara
[PRINT NAME]

Kevin C O'Hara
[SIGN NAME]

304 New Fort Browder Rd
[PRINT STREET ADDRESS]

Eufaula AL 36027
[PRINT CITY, STATE, ZIP CODE]

(334) 790-1743
[PRINT CELL PHONE NUMBER]

(334) 688-1215
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                          )
                                                  )
        Plaintiffs                        )
                                                  )
                                                  )
        v.                                )          No. 2:06-CV-1081MEF
                                                  )
EQUITY GROUP EUFAULA                              )
DIVISON LLC,                                      )
                                                  )
        Defendant.                        )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Charles E Patterson_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Formerly_
                                          [Employer]
   at the facility located in _Baker Hill_ . I worked at this location
                             [City/State]
   from _May 12th 07_ to _June 22nd 07_ .
        [Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

_I would still Be working there, But my car got Burn up on there property By A co-worker Thats How I Lost my Job._

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _17th_ day of _January_ , 2008

_Charles E Patterson_
[PRINT NAME]

_Charles E Patterson_
[SIGN NAME]

_207 East Tye avenue_
[PRINT STREET ADDRESS]

_Union Springs AL 36089_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334-738-4730_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                Plaintiffs              )
                                        )
                                        )
        v.                              )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                Defandant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Mildred Person_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Equity Group_
                                                        [Employer]
      at the facility located in _Bakerhill, Al._. I worked at this location
                                    [City/State]
      from _Oct. 2, 2006_ to _7-10-2007_.
            [Date]                [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 24th day of Dec, 2007

Mildred Person
[PRINT NAME]

Mildred Person
[SIGN NAME]

F-13 Boundey St
[PRINT STREET ADDRESS]

Eufaula Al 36207
[PRINT CITY, STATE, ZIP CODE]

(334) 616-8004
[PRINT CELL PHONE NUMBER]

(334) 687-0823
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,. )
)
          Plaintiffs )
)
)
          v. )    No. 2:06-CV-1081MEF
)
EQUITY GROUP EUFAULA )
DIVISON LLC, )
)
          Defendant. )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Douglas G Phillips__ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or formerly, employed by __Equity Group Eufaula__
                                   [Employer]
    at the facility located in __Baker Hill Ala__. I worked at this location
                          [City/State]
    from __Jan. 17, 2004__ to __Dec. 28. 2007__.
          [Date]                 [Date, or if still working write present]

3.     I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 21 day of DECember , 2007

DOUGLAS G. Phillips
[PRINT NAME]

Douglas G phillips
[SIGN NAME]

1058 E. BRUDIGe.ST
[PRINT STREET ADDRESS]

CLio ALA 36017
[PRINT CITY, STATE, ZIP CODE]

334- 397- 4840
[PRINT CELL PHONE NUMBER]

334- 397-2901
[PRINT HOME PHONE NUMBER]

334- 397-4481

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Johnny M. Robinson_ states the following:
[Print Name]

1.      I am over 18 years of age and competent to give the following consent in this
        matter.

2.      I am (currently) or formerly, employed by _Keystone Foods_ ~~Equity Group, LLC~~ (FL)
                                                    [Employer]
        at the facility located in _Eufaula, Alabama_. I worked at this location
                                        [City/State]
        from _July 18 2005_ to _Present_ .
              [Date]              [Date, or If still working write present]

3.      I understand that this suit is being brought to recover compensation for pre
        and post shift activities from my employer. I also understand that the lawsuit
        may seek recovery for unpaid time during my shift. I understand that the suit
        is brought pursuant to both federal law and applicable state statutes, if any.

4.      I believe I have not been paid for all compensable time which I have worked,
        including overtime.

5.      I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
        any decision in this lawsuit or be any settlement of the case.

