## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BETTY ANN BURKS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-01081-MEF-DRB** |
| | § | |
| **EQUITY GROUP EUFAULA** | § | |
| **DIVISION, LLC.,** | § | |
| | § | |
| **Defendant.** | § | |

### NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, LAURA E. AULTMAN, GLORIA S. BLACKMON, KASEY BRITT, DEBORAH BUCHANON, WILLIAM C. CLIATT, VONKAYELA DANIELS, WILLIAM C. DRIGGERS, JAMES ELLINGTON, MARVIN GLANTON, VERDALL T. GRUBBS, TRENIKA JACKSON, CHARLES JENKINS, WILLIE V. LEE, JOE MARKET, THOMAS G. MARTIN, NASHAMBI T. MCCRAY, JOSEPHINE MONROE, JENNIFER OFTON, T.R. OLIVER III, BETTY SUE PIPPIN, RODNEY PUGH, LAMESHA SCOTT, PAMELA SHORTER, SHAQUERA STEWART, MIKIE K. THOMAS, ELLIOT WEBB, CHARLENE WHITE, ROBERT L.

WILLIAMS, III, MARCUS YOUNG, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: <u>February 1, 2008</u>            Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

<u>/s/ Robert J. Camp</u>
**ROBERT JOSEPH CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

-and-

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on <u>February 1, 2008,</u> I electronically filed the above

Notice with the Clerk of the District Court using CM/ECF System, which sent

notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Richard B. Celler
Attorney for Plaintiffs
Richard@cellerlegal.com

Maurice John Steensland
Attorney for Plaintiffs
parkman@graceba.net

Richard Martin Adams
Attorney for Plaintiffs
Parkman@graceba.net

William C. White
Attorney for Plaintiffs

parkman@graceba.net

James W. Parkman, III
Attorney for Plaintiffs
parkman@graceba.net

Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Attorney for Defendant
gdfry@pelino.com

Howard A. Rosenthal
Attorney for Defendant
harosenthal@pelino.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com

**/s/ Robert J. Camp__**
**ROBERT J. CAMP**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
                Plaintiffs        )
                                  )
                                  )
        v.                        )        No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
                Defendant.        )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Laura E. Authman_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this
    matter.

2.  I am currently, or formerly, employed by _Equity Group Eufaula Division LLC_
    [Employer]
    at the facility located in _Baker Hill  A.L._ . I worked at this location
    [City/State]
    from _July 9, 2007_ to _Nov 2007_ .
    [Date]              [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre
    and post shift activities from my employer. I also understand that the lawsuit
    may seek recovery for unpaid time during my shift. I understand that the suit
    is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked,
    including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
    any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___12___ day of ___26_____, 2007

_Laura Aultman_____
[PRINT NAME]

_Laura   Aultman_____
[SIGN NAME]

_189 Harrison St_____
[PRINT STREET ADDRESS]

_Georgetown G.A. 39854___
[PRINT CITY, STATE, ZIP CODE]

_334-695-3973_____
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
            Plaintiffs                  )
                                        )
                                        )
        v.                              )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
            Defandant.                  )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Gloria S. Blackmon_ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Div._
      [Employer]
      at the facility located in _Baker hill, Ala_ . I worked at this location
      [City/State]
      from _8-30-07_        to _9-07_ .
      [Date]                [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 24 day of December , 2007

Gloria S. Blackmon
[PRINT NAME]

Gloria S. Blackmon
[SIGN NAME]

811 MLK Blvd.
[PRINT STREET ADDRESS]

Ft. Gaines Ga. 39851
[PRINT CITY, STATE, ZIP CODE]

(229) 308-3310
[PRINT CELL PHONE NUMBER]

[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
    Plaintiffs                        )
                                        )
                                        )
        v.                          )       No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
    Defandant.                        )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Kasey Britt_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, (or formerly,) employed by _Equity Group Eufaula_
    [Employer]
    at the facility located in _Bakerhill, AL_ . I worked at this location
    [City/State]
    from _6/06_ to _10/06_ .
    [Date]        [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___7th___ day of ___JANUARY___, 2007

