# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BETTY ANN BURKS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-01081-MEF-DRB** |
| | § | |
| **EQUITY GROUP EUFAULA** | § | |
| **DIVISION, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, CHARMAIN BASKIN, WILLIE MAE ALLEN, CYNTHIA RENAE BENNETT, KAREN S. JOHNSON CORY, BRIDGET V. DANIELS, JOSEPH DAVIS, BRITTNEY DORSEY, ARICA R. DOZIER, VENSON DONNELL FLINTROY, SHAWANDA R. GRIFFIN, JOE L. HATCHER, TY-QUAN HUDSON, LULA B. JACKSON, PRENTICE JACKSON, MAURICE JOHNS, IRENE JONES, LATRAVIOUS KIMBER, ROY SHAUN LEE, ANTOINE LOUDER, ARTHUR L. MAHONE, PATRICIA MERRILL, JESSICA DIONNA NEWMAN, REGINA DENISE O'HARA, DENNIS PARHAMS, GLENDA REED, LINDA ROGERS,

VERONICA SMITH, PHYLLIMENIA TAMPLIN, ESSIE WHITE, LAZADENIA WHITE, JASMINE WILLIAMS, SHAVONNE L. WILLIAMS, and OTIS T. WOMACK, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: <u>February  11, 2008</u>                    Respectfully submitted,

                                                 **THE COCHRAN FIRM, P.C.**

                                                 /s/ Robert J. Camp_____

                                                 **ROBERT JOSEPH CAMP**
                                                 **BERNARD D. NOMBERG**
                                                 505 North 20th Street, Suite 825
                                                 Birmingham, Alabama 35203
                                                 (205) 930-6900-Telephone
                                                 (205) 930-6910- Facsimile

                                                 ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, I electronically filed the above Notice of Filing Additional Notices of Consent to Join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Howard A. Rosenthal

Malcolm S. Gould
Pelino & Lentz, P.C.
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 1910-7393
Phone: 215-246-3165
Fax: 215-665-1536
Attorney for Defendant

Richard Martin Adams
Parkman@graceba.net

Richard Celler
Richard@cellerlegal.com

Malcolm S. Gould
msgould@pelino.com

James W. Parkman, III
parkman@graceba.net

Maurice John Steensland, III
parkman@graceba.net

William C. White, II
parkman@graceba.net


/s/ Robert J. Camp_____
**ROBERT J. CAMP**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                                )
             Plaintiffs      )
                                )
                                )
             v.               )     No. 2:06-CV-1081MEF
                                )
EQUITY GROUP EUFAULA      )
DIVISON LLC,               )
                                )
             Defendant.     )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Willie Mae Allen_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
[Employer]

at the facility located in _Eufaula Ala._ . I worked at this location
[City/State]

from _9 – 11 – 06_ to _12 – 07_ .
[Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 11 day of Dec 11 , 2007

Willie Mae Allen
[PRINT NAME]

Willie Mae Allen
[SIGN NAME]

32 Boyd Drive
[PRINT STREET ADDRESS]

Clayton Ala 36016
[PRINT CITY, STATE, ZIP CODE]

[PRINT CELL PHONE NUMBER]

334-775-8537
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　　　)　　No. 2:06-CV-1081MEF
　　　　　　　　　　　　　　　　　　　)
EQUITY GROUP EUFAULA　　　　　　　)
DIVISON LLC,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Cynthia henae Barne states the following:
　　　　　[Print Name]

1.　　I am over 18 years of age and competent to give the following consent in this matter.

2.　　I am currently, or formerly, employed by __Keystone Equity Group__
　　　　　　　　　　　　　　　　　　　　　　　　　　[Employer]
　　　at the facility located in __Bakerhill, Alabama__ . I worked at this location
　　　　　　　　　　　　　　　　　　[City/State]
　　　from __Sept - 18 - 2007__ to __1/16/08__ .
　　　　　　　[Date]　　　　　　　　　　[Date, or if still working write present]

3.　　I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.　　I believe I have not been paid for all compensable time which I have worked, including overtime.

