**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | | |
|---|---|---|
| **BETTY ANN BURKS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-01081-MEF-DRB** |
| | § | |
| **EQUITY GROUP EUFAULA** | § | |
| **DIVISION, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

<u>**NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN**</u>

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, ROY JASON ALLEN, SHAWANA BROOKS, YVONNE BROOKS, TINA L. BURNETT, BRENDA HARCOM, ADRIAN SCOVIL JACKSON, DAVID S. JONES, PATTY ANN JONES, BRYAN KELLY, NISHIEKA LASETER, SANDRA J. LEHR, MARVIN MCELROY, WANDRA S. MCLENDON, DERRICK LASHUN NEWBY, MARVIN J. PARKER, ISHMAEL T. SHORTER, IV, WALTER WHIGHAM and DENISE WILLIAMS, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: <u>February  19, 2008</u>

Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

<u>/s/ Robert J. Camp</u>
**ROBERT JOSEPH CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I electronically filed the above Notice of Filing Additional Notices of Consent to Join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Howard A. Rosenthal
Malcolm S. Gould
Pelino & Lentz, P.C.
One Liberty Place, 32nd Floor
1650 Market Street

Philadelphia, PA 1910-7393
Phone: 215-246-3165
Fax: 215-665-1536
Attorney for Defendant

Richard Martin Adams
Parkman@graceba.net

Richard Celler
Richard@cellerlegal.com

Malcolm S. Gould
msgould@pelino.com

James W. Parkman, III
parkman@graceba.net

Maurice John Steensland, III
parkman@graceba.net

William C. White, II
parkman@graceba.net

/s/ Robert J. Camp_____
**ROBERT J. CAMP**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
        Plaintiffs                   )
                                            )
                                            )
        v.                           )     No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
        Defendant.                   )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Ray Jason Allen_ states the following:
  [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group, LLC_
                                             [Employer]
    at the facility located in _Eufaula, AL_ . I worked at this location
                                [City/State]
    from _NOV 5 2001_ to _Present_ .
          [Date]          [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 30 day of JAN , 2008

ROY JASON Allen          Roy Jason Allen

[PRINT NAME]                    [SIGN NAME]

1026 Whispering Pines Dr  EUFAULA AL 36027

[PRINT STREET ADDRESS]     [PRINT CITY, STATE, ZIP CODE]

                              334 687 4528

[PRINT CELL PHONE NUMBER]   [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
        Plaintiffs                  )
                                            )
                                            )
        v.                          )          No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
        Defendant.                  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Shawana Brooks_____ states the following:
      [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this
     matter.

2.   I am currently, or formerly, employed by _Equity Group Eufaula Div, LLC_
                                                   [Employer]
     at the facility located in _Baker Hill, Al_ . I worked at this location
                                 [City/State]
     from _11-11-04_ to _Present_____.
        [Date]          [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre
     and post shift activities from my employer. I also understand that the lawsuit
     may seek recovery for unpaid time during my shift. I understand that the suit
     is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
     any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___1___ day of ___12_____, 2007

_Shawana Brooks_
[PRINT NAME]

_Shawana Brooks_
[SIGN NAME]

_214 Apt. F4 Howellmill Road_
[PRINT STREET ADDRESS]

_Cuthbert GA 39840_
[PRINT CITY, STATE, ZIP CODE]

_229-310-0072_
[PRINT CELL PHONE NUMBER]

_229-732-9527_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                      Plaintiffs            )
                                            )
                                            )
              v.                            )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                      Defendant.            )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_____Yvonne Brooks_____ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by ___Keystone___
                                                    [Employer]
      at the facility located in _Baker Hill Ala._ I worked at this location
                                    [City/State]
      from _7-2000_ to ___now present___
             [Date]        [Date, or if still working write present] (PL)

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____10_____ day of _____Feb_____, 2007

