## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BETTY ANN BURKS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-01081-MEF-DRB** |
| | § | |
| **EQUITY GROUP EUFAULA** | § | |
| **DIVISION, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN</u>

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, DEBORAH L. DEAN, VICKIE HENLEY, JOHNNIE HILDRETH, ALLEN HOLLOWAY, NATARCIA MCGHEE WALKER, LAWANDA MORRIS, LEKEYA NORRIS, CHRISTOPHER PARKER, LEON R. SLAUGHTER, GEORGE SURLES, ELAINE DELORES THOMAS, IESHIA AUSTIN, DEXTER M. COOKS, JACQUELINE S. THOMPKINS, SHERISSAL TONEY, and JERMAINE D. WILBERT, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: <u>March 4, 2008</u>

Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

<u>/s/ Robert J. Camp</u>
**ROBERT JOSEPH CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 4, 2008, I electronically filed the above

Notice of Filing Additional Notices of Consent to Join with the Clerk of the

District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
<u>scherry@cochranfirm.com</u>

Lance Harrison Swanner
Attorney for Plaintiffs
<u>lswanner@cochranfirm.com</u>

Bernard D. Nomberg
Attorney for Plaintiffs

bnomberg@cochranfirm.com

Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Howard A. Rosenthal
Malcolm S. Gould
Pelino & Lentz, P.C.
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 1910-7393
Phone: 215-246-3165
Fax: 215-665-1536
Attorney for Defendant

Richard Martin Adams
Parkman@graceba.net

Richard Celler
Richard@cellerlegal.com

Malcolm S. Gould
msgould@pelino.com

James W. Parkman, III
parkman@graceba.net

Maurice John Steensland, III
parkman@graceba.net

William C. White, II
parkman@graceba.net

/s/ Robert J. Camp_____
**ROBERT J. CAMP**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
          Plaintiffs            )
                                        )
                                        )
        v.                          )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
          Defendant.            )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Ieshia Austin__ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by __Equity Group__
                                         [Employer]
    at the facility located in __Baker Hill AL.__ . I worked at this location
                                 [City/State]
    from __8-22-07__ to __present__ .
          [Date]           [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the **18th** day of **Feb.** , 200**8**

_Ieshia Austin_
[PRINT NAME]

_Ieshia Austin_
[SIGN NAME]

_416 hwy 131_
[PRINT STREET ADDRESS]

_Eufaula, AL. 36027_
[PRINT CITY, STATE, ZIP CODE]

_(334)695-5653_
[PRINT CELL PHONE NUMBER]

_(334)687-2582_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Dexter M. Cooks__ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by __Keystone Equity Group, LLC__
    [Employer]
    at the facility located in __Eufaula, AL Barbour County__ I worked at this location
    [City/State]
    from __5-1-2007__ to __01-18-2008 PRESENT__.
    [Date]                         [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _12_ day of _December_, 2007

_Dexter Cooks_
[PRINT NAME]

_Dexter Cook_
[SIGN NAME]

_961 Cade circle_
[PRINT STREET ADDRESS]

_Union Springs Al. 36089_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334-738-8069_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
           Plaintiffs     )
                                        )
                                        )
           v.             )       No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
           Defendant.     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Debirah L Dean_ states the following:
     [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Divison_ [Employer] at the facility located in _Eufaula, AL_ [City/State]. I worked at this location from _Feb 8 2006_ [Date] to _March 22 2007_ [Date, or if still working write present].

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 2-8-2006 _____ day of 3-22-2007 _____, 2007

Deborah Dean
[PRINT NAME]

Deborah Dean
[SIGN NAME]

2111 S. Randloph ave
[PRINT STREET ADDRESS]

Eufaula Ala, 36027
[PRINT CITY, STATE, ZIP CODE]

370-6480    334-688-8613
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Vickie Henley_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group, LLC_
      [Employer]
      at the facility located in _Bakerhill, AL_. I worked at this location
      [City/State]
      from _07|09|07_ to _present_.
      [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _12th_ day of _February_, 200*8*

_Vickie Henley_
[PRINT NAME]

_Vickie Henley_
[SIGN NAME]

_A-5 Chatt. Cts._
[PRINT STREET ADDRESS]

_Eufaula Al. 36027_
[PRINT CITY, STATE, ZIP CODE]

_(334) 689-9297_
[PRINT CELL PHONE NUMBER]

_(334) 616-6853_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
      Plaintiffs                        )
                                            )
                                            )
      v.                                )    No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
      Defendant.                        )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Johnnie Hildreth_ states the following:
     [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula_
                                              [Employer]
    at the facility located in _Bakerhill_. I worked at this location
                            [City/State]
    from _10/3/1999_ to _1/13/2004_.
        [Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 12/20/07 day of 12/20/07 , 2007

