IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. |
| v. § | 2:06-cv-01081-MEF-DRB |
| § | |
| EQUITY GROUP EUFAULA § | |
| DIVISION, LLC, § | |
| § | |
| Defendant. § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, JUWANA THOMAS, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: March 7, 2008

Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT JOSEPH CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone

(205) 930-6910- Facsimile

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, I electronically filed the above Notice of Filing Additional Notices of Consent to Join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Howard A. Rosenthal
Malcolm S. Gould
Pelino & Lentz, P.C.

One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 1910-7393
Phone: 215-246-3165
Fax: 215-665-1536
Attorney for Defendant

Richard Martin Adams
Parkman@graceba.net

Richard Celler
Richard@cellerlegal.com

Malcolm S. Gould
msgould@pelino.com

James W. Parkman, III
parkman@graceba.net

Maurice John Steensland, III
parkman@graceba.net

William C. White, II
parkman@graceba.net


                                        /s/ Robert J. Camp
                                        **ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Juwana Thomas__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Equity Group, LLC / Koch Poultry__ at [Name of Plant] __FL__ the facility located in __Baker Hill, AL__. I worked at this location from [City/State] __07/2004__ to __08/2005__. [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Equity Group, LLC / Koch Poultry__ plant in __Baker Hill, AL__, and [Name of Plant] [City/State] possibly other plants owned by __Equity Group, LLC__. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __25__ day of __June__, 2007.

__Juwana Thomas__                __Juwana Thomas__
[PRINT NAME]                     [SIGN NAME]