# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
### NORTHERN DIVISION

| | | |
|---|---|---|
| **BETTY ANN BURKS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-01081-MEF-DRB** |
| | § | |
| **EQUITY GROUP EUFAULA** | § | |
| **DIVISION, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, SANDRA FOY, SANDRILL FOY and VICKIE HENLEY, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: March 7, 2008            Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp_____
**ROBERT JOSEPH CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825

Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, I electronically filed the above Notice of Filing Additional Notices of Consent to Join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Howard A. Rosenthal

Malcolm S. Gould
Pelino & Lentz, P.C.
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 1910-7393
Phone: 215-246-3165
Fax: 215-665-1536
Attorney for Defendant

Richard Martin Adams
Parkman@graceba.net

Richard Celler
Richard@cellerlegal.com

Malcolm S. Gould
msgould@pelino.com

James W. Parkman, III
parkman@graceba.net

Maurice John Steensland, III
parkman@graceba.net

William C. White, II
parkman@graceba.net


/s/ Robert J. Camp_____
**ROBERT J. CAMP**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                  )
                                          )
                          Plaintiffs      )
                                          )
                                          )
              v.                          )    No. 2:06-CV-1081MEF
                                          )
EQUITY GROUP EUFAULA                      )
DIVISON LLC,                              )
                                          )
                          Defendant.      )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Sandra Foy_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Eufaula Equity Grouping_
      [Employer]
      at the facility located in _Baker Hill Al._____. I worked at this location
      [City/State]
      from _3-6-06_____ to _____present_____.
           [Date]                    [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___19___ day of ___Dec._____, 2007

_Sandra Foy_____
[PRINT NAME]

_Sandra_____
[SIGN NAME]

_129 Bradley_____
[PRINT STREET ADDRESS]

_Fort Gaines GA. 39851_
[PRINT CITY, STATE, ZIP CODE]

_229-308-2952____
[PRINT CELL PHONE NUMBER]

_229-768-2472____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.        )
                                      )
            Plaintiffs       )
                                      )
                                      )
          v.                 )    No. 2:06-CV-1081MEF
                                      )
EQUITY GROUP EUFAULA    )
DIVISON LLC,              )
                                      )
            Defendant.      )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Sandrill Foy_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by ~~Fort Gaines Healthcare~~ _Equity Group Eufaula Divison LLC,_
                                                      [Employer]
    at the facility located in _Baker Hill, AL._ ~~Fort Gaines, GA~~. I worked at this location
                               [City/State]
    from _11/28/06_ to _03/1/06_            .
            [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the **25** day of **Dec.** , 2007

Sandrill Foy
[PRINT NAME]

Sandrill Foy
[SIGN NAME]

129 Bradley
[PRINT STREET ADDRESS]

Fort Gaines. GA 39851
[PRINT CITY, STATE, ZIP CODE]

229-308-1065
[PRINT CELL PHONE NUMBER]

229-768-2472
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.     )
                        )
        Plaintiffs    )
                        )
                        )
        v.         )    No. 2:06-CV-1081MEF
                        )
EQUITY GROUP EUFAULA    )
DIVISON LLC,           )
                        )
        Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Vickie Henley_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group, LLC_
[Employer]
at the facility located in _Eufaula, AL_. I worked at this location
[City/State]
from _Nov. 17, 2004_ to _Feb. 14, 2005_.
[Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _29th_ day of _Feb._ , 2008

_Vickie Henley_
[PRINT NAME]

_Vickie Henley_
[SIGN NAME]

_A-5 Chatt. Cts._
[PRINT STREET ADDRESS]

_Eufaula, Al. 36027_
[PRINT CITY, STATE, ZIP CODE]

_(334) 689-9597_
[PRINT CELL PHONE NUMBER]

_(334) 616-6854_
[PRINT HOME PHONE NUMBER]