IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. |
| v. § | 2:06-cv-01081-MEF-DRB |
| § | |
| EQUITY GROUP EUFAULA § | |
| DIVISION, LLC, § | |
| § | |
| Defendant. § | |

### NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, DONNA M. GREEN, DIANNE GRAHAM, CORNELIA HENDERSON, SHARON LEE, and MICHAEL MARTIN, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: March 14, 2008            Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp_____
**ROBERT JOSEPH CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825

Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, I electronically filed the above Notice of Filing Additional Notices of Consent to Join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Howard A. Rosenthal

Malcolm S. Gould
Pelino & Lentz, P.C.
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 1910-7393
Phone: 215-246-3165
Fax: 215-665-1536
Attorney for Defendant

Richard Martin Adams
Parkman@graceba.net

Richard Celler
Richard@cellerlegal.com

Malcolm S. Gould
msgould@pelino.com

James W. Parkman, III
parkman@graceba.net

Maurice John Steensland, III
parkman@graceba.net

William C. White, II
parkman@graceba.net

                                            /s/ Robert J. Camp_____
                                            **ROBERT J. CAMP**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al,. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) No. 2:06-CV-1081MEF |
| | ) |
| EQUITY GROUP EUFAULA | ) |
| DIVISON LLC, | ) |
| | ) |
| Defandant. | ) |

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.**

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_DJallc Graham_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group, LLC_ ~~Baker Hill~~
[Employer]
at the facility located in _Eufaula, ACA,_. I worked at this location
[City/State]
from _Aug. 2005_ to _Feb. 2006_.
[Date]        [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __21st__ day of __December__, 2007

__Diane Graham__
[PRINT NAME]

__Diane Graham__
[SIGN NAME]

__220 PALMETTO__
[PRINT STREET ADDRESS]

__Blakely, GA 39823__
[PRINT CITY, STATE, ZIP CODE]

__229-359-0644__
[PRINT CELL PHONE NUMBER]

__229-725-5303__
[PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al,. )<br>)<br>Plaintiffs )<br>)<br>)<br>v. )<br>)<br>EQUITY GROUP EUFAULA )<br>DIVISON LLC, )<br>)<br>Defandant. ) | No. 2:06-CV-1081MEF |

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Donna M. Green__ states the following:
   [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by __Equity Group__ [Employer] at the facility located in __Eufaula   Al__ [City/State]. I worked at this location from __Sept 2005__ [Date] to __Mar. 2006__ [Date, or if still working write present].

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 27th day of Dec., 2007

DONNA M. GREEN
[PRINT NAME]

*Donna M. Green*
[SIGN NAME]

2355 Cty Rd 49
[PRINT STREET ADDRESS]

Midland City Al 36350
[PRINT CITY, STATE, ZIP CODE]

none
[PRINT CELL PHONE NUMBER]

983-8007
[PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY ANN BURKS, et al,.           )
                                    )
           Plaintiffs               )
                                    )
                                    )
       v.                           )   No. 2:06-CV-1081MEF
                                    )
EQUITY GROUP EUFAULA                )
DIVISON LLC,                        )
                                    )
           Defandant.               )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Cornelia Henderson__ states the following:
   [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by __Equity Group ???__
   [Employer]
   at the facility located in __Eufaula, Alabama__ I worked at this location
   [City/State]
   from __8/4/06__ to __??? present__.
   [Date]                    [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __21__ day of __December__, 2007

__Cornelia Henderson__  __Cornelia Henderson__
[PRINT NAME]              [SIGN NAME]

__17 Henderson LN__       __Eufaula Al 36027__
[PRINT STREET ADDRESS]    [PRINT CITY, STATE, ZIP CODE]

__none__                  __687-1841__
[PRINT CELL PHONE NUMBER] [PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY ANN BURKS, et al,.  )
                          )
         Plaintiffs       )
                          )
                          )
    v.                    )   No. 2:06-CV-1081MEF
                          )
EQUITY GROUP EUFAULA      )
DIVISON LLC,              )
                          )
         Defandant.       )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Sharon Lee__ states the following:
   [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group, LLC_ [Employer] at the facility located in _Eufaula, AL_ [City/State]. I worked at this location from _10-05_ [Date] (October 2005) to _January 2006_ [Date, or if still working write present].

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __22__ day of __December__, 2007

__Sharon Lee__  __Sharon Lee__
[PRINT NAME]  [SIGN NAME]

__995 Howell St.__  __Blakely, Ga. 39823__
[PRINT STREET ADDRESS]  [PRINT CITY, STATE, ZIP CODE]

_____  __229-723-8086__
[PRINT CELL PHONE NUMBER]  [PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY ANN BURKS, et al,.           )
                                    )
            Plaintiffs              )
                                    )
                                    )
        v.                          )        No. 2:06-CV-1081MEF
                                    )
EQUITY GROUP EUFAULA                )
DIVISON LLC,                        )
                                    )
            Defandant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Michael Martin__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by __Equity Group, LLC__ [Employer] at the facility located in __Eufaula, AL__ [City/State]. I worked at this location from __January 2007__ [Date] to __March 2007__ [Date, or if still working write present].

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___3RD___ day of ___MARCH___, 2008

___MICHAEL MARTIN___  ___Michael Martin___
[PRINT NAME]          [SIGN NAME]

___1782 Columbia Rd.___  ___ABBEVILLE, AL. 36310___
[PRINT STREET ADDRESS]   [PRINT CITY, STATE, ZIP CODE]

___NONE___               ___(334) 585-9894___
[PRINT CELL PHONE NUMBER] [PRINT HOME PHONE NUMBER]