IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. |
| v. § | 2:06-cv-01081-MEF-DRB |
| § | |
| EQUITY GROUP EUFAULA § | |
| DIVISION, LLC, § | |
| § | |
| Defendant. § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, ANTIONNE M. CALDWELL, DORIS M. CAREY, MICHAEL A. CAREY, NICHOLAS DAVIS, ERICA LASETER JACKSON, JERRY RUMPH, KEMMAR SELLERS, and ARLISTER SPAND, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: April 7, 2008                    Respectfully submitted,

**THE COCHRAN FIRM, P.C.**


/s/ Robert J. Camp
**ROBERT JOSEPH CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I electronically filed the above Notice of Filing Additional Notices of Consent to Join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Gary D. Fry
Howard A. Rosenthal
Malcolm S. Gould
Pelino & Lentz, P.C.
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 1910-7393
Phone: 215-246-3165
Fax: 215-665-1536
Attorney for Defendant

Richard Martin Adams
Parkman@graceba.net

Richard Celler
Richard@cellerlegal.com

Malcolm S. Gould
msgould@pelino.com

James W. Parkman, III
parkman@graceba.net

Maurice John Steensland, III
parkman@graceba.net

William C. White, II
parkman@graceba.net

        /s/ Robert J. Camp_____
        **ROBERT J. CAMP**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defandant. | ) | |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Antionne M. Caldwell__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by __Equity Group, LLC__ [Employer] at the facility located in __Eufaula, AL__ [City/State]. I worked at this location from __01-06__ [Date] to __07-06__ [Date, or if still working write present].

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __18__ day of __January__, 2008

__Antionne M. Caldwell__   __Antionne M. Caldwell__
[PRINT NAME]                [SIGN NAME]

__15 Bethel Str.__          __Union Springs AL. 36089__
[PRINT STREET ADDRESS]      [PRINT CITY, STATE, ZIP CODE]

__(334) 430-9396__          __(334) 322-9343__
[PRINT CELL PHONE NUMBER]   [PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al,. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) No. 2:06-CV-1081MEF |
| | ) |
| EQUITY GROUP EUFAULA DIVISON LLC, | ) |
| | ) |
| Defandant. | ) |

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.**

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Doris M. Carey_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula_ [Employer] at the facility located in _Baker Hill Alabama_ [City/State]. I worked at this location from _04 30 06_ [Date] to _Still Working Present_ [Date, or if still working write present].

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __30__ day of __December__, 2007

__Doris m. Carey__  __Doris m. Carey__
[PRINT NAME]  [SIGN NAME]

__P.O Box 858__  __Clayton Alabama 36016__
[PRINT STREET ADDRESS]  [PRINT CITY, STATE, ZIP CODE]

_____  __1-334-775-1061__
[PRINT CELL PHONE NUMBER]  [PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY ANN BURKS, et al,. )
)
Plaintiffs )
)
)
v. ) No. 2:06-CV-1081MEF
)
EQUITY GROUP EUFAULA )
DIVISON LLC, )
)
Defandant. )

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.**

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Michael A. Carey_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula Divison LLC_.
   [Employer]
   at the facility located in _Baker Hill AL._ . I worked at this location
   [City/State]
   from _04_ to _05_ .
   [Date]      [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __30__ day of __December__, 2007

__Michael A. Carey__  __Michael Carey__
[PRINT NAME]                    [SIGN NAME]

__P.O Box 858__                 __Clayton AL 36016__
[PRINT STREET ADDRESS]          [PRINT CITY, STATE, ZIP CODE]

_____         __1-334-775-1061__
[PRINT CELL PHONE NUMBER]       [PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY ANN BURKS, et al,.  )
                          )
         Plaintiffs       )
                          )
                          )
v.                        )   No. 2:06-CV-1081MEF
                          )
EQUITY GROUP EUFAULA       )
DIVISON LLC,              )
                          )
         Defandant.       )

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.**

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Nicholas Davis_ states the following:
    [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula Division_ [Employer] at the facility located in _Bakerhill, AL_ [City/State]. I worked at this location from _July 2005_ [Date] to _August 2005_ [Date, or if still working write present].

