IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1081-MEF |
| ) | |
| EQUITY GROUP EUFAULA DIVISION, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the Joint Motion to Stay Litigation (Doc. #63) filed on April 10, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 23rd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE