# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BETTY ANN BURKS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-01081-MEF-DRB** |
| | § | |
| **EQUITY GROUP EUFAULA** | § | |
| **DIVISION, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiff hereby files the following Notices of Consent in connection with the above-titled and numbered actions, attached hereto:

1.  Wakeysha Ahmad
2.  Terrence Avis Allen
3.  Arthur Alexander, Jr.
4.  Arthur J. Anderson
5.  Ashley A. Banks
6.  Tonya Banks
7.  Latoya Barber
8.  Michelle Billins
9.  Brenda C. Blocker
10. Irene Bouyer
11. Linda J. Brookins
12. David L. Brown
13. Kimberly Brown
14. Loresa Bruce
15. Dontavious Lamar Cannon
16. Randell L. Clark

17.     Tanita Clark

18.     Melvin Coleman

19.     Christopher Cope

20.     Jacky D. Cotton

21.     Charles E. Davis, Jr.

22.     Marcus Ellington

23.     Essie Mae Fenn

24.     Lora Ferrell

25.     Rodney Floyd

26.     Rodrick Hawkins

27.     Branden Henderson

28.     Vickie Henley

29.      Tommy J. Horn

30.     William J. Horton

31.     Caroline Jackson

32.     Brittany Jones

33.     Cedric L. Jones

34.     Marva Jones

35.      Mary Jane Kelley

36.     Cassandra Kennedy

37.     Lorenzo Jerome Lewis

38.     Yashica Lightner

39.     Easiska V. Lyles

40.     Nicholas T. Manuel

41.     Ruby Neil McClendon

42.     Keevashay  McCoy

43.     Larry T. Nobles

44.     Dorothy Ann Paige

45.     Tavares Andrew Paige

46.     Rebecca T. Person

47.     Ella Ree Pope

48.    Ada Scovil

49.    Sherrie Sealey

50.    Anitra S. Smith

51.    Jeffrey J. Smith

52.    Niessha Streeter

53.    Cathy Strong

54.    Tara Tarver

55.    Teresa Thomas

56.    Annie L. Thornton

57.    Loretta Tuggles

58.    Christopher Walker

59.    Paul A. Walker

60.    Angela Williams

61.    Cynthia Williams

62.    Brandy Youngblood


Dated: April  23, 2008                              Respectfully submitted,

                                                    **THE COCHRAN FIRM, P.C.**


                                                    /s/ Robert J. Camp_____
                                                    **ROBERT JOSEPH CAMP**
                                                    **BERNARD D. NOMBERG**
                                                    505 North 20th Street, Suite 825
                                                    Birmingham, Alabama 35203
                                                    (205) 930-6900-Telephone
                                                    (205) 930-6910- Facsimile

                                                    ***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on **April 23, 2008**, I electronically filed the above Notice of

Filing Additional Notices of Consent to Join with the Clerk of the District Court using

CM/ECF System, which sent notification of such filing to:


Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com
Courtney Reilly Pothoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Richard Martin Adams
Parkman@parkmanlawfirm.com

Richard Celler
Richard@cellerlegal.com

Malcolm S. Gould
msgould@pelino.com

James W. Parkman, III
parkman@parkmanlawfirm.com

Maurice John Steensland, III
parkman@parkmanlawfirm.com

William C. White, II
parkman@parkmanlawfirm.com

Gary D. Fry
Howard A. Rosenthal
Malcolm S. Gould
Pelino & Lentz, P.C.
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 1910-7393
Phone: 215-246-3165
Fax: 215-665-1536
Attorney for Defendant

/s/ Robert J. Camp_____
**ROBERT J. CAMP**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
          v.                            )          No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Wakaysha Ahmad_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity grap Eufaula_
      [Employer]
      at the facility located in _Bake Hill Alabame_. I worked at this location
      [City/State]
      from _Nov 7, 2006_ to _May 6, 2007 staet nov 28, 2007_
      [Date]                [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___2 /___ day of ___nou___ , 2007

Wakeysha Ahned
[PRINT NAME]

Wahysha, ahmad
[SIGN NAME]

834 Pioneer Rd
[PRINT STREET ADDRESS]

arlington ga 39813
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

725-1456 Or 725-3682
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
      Plaintiffs                   )
                                        )
                                        )
      v.                           )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
      Defandant.                   )

## <u>CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.</u>

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Terrence Avis Allen_____ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Chicken Plant Equity Group_
                                                               [Employer]
    at the facility located in _Barker Hill, AL_____. I worked at this location
                                  [City/State]
    from _Sep 10, 2004_ to _Nov 20, 2005_____.
          [Date]         [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _12-21-2007_ day of _Dec 21_ , 2007

_Terrence Avis Allen_
[PRINT NAME]

_Terrence a allen_
[SIGN NAME]

_1 west Heaven Drive_
[PRINT STREET ADDRESS]

_Rome GA 30165_
[PRINT CITY, STATE, ZIP CODE]

_706-936-8923_
[PRINT CELL PHONE NUMBER]

_706-264-8400_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.   )
          )
     Plaintiffs   )
          )
          )
     v.     )  No. 2:06-CV-1081MEF
          )
EQUITY GROUP EUFAULA  )
DIVISON LLC,     )
          )
     Defendant.  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Arthur Jr Alexander_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _No_
                [Employer]
at the facility located in _Bakey Hill AL_. I worked at this location
        [City/State]
from _4-12-08_ to _____.
   [Date]     [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _4-12 08_ day of _11/10/05_ , 2007

ARTHOR JR ALEXANDER          Arthur Alexander JR
[PRINT NAME]                 [SIGN NAME]

306 Key st B P.O.Box 375 Cuthbert Ga 39840
[PRINT STREET ADDRESS]       [PRINT CITY, STATE, ZIP CODE]

229-732 50 12                229-732 5012
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, _Arthur J. Anderson_ , consent to become a party plaintiff in this action.