        I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 27 day of Dec , 2007

Johnny M Robinson
[PRINT NAME]

Johnny M. Robinson
[SIGN NAME]

P. D. Box 125
[PRINT STREET ADDRESS]

Richland GA 31825
[PRINT CITY, STATE, ZIP CODE]

229-321-9063
[PRINT CELL PHONE NUMBER]

229-887-3811
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
        Plaintiffs                 )
                                            )
                                            )
        v.                          )    No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
        Defendant.                  )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Tangela N Plump__ states the following:
   [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by __Equity Group Eufaula Division__
                                                    [Employer]
    at the facility located in __Eufaula, Alabama__. I worked at this location
                                       [City/State]
    from __Jun. July / 2006__ to __Nov. 2006__.
            [Date]           [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __26__ day of __December__, 2007

Tangela N Rumph
[PRINT NAME]

Angela N Rumph
[SIGN NAME]

P. O. box 73
[PRINT STREET ADDRESS]

Laisville AL 36048
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

334-266-5108
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.            )
                                    )
              Plaintiffs            )
                                    )
                                    )
       v.                           )        No. 2:06-CV-1081MEF
                                    )
EQUITY GROUP EUFAULA                )
DIVISON LLC,                        )
                                    )
              Defendant.            )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Michelle L. Swanson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Equity Group Eufaula Div LLC_
     [Employer]
     at the facility located in _Eufaula Ala 36027_ . I worked at this location
     [City/State]
     from _8-1-07_      to _9-22-07_ .
     [Date]              [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____1_____ day of ____22_____, 2007 – 08

_Michelle L. Swanson_
[PRINT NAME]

_Michelle L. Swanson_
[SIGN NAME]

_P.O. Box 492_
[PRINT STREET ADDRESS]

_Union Spring Ala 36089_
[PRINT CITY, STATE, ZIP CODE]

_1-334 372-8535_
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.            )
                                   )
              Plaintiffs           )
                                   )
                                   )
        v.                         )        No. 2:06-CV-1081MEF
                                   )
EQUITY GROUP EUFAULA               )
DIVISON LLC,                       )
                                   )
              Defendant.           )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Jessie Ruth Tarver_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Division_
      [Employer]
      at the facility located in _Bakerhill, AL_. I worked at this location
      [City/State]
      from _Oct. 9, 2000_  to _May, 2004_.
      [Date]              [Date/or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

        I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _32_ day of _Dec._, 2007

_Jessie Ruth Tarver_
[PRINT NAME]

_Jessie Ruth Tarver_
[SIGN NAME]

_983 Co. Rd. 25_
[PRINT STREET ADDRESS]

_Midway, AL 36053_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_529-4166_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
        v.                              )       No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Sharleen Thompson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
                                              [Employer]
      at the facility located in _Baker hill_ . I worked at this location
                                 [City/State]
      from _1-26-02_         to _Oct 04_ .
           [Date]               [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _26_ day of _December_, 2007

_Shaleena Thompson_ _Shaleena Thompson_
[PRINT NAME]                    [SIGN NAME]

_1026 Sardis Rd_ _Union Springs Al 36089_
[PRINT STREET ADDRESS]          [PRINT CITY, STATE, ZIP CODE]

_334-782-2137_ _(334) 738-5569_
[PRINT CELL PHONE NUMBER]       [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　　　　Plaintiffs　　　　）
　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　　v.　　　　　　　　　　）　　No. 2:06-CV-1081MEF
　　　　　　　　　　　　　　　　）
EQUITY GROUP EUFAULA　　　　　）
DIVISON LLC,　　　　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　　　　Defendant.　　　　）

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Latricia Tolliver_ states the following:
[Print Name]

1.　I am over 18 years of age and competent to give the following consent in this matter.

2.　I am currently, or formerly, employed by _Equity Group Eufaula Division LLC_
　　[Employer]
　　at the facility located in _Baker Hill Alabama_. I worked at this location
　　　　　　　　　　　　　　[City/State]
　　from _5/9/04_ to _present_.
　　　　[Date]　　　　　　　　　[Date, or if still working write present]

3.　I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.　I believe I have not been paid for all compensable time which I have worked, including overtime.