___Kasey Britt___          ___Kasey Britt___
[PRINT NAME]              [SIGN NAME]

___729 Mt. Coney Church Rd.___ ___Midway, AL 36053___
[PRINT STREET ADDRESS]      [PRINT CITY, STATE, ZIP CODE]

___(334) 372-6393___          ___(334) 529-3573___
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                                 )
        Plaintiffs       )
                                 )
                                 )
          v.          )    No. 2:06-CV-1081MEF
                                 )
EQUITY GROUP EUFAULA     )
DIVISON LLC,               )
                                 )
        Defendant.     )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Deborah Buchanan_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Division LLC_
                                             [Employer]
    at the facility located in _Baker Hill Ala_. I worked at this location
                        [City/State]
    from _5-28-05_ to _3-30-07_.
          [Date]         [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___21___ day of __December__, 2007

Deborah Buchanan
[PRINT NAME]

Deburah Buchanan
[SIGN NAME]

Po box 743
[PRINT STREET ADDRESS]

Lumpking Ga 39815
[PRINT CITY, STATE, ZIP CODE]

229-321-0956
[PRINT CELL PHONE NUMBER]

229-995-2673
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　v.　　　　　　　　　　　)　　No. 2:06-CV-1081MEF
　　　　　　　　　　　　　　　　　　　)
EQUITY GROUP EUFAULA　　　　　　)
DIVISON LLC,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_William C. CliaTT_ states the following:
[Print Name]

1.　I am over 18 years of age and competent to give the following consent in this matter.

2.　I am currently, or formerly, employed by _Equity Group EuFaula Divison LLC_
　　　　　　　　　　　　　　　　　　　　　　　[Employer]
　　at the facility located in _BakerHill Al._ . I worked at this location
　　　　　　　　　　　　　　　[City/State]
　　from _4/01/05_ to _6/01/05_ .
　　　　　[Date]　　　　　[Date, or if still working write present]

3.　I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.　I believe I have not been paid for all compensable time which I have worked, including overtime.

5.　I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

　　I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _28th_ day of _December_ , 2007

_William C. CliaTT_
[PRINT NAME]

_William C. Cliatt_
[SIGN NAME]

_131 ½ Girard St._
[PRINT STREET ADDRESS]

_aBBeville Al. 36310_
[PRINT CITY, STATE, ZIP CODE]

[PRINT CELL PHONE NUMBER]

_334 - 585 - 3776_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
        Plaintiffs                      )
                                            )
                                            )
        v.                              )    No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
        Defendant.                      )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Vonkayela Daniels states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by Equity Group, LLC
                                  [Employer]
    at the facility located in Eufaula, AL . I worked at this location
                       [City/State]
    from 12-05 to 2-06 .
        [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 24th day of January , 2008

VonKayela Daniels    VonKayela Daniels

[PRINT NAME]    [SIGN NAME]

1700 S. Randolph Ave Apt    Eufaula, Al 36027

[PRINT STREET ADDRESS] 100B    [PRINT CITY, STATE, ZIP CODE]

[PRINT CELL PHONE NUMBER]    (334) 687-3059

[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__William C. Driggers__ states the following:
　　　　[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by __Equity Group Eufaula Division__
      　　　　　　　　　　　　　　　　　　　　　　　　　[Employer]
      at the facility located in __Bakerhill, Al__. I worked at this location
      　　　　　　　　　　　　　　　[City/State]
      from __8/07__ to __present__.
      　　　　[Date]　　　　　　　[Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___1st___ day of ___San._____, 2007

William C. Driggers
[PRINT NAME]

William C. Driggers
[SIGN NAME]

15 Gibbions lane
[PRINT STREET ADDRESS]

Eufaula, Al 36027
[PRINT CITY, STATE, ZIP CODE]

334-616-1186
[PRINT CELL PHONE NUMBER]

334-687-0821
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                     )
                                             )
        Plaintiffs                       )
                                             )
                                             )
        v.                               )    No. 2:06-CV-1081MEF
                                             )
EQUITY GROUP EUFAULA                         )
DIVISON LLC,                                 )
                                             )
        Defendant.                       )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