5.　　I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

　　　I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____ day of _____, 2007

_1/16/08_

_Cynthia Bennett_
[PRINT NAME]

_Cynthia Bennett_
[SIGN NAME]

_P.O. Box 182_ _C.B_
~~_____~~
[PRINT STREET ADDRESS]

_Clio Ala. 36017_
[PRINT CITY, STATE, ZIP CODE]

_1-334-714-1591_
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.             )
                                     )
                  Plaintiffs         )
                                     )
                                     )
         v.                          )       No. 2:06-CV-1081MEF
                                     )
EQUITY GROUP EUFAULA                 )
DIVISON LLC,                         )
                                     )
                  Defendant.         )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Karen S. Johnson Cory_ states the following:
___[Print Name]___

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Division_
      _____[Employer]_____
      at the facility located in _Baker Hill, Al._ . I worked at this location
      _____[City/State]_____
      from _9 – 2006_ to _present_ .
      _____[Date]_____    ____[Date, or if still working write present]____

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _Jan_ day of _11_ , 2008

_Karen S. Cory_
[PRINT NAME]

_Karen S. Cory_
[SIGN NAME]

_3085 Hwy 51 S._
[PRINT STREET ADDRESS]

_Midway, Al 36053_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(334) 529-3134_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
           Plaintiffs              )
                                        )
                                        )
          v.                      )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
          Defendant.              )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Bridget V. Daniels_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Keystones Food_ ~~Equity Group Eufaula~~
    [Employer]
    at the facility located in _Eufaula Al_ . I worked at this location
    [City/State]
    from _12-19-2005_ to _01-05-2007_ .
    [Date]    [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __26__ day of __December__, 2007

Bridget V. Daniels
[PRINT NAME]

Bridget V. Daniels
[SIGN NAME]

1700 S Randolph Ave 08 B Apt Eufaula AL 36027
[PRINT STREET ADDRESS]        [PRINT CITY, STATE, ZIP CODE]

384-740-0008
[PRINT CELL PHONE NUMBER]
384-740-0008

334-616-6164
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                  )
                                          )
                    Plaintiffs            )
                                          )
                                          )
            v.                            )        No. 2:06-CV-1081MEF
                                          )
EQUITY GROUP EUFAULA                      )
DIVISON LLC,                              )
                                          )
                    Defendant.            )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Joseph Davis_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group Eufaula_
    [Employer]
    at the facility located in _Baker-Hill-_ . I worked at this location
    [City/State]
    from _3-14-01_        to _-11-5-06_        .
    [Date]              [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _27_ day of _December_____, 2007

_Joseph Davis_____
[PRINT NAME]

_Joseph Davis_____
[SIGN NAME]

_P.O. Box 123_____
[PRINT STREET ADDRESS]

_Omaha GA 31821_____
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_229-838-4967_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                      )
                                              )
        Plaintiffs                )
                                              )
                                              )
        v.                        )    No. 2:06-CV-1081MEF
                                              )
EQUITY GROUP EUFAULA                          )
DIVISON LLC,                                  )
                                              )
        Defendant.                )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Brittny Dorsey states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by Keystone E. Grap [Employer] at the facility located in Bakerhill, Al. [City/State]. I worked at this location from Aug. , 2007 [Date] to Oct. 23, 2007 [Date, or if still working write present].

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___11th___ day of ___Janurary___, 2007

_Brittnay Dorsey_
[PRINT NAME]

_Brittnay Dorsy_
[SIGN NAME]

_Wemildrumple. Apt.#C4_
[PRINT STREET ADDRESS]

_Clayton, Al. 36016_
[PRINT CITY, STATE, ZIP CODE]

_334- 441- 6539_
[PRINT CELL PHONE NUMBER]

_334· 775- 8453_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.    )
                           )
            Plaintiffs     )
                           )
                           )
        v.                 )        No. 2:06-CV-1081MEF
                           )
EQUITY GROUP EUFAULA       )
DIVISON LLC,               )
                           )
            Defendant.     )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Arica B. Dozier_ states the following:
  [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group Eufaula. Div._
    [Employer]
    at the facility located in _Eufaula, Al_. I worked at this location
    [City/State]
    from _11.06_ to _12.06_.
    [Date]        [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____4_____ day of _____January_____, 2008