_____Yvonne Brooks_____
[PRINT NAME]

_____Yvonne Brooks_____
[SIGN NAME]

_1842 Tarrer Dr_
[PRINT STREET ADDRESS]

_Blakely Ga 39823_
[PRINT CITY, STATE, ZIP CODE]

_229-308-6007_
[PRINT CELL PHONE NUMBER]

_229-723-5404_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.       )
                            )

            Plaintiffs     )
                            )

                            )
          v.              )     No. 2:06-CV-1081MEF
                            )

EQUITY GROUP EUFAULA     )
DIVISON LLC,               )
                            )

            Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Tina L. Burnett_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.
2.     I am currently, or formerly, employed by _Equity Group Eufula Divison_
[Employer]
    at the facility located in _Baker Hill AlaBama_. I worked at this location
[City/State]
    from _8-19-04_ to _Present_.
[Date]           [Date, or if still working write present]

3.     I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the \_\_\_\_ day of _____ , 2007

Tina L. Burnett
[PRINT NAME]

Tina L. Burnett
[SIGN NAME]

227 South Street
[PRINT STREET ADDRESS]

Cuthbert, Ga 39840
[PRINT CITY, STATE, ZIP CODE]

Boyfriend Jessie Parkman 229-310 2712
[PRINT CELL PHONE NUMBER]

229-732-6179
[PRINT HOME PHONE NUMBER]

Brother Zimbolist Fields
229-310 9537

Sister-n-law Aleshia Fields
229-310-9539

My Cousin
Tracey Stephen
229-310-0529
310 2921
310-2028
310-3845
310-3138

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
        v.                                  )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.
2.    I am currently, or formerly, employed by _____
                                                            [Employer]
      at the facility located in _____. I worked at this location
                                      [City/State]
      from _____ to _____.
              [Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____ day of _____, 2007

_____
[PRINT NAME]

_____
[SIGN NAME]

_____
[PRINT STREET ADDRESS]

_____
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
            Plaintiffs            )
                                  )
                                  )
        v.                        )        No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
            Defendant.            )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Adrian Seovil Jackson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.
2.    I am currently, or formerly, employed by _Equity Group Eufavia Division LLC_
      _Keyston food_
      [Employer]
      at the facility located in _Baker hill AL_ . I worked at this location
      [City/State]
      from _7/9/99_         to _Still working_                    .
      [Date]                [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _12_ day of _26,_ _____, 2007

_Adrian Scovil Jackson_
[PRINT NAME]

_Adrian Scovil Jackson_
[SIGN NAME]

_2154 Mt Coney Church Rd_
[PRINT STREET ADDRESS]

_Midway AL 36053_
[PRINT CITY, STATE, ZIP CODE]

_(334) 369-8036_
[PRINT CELL PHONE NUMBER]

_(334) 529-3635_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
            Plaintiffs                      )
                                            )
                                            )
        v.                                  )      No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
            Defandant.                      )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__David S. Jones__ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by __Equity Group__
                                                        [Employer]
      at the facility located in __Bakerhill, AL.__ . I worked at this location
                                        [City/State]
      from __June 07__ to __Present__.
           [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 11th day of February , 2008

David S. Jones
[PRINT NAME]

David S. Jones
[SIGN NAME]

191 Johnson Rd
[PRINT STREET ADDRESS]

Midway, AL. 36053
[PRINT CITY, STATE, ZIP CODE]

334-430-2278
[PRINT CELL PHONE NUMBER]

334-529-3018
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                  Plaintiffs            )
                                        )
                                        )
        v.                              )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                  Defendant.            )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Patty Ann Jones_ states the following:
           [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Division LLC_
      at the facility located in _Eufaula, AL_ . I worked at this location
                                  [City/State]
      from _3-25-06_ to _7- -2008_ .
            [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____ day of _____, 2007

~Patty Ann Jones~
[PRINT NAME]

~Patty Ann Jones~
[SIGN NAME]