Johnie Hildreth
[PRINT NAME]

Johnie Hildreth
[SIGN NAME]

C-19 Chattahoochee Cts. Eufaula AL 36027
[PRINT STREET ADDRESS]     [PRINT CITY, STATE, ZIP CODE]

334-695-6842
[PRINT CELL PHONE NUMBER]

334-688-5090
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                     )
                                             )
              Plaintiffs                     )
                                             )
                                             )
       v.                                    )        No. 2:06-CV-1081MEF
                                             )
EQUITY GROUP EUFAULA                         )
DIVISON LLC,                                 )
                                             )
              Defendant.                     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_ALLEN Holloway_ states the following:
     [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group, LLC_
                                                    [Employer]
    at the facility located in _BAKEHILL ALA_ . I worked at this location
                                [City/State]
    from _1 2005_ to _2 2006 NO_ .
        [Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _12-21oo7_ day of _12-21-oo7_ , 2007

_ALLEN HoLLowAx_
[PRINT NAME]

_allen Halloway_
[SIGN NAME]

_1244 Bud GARY Rd,_
[PRINT STREET ADDRESS]

_CLAYTon ALA-36016_
[PRINT CITY, STATE, ZIP CODE]

_1334-6218174_
[PRINT CELL PHONE NUMBER]

_1334 775 9931_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                         )
            Plaintiffs                   )
                                         )
                                         )
        v.                               )      No. 2:06-CV-1081MEF
                                         )
EQUITY GROUP EUFAULA                     )
DIVISON LLC,                             )
                                         )
            Defendant.                   )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Natarcia McGhee-Walker_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Equity Group, LLC_
                                                          [Employer]
      at the facility located in _Eufaula, AL_ . I worked at this location
                                  [City/State]
      from _09-25-06_ to _Feb-07_ .
           [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21_ day of _Feb_ , 2008

_Natorcia M. Walker_
[PRINT NAME]

_Natarcia M Walker_
[SIGN NAME]

_858 MLK_
[PRINT STREET ADDRESS]

_Ft Gaines, Ga. 39851_
[PRINT CITY, STATE, ZIP CODE]

_(229) 308-2145_
[PRINT CELL PHONE NUMBER]

_229-768-2960_
[PRINT HOME PHONE NUMBER]
_2963_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.               )
                                       )
                   Plaintiffs          )
                                       )
                                       )
              v.                       )        No. 2:06-CV-1081MEF
                                       )
EQUITY GROUP EUFAULA                   )
DIVISON LLC,                           )
                                       )
                   Defandant.          )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Lawanda Morris_ states the following:
     [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula Divison LLC._
                                                     [Employer]

   at the facility located in _Barker Hill, AL_ . I worked at this location
                                   [City/State]

   from _April 2004_ to _September January 2007_
           [Date]                       [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___28___ day of ___December___, 2007

_Lawanda morris_
[PRINT NAME]

_Lawanda Morris_
[SIGN NAME]

_415 South Randolph AVE_
[PRINT STREET ADDRESS]

_Eufaula AL 36027_
[PRINT CITY, STATE, ZIP CODE]

_(334)441-6167_
[PRINT CELL PHONE NUMBER]

_(334)688-5046_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Lekeya Norris_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group, LLC_
    [Employer]
    at the facility located in _Bakerhill, AL_ . I worked at this location
    [City/State]
    from _11-6-06_ to _07-27-07_ .
    [Date]            [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ~~12~~ day of _27_ , 2007

Lekeya Norris
[PRINT NAME]

_Lekeya Norris_
[SIGN NAME]

460 8th St
[PRINT STREET ADDRESS]

Elyria, Ohio 44035
[PRINT CITY, STATE, ZIP CODE]

1-440-506-4415
[PRINT CELL PHONE NUMBER]

1 440-323-1715
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
              Plaintiffs              )
                                            )
                                            )
          v.                               )      No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
             Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Christopher Parker_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Key Store Cook Plant_ ~~Equity Group LLC~~
   [Employer]
   at the facility located in _Baker H111, AL._ . I worked at this location
   [City/State]
   from _Sept. 05_ to _Nov. 05_ .
   [Date]        [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __18th__ day of __January__, 2007

_Christopher Parker_
[PRINT NAME]

_Christopher Parker_
[SIGN NAME]

_Lee St. P.O.Box 2_
[PRINT STREET ADDRESS]

_Midway, AL. 36053_
[PRINT CITY, STATE, ZIP CODE]

_(334) 315-0449_
[PRINT CELL PHONE NUMBER]

_(334) 529-8365_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Leon R. Slaughter_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by ___Equity Group, LLC___
                                                                 [Employer]

    at the facility located in _Baker Hill Alambca_. I worked at this location
                                   [City/State]

    from _Aug. 04, 2007_ to _Dec. 3, 07_ .
          [Date]                   [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __30__ day of ___Dec.___, 2007