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __24__ day of __March__, ~~2007~~ 2008

__Nicholas Davis__  
[PRINT NAME]

__Nicholas Davis__  
[SIGN NAME]

__3135 County Rd. 49__  
[PRINT STREET ADDRESS]

__Midway, AL, 36053__  
[PRINT CITY, STATE, ZIP CODE]

__334-355-2648__  
[PRINT CELL PHONE NUMBER]

__334-355-2648__  
[PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY ANN BURKS, et al,.   )
                           )
        Plaintiffs         )
                           )
                           )
                           )
    v.                     )   No. 2:06-CV-1081MEF
                           )
EQUITY GROUP EUFAULA       )
DIVISON LLC,               )
                           )
        Defendant.         )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Erica Laseter-Jackson_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group, LLC_ [Employer] at the facility located in _Eufaula, AL_ [City/State]. I worked at this location from _Feb. 2007_ [Date] to _Mar. 2007_ [Date, or if still working write present].

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 28 day of January, 2008

Erica Laseter
[PRINT NAME]

[signature]
[SIGN NAME]

P.O. Box 1976
[PRINT STREET ADDRESS]

Eufaula, AL 36072
[PRINT CITY, STATE, ZIP CODE]

334-695-6204
[PRINT CELL PHONE NUMBER]

334-687-3999
[PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY ANN BURKS, et al,.         )
                                 )
         Plaintiffs              )
                                 )
                                 )
                                 )
    v.                           )    No. 2:06-CV-1081MEF
                                 )
EQUITY GROUP EUFAULA             )
DIVISON LLC,                     )
                                 )
         Defandant.              )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Jerry Rumph_____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula_
   [Employer]
   at the facility located in _Bakehill  AL._ . I worked at this location
   [City/State]
   from _9-28-98_   to   _present_            .
   [Date]           [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __31__ day of __Dec.__, 2007

__Jerry Rumph__  
[PRINT NAME]

__[signature]__  
[SIGN NAME]

__2240 Hwy 239__  
[PRINT STREET ADDRESS]

__Banks AL. 36005__  
[PRINT CITY, STATE, ZIP CODE]

__(334) 482-0259__  
[PRINT CELL PHONE NUMBER]

__(334) 775-3911__  
[PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY ANN BURKS, et al,. )
)
       Plaintiffs )
)
)
v. ) No. 2:06-CV-1081MEF
)
EQUITY GROUP EUFAULA )
DIVISON LLC, )
)
       Defandant. )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Kemmar Sellers__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by __Equity Group__ [Employer] at the facility located in __Barker Hill, Alabama__ [City/State]. I worked at this location from __7/24/06__ [Date] to __Present__ [Date, or if still working write present].

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___7___ day of __January__, 2007

__Kemmar Sellers__        __Kemmar Sellers__
[PRINT NAME]              [SIGN NAME]

__393 Sellers Road__      __Midway, AL 36053__
[PRINT STREET ADDRESS]    [PRINT CITY, STATE, ZIP CODE]

__(334) 695-4641__        __(334) 529-3575__
[PRINT CELL PHONE NUMBER] [PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al,. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | No. 2:06-CV-1081MEF |
| ) | |
| EQUITY GROUP EUFAULA ) | |
| DIVISON LLC, ) | |
| ) | |
| Defandant. ) | |

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.**

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__ARLister Spand__ states the following:
   [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by __Equity Group Eufaula__
   [Employer]
   at the facility located in __Eufaula Chick. plant__. I worked at this location
   [City/State]
   from __March 4 2006__ to __November 22, 2007__.
   [Date]                    [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the /12 day of 24, _____, 2007

ARLISTER SPANN
[PRINT NAME]

Arlister Spann
[SIGN NAME]

2625 Ingle Acres
[PRINT STREET ADDRESS]

Abbeville, AL 36310
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

334-585-0852
[PRINT HOME PHONE NUMBER]