_11-20-2006_
DATE


_Arthur J. Anderson_
CLIENT SIGNATURE

(M&M form #80)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                          Plaintiffs        )
                                            )
                                            )
              v.                            )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                          Defendant.        )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Ashlay A. Banks_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _____N/A_____
                                                        [Employer]
      at the facility located in_____N/A_____. I worked at this location
                                    [City/State]
      from _N/A_____ to _____N/A_____.
            [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___01___ day of ____ᗩ____, 2008

_Ashley A. Banks_
[PRINT NAME]

_Ashley Bank_
[SIGN NAME]

_274 Rush Lane_
[PRINT STREET ADDRESS]

_Union Springs, Al 36089_
[PRINT CITY, STATE, ZIP CODE]

_334-303-5202_
[PRINT CELL PHONE NUMBER]

_334-738-3431_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
              Plaintiffs          )
                                  )
                                  )
       v.                         )          No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
              Defendant.          )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Tonya Banks_ states the following:
     [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula_
                                              [Employer]
      at the facility located in _Bakerhill, Ala._ . I worked at this location
                                  [City/State]
      from _06/14/07_ to _08/24/07_ .
           [Date]         [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 28 th day of Feburary , 2008

Tonya Banks
[PRINT NAME]

Tonya Banks
[SIGN NAME]

381 Co Rd. 33
[PRINT STREET ADDRESS]

Louisville, Ala. 36048
[PRINT CITY, STATE, ZIP CODE]

(334) 621- 8374
[PRINT CELL PHONE NUMBER]

(334) 266- 5264
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
      Plaintiffs                 )
                                        )
                                        )
      v.                         )      No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
      Defandant.                 )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Lataya Barber_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_____
                                             [Employer]
    at the facility located in _Eufaula Alabama_. I worked at this location
                           [City/State]
    from _4/2004_ to _5/2006_____.
            [Date] _2005_   [Date, or if still working write present]
             Not Sure

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _27_ day of _December_ , 2007

_Lataya Barber_
[PRINT NAME]

_Lataya Barber_
[SIGN NAME]

_4305 Bluffton Rd._
[PRINT STREET ADDRESS]

_Edison, Ga. 39846_
[PRINT CITY, STATE, ZIP CODE]

_229-308-1638_
[PRINT CELL PHONE NUMBER]

_229-835-2305_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
                  Plaintiffs      )
                                  )
                                  )
        v.                        )          No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
                  Defendant.      )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Michelle Billins_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Charoen Pokphand / Keystone Equity Group_
    [Employer]
    at the facility located in _Bakerhill Alabama_. I worked at this location
    [City/State]
    from _July 25,_ to _Sept._.
    [Date]              [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

        I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___9th___ day of ___February___, 200_8_

_Michelle Billins_
[PRINT NAME]

_Michelle Billins_
[SIGN NAME]

_503 Fishermans Cutoff_
[PRINT STREET ADDRESS]

_Abbeville, Alabama 36310_
[PRINT CITY, STATE, ZIP CODE]

_334-333-1137_
[PRINT CELL PHONE NUMBER]

_334-585-0650_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

|  |  |  |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Brenda C. Blocker_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula_
      [Employer]
      at the facility located in _Eufaula Ala_ . I worked at this location
      [City/State]
      from _January 2004_ to _July 2007_ _Went back Dec. 2007_
      [Date]                  [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 23th day of December , 2007

Brenda Blocker
[PRINT NAME]

Brenda Blocker
[SIGN NAME]

P.O BOX 492/390 A 60 St
Arlington GA 39813
[PRINT STREET ADDRESS]

Arlington GA. 39813
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

229-725-1156
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
      Plaintiffs                     )
                                            )
                                            )
      v.                             )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
      Defendant.                     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Irene Bouyer_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _no one now former Equity Group_
   [Employer]
   at the facility located in _N/A_ . I worked at this location
   [City/State]
   from _Jan 1 2005_ to _Aug 15 2007_ .
   [Date]              [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___4___ day of ___April___, 2007

___Irene Bouyer___
[PRINT NAME]

___Irene Bouyer___
[SIGN NAME]

___2321 Hwy 82___
[PRINT STREET ADDRESS]

___Georgetown GA. 39854___
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

___229-334-8841___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                 )
                                         )
                    Plaintiffs           )
                                         )
                                         )
            v.                           )        No. 2:06-CV-1081MEF
                                         )
EQUITY GROUP EUFAULA                     )
DIVISON LLC,                             )   .
                                         )
                    Defandant.           )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Linda J. Brookins_ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _____
                                                                [Employer]
      at the facility located in _Baker Hill Ala_ . I worked at this location
                                    [City/State]
      from _1998_ to the _Aug. 2003_ .
              [Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _Wednesday_ day of _Dec 12_, _____, 2007

_Linda J. Brookins_
[PRINT NAME]

_Linda J. Brookins_
[SIGN NAME]

_405 E. Church st Apt 311_
[PRINT STREET ADDRESS]

_Cuthbert Ga. 39840_
[PRINT CITY, STATE, ZIP CODE]

_229-291-5960_
[PRINT CELL PHONE NUMBER]

_229 732-6298_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                   Plaintiffs           )
                                        )
                                        )
         v.                             )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                   Defendant.           )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD .

_David L. Brown_ states the following:
    [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Grp Eufaula Div._
                                              [Employer]
    _Baker Hill_
    at the facility located in _Eufaula, AL_ . I worked at this location
                               [City/State]
    from _Aug. 2003_ to _Jan. 2004_ .
         (Date]              [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _31_ day of _December_, 2007

_David C. Brown_
[PRINT NAME]

_David L Brown_
[SIGN NAME]

_P.O.Box 732_
[PRINT STREET ADDRESS]

_Lumpkin, GA. 31815_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(229) 838-4058_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
        v.                              )       No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Kimberly Brown_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group Eufaula_
    at the facility located in _Eufaula, AL_ [Employer] _Baker Hill_ . I worked at this location
    [City/State]
    from _9/2004_ to _10/2004_ .
    [Date]          [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___04___ day of __April 13_____ , 2008

_Kimberly Brown_
[PRINT NAME]

_Kimberly Brown_
[SIGN NAME]

_44 Hannah Court_
[PRINT STREET ADDRESS]

_Eufaula AL 36027_
[PRINT CITY, STATE, ZIP CODE]