5.　I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

　　I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21ˢᵗ_ day of _December_ , 2007

_Latricia Tolliver_
[PRINT NAME]

_Latricia Tolliver_
[SIGN NAME]

_304 Baskin Street_
[PRINT STREET ADDRESS]

_Union Springs, AL. 36089_
[PRINT CITY, STATE, ZIP CODE]

_334-707-6779_
[PRINT CELL PHONE NUMBER]

_(334) 738-8161_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
               Plaintiffs  )
                                            )
                                            )
          v.                        )    No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
             Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Decorey Walker_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
                                                             [Employer]
    at the facility located in _Bakerhill AL_ . I worked at this location
                                 [City/State]
    from _4/06_ to _5/06_ .
           [Date]             [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 20 day of December, 2007

Decorey Waller
[PRINT NAME]

Decrey Waller
[SIGN NAME]

104 Meadow St
[PRINT STREET ADDRESS]

Midway, AL. 36053
[PRINT CITY, STATE, ZIP CODE]

[PRINT CELL PHONE NUMBER]

(334)529-3019
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Bobby Weems_____ states the following:
      [Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or formerly, employed by _EQuiTy GrouP_____
                                                         [Employer]

     at the facility located in _BakerHill, AlA.____. I worked at this location
                                       [City/State]

     from _2-8-04____ to _2-2-07_____.
          [Date]             [Date, or if still working write present]

3.     I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___20___ day of ___December___, 2007

___Bobby Weems___          ___Bobby Weems___
[PRINT NAME]                       [SIGN NAME]

___323 E. Alabama St.___    ___Abbeville, Ala. 36310___
[PRINT STREET ADDRESS]        [PRINT CITY, STATE, ZIP CODE]

_____    ___(334) 585-0033___
[PRINT CELL PHONE NUMBER]     [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　)　　No. 2:06-CV-1081MEF
　　　　　　　　　　　　　　　　)
EQUITY GROUP EUFAULA　　　　　)
DIVISON LLC,　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Robert Wesley__ states the following:
　　　　[Print Name]

1.　I am over 18 years of age and competent to give the following consent in this matter.

2.　I am currently, or formerly, employed by __EQUITY GROUP__
　　　　　　　　　　　　　　　　　　　　　　　[Employer]
　　at the facility located in __Eufaula, AL__. I worked at this location
　　　　　　　　　　　　　　[City/State]
　　from __Aug 27, 2007__ to __still working__.
　　　　　[Date]　　　　　　　[Date, or if still working write present]

3.　I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.　I believe I have not been paid for all compensable time which I have worked, including overtime.

5.　I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

　　I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___23___ day of ___December___, 2007

Robert JamesWesley
[PRINT NAME]

Robert Wesley
[SIGN NAME]

26 Campbell Rd.
[PRINT STREET ADDRESS]

Edison Ga, 39846
[PRINT CITY, STATE, ZIP CODE]

229-308-9660
[PRINT CELL PHONE NUMBER]
229-308-0802 dad
229-308-2286 mom

229-835-2830
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.     )
                              )
          Plaintiffs       )
                              )
                              )
          v.             )     No. 2:06-CV-1081MEF
                              )
EQUITY GROUP EUFAULA     )
DIVISON LLC,              )
                              )
          Defendant.     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Denise Wilson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
                                                [Employer]
    at the facility located in _Eufaula 19/90_ . I worked at this location
                            [City/State]
    from _8-28-03_ to _Present_ .
           [Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _26_ day of _DEC._____, 2007

_Denise Wilson_
[PRINT NAME]

_Denise Wilson_
[SIGN NAME]

_P.O Box 295_
[PRINT STREET ADDRESS]

_Midway, Ala. 36053_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334-529-3498_
[PRINT HOME PHONE NUMBER]