X _James Ellington_ states the following:
     [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaub, Division_
   [Employer]
   at the facility located in _Baker Hill  Al_ . I worked at this location
   [City/State]
   from _9-22-07_ to _12-22-07_ .
   [Date]        [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 22nd day of December , 2007

X *James Ellington*
[PRINT NAME]

X *James E. Ellington*
[SIGN NAME]

*154 High St. P.O. Box 382*
[PRINT STREET ADDRESS]

*Georgetown, GA 39854*
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

*(229) 334 - 3103*
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.       )
                      )
        Plaintiffs    )
                      )
                      )
       v.           )    No. 2:06-CV-1081MEF
                      )
EQUITY GROUP EUFAULA    )
DIVISON LLC,            )
                      )
        Defandant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Marvin Glanton_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group, LLC_
[Employer]

at the facility located in _Bakerhill, AL_. I worked at this location
[City/State]

from _Feb, 04_ to _Oct, 04_.
[Date]         [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___22___ day of ___January___, 200**8**

_Marvin Glanton_          _Marvin Glanton_
[PRINT NAME]                   [SIGN NAME]

_1835 County Rd 40_       _Abbeville, AL 36310_
[PRINT STREET ADDRESS]     [PRINT CITY, STATE, ZIP CODE]

_(~~850-1~~)(334) 441-6041_   _(334) 585 - 9897_
[PRINT CELL PHONE NUMBER]   [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.            )
                                    )
                Plaintiffs          )
                                    )
                                    )
        v.                          )        No. 2:06-CV-1081MEF
                                    )
EQUITY GROUP EUFAULA                )
DIVISON LLC,                        )
                                    )
                Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Vardull T. Grubbs_____ states the following:
          [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group_____
                                                    [Employer]
    at the facility located in _Eufaula/Alabama_. I worked at this location
                                    [City/State]
    from _3/1/04_____ to _6/5/06_____.
          [Date]              [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _24_ day of _January_, 2007

_Verdell Grubbs_
[PRINT NAME]

_Verdell Grubbs_
[SIGN NAME]

_24 Twisting Lane_
[PRINT STREET ADDRESS]

_Eufaula, Alabama, 3602 7_
[PRINT CITY, STATE, ZIP CODE]

_(334) 441-8457_
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
               Plaintiffs          )
                         )
                         )
              v.                    )     No. 2:06-CV-1081MEF
                         )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                    )
                         )
             Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Irenika Jackson states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by Equity Group Eufaula Division
                                       [Employer]
    at the facility located in Baker Hill Alabama I worked at this location
                       [City/State]
    from 03/12/ 04 to present .
        [Date]           [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___31___ day of _December_ , 2007

Trenika Jackson

[PRINT NAME]

_Trenika Jackson_

[SIGN NAME]

51 Hillcrest Dr. S.W.

[PRINT STREET ADDRESS]

Arlington Ga. 39813

[PRINT CITY, STATE, ZIP CODE]

(229) 349-9002

[PRINT CELL PHONE NUMBER]

(229) 725-3056

[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
        Plaintiffs              )
                                        )
                                        )
        v.                      )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
        Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Charles Jenkins_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _hey ston r EquityGroup_
                                               [Employer]
    at the facility located in _Baker Hill Alabama_ . I worked at this location
                               [City/State]
    from _Oct,2,06_ to _May 2, 07_ .
           [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ____21____ day of ____December____, 2007

_Charles Jenkins_
[PRINT NAME]

_Charles Jenkins_
[SIGN NAME]

_Volley Rd 6012_
[PRINT STREET ADDRESS]

_Lumpkin Ga 31815_
[PRINT CITY, STATE, ZIP CODE]

_229-321-0508_
[PRINT CELL PHONE NUMBER]

_229-838-4769_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
      Plaintiffs                 )
                                        )
                                        )
       v.                      )       No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
      Defendant.                 )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Willie V. Lee_ states the following:
   [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Equity Group, LLC_
                                      [Employer]
   at the facility located in _Batterhill, Eufaula, Ala._. I worked at this location
                         [City/State]
   from _April 28 2007_ to _May 18, 2007_ .
       [Date]          [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _22_ day of _DECEMber_, 2007