_____Arica Dozier_____
[PRINT NAME]

_____Arica Dozier_____
[SIGN NAME]

_____5319 Co. Rd. 97_____
[PRINT STREET ADDRESS]

_____Abbeville, AL 36310_____
[PRINT CITY, STATE, ZIP CODE]

_____334-618-3657_____
[PRINT CELL PHONE NUMBER]

_____334-585-1429_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Venson Damon Flutroy_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula_
[Employer]
at the facility located in _Bacr Ker Hill-AL_. I worked at this location
[City/State]
from _Nov 28, 2007_ to _Dec, 2007_.
[Date]                              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ⏐⏐ day of _Dec_____, 2007

_Venson Flintoy_____          _Venson Ehton_____
[PRINT NAME]                       [SIGN NAME]

_PO Box 45_____              _Omaha GA  8182 1___
[PRINT STREET ADDRESS]             [PRINT CITY, STATE, ZIP CODE]

_1-206-587-5839_____             _1-220-838-6356_____
[PRINT CELL PHONE NUMBER]          [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
              Plaintiffs        )
                                        )
                                        )
            v.                    )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
             Defendant.        )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Shawanda R. Geiffin__ states the following:
    [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by __Equity Group__
                                           [Employer]
    at the facility located in __Eufaula, AL__. I worked at this location
                               [City/State]
    from __August 05__ to __December 05__.
           [Date]          [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 26th day of December , 2007

Shawanda R. Griffin
[PRINT NAME]

Shawanda B. Griffin
[SIGN NAME]

180 State Dock Rd Apt A-7
[PRINT STREET ADDRESS]

Eufaula, AL. 36027
[PRINT CITY, STATE, ZIP CODE]

(843)530-1299
[PRINT CELL PHONE NUMBER]

(843) 532-2871
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
        Plaintiffs              )
                                        )
                                        )
        v.                      )          No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
        Defendant.              )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Joe L Hatcher_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group Eufaula Ala,_
    [Employer]
    at the facility located in _Baker Hill, Ala,_ . I worked at this location
    [City/State]
    from _Jan, 15, 2007_ to _March 9, 2007_ .
    [Date]                    [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___28th___ day of ___Dec._____ , 2007

___Joe L Hatcher___
[PRINT NAME]

___Joe L. Hatcher___
[SIGN NAME]

___804 Thomas St.___
[PRINT STREET ADDRESS]

___Union Springs, AL. 36089___
[PRINT CITY, STATE, ZIP CODE]

___334-339-8279___
[PRINT CELL PHONE NUMBER]

___334-738-3495___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.     )
     )
        Plaintiffs     )
     )
     )
     v.     )   No. 2:06-CV-1081MEF
     )
EQUITY GROUP EUFAULA     )
DIVISON LLC,     )
     )
        Defendant.     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Ty-Quinn Hudson_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group_
   [Employer]
   at the facility located in _Equity Group Eufaula Division Baker Hill Alabama_. I worked at this location
   [City/State]
   from _2004_ to _2005_ .
   [Date]     [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _14th_ day of _Jan 2008_ , 2007

_Ty Orion Hudson_
[PRINT NAME]

_Ty Orion Hudson_
[SIGN NAME]

_27387 Gould Rd Apt C-2_
[PRINT STREET ADDRESS]

_Gulf Port Mississippi 39503_
[PRINT CITY, STATE, ZIP CODE]

_334-687-2719_
[PRINT CELL PHONE NUMBER]

_334 687-0616_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.              )
                                      )
                   Plaintiffs         )
                                      )
                                      )
          v.                          )          No. 2:06-CV-1081MEF
                                      )
EQUITY GROUP EUFAULA                  )
DIVISON LLC,                          )
                                      )
                   Defendant.         )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Lula B. Jackson__ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.
2.    I am currently, or formerly, employed by __Equility Group__
                                                              [Employer]
      at the facility located in __Baker Hill, Ala__. I worked at this location
                                    [City/State]
      from __7-30-07__ to __Present__.
              [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___2 8___ day of ___Dec___, 2007