P.O. Box 603
[PRINT STREET ADDRESS]

Hurtsboro Al. 36860
[PRINT CITY, STATE, ZIP CODE]

(334) 750-3901
[PRINT CELL PHONE NUMBER]
3901

_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                  )
                                 )
              Plaintiffs                  )
                                 )
                                 )
              v.                  )    No. 2:06-CV-1081MEF
                                 )
EQUITY GROUP EUFAULA                  )
DIVISON LLC,                  )
                                 )
              Defendant.                  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_____Bryan Kelly_____ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by ___formerly (Equity Group Eufaula)___
                                             [Employer]
    at the facility located in___Baker hill , AL___. I worked at this location
                             [City/State]
    from___June 2006___ to ___Aug, 2006___.
          [Date]           [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _Di_ day of _Dec._ , 2007

_Bryan Kelly_
[PRINT NAME]

_By Sely_
[SIGN NAME]

_901 S, Ussery St Apt B-3_
~~905 H end St Apt B-4~~
[PRINT STREET ADDRESS]

_Dothan Al      36301_
[PRINT CITY, STATE, ZIP CODE]

_334 618 0442_
[PRINT CELL PHONE NUMBER]

[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Nishieka  Laseter_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Eufaula, AL_ . I worked at this location from
[Name of plant]
[City/State]
_~~Sep 28, 2008~~_ to _____.
[Date]                [Date, or if still working write "present"]
_June 05, 2005 to August 2006_

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Eufaula, AL_, and
[Name of Plant]
[City/State]
possibly other plants owned by _Equity Group LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _January_, 2008.


_Nishieka Laseter_
[PRINT NAME]

_Nishieka Laseter_
[SIGN NAME]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
        v.                              )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

___*Sandra J. Lehr*___ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by *Equity Group Eufaula Divison*
      _____[Employer]
      at the facility located in *Bakerhill, Al,* . I worked at this location
                                [City/State]
      from *5/18/03* to *9/11/07* .
            [Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _30th._ day of _December_ , 2007

_SANDRA J. LEHR_
[PRINT NAME]

_Sandra J. Lehr_
[SIGN NAME]

_3910 South Eufaula Ave._
[PRINT STREET ADDRESS]

_Eufaula, Al. 36027_
[PRINT CITY, STATE, ZIP CODE]

_334-695-3382_
[PRINT CELL PHONE NUMBER]

_334-687-4347_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.               )
                                        )
            Plaintiffs                  )
                                        )
                                        )
        v.                              )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
            Defendant.                  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Marvin McElroy_____ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Equity Group_____
                                                        [Employer]
      at the facility located in _Baker Hill  Eufaula, Al_ I worked at this location
                                          [City/State]
      from _11-6-2000_ to _01-06-2007_.
            [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___28___ day of ~~Jan. &~~ Dec. , 2007

_Marvin F. McElroy_
[PRINT NAME]

_Marvin McElroy_
[SIGN NAME]

_473 Highway 27_
[PRINT STREET ADDRESS]

_Georgetown Ga. 39854_
[PRINT CITY, STATE, ZIP CODE]

_None_
[PRINT CELL PHONE NUMBER]

_229-334-9023_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.     )
                                )
          Plaintiffs      )
                                )
                                )
          v.             )     No. 2:06-CV-1081MEF
                                )
EQUITY GROUP EUFAULA    )
DIVISON LLC,               )
                                )
          Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Wandra S. Mclendon_ states the following:
    [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group_ [Employer] at the facility located in _Bakerhill, AL._ [City/State]. I worked at this location from _May 21, 2007_ [Date] to _June 13, 2007_ [Date, or if still working write present].