_Leon R. Slaughter_
[PRINT NAME]

_Leon R. Slaughter_
[SIGN NAME]

_320 B Morgan Street_
[PRINT STREET ADDRESS]

_Cuthburt Georgia 39840_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_229-732-2512_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,. )
                        )
            Plaintiffs  )
                        )
                        )
        v.              )        No. 2:06-CV-1081MEF
                        )
EQUITY GROUP EUFAULA    )
DIVISON LLC,            )
                        )
            Defendant.  )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_George Surles_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Division_
                                              [Employer]
      at the facility located in _Eufaula Al_ . I worked at this location
                                [City/State]
      from _4/06_ to _12/06_ .
           [Date]      [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___91___ day of ___Dec___, 2007

George Surles
[PRINT NAME]

George Surles
[SIGN NAME]

804 Thomas St
[PRINT STREET ADDRESS]

Union Springs Al 36089
[PRINT CITY, STATE, ZIP CODE]

334) 703-3397
[PRINT CELL PHONE NUMBER]

334) 738-3495
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                   )
              Plaintiffs           )
                                   )
                                   )
         v.                        )          No. 2:06-CV-1081MEF
                                   )
EQUITY GROUP EUFAULA               )
DIVISON LLC,                       )
                                   )
              Defendant.           )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Elaine Deloris Thomas_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group Eufaula Divison LLC,_
    [Employer]
    at the facility located in _57 Melvin Clark Rd_ . I worked at this location
    [City/State] _Baker Hill Al 36027_
    from _8/1/2000_ to _3/29/2008_ .
    [Date]        [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___12___ day of ___23 / 2007___, 2007

_Elaine D. Thomas_
[PRINT NAME]

_Elaine D. Thomas_
[SIGN NAME]

_P.O. Box 381_
[PRINT STREET ADDRESS]

_Union Spings Al 36089_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_1-334-738-3571_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                )
        Plaintiffs                 )
                                )
                                )
        v.                          )   No. 2:06-CV-1081MEF
                                )
EQUITY GROUP EUFAULA            )
DIVISON LLC,                         )
                                )
        Defendant.                  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Jacqueline S. Thompkins_ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group, LLC_ ~~Chavespakhand~~
                                            [Employer]
    at the facility located in _Bakerhill, Alabama_. I worked at this location
                            [City/State]
    from _July 2002_ to _March ? 2004_.
        [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _27_ day of _December_ , 2007

Jacqueline Thompkins
[PRINT NAME]

Jacqueline Thmpk.
[SIGN NAME]

298 W.RR.Ave.
[PRINT STREET ADDRESS]

Union Springs Al. 36089
[PRINT CITY, STATE, ZIP CODE]

703-1905
(334) 707-3749
[PRINT CELL PHONE NUMBER]

(334) 296-2454
[PRINT HOME PHONE NUMBER]

New address:
822 peachburgs circle
Union Springs Al. 36089

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
          v.                            )          No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Sherissal Toney__ states the following:
　　　　[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by __Equity Group, LLC__
                                              [Employer]
      at the facility located in __Eufaula, AL__. I worked at this location
                                  [City/State]
      from __2-19-07__ to __Present__.
            [Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ~~Dec2~~ day of ~~Dec~~ 16 _____, 2008

Sherisal
[PRINT NAME]

Sherisal Toney
[SIGN NAME]

1495 Co Rd 49
[PRINT STREET ADDRESS]

Midway AL 36053
[PRINT CITY, STATE, ZIP CODE]

334 - ~~~~ 355 1954
[PRINT CELL PHONE NUMBER]

334 - 529 - 4020
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                     )
                                             )
              Plaintiffs       )
                                             )
                                             )
              v.               )       No. 2:06-CV-1081MEF
                                             )
EQUITY GROUP EUFAULA                         )
DIVISON LLC,                                 )
                                             )
              Defendant.       )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Jermaine O. Wilbert_ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or <u>formerly</u>, employed by _Equity Group Eufaula_
                                        [Employer]
    at the facility located in _Baker H, ll, AL_. I worked at this location
                          [City/State]
    from _Aug. 22, 07_ to _Dec. 10, 07_.
        [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20th_ day of _December_ , 2007

_Jermaine D Wilberd_
[PRINT NAME]

_Jermaine Wilberd_
[SIGN NAME]

_1075 Sardis Rd Apt 7c_
[PRINT STREET ADDRESS]

_Union springs, AL 36089_
[PRINT CITY, STATE, ZIP CODE]

_(334) 703-6454_
[PRINT CELL PHONE NUMBER]

_(334) 738-2133_
[PRINT HOME PHONE NUMBER]