_(334) 441-6900_
[PRINT CELL PHONE NUMBER]

_(334) 688-9914_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
        Plaintiffs              )
                                        )
                                        )
        v.                      )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
        Defendant.              )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Loresa Bruce_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula_ [Employer]
at the facility located in _Bakerhill AL_ . I worked at this location _Divison_
[City/State]
from _5-10-04_ to _6-04 move to Lawton, OK_
[Date]          [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 12-24 day of _____ 2Y _____, 2007

LoresA Bruce
[PRINT NAME]

Loresa Bruce
[SIGN NAME]

88 Rosemont St
[PRINT STREET ADDRESS]

Clayton Al 36016
[PRINT CITY, STATE, ZIP CODE]

(334) 695-9048
[PRINT CELL PHONE NUMBER]

(334) 775-8362
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,. )
                         )
           Plaintiffs        )
                         )
                         )
           v.              )     No. 2:06-CV-1081MEF
                         )
EQUITY GROUP EUFAULA )
DIVISON LLC, )
                         )
           Defendant.     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Dontavious Lamar Cannon states the following:
      [Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or formerly, employed by Equity Group Eufaula
                                                           [Employer]
       at the facility located in Bakerhill, AL. I worked at this location
                                     [City/State]
       from _____N A_____ to _____.
                [Date]                [Date, or if still working write present]

3.     I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21_ day of _December_ , 2007

Dontavious Lamar Carman
[PRINT NAME]

Dontavious Carman
[SIGN NAME]

Po Box 761
405 Hancock St.
[PRINT STREET ADDRESS]

Fortgaines, GA 39851
[PRINT CITY, STATE, ZIP CODE]

(229)308-5301
[PRINT CELL PHONE NUMBER]

(229) 768 - 3702
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                      )
                                )
        Plaintiffs             )
                                )
                                )
        v.                     )      No. 2:06-CV-1081MEF
                                )
EQUITY GROUP EUFAULA                      )
DIVISON LLC,                              )
                                )
        Defendant.             )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Randell L Clark_ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Henry Contractor_
                                                     [Employer]
    at the facility located in _Lumpkin GA_ . I worked at this location
                                    [City/State]
    from _12-27-07_ to _12-27-07_ .
          [Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _27_ day of _December_, 2007

_Randell L Clark_
[PRINT NAME]

_Randell L Clark_
[SIGN NAME]

_P.O. Box 422 surles st_
[PRINT STREET ADDRESS]

_Lumpkin GA 31815_
[PRINT CITY, STATE, ZIP CODE]

_1-229-321-0074_
[PRINT CELL PHONE NUMBER]

_1-229-838-9995_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defandant.              )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Tanita Clark_ states the following:
  [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group, LLC_
    at the facility located in _Eufaula, AL_ [Employer]. I worked at this location
                               [City/State]
    from _06-10-07_ to _wrk 4 months_.
         [Date]            [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

  I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _April_ day of _9th_, 200 _8_

Tanita M. Clark
[PRINT NAME]

Tanita M. Clark
[SIGN NAME]

149 County Rd 64
[PRINT STREET ADDRESS]

Union Springs, Al. 36089
[PRINT CITY, STATE, ZIP CODE]

334- 750 - 1083
[PRINT CELL PHONE NUMBER]

334  738-3695
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
        Plaintiffs                     )
                                        )
                                        )
        v.                             )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
        Defandant.                     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Melvin Coleman_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group, Eufaula_
   [Employer]
   at the facility located in _Bakerhill, Alabama_. I worked at this location
   [City/State]
   from _____ to _Feb. 4, 2006_.
       [Date]        [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __4__ day of __January_____, 200~~8~~

__Melvin Coleman__
[PRINT NAME]

__Melvin Coleman__
[SIGN NAME]

__247 Spruce Circle__
[PRINT STREET ADDRESS]

__Eufaula, AL 36027__
[PRINT CITY, STATE, ZIP CODE]

__None__
[PRINT CELL PHONE NUMBER]

__334-687-1672__
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
        Plaintiffs                )
                                            )
                                            )
        v.                        )    No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
        Defendant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Christopher Cope_____ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by ~~Equity Group~~ [Employer] at the facility located in ~~Baker Hill~~ [City/State]. I worked at this location from __Dec. 19, 2005__ to __Aug, 2006 / Dec. 9, 2006 to March 2007__
    [Date]    [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___11___ day of __March_____, 2008

Christopher Cope                     Christopher Cope
[PRINT NAME]                         [SIGN NAME]

4955 Park Towne Way                  Montgomery, AL. 36116
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

(334) 224-2810                       —(334) 738-3771
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
      Plaintiffs                  )
                                        )
                                        )
      v.                          )       No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
      Defendant.                  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Jacky D. Cotton_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group Eufaula D. LLC_
    [Employer]
    at the facility located in _Bakc Hill Alabama_. I worked at this location
    [City/State]
    from _9-11-03_ to _5-6-04_.
    [Date]          [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___4___ day of ___4_____, 200_8_

_Jacky Cotton_
[PRINT NAME]

_Jacky Cotton_
[SIGN NAME]

_102 Wall st_
[PRINT STREET ADDRESS]

_Cuthbert GA 38940_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_229-732-2512_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                Plaintiffs                  )
                                            )
                                            )
        v.                                  )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                Defandant.                  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Charles E Davis Jr._ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _EQUITY GROUP EUFAULA_
      [Employer]
      at the facility located in _FORT GAINES, GA_. I worked at this location
      [City/State]
      from _2004_ to _Present_.
      [Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _Dec_ day of _31_ , 2007

_Charles E Davis Jr_                  _Charles E Davis Jr._
[PRINT NAME]                          [SIGN NAME]

_302 HATFORD P.O. BOX 577 Fort Gaines GA 39851_
[PRINT STREET ADDRESS]                [PRINT CITY, STATE, ZIP CODE]

_299-308-6269_
[PRINT CELL PHONE NUMBER]             [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
        v.                              )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_____Marcus Ellington_____ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Keystone Food Product Equtiy Group_
                                                          [Employer]
      at the facility located in _Bates Hill, AL_____. I worked at this location
                                          [City/State]
      from _Jun 06 and Jun 07_ to _Dec 12, 2007_____.
           March, 81 2004
           [Date]                         [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