_Willie V. Lee_
[PRINT NAME]

_Willie Vera Lee_
[SIGN NAME]

_1996 Tarver Dr._
[PRINT STREET ADDRESS]

_Batterhill Eufaula, Ala._
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(229) 723-2294_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
                   Plaintiffs     )
                                  )
                                  )
              v.                  )     No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
                   Defendant.     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_____Joe Market_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Keystone Equity Group_
    [Employer]
    at the facility located in _Baber Hill AL_. I worked at this location
    [City/State]
    from _6/04_ to _4/06_.
    [Date]                [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __30th__ day of __December__, 2007

__Joe Market__
[PRINT NAME]

__Joe Market__
[SIGN NAME]

__47 mcNab st__
[PRINT STREET ADDRESS]

__Eufawla Al 36027__
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

__334.616.0830__
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
          Plaintiffs              )
                                        )
                                        )
          v.                     )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
          Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Thomas G Martin_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Keystone Foods (Equity)_
                                           [Employer]
    at the facility located in _Baker hill, Al_ . I worked at this location
                         [City/State]
    from _11-07-05_ to _06-15-07_ .
         [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___15___ day of ___January___, 2008

___Thomas Martin___          ___Thomas Hard___
[PRINT NAME]                 [SIGN NAME]

___2111 S. Randolp Ave___ Apt F5     ___Eufaula Ala. 36027___
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

___334·441·8538___          _____
[PRINT CELL PHONE NUMBER]   [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                     )
    Plaintiffs            )
                                     )
                                     )
    v.                   )    No. 2:06-CV-1081MEF
                                     )
EQUITY GROUP EUFAULA                     )
DIVISON LLC,                             )
                                     )
    Defandant.           )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Nashombi McCray_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group_
   [Employer]
   at the facility located in _Pitta Hill, AL_. I worked at this location
   [City/State]
   from _July 12, 2005_ to _Dec 20, 2007_.
   [Date]    [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___15th___ day of ___Jan_____, 2008

___Mahombi T. McCray___        ___Mahombi T. McCray___
[PRINT NAME]                   [SIGN NAME]

___960 Hwy 131 Lot #2___       ___Eufaula, AL 36027___
[PRINT STREET ADDRESS]         [PRINT CITY, STATE, ZIP CODE]

___334-695-9511___             ___334-687-7122___
[PRINT CELL PHONE NUMBER]      [PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.   )
          )
    Plaintiffs   )
          )
          )
    v.     )  No. 2:06-CV-1081MEF
          )
EQUITY GROUP EUFAULA  )
DIVISON LLC,    )
          )
    Defendant.  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Josephine Monroe_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group Division_
                    [Employer]
 at the facility located in _Bakerhill AlA,_ . I worked at this location
          [City/State]
 from _10-27-2003_ to _4-14-06_   .
   [Date]    [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

  I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20_ day of _December_ , 2007

_Josephine Monroe_
[PRINT NAME]

_Josephine Monroe_
[SIGN NAME]

_4280 Co Rd 29_
[PRINT STREET ADDRESS]

_Abbeville Ala 36310_
[PRINT CITY, STATE, ZIP CODE]

_334-370-6586_
[PRINT CELL PHONE NUMBER]

_334 585-0148_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
              Plaintiffs          )
                                  )
                                  )
        v.                        )     No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
              Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Jennifer Ofton_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group, LLC_
    [Employer]
    at the facility located in _Eufaula, AL_. I worked at this location
    [City/State]
    from _6-10-07_ to _6-20-07_.
    [Date]        [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___O l___ day of ___2 l_____ , 2008

_Jennifer Afton_          _Jennifer Afton_
[PRINT NAME]              [SIGN NAME]

_356 Howell St A-P32_          _Blakely GA 39823_
[PRINT STREET ADDRESS]          [PRINT CITY, STATE, ZIP CODE]

_308-4541_          _____
[PRINT CELL PHONE NUMBER]          [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
        Plaintiffs                    )
                                            )
                                            )
        v.                            )    No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
        Defendant.                    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_T R Dewey III_____ states the following:
    [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity group Eufaula_
                                               [Employer]
   at the facility located in _Bakers Hill_____. I worked at this location
                         [City/State]
   from _3/2004_____ to _11/2004_____.
         [Date]         [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _3_ day of _January_____, 2007