_Lula B. Jackson_
[PRINT NAME]

_Lula B. Jackson_
[SIGN NAME]

_P.O. Box 75_
[PRINT STREET ADDRESS]

_Coleman Ga 39836_
[PRINT CITY, STATE, ZIP CODE]

_229-308-4458_
[PRINT CELL PHONE NUMBER]

_229-732-3916_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                   Plaintiffs           )
                                        )
                                        )
         v.                             )      No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                   Defendant.           )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Prentice Jackson_____ states the following:
     [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _____ Equity Group ____
                                                    [Employer]
     at the facility located in _Bakehill Alg_____. I worked at this location
                                 [City/State]
     from _ 9-2002_ to _12-2002_____.
          [Date]          [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___29___ day of ___December___, 2007

___Prentice JACKSON___            ___Prentice Jackson___
[PRINT NAME]                      [SIGN NAME]

___599 Ozark Rd Apt # 10___       ___Abbeville, Ala. 36310___
[PRINT STREET ADDRESS]            [PRINT CITY, STATE, ZIP CODE]

___(334) 441-7064___              ___SAME___
[PRINT CELL PHONE NUMBER]         [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
    Plaintiffs      )
                                        )
                                        )
    v.              )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
    Defendant.      )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Mauree Johns_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Equity Group Eufaula Division_ LLC
                [Employer]
  at the facility located in _Baskerhill  Alabama_ . I worked at this location
          [City/State]
  from _April 2006_ to _June 2006_____ .
    [Date]     [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

  I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _31_ day of _December_, 2007

_Maurice Johns_
[PRINT NAME]

_Maurice Johns_
[SIGN NAME]

_306 Bush Drive_
[PRINT STREET ADDRESS]

_Eufaula Alabama 36027_
[PRINT CITY, STATE, ZIP CODE]

_334-695-0249_
[PRINT CELL PHONE NUMBER]

_334-695-8842_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Irene Jones_____ states the following:
     [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _EQUITY GROUP EUFAULA DIVISON_
     [Employer]
     at the facility located in _EUFAULA, AL_____. I worked at this location
     [City/State]
     from _April 2004_ to _May 2004_____.
          [Date]            [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___31___ day of ___December___, 2007

___Irene Jones___
[PRINT NAME]

___Irene Jones___
[SIGN NAME]

___321 Gammage Rd___
[PRINT STREET ADDRESS]

___Eufaula, AL 36027___
[PRINT CITY, STATE, ZIP CODE]

___334-695-1685___
[PRINT CELL PHONE NUMBER]

___334-687-6807___
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
                    Plaintiffs    )
                                  )
                                  )
            v.                    )        No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
                    Defendant.    )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Latravious Kimber_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Equity Group Eufaula Divison LLC_
     [Employer]
     at the facility located in _Bakerhill, AL_. I worked at this location
     [City/State]
     from _Sept 04_ to _Nov. 07_.
     [Date]              [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _26_ day of _Dec_____, 2007

_Latravious Kimber_
[PRINT NAME]

_Latravious Kimber_
[SIGN NAME]

_P.O. Box 44_
[PRINT STREET ADDRESS]

_Midway, Al 36053_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(334) 529-3086_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
        v.                              )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Ray Shaun Lee_ states the following:
  [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Equity Group Eufaula_
                                              [Employer]
     at the facility located in _Bakerhill, Al._ . I worked at this location
                                [City/State]
     from _2005-2006_ to _2006_ .
          [Date]              [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _17_ day of _December_ , 2007

_RayShaun Lee_
[PRINT NAME]

_RayShaun Lee_
[SIGN NAME]

_7375 HWY 51 South_
[PRINT STREET ADDRESS]

_Midway AL 36053_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334 529-3965_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
        Plaintiffs                         )
                                            )
                                            )
        v.                                 )    No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
        Defandant.                         )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Antoine Louder_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this
    matter.