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____ day of _____, 2007

Wandra S. McLendon
[PRINT NAME]

[SIGN NAME]

106 Pine Street
[PRINT STREET ADDRESS]

Abbeville, AL. 36310
[PRINT CITY, STATE, ZIP CODE]

(334) 632-8166
[PRINT CELL PHONE NUMBER]

(334) 585-2918
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
        Plaintiffs                  )
                                            )
                                            )
        v.                          )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
        Defendant.                  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Derrick Lashun Newton_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Keystone Equity Group_
    [Employer]
    at the facility located in _Baker Hill, AL_ . I worked at this location
    [City/State]
    from _07 23 07_ to _Present_ .
    [Date]                    [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 13 day of January , 2007 2008

Derrick Les hun Newby
[PRINT NAME]

Derrick L New J
[SIGN NAME]

206 County Road 127
[PRINT STREET ADDRESS]

Union Springs AL 36089
[PRINT CITY, STATE, ZIP CODE]

334 202 3500
[PRINT CELL PHONE NUMBER]

334 738 3865
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defandant. | ) | |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Marvin J. Parker Jr._ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Divison_
[Employer]
at the facility located in _Alabama_. I worked at this location
[City/State]
from _Jan 2007_ to _Present_.
[Date]                              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _Jan_ day of ____15____, 2005

_Marvin J Parker Jr_
[PRINT NAME]

_Marvin Parker Jr._
[SIGN NAME]

_82 North Rd_
[PRINT STREET ADDRESS]

_Union Springs AL 36089_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334 738-2439_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
              v.                            )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defandant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Ishmael I Snorter IV_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _EQUITY Group_
      _Baekehill_ [Employer]
      at the facility located in _Eufaula AL_. I worked at this location
      [City/State]
      from _3 - 19 - 04_ to _Present_.
      [Date]                    [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___5___ day of ___Feb._____, 2007

___Ishmael T. Shorter___     ___Ishmael T. Shorter___
[PRINT NAME]     [SIGN NAME]

___610 Comer Ave___     ___Eufaula AL. 36027___
[PRINT STREET ADDRESS]     [PRINT CITY, STATE, ZIP CODE]

_____     ___334 - 616 - 7156___
[PRINT CELL PHONE NUMBER]     [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
      Plaintiffs                        )
                                            )
                                            )
      v.                                )    No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
      Defendant.                        )

## <u>CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.</u>

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Walter Whigham_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter. yes

2.    I am currently, or <u>formerly</u>, employed by _Equity Group Eufaula_
                                                     [Employer]
    at the facility located in _Bakerhill Al_ . I worked at this location
                                [City/State]
    from _June 2000_ to _may 2005_ .
           [Date]         [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any. yes

4.    I believe I have not been paid for all compensable time which I have worked, including overtime. yes

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case. yes

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____12_____ day of _____~~Feb~~ Dec_____, 2007

_____Walter Whisham_____
[PRINT NAME]

_____Walter Whisham_____
[SIGN NAME]

_____15 myra Cir E_____
[PRINT STREET ADDRESS]

_____Eufaula Al, 36027_____
[PRINT CITY, STATE, ZIP CODE]

_____334-355-8989 334 775-8393_____
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al,. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| | ) |
| v. | )    No. 2:06-CV-1081MEF |
| | ) |
| EQUITY GROUP EUFAULA | ) |
| DIVISON LLC, | ) |
| | ) |
| Defandant. | ) |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Denise Williams_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Cp Equity Group_____
[Employer]
at the facility located in _Baker hill_____. I worked at this location
[City/State]
from_D8 - 06 - 1998__ to _7- 30 -04_____.
[Date]                    [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___*12*___ day of ___*21 - 0 7*___, 2007

___*Denise williams*___                ___*Denise williams*___
[PRINT NAME]                           [SIGN NAME]

___*614 county Road 25*___             ___*midway ALA 36053*___
[PRINT STREET ADDRESS]                 [PRINT CITY, STATE, ZIP CODE]

_____               ___*334-775-8689*___
[PRINT CELL PHONE NUMBER]              [PRINT HOME PHONE NUMBER]