        I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___June___ day of ___Dec 12,___ _____, 2007

___Morris Ellington___
[PRINT NAME]

___Marcus Ellington___
[SIGN NAME]

___Rtl Box 110 Morris, GA___
[PRINT STREET ADDRESS]

___Morris    GA      39867___
[PRINT CITY, STATE, ZIP CODE]

___1 (225) 854-0291 (229) 854-0291___
[PRINT CELL PHONE NUMBER]

___1- (225) 732-6763___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
           Plaintiffs                )
                                            )
                                            )
           v.                        )   No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
           Defendant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Essie Mae Fenn_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _No place now_
                                   [Employer]
    at the facility located in_____. I worked at this location
                         [City/State]
    from_____ to _____.
           [Date]         [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _12/_ day of _3D_____, 2007

_Essie M. Fenn_
[PRINT NAME]

_Essie Mae Fenn_
[SIGN NAME]

_3055 Flynn Rd Apt A-37_
[PRINT STREET ADDRESS]

_DoThan, Al, 36303_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334-699-7622_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
        v.                                  )    No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )
                                            )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__LORA FERRELL__ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by **KEYSTONE**
                                              [Employer]
      at the facility located in **BAKER HILL**. I worked at this location
                                 [City/State]
      from **FEBUARY** to **MARCH 2007**
           [Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __05__ day of __MARCH__, 200__8__

__LORA L. FERRELL__          _Lora L. Ferrell_
[PRINT NAME]                  [SIGN NAME]

__2362 Highway 51 South__    __Louisville AL 36048__
[PRINT STREET ADDRESS]        [PRINT CITY, STATE, ZIP CODE]

__334·237·2730__             __334-266-5292__
[PRINT CELL PHONE NUMBER]     [PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                      Plaintiffs        )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                      Defendant.        )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Rodney Floyd_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group Eufaula Divison LLC._
    [Employer]
    at the facility located in _Eufaula Al._. I worked at this location
    [City/State]
    from_____ to _____Present_____.
         [Date]            [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____26_____ day of _____December_____, 2007

_____Rodney Floyd_____
[PRINT NAME]

_____Rodney Floyd_____
[SIGN NAME]

_____P.O. Box 225_____
[PRINT STREET ADDRESS]

_____Louisville, Al. 36048_____
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_____334 266. 6006_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                  Plaintiffs            )
                                        )
                                        )
            v.                          )       No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                  Defendant.            )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Rodrick Hawkins__ states the following:
　　　　[Print Name]

1.　　I am over 18 years of age and competent to give the following consent in this matter.

2.　　I am currently, or formerly, employed by __Equity Group__
　　　　　　　　　　　　　　　　　　　　　[Employer]
　　　at the facility located in __Baker hill, AL__. I worked at this location
　　　　　　　　　　　　　　　　[City/State]
　　　from __2004__　　　to __2006__ .
　　　　　[Date]　　　　　　　[Date, or if still working write present]

3.　　I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.　　I believe I have not been paid for all compensable time which I have worked, including overtime.

5.　　I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

　　　I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _4th_ day of _April_, 2008

_Rodrick Hawkins_
[PRINT NAME]

_Rodrick Hawkins_
[SIGN NAME]

_45 Shipmon QuarterRd_
[PRINT STREET ADDRESS]

_Louisville, AL, 36048_
[PRINT CITY, STATE, ZIP CODE]

_334-621-8196_
[PRINT CELL PHONE NUMBER]

_334-266-6337_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                                )
             Plaintiffs    )
                                )
                                )
            v.             )    No. 2:06-CV-1081MEF
                                )
EQUITY GROUP EUFAULA     )
DIVISON LLC,              )
                                )
           Defendant.    )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Branden Henderson_ states the following:
      [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group_
                                          [Employer]
   at the facility located in _Baker Hill ALA._ . I worked at this location
                                [City/State]
   from _1/2005_ to _1/2007 Aprox._
          [Date]           [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___15___ day of ___March___, 2008

_Branden Henderson_
[PRINT NAME]

_Branden Henderson_
[SIGN NAME]

_408- S. Webster St._
[PRINT STREET ADDRESS]

_Cuthbert Ga. 39840_
[PRINT CITY, STATE, ZIP CODE]

_(229) 310 - 2719_
[PRINT CELL PHONE NUMBER]

_(229) 732 - 5170_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.            )
                                    )
                  Plaintiffs        )
                                    )
                                    )
         v.                         )        No. 2:06-CV-1081MEF
                                    )
EQUITY GROUP EUFAULA                )
DIVISON LLC,                        )
                                    )
                  Defendant.        )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Vickie Henley_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eu. Divisn_
      [Employer]
      at the facility located in _Baker Hill, Alabama_. I worked at this location
      from _3/04 to 2/14/05 New 7/9/07_ to _Still Working Dec. 54 07_
          [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _24th_ day of _December_, 2007

_Vickie Henley_
[PRINT NAME]

_Vickie Henley_
[SIGN NAME]

_A-5 Chatt Cts._
[PRINT STREET ADDRESS]

_Eufaula, Al. 36027_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(334) 616-6854_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.     )
            )
    Plaintiffs     )
            )
            )
    v.       )  No. 2:06-CV-1081MEF
            )
EQUITY GROUP EUFAULA   )
DIVISON LLC,       )
            )
    Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Tommy J. Horn_ states the following:
  [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly employed by _Equity Group_
                   [Employer]
 at the facility located in _Baker Hill, Al_ . I worked at this location
         [City/State]
 from _11-04_ to _12-04_ .
   [Date]    [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

  I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____8_____ day of ___April_____, 2007

_Tommy J. Horn_____            _Tommy J. Horn_____
[PRINT NAME]                      [SIGN NAME]

_618 W Union St_____           _Eufaula Al. 36027_____
[PRINT STREET ADDRESS]            [PRINT CITY, STATE, ZIP CODE]