_JR OLIVER III____          _JR Oliver III____
[PRINT NAME]                [SIGN NAME]

_P.O. Box 84_____
_621 Carpenter Mill RD_     _Louisville Al_____
[PRINT STREET ADDRESS]      [PRINT CITY, STATE, ZIP CODE]

_334-355-1617___            _334 355 1617____
[PRINT CELL PHONE NUMBER]   [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
        v.                                  )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Betty Sue Pippin__ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by __Equity Group Eufaula Division LLC.__
    [Employer]
    at the facility located in __Baker Hill Alabama__ I worked at this location
    [City/State]
    from __10-31-05__ to __12-19-05__                    .
    [Date]              [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___3___ day of ___Jan_____, 2007

Betty Sue Pippin                    Betty Sue Pippin
[PRINT NAME]                        [SIGN NAME]

329 meadow Cir                      Eufaula, AL, 36027
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

_____            (334) 687-4676
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
      Plaintiffs               )
                                        )
                                        )
        v.                   )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
      Defendant.               )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Rodney Pugh_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula, Division LLC_
[Employer]
at the facility located in _Baker hill, Al._ . I worked at this location
[City/State]
from _07/2006_ to _12/2006_ .
[Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 28th day of December , 2007

Rodney Pugh
[PRINT NAME]

Rodney Pugh
[SIGN NAME]

117 MP Comer RD
[PRINT STREET ADDRESS]

Eufaula, Al. 36027
[PRINT CITY, STATE, ZIP CODE]

(334) 695-7239
[PRINT CELL PHONE NUMBER]

(334) 687-9089
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                         )
                    Plaintiffs           )
                                         )
                                         )
             v.                          )        No. 2:06-CV-1081MEF
                                         )
EQUITY GROUP EUFAULA                     )
DIVISON LLC,                             )
                                         )
                    Defendant.           )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Lamesha Scott_ states the following:
　　　　[Print Name]

1.　　I am over 18 years of age and competent to give the following consent in this matter.

2.　　I am currently, or formerly, employed by _Equity Group Eufaula_
　　　　　　　　　　　　　　　　　　　　　　　[Employer]
　　　　at the facility located in _Ballerhill Alabama_. I worked at this location
　　　　　　　　　　　　　　　　　　　　[City/State]
　　　　from _10-04_　　　　to _4-05_　　　　　　　.
　　　　　　　[Date]　　　　　　　[Date, or if still working write present]

3.　　I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.　　I believe I have not been paid for all compensable time which I have worked, including overtime.

5.　　I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

　　　I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _13_ day of _January_, 2008

_Lamesha Scott_
[PRINT NAME]

_Lamesha Scott_
[SIGN NAME]

_Rt-3 Box 170 Hood St_
[PRINT STREET ADDRESS]

_Cuthbert Ga. 39840_
[PRINT CITY, STATE, ZIP CODE]

_229-214-5006_
[PRINT CELL PHONE NUMBER]

_229-732-5224_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
        v.                                  )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Pamela Shorter_ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Equity Group_
                                              [Employer]
      at the facility located in _Eufaula, Ala_. I worked at this location
                                 [City/State]
      from _March 19-2007_ to _Present_.
              [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _Jan_ day of _14_ , 2007

_Pamela Shorter_
[PRINT NAME]

_Pamela Shorter_
[SIGN NAME]

_610 Comer Ave_
[PRINT STREET ADDRESS]

_Eufaula, Ala 36027_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(334) 616-7156_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                      )
                                              )
                    Plaintiffs                )
                                              )
                                              )
            v.                                )        No. 2:06-CV-1081MEF
                                              )
EQUITY GROUP EUFAULA                          )
DIVISON LLC,                                  )
                                              )
                    Defendant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Shaquern Steward__ states the following:
           [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by __Equity Group Eufaula Division LLC__
                                                            [Employer]
      at the facility located in __Bakerhill, AL__ . I worked at this location
                                    [City/State]
      from __9/02__ to __6/07__ .
              [Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21_ day of _December_, 2007