2.  I am currently, or formerly, employed by _Equity Group, Eufaula_
    [Employer]
    at the facility located in _Bakerhill, AL_. I worked at this location
    [City/State]
    from _2004_ to _2006_.
    [Date]              [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre
    and post shift activities from my employer. I also understand that the lawsuit
    may seek recovery for unpaid time during my shift. I understand that the suit
    is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked,
    including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
    any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___31___ day of __January_____, 2007

_Antoine Louder_____        _Antoine Louder_____
[PRINT NAME]                                [SIGN NAME]

_222 Walnut Lane_____        _Eufaula, AL  36027____
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

_____        _334-687-2127_____
[PRINT CELL PHONE NUMBER]        [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
         Plaintiffs                )
                                        )
                                        )
         v.                        )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
         Defendant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Arthur L. Mahone_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Division LLC_
                                                    [Employer]

    at the facility located in _Bakerhill AL_. I worked at this location
                            [City/State]

    from _May 2007_ to _July 2007_.
          [Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___30___ day of ___January___, 2008

___Arthur L Mahone___        ___Arthur L. Mahone___
[PRINT NAME]                 [SIGN NAME]

___36 Margaret Drive___      ___Eufaula AL 36027___
[PRINT STREET ADDRESS]       [PRINT CITY, STATE, ZIP CODE]

___(334) 695-8257___         ___(334) 870-2271___
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.        )
                           )
             Plaintiffs     )
                           )
                           )
          v.             )     No. 2:06-CV-1081MEF
                           )
EQUITY GROUP EUFAULA     )
DIVISON LLC,             )
                           )
            Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Patricia Merrill_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group of Eufaula Division_
[Employer]

   at the facility located in _Bakerhill, Alabama_. I worked at this location
   [City/State]

   from _July 29, 1999_ to _Present_.
   [Date]              [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __17th__ day of __January__ , ~~2007~~ 2008

_Patricia Merrill_
[PRINT NAME]

_Patricia Merrill_
[SIGN NAME]

_819 Dale Road_
[PRINT STREET ADDRESS]

_Eufaula, Alabama 36027_
[PRINT CITY, STATE, ZIP CODE]

_(334) 441-7591_
[PRINT CELL PHONE NUMBER]

_(334) 687-4664_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                                )
            Plaintiffs      )
                                )
                                )
         v.              )     No. 2:06-CV-1081MEF
                                )
EQUITY GROUP EUFAULA    )
DIVISON LLC,              )
                                )
            Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Jessica Newmen_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
[Employer]

   at the facility located in _Eufula, Ala_. I worked at this location
[City/State]

   from _July 31, 2007_ to _Aug 3, 2007_.
[Date]           [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _23_ day of _December_, 2007

_Jessica Dienna Newman_
[PRINT NAME]

_Jessica D. Newman_
[SIGN NAME]

_941.Co.Rd. 32 Foot_
[PRINT STREET ADDRESS]

_Headland AL. 36345_
[PRINT CITY, STATE, ZIP CODE]

_(334) 798-3146_
[PRINT CELL PHONE NUMBER]

_(334) 803-0393_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

*Regina Denise Oliver* states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by *Equity Group Eufaula Divisallc*
    [Employer]
    at the facility located in *Bakerhill Al.* I worked at this location
    [City/State]
    from *March 04* to *April 04*.
    [Date]                [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___30___ day of ___December___, 2007

_Regina Denise O'Harn_    _Regina Denise O'Hara_
[PRINT NAME]                      [SIGN NAME]

_109 Jordan Street_    _Abbeville AL 36310_
[PRINT STREET ADDRESS]    [PRINT CITY, STATE, ZIP CODE]

_____    _(334) 585-9978_
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                                    )
                Plaintiffs                )
                                                    )
                                                    )
              v.                )      No. 2:06-CV-1081MEF
                                                    )
EQUITY GROUP EUFAULA                )
DIVISON LLC,                )
                                                    )
                Defendant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Dennis Parhams__ states the following:
     [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by __Terese Laster__
                                                             [Employer]
    at the facility located in __Equity Group Eufaula Division__ I worked at this location
                                   [City/State]
    from __8-7-2007__ to __9-10-2007__.
          [Date]                  [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ~~1-14~~ day of _____, 2007

*1-14-08*

Denn's Parhams
[PRINT NAME]