_____             _334-612-0649_____
[PRINT CELL PHONE NUMBER]         [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.               )
               Plaintiffs               )
                                     )
                                     )
               v.               )    No. 2:06-CV-1081MEF
                                     )
EQUITY GROUP EUFAULA               )
DIVISON LLC,               )
                                     )
               Defendant.               )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_William J. Horton_ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Dirison LLC, Keystone foods_
                                       [Employer]
    at the facility located in _Baker Hill / AL_. I worked at this location
                           [City/State]
    from _01/2005_    to _06/2005 [and 6/2007 to present]_
        [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___9th___ day of ___February___, 2008

___William J. Horton___
[PRINT NAME]

___William J. Horton___
[SIGN NAME]

___2 2 Dixie Rd.___
[PRINT STREET ADDRESS]

___Eufaula, AL, 36027___
[PRINT CITY, STATE, ZIP CODE]

___334- 695-0925___
[PRINT CELL PHONE NUMBER]

___334- 687-1394___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
            Plaintiffs                 )
                                            )
                                            )
            v.                          )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
            Defendant.                  )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Caroline Jackson_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula_
                                          [Employer]
    at the facility located in _Baker Hill Al_. I worked at this location
                         [City/State]
    from _March 2005_ to _March 2005_.
          [Date]           [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _~~1226~~_ day of _12_____, 2007

_Caroline Jackson_
[PRINT NAME]

_Caroline Jackson_
[SIGN NAME]

_PO Box 415_
[PRINT STREET ADDRESS]

_Ft. Caines GA 39851_
[PRINT CITY, STATE, ZIP CODE]

_229-310-099_
[PRINT CELL PHONE NUMBER]

_229-768-3846_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Brittany Jones__ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by __Keystone Foods__
                                                                      [Employer]
    at the facility located in __Eufaula, AL__ . I worked at this location
                                     [City/State]
    from __Feb 5 - May 3 '07__ to __Aug - Sept -07__ .
              [Date]                      [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _31_ day of _Dec_____, 2007

_Brittany Jones_
[PRINT NAME]

_Brittany J Jones_
[SIGN NAME]

_1885 CO. Rd. 27_
[PRINT STREET ADDRESS]

_Louisville AL 36048_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334-774-9527_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                             )
         Plaintiffs      )
                             )
                             )
         v.            )     No. 2:06-CV-1081MEF
                             )
EQUITY GROUP EUFAULA     )
DIVISON LLC,              )
                             )
        Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Cedric L. Jones_ states the following:
     [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula_
                                                      [Employer]
    at the facility located in _BakerHill AL._ . I worked at this location
                                [City/State]
    from _6/07/2004_ to _8/20/2007_ .
        [Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 2nd day of April , 2008

Cedric L. Jones
[PRINT NAME]

Cedric L Jones
[SIGN NAME]

P.O. Box 1602
[PRINT STREET ADDRESS]

Eufaula AL. 36027
[PRINT CITY, STATE, ZIP CODE]

695-6515
[PRINT CELL PHONE NUMBER]

695-6515
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Narva Jones_____ states the following:
        [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _____
                                                          [Employer]
      at the facility located in_____. I worked at this location
                                        [City/State]
      from_____ to _____.
              [Date]                    [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _08_ day of _April_, 2008

_Marva Jones_
[PRINT NAME]

_Marva Jones_
[SIGN NAME]

_457 Howell St lot 1_
[PRINT STREET ADDRESS]

_Blakely Ga 39823_
[PRINT CITY, STATE, ZIP CODE]

_(229)308-4353_
[PRINT CELL PHONE NUMBER]

_(229)723-3724_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
      Plaintiffs                      )
                                            )
                                            )
      v.                              )    No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
      Defendant.                      )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Mary Jane Kelley_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group, LLC_
[Employer]

    at the facility located in _Bakerhill Ala_ . I worked at this location
[City/State]

    from _4-23-05_ to _4-25-05_ .
[Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___04___ day of ___April 4___, 2008

___MARY Jane Kelley___
[PRINT NAME]

___Mary Jane Kelley___
[SIGN NAME]

___834 Spruce Dr___
[PRINT STREET ADDRESS]

___Eufaula Al 36027___
[PRINT CITY, STATE, ZIP CODE]

___334-695-1679___
[PRINT CELL PHONE NUMBER]

___334-687-7156___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
              v.                            )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Cassandra Kennedy_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Keystone Equity Group_
                                              [Employer]
      at the facility located in _Bakerhill, AL_. I worked at this location
                                 [City/State]
      from _July 14, 2003_ to _Present_ .
           [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___15th___ day of ___April___, 200*8*

_Cassandra Kennedy_
[PRINT NAME]

_Cassandra Kennedy_
[SIGN NAME]

_P.O Box 295_
[PRINT STREET ADDRESS]

_Clayton, al 36016_
[PRINT CITY, STATE, ZIP CODE]

_N/A_
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defandant.              )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Lorenzo Jerome Lewis__ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by __Equity Group Eufaula__
      [Employer]
      at the facility located in __Bakerhill  Ala__ . I worked at this location
      [City/State]
      from __Jan 7 03__ to __Jan 2 07__ .
      [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 21 day of Dac 21, 2007

Lorenzia T Lewis
[PRINT NAME]

Lorenz J Lewis
[SIGN NAME]

626 Stevenson St
[PRINT STREET ADDRESS]

Eufaula AL 36027
[PRINT CITY, STATE, ZIP CODE]

334 7037324
[PRINT CELL PHONE NUMBER]

334 687 5369
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                Plaintiffs                )
                                            )
                                            )
            v.                              )          No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
              Defendant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Yashcia Lightner_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group, LLC_
                                                 [Employer]
    at the facility located in _Barber Hill, CAl_. I worked at this location
                                  [City/State]
    from _?2005_ to _____.
          [Date]         [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the *April 1* day of *4* , 2008

*Yashrio Lightner*
[PRINT NAME]

*[signature]*
[SIGN NAME]

*P.O. Box 454*
[PRINT STREET ADDRESS]

*Abbeville, AL 36310*
[PRINT CITY, STATE, ZIP CODE]