_Shaquera Steward_
[PRINT NAME]

_Shaquera Steward_
[SIGN NAME]

_1255 N. Eufaula Ave lot 89_
[PRINT STREET ADDRESS]

_Eufaula, Al 36027_
[PRINT CITY, STATE, ZIP CODE]

_(334) 441-9075_
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
          Plaintiffs              )
                                        )
                                        )
v.                                      )     No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
          Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Mikie K Thomas_ states the following:
    [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group_
                                                    [Employer]

   at the facility located in _Bakerhill, Al_. I worked at this location
                                [City/State]

   from _8-20-07_ to _Present_.
         [Date]         [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___21___ day of ___December___, 2007

___Mikie K Thomas___
[PRINT NAME]

___Mikie K Thomas___
[SIGN NAME]

___417 Sanford Ave___
[PRINT STREET ADDRESS]

___Eufaula, Al  36027___
[PRINT CITY, STATE, ZIP CODE]

___334 695 6694___
[PRINT CELL PHONE NUMBER]

___334 695 6695___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
              Plaintiffs          )
                                  )
                                  )
              v.                  )     No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
              Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Elliot Webb_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity group_
   [Employer]
   at the facility located in _Eufaula, AL_. I worked at this location
   [City/State]
   from _5-10-2004_ to _8-30-2004_.
   [Date]                [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _31_ day of _December_ , 2007

_Elliot Webb_                   _Elliot Webb_
[PRINT NAME]                    [SIGN NAME]

_180 Steve Jacks RJA 21 Eufaula Al. 36027_
[PRINT STREET ADDRESS]         [PRINT CITY, STATE, ZIP CODE]

_334-441-6565_                  _334-696-6427_
[PRINT CELL PHONE NUMBER]       [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
           Plaintiffs              )
                                        )
                                        )
           v.                      )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
           Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Charlene White_ states the following:
    [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Divison_
                                        [Employer]
   at the facility located in _Eufaula Alabama_. I worked at this location
                                  [City/State]
   from _June 12, 07_ to _October 26, 07_.
         [Date]            [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __25__ day of __~~Dec~~ Jan__, 200~~8~~

Charlene White
[PRINT NAME]

Charlene White
[SIGN NAME]

490 Nutwood Dr Apt C-1
[PRINT STREET ADDRESS]

Richland Ga 31825
[PRINT CITY, STATE, ZIP CODE]

229-321-1460
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.     )
                            )
         Plaintiffs     )
                            )
                            )
         v.            )    No. 2:06-CV-1081MEF
                            )
EQUITY GROUP EUFAULA     )
DIVISON LLC,     )
                            )
         Defendant.     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Robert L. Williams III_ states the following:
     [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity group_
                                   [Employer]

    at the facility located in _Eufaula AL._ . I worked at this location
                        [City/State]

    from _8·23·05_ to _11-10-07_ .
       [Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___15___ day of ___December___, 2007

___Robert L. Williams___
[PRINT NAME]

___Robert L. Williams___
[SIGN NAME]

___20 mellin Rd___
[PRINT STREET ADDRESS]

___P. Hisview AL 89871___
[PRINT CITY, STATE, ZIP CODE]

___786·376·5825___
[PRINT CELL PHONE NUMBER]
(334) 621·8030

_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
              Plaintiffs                )
                                        )
                                        )
       v.                               )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
              Defendant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Marcos Young_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_____
                                                          [Employer]
      at the facility located in _Bakerhill, Ala_____. I worked at this location
                                   [City/State]
      from _May 4, 05_____ to _present_____.
            [Date]                [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _23_ day of _December_____, 2007

_Marcus Young_____
[PRINT NAME]

_Marcus Young_____
[SIGN NAME]

_13 Scenic Drive_____
[PRINT STREET ADDRESS]

_Georgetown, GA, 39854_
[PRINT CITY, STATE, ZIP CODE]

_334-695-2936_____
[PRINT CELL PHONE NUMBER]

_229-334-3777_____
[PRINT HOME PHONE NUMBER]