Dennis Parhams
[SIGN NAME]

224 Rail Road ST
[PRINT STREET ADDRESS]

Midway Al. 36053
[PRINT CITY, STATE, ZIP CODE]

1-334-689-274
[PRINT CELL PHONE NUMBER]

334-529-3132
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
              Plaintiffs    )
                                        )
                                        )
              v.             )     No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
              Defendant.     )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Glenda Reed_____ states the following:
    [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or (formerly) employed by _Equity Group Eufaula_
   [Employer]
   at the facility located in _Baker Hill, Alabama_. I worked at this location
                 [City/State]
   from _7-06_____ to _8-06_____.
        [Date]        [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___30___ day of ~~_____~~ Jan. _____, 2008

_Glenda Reed_
[PRINT NAME]

_Glenda Reed_
[SIGN NAME]

_P.O. Box 53_
[PRINT STREET ADDRESS]

_Blakely, Georgia  39823_
[PRINT CITY, STATE, ZIP CODE]

_(229) 368-5799_
[PRINT CELL PHONE NUMBER]

_(229) 724-7249_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.               )
                                       )
                    Plaintiffs         )
                                       )
                                       )
          v.                           )        No. 2:06-CV-1081MEF
                                       )
EQUITY GROUP EUFAULA                   )
DIVISON LLC,                           )
                                       )
                    Defendant.         )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

*Linda Rogers* states the following:
    [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by *Equity Group*
                                     [Employer]
   at the facility located in *Eufula Ala* I worked at this location
                                [City/State]
   from *June 18 - 07* to *Present*.
        [Date]           [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___4___ day of ___Feb ___ 08___, 2007

_Linda Rogers_
[PRINT NAME]

_Linda Rogers_
[SIGN NAME]

_P.O Box 711_
[PRINT STREET ADDRESS]

_Fort Gaines Ga 39851_
[PRINT CITY, STATE, ZIP CODE]

_229-308-4733_
[PRINT CELL PHONE NUMBER]

_229-308-4733_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
                Plaintiffs        )
                                  )
                                  )
        v.                        )          No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
                Defendant.        )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Veronica Smith_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Equity Group Eufaula (Keystones)_ [Employer]
     at the facility located in _Broken hill, Ala_. I worked at this location [City/State]
     from _7-12-05_ to _12-21-07_ . [Date]   [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___23___ day of ___December___, 2007

___Veronica Smith___
[PRINT NAME]

___Veronica Smith___
[SIGN NAME]

___20 Robinson St Apt 6-In___
[PRINT STREET ADDRESS]

___Clio Ala 36027___
[PRINT CITY, STATE, ZIP CODE]

___334-372-8446___
[PRINT CELL PHONE NUMBER]

___N/A___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
              Plaintiffs          )
                                  )
                                  )
         v.                       )          No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
              Defendant.          )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

I, _Phyllimenia Tampa_ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Div_
      [Employer]
      at the facility located in _Bakerhill AL_ . I worked at this location
      [City/State]
      from _3-26-07_ to _6-29-07_ .
           [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _Dec_ day of _21_____, 2007

_Phyllimenia Tamplin_
[PRINT NAME]

_Phyllimenia Tamplin_
[SIGN NAME]

_133 Hendersonst_
[PRINT STREET ADDRESS]

_Cuthbert, GA. 39840_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_229-732-3699_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.     )
                              )
           Plaintiffs      )
                              )
                              )
          v.             )    No. 2:06-CV-1081MEF
                              )
EQUITY GROUP EUFAULA     )
DIVISON LLC,               )
                              )
           Defendant.     )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Essie White_ states the following:
     [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
                                               [Employer]
    at the facility located in _Baker Hill Ala_ . I worked at this location
                            [City/State]
    from _2004_ to _2008_ .
          [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____14th_____ day of _____2008_____, 2007

_____Essie White_____
[PRINT NAME]

X _Essie M. White_
[SIGN NAME]

_____P.O. Box 271_____
[PRINT STREET ADDRESS]

_____Clayton Ala 36016_____
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_____334 775-9725_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Lazadénia White_ states the following:
    [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this    *y e s*
    matter.