*334-355-2725*
[PRINT CELL PHONE NUMBER]

*334-585-6081*
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
        v.                              )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Fasiska  U.  Lyles_ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Divison LLC,_
      [Employer]
      at the facility located in _Baker Hill_ . I worked at this location
                                 [City/State]
      from _Middle July-07_ to _8/18/07_ .
           [Date]        12/1/06    [Date, or if still working write present]
                                    12/30/06

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _12/3/07_ day of _Dec_____, 2007

_Fasiska  Lyles_____
[PRINT NAME]

_Fasisba Lyles,_____
[SIGN NAME]

_19264  Hartford St_
[PRINT STREET ADDRESS] *Apt 64*

_Edion  G.A.  39846_
[PRINT CITY, STATE, ZIP CODE]

_N.A._____
[PRINT CELL PHONE NUMBER]

_N A_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.              )
                                     )
       Plaintiffs              )
                                     )
                                     )
       v.                      )     No. 2:06-CV-1081MEF
                                     )
EQUITY GROUP EUFAULA                 )
DIVISON LLC,                         )
                                     )
       Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Nicholas T. Manuel_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Divison LLC_
                                                       [Employer]
    at the facility located in _Bluehill , Alabama_ . I worked at this location
                                [City/State]
    from _Jan 06 + Mar 07_ to _Feb 06 + Apr 07_ .
             [Date]             [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21st_ day of _December_ , 2007

NICHOLLOS T. MANUEL
[PRINT NAME]

_Nichollos T. M____
[SIGN NAME]

988 Antioch Church Rd.
[PRINT STREET ADDRESS]

MIDWAY, ALA, 36053
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

334-529-8672
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Ruby Neil McClendon_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufayla_
[Employer]
at the facility located in _Baker Hill Ala_. I worked at this location
[City/State]
from _8/8/_ to _Present_.
[Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___29___ day of ___Dec._____, 2007

_Ruby Neil McClean_____     _Ruby Ned McClendon_____
[PRINT NAME]                  [SIGN NAME]

_18 Robin St_____       _Edison Georgia 39846___
[PRINT STREET ADDRESS]        [PRINT CITY, STATE, ZIP CODE]

_229-359-8074_____        _229-835-2007_____
[PRINT CELL PHONE NUMBER]     [PRINT HOME PHONE NUMBER]

1-800 672-2051

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.       )
                           )
        Plaintiffs       )
                           )
                           )
        v.             )    No. 2:06-CV-1081MEF
                           )
EQUITY GROUP EUFAULA     )
DIVISON LLC,            )
                           )
        Defendant.     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Keevashay McCoy_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Not Employed_ _Equity Group, LLC_
[Employer]
at the facility located in _Bakerhill, AL_. I worked at this location
[City/State]
from _May 2006_ to _Sept. 2006_
[Date]      [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _22_ day of _December_, 2007

_KeevaShay McCoy_
[PRINT NAME]

_Keevshay McCoy_
[SIGN NAME]

_356 Howell St Apt 48_
[PRINT STREET ADDRESS]

_Blakely, GA 39823_
[PRINT CITY, STATE, ZIP CODE]

_229- 308 - 4825_
[PRINT CELL PHONE NUMBER]

_229- 723- 3919_
[PRINT HOME PHONE NUMBER]

_229- 308 - 2194_

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.               )
                                       )
                Plaintiffs             )
                                       )
                                       )
        v.                             )        No. 2:06-CV-1081MEF
                                       )
EQUITY GROUP EUFAULA                   )
DIVISON LLC,                           )
                                       )
                Defendant.             )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Larry T. Nobles_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Key Stone_
                                                    [Employer]
      at the facility located in _Barbour County_ I worked at this location
                                    [City/State]
      from _4-16-05_ to _5-2006_ .
           [Date]      [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____7_____ day of _____January_____ , 2007

_Larry T. Nobles_
[PRINT NAME]

_Larry T. Nobles_
[SIGN NAME]

_962 Code Circle_
[PRINT STREET ADDRESS]

_Union Springs Al 36089_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334-738-5620_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                        Plaintiffs      )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                        Defendant.      )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Dorothy Ann Paige_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by ___no-one___
    [Employer]
    at the facility located in___N/A___. I worked at this location
    [City/State]
    from___N/A___ to ___N/A___.
    [Date]              [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___20___ day of ___December___, 2007

_Dorothy A. Paige_
[PRINT NAME]

_Dorothy A. Paige_
[SIGN NAME]

_6370 Hwy 431 S. Lot 1_
[PRINT STREET ADDRESS]

_Pittsview, Alabama 36027_
[PRINT CITY, STATE, ZIP CODE]

_334  695-4266_
[PRINT CELL PHONE NUMBER]

_334  616-7219_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
           Plaintiffs                   )
                                        )
                                        )
       v.                               )     No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
           Defendant.                   )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Tavares Andrew Paige_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by ___No longer employed___
     [Employer]
     at the facility located in_____. I worked at this location
     [City/State]
     from_____ to _____.
     [Date]                         [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___26___ day of ___December___, 2007

_Tavares A. Paige_          _Tavares Paige_
[PRINT NAME]                [SIGN NAME]

_404 Taylor Rd._           _Eufaula Alabama 36027_
[PRINT STREET ADDRESS]     [PRINT CITY, STATE, ZIP CODE]

_____    _334 616 7440_
[PRINT CELL PHONE NUMBER]   [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Rebecca T Person_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Equity Group Eufaula Division LLC_
     [Employer]
     at the facility located in _Baker Hill, Al_. I worked at this location
     [City/State]
     from _8|6|1998_ to _present_.
     [Date]                    [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _10th_ day of _March_, 2008

_Rebecca T Person_
[PRINT NAME]

_Rebecca J Person_
[SIGN NAME]

_1040 County Rd 25_
[PRINT STREET ADDRESS]

_Midway Al 36053_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334-529-4359_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                  )
                                          )
                    Plaintiffs            )
                                          )
                                          )
              v.                          )          No. 2:06-CV-1081MEF
                                          )
EQUITY GROUP EUFAULA                      )
DIVISON LLC,                              )
                                          )
                    Defendant.            )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Ella Ree Pope_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Divison LLC._
      [Employer]
      at the facility located in _Eufaula Ala._ . I worked at this location
      [City/State]
      from _Dec 18 Mar 2003_ to _March 18 Jan 2005_
      [Date]                              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21_ day of _Dec_____, 2007

_Ella Ree Pope_
[PRINT NAME]

_Ella Ree Pope_
[SIGN NAME]

_118 Project St_
[PRINT STREET ADDRESS]

_Cuthbert, Ga 39840_
[PRINT CITY, STATE, ZIP CODE]

_229- 340- 0047_
[PRINT CELL PHONE NUMBER]

_229- 732- 6655_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                  Plaintiffs                )
                                            )
                                            )
        v.                                  )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                  Defendant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__ADA SCOVIL_____ states the following:
        [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this _Equity Group Eufaula Div. LLC_
      matter.