2.  I am currently, or formerly, employed by _Equity Group Eufaula division_
                                                [Employer]

    at the facility located in _Eufaula AL/A_ . I worked at this location
                                [City/State]

    from _2008_ to _2006_ .
          [Date]           [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre
    and post shift activities from my employer. I also understand that the lawsuit
    may seek recovery for unpaid time during my shift. I understand that the suit
    is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked,
    including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
    any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____14_____ day of _____2 0 0 8_____, 2007

_Lazadenian White_
[PRINT NAME]

_Lerzadenian white_
[SIGN NAME]

_P. 6, Box 271_
[PRINT STREET ADDRESS]

_Clayton Ala 36016_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

334
(~~256~~) ~~000~~ 775 - 9725
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.  )
                        )
               Plaintiffs    )
                        )
                        )
           v.                )    No. 2:06-CV-1081MEF
                        )
EQUITY GROUP EUFAULA    )
DIVISON LLC,              )
                        )
            Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Jasmine Williams_ states the following:
    [Print Name]

1.      I am over 18 years of age and competent to give the following consent in this matter.

2.      I am currently, or formerly, employed by _Equity Group Eufaula Division LLC_
                                                    [Employer]
     at the facility located in _Eufaula, Alabama_ . I worked at this location
                                 [City/State]
     from _May 21, 2007_ to _July 29, 2007_ .
           [Date]              [Date, or if still working write present]

3.      I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.      I believe I have not been paid for all compensable time which I have worked, including overtime.

5.      I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _23_ day of _December_ , 2007

_Jasmine Williams_
[PRINT NAME]

_Jasmine Williams_
[SIGN NAME]

_32 Boyd Drive_
[PRINT STREET ADDRESS]

_Clayton, AL 36016_
[PRINT CITY, STATE, ZIP CODE]

_(334)695-7012_
[PRINT CELL PHONE NUMBER]

_(334)-775-3837_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
             Plaintiffs        )
                                        )
                                        )
             v.               )      No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
             Defandant.       )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Shavonne L. Williams_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group (Eufaula Division)_
                                           [Employer]
    at the facility located in _Eufaula AL_. I worked at this location
                           [City/State]
    from _11/2006_ to _09/2007_.
         [Date]                [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _11_ day of _January_, 200_8_

_Shavonne L. Williams_
[PRINT NAME]

_[signature]_
[SIGN NAME]

_188 Hood St. Rural Rout. 3_
[PRINT STREET ADDRESS]

_Cuthbert, GA 39840_
[PRINT CITY, STATE, ZIP CODE]

_N/A_
[PRINT CELL PHONE NUMBER]

_(229) 732-6597_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                        )
          Plaintiffs          )
                                          )
                                          )
          v.          )        No. 2:06-CV-1081MEF
                                          )
EQUITY GROUP EUFAULA          )
DIVISON LLC,          )
                                          )
          Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Otis T Womack_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group of Eufaula (chicken plant)_
                                                        [Employer]
    at the facility located in _Bakerhill, Alabama_. I worked at this location
                                     [City/State]
    from _Feb. 2005_ to _Sept. 2005_.
          [Date]                   [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___9___ day of ___Jan._____ , ~~2007~~ 2008

Otis Womack
[PRINT NAME]

Otis Womack
[SIGN NAME]

101 Jackson St.
[PRINT STREET ADDRESS]

Eufaula, Al. 36027
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

(334) 687-0013
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )     No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defandant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Chermane Baskin_____ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Equity Group_____
                                                        [Employer]
      at the facility located in _Eufaula, AL_____. I worked at this location
                                    [City/State]
      from_05-26-06___ to _08-12-06_____.
            [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____22_____ day of _____12_____, 2007

Chermane Baskin
[PRINT NAME]

Chermane Baskin
[SIGN NAME]

1000 Bloomfield Apt 120
[PRINT STREET ADDRESS]

Union Spring, AL, 36089
[PRINT CITY, STATE, ZIP CODE]

(334) 782-3324
[PRINT CELL PHONE NUMBER]

(334) 738-8671
[PRINT HOME PHONE NUMBER]