2.    I am currently, or formerly, employed by _____
      _57 Melvin Clark Rd_ [Employer]
      at the facility located in _Bakehill, Al._, . I worked at this location
      from _2-23-04_ to _Dec = 07_ 36027 .
           [Date]           [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _26_ day of _Dec_, 2007

_Ada Scovil_
[PRINT NAME]

_Ada Scovil_
[SIGN NAME]

_P.o BOX 861_
_72 Skeeter RoAD_
[PRINT STREET ADDRESS]

_Clayton, Al 36016_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334-775-1031_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　　　)　　　No. 2:06-CV-1081MEF
　　　　　　　　　　　　　　　　　　　)
EQUITY GROUP EUFAULA　　　　　　　　)
DIVISON LLC,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defandant.　　　　　　)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Sherrie Sealey_ states the following:
[Print Name]

1.　　I am over 18 years of age and competent to give the following consent in this matter.

2.　　I am currently, or formerly, employed by _Keystone Equity Group_ [Employer] at the facility located in _Baker Hill Ala._ [City/State]. I worked at this location from _3-05-07_ _7-17-06_ [Date] to _5-03-08_ [Date, or if still working write present].

3.　　I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.　　I believe I have not been paid for all compensable time which I have worked, including overtime.

5.　　I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

　　　I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _28_ day of _December_, 2007

_Sherrie A. Sealey_
[PRINT NAME]

_Sherrie A. Sealey_
[SIGN NAME]

_166 South Main_
[PRINT STREET ADDRESS]

_Blakely, Georgia, 39823_
[PRINT CITY, STATE, ZIP CODE]

_229-308-3294_
[PRINT CELL PHONE NUMBER]

_229-723-8641_
[PRINT HOME PHONE NUMBER]

or
_229-359-8146_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

*Anitra S. Smith* states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by *Equity Group Eufaula Div. LLC*
[Employer]
at the facility located in *Baker Hill Alabama*. I worked at this location
[City/State]
from *10/2004*          to *1/05 and from 7/07 to present*
[Date]                [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _28th_ day of _December_ , 2007

_Anitra S. Smith_
[PRINT NAME]

_Anitra S. Smith_
[SIGN NAME]

_14404 Hwy 29_
[PRINT STREET ADDRESS]

_Union Springs Al. 36089_
[PRINT CITY, STATE, ZIP CODE]

_334-703-6586_
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
      Plaintiffs                       )
                                            )
                                            )
      v.                               )       No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
      Defandant.                       )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Jeffery J. Smith_____ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_____
                                                     [Employer]
   at the facility located in _Bakerhill. Al_____. I worked at this location
                          [City/State]
   from _4/8/03/ sept 06_ to _4/3/03 / Sept 06_.
           [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 4ᵗʰ day of _____Jan_____, 2008

_Jeffery J Smith_
[PRINT NAME]

_Jeffrey J. Smith_
[SIGN NAME]

_A-18 Chatt, Court_
[PRINT STREET ADDRESS]

_Eufaula Al 36027_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334-687-4836_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Niessha Streeter_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this
    matter.

2.  I am currently, or formerly, employed by _Equity Group Eufaula Division_
    [Employer]
    at the facility located in _Bakerhill, Al_ . I worked at this location
    [City/State]
    from _January 2005_ to _April 26, 2008_ .
    [Date]          [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre
    and post shift activities from my employer. I also understand that the lawsuit
    may seek recovery for unpaid time during my shift. I understand that the suit
    is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked,
    including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
    any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20_ day of _December_, 2007

_Niessha Streeter_
[PRINT NAME]

_Niessha Streeter_
[SIGN NAME]

_36 Lot 1 Lonnie Wilson Rd_
[PRINT STREET ADDRESS]

_Clayton Al 36016_
[PRINT CITY, STATE, ZIP CODE]

_334 - 355 - 1528_
[PRINT CELL PHONE NUMBER]

_334 - 775 - 8159_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
            Plaintiffs            )
                                  )
                                  )
        v.                        )        No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
            Defendant.            )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Cathy Strong_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Equity Group_
     [Employer]
     at the facility located in _Baker hill Al_ . I worked at this location
     [City/State]
     from _July 30?, 2005_ to _Sept   7 2007_ .
     [Date]                    [Date, or if still working write present] (FL)

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ____1____ day of ___Jan_____, 2007

_Cathy Strong_____
[PRINT NAME]

_Cathy S_____
[SIGN NAME]

_P.O. Box 593_____
[PRINT STREET ADDRESS]

_Clayton Al 36016___
[PRINT CITY, STATE, ZIP CODE]

_334-695-8511_____
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Tara Tarver_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Equity Group, LLC_
      at the facility located in _Bakerhill AL_ [Employer]
      _____. I worked at this location
                    [City/State]
      from _March 2005_ to _May 2005_____.
           [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21_ day of _December_, 2007

_Tara  Tarver_
[PRINT NAME]

_Tara  Tarver_
[SIGN NAME]

_1923 Fellowship Church Rd_
[PRINT STREET ADDRESS]

_Midway  AL  36053_
[PRINT CITY, STATE, ZIP CODE]

_(334) 787- 6755_
[PRINT CELL PHONE NUMBER]

_(334) 529-3742_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                       Plaintiffs               )
                                 )
                                 )
                v.                    )    No. 2:06-CV-1081MEF
                                 )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                               )
                                 )
                 Defendant.               )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Teresa Thomas_ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
                                          [Employer]
    at the facility located in _Baker Hill Ala_ . I worked at this location
                             [City/State]
    from _05/16/05_ to _February 15, Will be 2 yrs_
          [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _12_ day of _____27_____, 2007

_Teresa_ _Thomas_     _Teresa Thomas_
[PRINT NAME]                    [SIGN NAME]

_P.O. Box 251_     _Lumpkin Ga, 31815_
[PRINT STREET ADDRESS]          [PRINT CITY, STATE, ZIP CODE]

_229-321-9979_     _229-838-4918_
[PRINT CELL PHONE NUMBER]       [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

<u>Annie L. Thornton</u> states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this
    matter.

2.  I am currently, or formerly, employed by <u>Equity Group Eufaula Div.</u>
                                             [Employer]
    at the facility located in <u>Bakerhill, AL.</u> . I worked at this location
                              [City/State]
    from <u>6-02+i) 2-05</u> to <u>Aug 07 - Present</u> .
        [Date]              [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre
    and post shift activities from my employer. I also understand that the lawsuit
    may seek recovery for unpaid time during my shift. I understand that the suit
    is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked,
    including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
    any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___4___ day of __February__, 2008

___Annie L. Thornton___
[PRINT NAME]

___Annie L. Thornton___
[SIGN NAME]

___295 M+M Lane___
[PRINT STREET ADDRESS]

___Union Springs, AL. 36089___
[PRINT CITY, STATE, ZIP CODE]

___(334) 421-2235___
[PRINT CELL PHONE NUMBER]

___NA___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.            )
                                    )
            Plaintiffs              )
                                    )
                                    )
        v.                          )        No. 2:06-CV-1081MEF
                                    )
EQUITY GROUP EUFAULA                )
DIVISON LLC,                        )
                                    )
            Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Loretta Tuggles states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by Equity Group LLC
      [Employer]
      at the facility located in Eufaula, AL . I worked at this location
      [City/State]
      from 10/2006 to August 2006 til Dec. 2006
      [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _01_ day of _February_, 2008

_Loretta Tuggles_
[PRINT NAME]

_Loretta Tuggle_
[SIGN NAME]

_717 Peachburg Rd_
[PRINT STREET ADDRESS]

_Union Springs Al, 36089_
[PRINT CITY, STATE, ZIP CODE]

_N/A_
[PRINT CELL PHONE NUMBER]

_(334) 738-3642_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Christopher Walker states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by Equity Group Eufaula Division LLC
      [Employer]
      at the facility located in Baker Hill AL          . I worked at this location
                                 [City/State]
      from March 12-06 to _____.
           [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _8-3-_ day of _28_____, 2007

Christopher Walker
[PRINT NAME]

Christopher Walker
[SIGN NAME]

1745 Co Rd
[PRINT STREET ADDRESS]

Louisville Al 36048
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

1-334-266-5285
[PRINT HOME PHONE NUMBER]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY ANN BURKS, et al,.           )
                                   )
              Plaintiffs           )
                                   )
                                   )
       v.                          )        No. 2:06-CV-1081MEF
                                   )
EQUITY GROUP EUFAULA               )
DIVISON LLC,                       )
                                   )
              Defandant.           )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Paul A. Walker_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Division_
      [Employer]
      at the facility located in _Baker Hill, AL._. I worked at this location
      [City/State]
      from_____ to _____NO_____.
            [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 3-28 day of ___28___, 2007

Paul A. Walker
[PRINT NAME]

Paul A. Walken
[SIGN NAME]

1741 CO. Rd 27
[PRINT STREET ADDRESS]

1741 CO Rd 27 36048
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

334-266-5285
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.  )
                 )
        Plaintiffs  )
                 )
                 )
        v.           )    No. 2:06-CV-1081MEF
                 )
EQUITY GROUP EUFAULA  )
DIVISON LLC,          )
                 )
        Defendant.  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Angela Williams_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group, LLC_ [Employer] at the facility located in _Union Springs AL_ . I worked at this location [City/State] from _Jan 1 2006_ to _March 16, 2006_ . [Date] [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____20_____ day of _____Dec, 20_____, 2007

_____Angela Williams_____      _____Angela Williams_____
[PRINT NAME]                    [SIGN NAME]

_____142 North Rd_____         _____Union Springs AL 36089_____
[PRINT STREET ADDRESS]          [PRINT CITY, STATE, ZIP CODE]

(256) 990 - 8158               (334) 485- 3341
(334) 389-8307                 (334) 738-5824
[PRINT CELL PHONE NUMBER]       [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
        Plaintiffs                  )
                                            )
                                            )
        v.                          )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
        Defendant.                  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Cynthia Williams_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group_
   [Employer]
   at the facility located in _Eufeula  Ala_. I worked at this location
   [City/State]
   from _7/2007_ to _08_.
   [Date]              [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 96 day of 2008 , 2007

Cynthia Williams
[PRINT NAME]

Cynthia Williams
[SIGN NAME]

P. O Box 156 Ft Davis
[PRINT STREET ADDRESS]

Ft Davis AlA 36039
[PRINT CITY, STATE, ZIP CODE]

334-695-6783
[PRINT CELL PHONE NUMBER]

N A
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Brandy Youngblood_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _EQUITY GROUP EUFAULA DIVISION_
    [Employer]
    at the facility located in _BakerHill, Alabama_ . I worked at this location
    [City/State]
    from _Feb. 19th_ to _Jun. 30th_ .
    [Date]                    [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 2 9th day of December , 2007

Brandy Youngblood
[PRINT NAME]

Brandy Youngblood
[SIGN NAME]

192 M&M Lane
[PRINT STREET ADDRESS]

Union Springs, AL 36089
[PRINT CITY, STATE, ZIP CODE]

334-707-6804
[PRINT CELL PHONE NUMBER]

334-738-4705
[PRINT HOME PHONE NUMBER]