# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BETTY ANN BURKS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-01081-MEF-DRB** |
| | § | |
| **EQUITY GROUP EUFAULA** | § | |
| **DIVISION, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiff hereby files the following Notices of Consent in connection with the above-titled and numbered actions, attached hereto:

1.  Kimberly Adams
2.  Tywanda V. Batten
3.  Brenda Cooper
4.  Marcus Crocker
5.  Bennie Antonio Daniel
6.  Carlos Davis
7.  Dorian D. Davis
8.  Randy Dubose
9.  Sharhonda Eafford
10. Luegenia Foster
11. Elrengo L. Grant
12. Naketa Grayer
13. Adriane Hall
14. Ellis Hurt, Jr.
15. Latravia Jackson
16. Cornelius Jenkins

17.    Lichelle Jones

18.    Mary Jane Kelley

19.    Decarlos R. Laseter

20.    Kenneth Murray

21.    James T. McGhee

22.    Natasha Morris Denkins

23.    Mashunda Murray

24.    Alheatha Lesha Richardson

25.    Jeremiah Scott

26.    Latoya Sewell

27.    Loretta Tuggles

28.    Rodney Upshaw

29.    Betty Joyce Walker

30.    Bridget Walker

31.    Keyonda Shantay West

32.    Lucy Woods

33.    Salvador Rivas Yepiz


Dated: <u>April  24, 2008 </u>                    Respectfully submitted,

                                                **THE COCHRAN FIRM, P.C.**


                                                <u>/s/ Robert J. Camp          </u>
                                                **ROBERT JOSEPH CAMP**
                                                **BERNARD D. NOMBERG**
                                                505 North 20th Street, Suite 825
                                                Birmingham, Alabama 35203
                                                (205) 930-6900-Telephone
                                                (205) 930-6910- Facsimile

                                                ***Attorneys for Plaintiffs***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on **April 24, 2008**, I electronically filed the above Notice of Filing Additional Notices of Consent to join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Courtney Reilly Potthoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Richard Martin Adams
Attorney for Plaintiffs
adam@parkmanlawfirm.com

Richard B. Celler
Attorney for Plaintiffs
Richard@cellerlegal.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com

James W. Parkman, III
Attorney for Plaintiff
parkman@parkmanlawfirm.com

Maurice John Steensland, III
Attorney for Plaintiffs
parkman@parkmanlawfirm.com

William C. White, II
Attorney for Plaintiffs
wwhite@parkmanlawfirm.com

Gary D. Fry
Attorney for Defendant
gdfry@pelino.com

Howard A. Rosenthal
Attorney for Defendant
harosenthal@pelino.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com

Robert J. Camp
Attorney for Plaintiffs
rcamp@cochranfirm.com

/s/ Robert J. Camp
**ROBERT J. CAMP**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
          Plaintiffs              )
                                        )
                                        )
        v.                      )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
          Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Kimberly Adams__ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by __Southern Plastics__
    [Employer]
    at the facility located in __Eufaula Al__ . I worked at this location
    [City/State]
    from __9-3-07__ to __present__ .
    [Date]                [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _28_ day of _December_, 2007

Kimberly Adams
[PRINT NAME]

_Kimberly Adams_
[SIGN NAME]

1700 South Randolph Ave Apt 105-C   Eufaula Al 36027
[PRINT STREET ADDRESS]    [PRINT CITY, STATE, ZIP CODE]

334-355-0854
[PRINT CELL PHONE NUMBER]

334-687-5172
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                             )
                    Plaintiffs               )
                                             )
                                             )
        v.                                   )        No. 2:06-CV-1081MEF
                                             )
EQUITY GROUP EUFAULA                         )
DIVISON LLC,                                 )
                                             )
                    Defendant.               )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Tywanda V. Batten__ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by __CPI ✶ E.G.E.D ll c__
                                                        [Employer]
      at the facility located in __Baker Hill, Ala.__ . I worked at this location
                                      [City/State]
      from __2004, July/Aug 07__ to __Aug. 2007__ .
              [Date]                      [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __21__ day of __December__ , 2007

__Tywanda V. Batten__
[PRINT NAME]

__Tywanda V. Batten__
[SIGN NAME]

__10700 Three Notch Rd.__
[PRINT STREET ADDRESS]

__Blakely GA 39823__
[PRINT CITY, STATE, ZIP CODE]

__229)308 - 4886__
[PRINT CELL PHONE NUMBER]

__229)724-7127__
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
      Plaintiffs                    )
                                        )
                                        )
      v.                            )     No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
      Defendant.                    )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Brenda Cooper_ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Alabama Dept. of Public Health_
                                                            [Employer]
    at the facility located in _Clayton, AL_. I worked at this location
                                      [City/State]
    from _12-05-07_ to _present_.
          [Date]                 [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _23_ day of _December_ , 2007

_Brenda Cooper_
[PRINT NAME]

_Brenda Cooper_
[SIGN NAME]

_525. Midway St._
[PRINT STREET ADDRESS]

_Clayton AL  36016_
[PRINT CITY, STATE, ZIP CODE]

_— NONE —_
[PRINT CELL PHONE NUMBER]

_(334) 775-8128_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defandant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

___MARCUS CROCKER___ states the following:
    [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by ___Apex Homes___
                                                    [Employer]
   at the facility located in ___Richland GA.___. I worked at this location
                                       [City/State]
   from_____ to ___Present___.
           [Date]              [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 19<u>th</u> day of Dec. , 2007

MARCUS CROCKER
[PRINT NAME]

Marcus Crocker
[SIGN NAME]

P.O. Box 454 Oak St.
[PRINT STREET ADDRESS]

Lumpkin GA, 31815
[PRINT CITY, STATE, ZIP CODE]

1 (229) 321-0901
[PRINT CELL PHONE NUMBER]

1 (229) 838-4917
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
        v.                                  )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Bennie Anthono Daniel_ states the following:
    [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Bennett Civils_
                                            [Employer]
     at the facility located in _Montgomery AL_. I worked at this location
     from _June 2007_ to _Present_.
           [Date]                      [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ____24____ day of ____December____, 2007

____Bennie Antonio Daniel____          ____Bennie Antonio Daniel____
[PRINT NAME]                             [SIGN NAME]

____402 East Oak Street____             ____Tuskegee AL 36083____
[PRINT STREET ADDRESS]                   [PRINT CITY, STATE, ZIP CODE]

____None____                            ____None____
[PRINT CELL PHONE NUMBER]                [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.  )
                                    )
           Plaintiffs        )
                                      )
                                      )
           v.                 )     No. 2:06-CV-1081MEF
                                      )
EQUITY GROUP EUFAULA     )
DIVISON LLC,               )
                                      )
           Defandant.      )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Carlos Davis_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am <u>currently</u>, or formerly, employed by _Equity group Eufaula Division_
                                                         [Employer]
    at the facility located in _Eufaula Alanba._ . I worked at this location
                                              [City/State]
    from _12/18/2004_ to _6/27/2007 (Started back)_
        _6/17/2004_
          [Date]                    [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____31st_____ day of _____December_____, 2007

_____Carlos Davis_____
[PRINT NAME]

_____Carlos Davis_____
[SIGN NAME]

_____Montgomery Street_____
[PRINT STREET ADDRESS]

_____Omaha Ga. 31821)_____
[PRINT CITY, STATE, ZIP CODE]

_____229-321-0909_____
[PRINT CELL PHONE NUMBER]

_____No phone_____
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.   )
          )
    Plaintiffs   )
          )
          )
    v.      )  No. 2:06-CV-1081MEF
          )
EQUITY GROUP EUFAULA   )
DIVISON LLC,      )
          )
    Defendant.  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Dorian D Davis_ states the following:
  [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Staffing Solution ( Hummingbird )_
               [Employer]
 at the facility located in _Eufola ALM_. I worked at this location
         [City/State]
 from _Feb 2007_ to _present_.
   [Date]    [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

 I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __27__ day of __December__ , 2007

__Dorian Davis__
[PRINT NAME]

__Dorian Davis__
[SIGN NAME]

__502 DAYS AVE__
[PRINT STREET ADDRESS]

__Fort Gaines GA 39851__
[PRINT CITY, STATE, ZIP CODE]

__(229) 308-1330__
[PRINT CELL PHONE NUMBER]

__(229) 768-2602__
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.       )
                              )
          Plaintiffs     )
                              )
                              )
         v.             )     No. 2:06-CV-1081MEF
                              )
EQUITY GROUP EUFAULA     )
DIVISON LLC,              )
                              )
         Defandant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Randy Dubose_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Unemployed_
                                               [Employer]
    at the facility located in _N/A_ . I worked at this location
                       [City/State]
    from _N/A_ to _N/A_ .
        [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___27___ day of ___December___, 2007

___Randy Dubose___
[PRINT NAME]

___Randy Dubose___
[SIGN NAME]

___4350 county Rd 47___
[PRINT STREET ADDRESS]

___Midway, AL 36053___
[PRINT CITY, STATE, ZIP CODE]

___334-430-5223___
[PRINT CELL PHONE NUMBER]

___334-529-3797___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
      Plaintiffs              )
                                        )
                                        )
      v.                       )      No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
      Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Sharhonda Eafford_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _unemployed_
                                                  [Employer]
    at the facility located in _Arlington GA_. I worked at this location
                               [City/State]
    from _12/01/07_ to _____.
          [Date]             [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _12_ day of _Dec 21, 07_, 2007

_Sharhonda tafford_          _Sharhonda d Eafford_
[PRINT NAME]                          [SIGN NAME]

_16935 woodvalley rd   Arlington GA 39813_
[PRINT STREET ADDRESS]          [PRINT CITY, STATE, ZIP CODE]

_(007) 308-0208_          _(229) 725-5640_
[PRINT CELL PHONE NUMBER]          [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                             )
          Plaintiffs       )
                             )
                             )
          v.              )     No. 2:06-CV-1081MEF
                             )
EQUITY GROUP EUFAULA      )
DIVISON LLC,              )
                             )
          Defandant.     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Luegenia Foster_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _no-one_
                                            [Employer]
    at the facility located in_____. I worked at this location
                      [City/State]
    from_____ to _____.
          [Date]           [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 4 day of 28, 98 - December, 2007

Luegenia Foster
[PRINT NAME]

Luegenia Foster
[SIGN NAME]

393 Coxlersville Rd
[PRINT STREET ADDRESS]

morris, GA 39867
[PRINT CITY, STATE, ZIP CODE]

229-308-1437
[PRINT CELL PHONE NUMBER]

229-768-3344
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                  Plaintiffs                )
                                            )
                                            )
        v.                                  )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                  Defandant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Elrengo L. Grant_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by ___N/A Chattohee Veener___
                                                        [Employer]
      at the facility located in ___N/A Eufaula AL___. I worked at this location
                                        [City/State]
      from ___N/A___ to ___10-19-07___.
              [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 30 day of 12 _____, 2007

_Elrenso Grant_____
[PRINT NAME]

_Elrenzo Grant_____
[SIGN NAME]

_223 Central Ave_____
[PRINT STREET ADDRESS]

_Eufaula AL 36027_____
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(334) 687-2581_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.              )
                                      )
             Plaintiffs               )
                                      )
                                      )
        v.                            )        No. 2:06-CV-1081MEF
                                      )
EQUITY GROUP EUFAULA                  )
DIVISON LLC,                          )
                                      )
             Defandant.               )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__NAKETA GRAYER__ states the following:
   [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by __Alexander Contracting__
                                                      [Employer]
    at the facility located in __Columbus, GA__. I worked at this location
                                   [City/State]
    from __May-07__ to __PRESENT__.
          [Date]         [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __2__ day of __January__, ~~2007~~ 2008

__Naketa Grayer__
[PRINT NAME]

__Naketa Grye__
[SIGN NAME]

__701 Alston St__
[PRINT STREET ADDRESS]

__Richland GA, 31825__
[PRINT CITY, STATE, ZIP CODE]

__229-321-9324__
[PRINT CELL PHONE NUMBER]

__229-887-3708__
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.       )
                              )

          Plaintiffs       )
                              )

                              )

          v.              )     No. 2:06-CV-1081MEF
                              )

EQUITY GROUP EUFAULA      )
DIVISON LLC,                )
                              )

          Defendant.      )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Adriane Hall_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Baker Hill     EuFaula_
                                                     [Employer]
    at the facility located in _Dothan, Al._  . I worked at this location
                                [City/State]
    from _March 17, 04_ to _December 17, 05_     .
           [Date]                [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _25_ day of _December_ , 2007

_Adriane Hall_
[PRINT NAME]

_Adriane Hall_
[SIGN NAME]

_209 mulberry Lane_
[PRINT STREET ADDRESS]

_Blakely, GA, 39823_
[PRINT CITY, STATE, ZIP CODE]

_(229)359-8019_
[PRINT CELL PHONE NUMBER]

_(229)723-4526_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Ellis Hurt Jr._ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufala Division LLC_
[Employer]
at the facility located in _Baller Hill, Al_. I worked at this location
[City/State]
from _about 2008_ to _2001_.
[Date]          [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___26___ day of ___December___, 2007

___Ellis Hurt Jr.___
[PRINT NAME]

___Ellis Hurt Jr___
[SIGN NAME]

___P.O. Box 55___
[PRINT STREET ADDRESS]

___Midway, Al 36053___
[PRINT CITY, STATE, ZIP CODE]

___(334) 315-1247___
[PRINT CELL PHONE NUMBER]

___(334) 529-3181___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
      )
      Plaintiffs      )
      )
      )
      v.      )      No. 2:06-CV-1081MEF
      )
EQUITY GROUP EUFAULA      )
DIVISON LLC,      )
      )
      Defendant.      )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Latravia Jackson states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by ___N/A___
      [Employer]
    at the facility located in_____. I worked at this location
      [City/State]
    from_____ to _____.
      [Date]      [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __8__ day of __January__, 2007

__Latravia Jackson__
[PRINT NAME]

__Latravia Jackson__
[SIGN NAME]

__P.O. Box 444__
__255 MLK Drive__
[PRINT STREET ADDRESS]

__Edison Ga. 39846__
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

__(229) 835-2249__
[PRINT HOME PHONE NUMBER]

30 years old
October 21, 1977
Not Employed

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                     Plaintiffs         )
                                        )
                                        )
         v.                             )         No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                     Defendant.         )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Cornelius Jenkins_ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Carters Lawn Service_
                                                      [Employer]
      at the facility located in _Eufaula, AL_ . I worked at this location
                                   [City/State]
      from _01-06-06_ to _12-06-06_ .
            [Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___O 20___ day of ___December___, 2007

Cornelius Jenkins
[PRINT NAME]

_Cornelius Jenkins_
[SIGN NAME]

100 Nancy Ross Dr
[PRINT STREET ADDRESS]

Eufaula, AL    36027
[PRINT CITY, STATE, ZIP CODE]

334-695-1132
[PRINT CELL PHONE NUMBER]

334-687-6352
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.     )
                            )
          Plaintiffs       )
                            )
                            )
          v.             )     No. 2:06-CV-1081MEF
                            )
EQUITY GROUP EUFAULA     )
DIVISON LLC,               )
                            )
          Defendant.    )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Lichelle Jones_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Personel Service_
                                            [Employer]
    at the facility located in _Dothan, Al._ . I worked at this location
                                [City/State]
    from _11 / 07_ to _12 / 07_ .
         [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___30___ day of ___December___, 2007

___Lichelle Jone___    ___Lichelle Jones___
[PRINT NAME]         [SIGN NAME]

___108 Girard ct Apt.32___  ___Abbeville, Al, 36310___
[PRINT STREET ADDRESS]    [PRINT CITY, STATE, ZIP CODE]

___334-432-2020___    ___334-585-6774___
[PRINT CELL PHONE NUMBER]  [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
          Plaintiffs           )
                                        )
                                        )
          v.                   )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
          Defendant.           )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Mary Jane Kelly_ states the following:
   [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _don't work yet_
                                           [Employer]
   at the facility located in _None_ . I worked at this location
                           [City/State]
   from _None_ to _None_ .
         [Date]         [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _28_ day of _December_, 2007

_Mary Jane Kelly_
[PRINT NAME]

_Mary Jane Kelly_
[SIGN NAME]

_834 Spruce Dr_
[PRINT STREET ADDRESS]

_Eufaula AL 36027_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334-687-7156_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiffs　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　)　　　No. 2:06-CV-1081MEF
　　　　　　　　　　　　　　　　　)
EQUITY GROUP EUFAULA　　　　　　)
DIVISON LLC,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　　　)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_DeCarlos R. Laseter_ states the following:
　　　　[Print Name]

　　1.　　I am over 18 years of age and competent to give the following consent in this
　　　　　matter.

　　2.　　I am currently, or formerly, employed by _S.O.S Salsar_
　　　　　　　　　　　　　　　　　　　　　　　　　　　[Employer]
　　　　　at the facility located in _Orlando, Fl._　　. I worked at this location
　　　　　　　　　　　　　　　　　[City/State]
　　　　　from _04-15-07_ to _Still employed_.
　　　　　　　　[Date]　　　　[Date, or if still working write present]

　　3.　　I understand that this suit is being brought to recover compensation for pre
　　　　　and post shift activities from my employer. I also understand that the lawsuit
　　　　　may seek recovery for unpaid time during my shift. I understand that the suit
　　　　　is brought pursuant to both federal law and applicable state statutes, if any.

　　4.　　I believe I have not been paid for all compensable time which I have worked,
　　　　　including overtime.

　　5.　　I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
　　　　　any decision in this lawsuit or be any settlement of the case.

　　　I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _01_ day of _12_, 2007 _2008_

_DeCarlos R. Laseter_
[PRINT NAME]

_DeCarlos R. Laseter_
[SIGN NAME]

_1698 pleasant hill rd._
[PRINT STREET ADDRESS]

_Kissimnee, Fl_
_Orlando, Fl,  34764_
[PRINT CITY, STATE, ZIP CODE]

_1-407-267-0101_
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.            )
                                    )
             Plaintiffs            )
                                    )
                                    )
             v.                    )      No. 2:06-CV-1081MEF
                                    )
EQUITY GROUP EUFAULA                )
DIVISON LLC,                        )
                                    )
             Defendant.            )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Kenneth McCRAy_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _O'Reilly Auto Parts_
[Employer]
at the facility located in _EuFaulA , Al_. I worked at this location
[City/State]
from _Sept 07_ to _Present_.
[Date]          [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _28 th_ day of _December_, 2007

_Kenneth McCroy_
[PRINT NAME]

_Kenneth D. McCroy_
[SIGN NAME]

_P.O. Box 1501_
[PRINT STREET ADDRESS]

_Eufaula, AL 36072-1501_
[PRINT CITY, STATE, ZIP CODE]

_334-695-4547_
[PRINT CELL PHONE NUMBER]

[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
              Plaintiffs                )
                                        )
                                        )
        v.                              )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
              Defendant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_James T. McGhee_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Quality New York Styles_
                                                        [Employer]
      at the facility located in _H. Gaines Ga._ . I worked at this location
                                  [City/State]
      from _Feb. 07-07_ to _Present_ .
            [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20_ day of _December_, 2007

_James T. McGhee_
[PRINT NAME]

_James T. McGhee_
[SIGN NAME]

_P.O. Box 634_
[PRINT STREET ADDRESS]

_Ft Gaines, Ga 39851_
[PRINT CITY, STATE, ZIP CODE]

_(229) 308-2016_
[PRINT CELL PHONE NUMBER]

_(229)_
_768-3949-2960_
[PRINT HOME PHONE NUMBER]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                             )
           Plaintiffs      )
                             )
                             )
           v.                )      No. 2:06-CV-1081MEF
                             )
EQUITY GROUP EUFAULA      )
DIVISON LLC,               )
                             )
           Defendant.      )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Natasha Morris (Denkins)__ states the following:
         [Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or formerly, employed by __Equity Group Eufaula Al. Divison__
                                               [Employer]
     at the facility located in __Eufaula, Alabama__ . I worked at this location
                             [City/State]
     from __2006-2007__ to __Can't remember the date.__
           [Date]               [Date, or if still working write present]

3.     I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___7___ day of __January__, ~~2007~~ 2008

__Natasha Morris (Denkins)__    __Natasha M__ (Denkins)
[PRINT NAME]                    [SIGN NAME]

__197 Alto Shipman Rd. Lot 3__    __Ariton, Ala. 36311__
[PRINT STREET ADDRESS]            [PRINT CITY, STATE, ZIP CODE]

__(334) 402-6075__                _____
[PRINT CELL PHONE NUMBER]         [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
            Plaintiffs                  )
                                        )
                                        )
        v.                              )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
            Defendant.                  )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Mashunda Murray_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Mc Donalds_
     [Employer]
     at the facility located in_Goodwater AL_. I worked at this location
     [City/State]
     from _Nov, 15, 2007_ to _Still working_.
     [Date]                [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _Dec._ day of _19,_ _____, 2007

_Mashunda Murray_          _Mashunda Murray_
[PRINT NAME]                      [SIGN NAME]

_P.O. Box 385_               _Goodwater AL 35072_
[PRINT STREET ADDRESS]      [PRINT CITY, STATE, ZIP CODE]

_N/A_                          _256-839-1712_
[PRINT CELL PHONE NUMBER]   [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.               )
                                       )
                  Plaintiffs           )
                                       )
                                       )
          v.                           )        No. 2:06-CV-1081MEF
                                       )
EQUITY GROUP EUFAULA                   )
DIVISON LLC,                           )
                                       )
                  Defandant.           )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Alheatha Lesha Richener_ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _(Ben Reeves) CP_ current
                                                        [Employer]
      at the facility located in _Bather Hill Alg_. I worked at this location
                                      [City/State]
      from _1994 Also 2001_ to _1995 - 2001_.
      3 different [Date]         [Date, or if still working write present]
      times unsure of all dates

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 7 day of January , ~~2007~~ 2008

Aheatha L. Richardson    A. L. Richardson
[PRINT NAME]    [SIGN NAME]

641 Gammage Road    Eufaula Ala 36027
[PRINT STREET ADDRESS]    [PRINT CITY, STATE, ZIP CODE]

334-441-6144    334-687-8734
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                  )
                                )
            Plaintiffs       )
                                )
                                )
          v.                  )   No. 2:06-CV-1081MEF
                                )
EQUITY GROUP EUFAULA                  )
DIVISON LLC,                  )
                                )
           Defendant.       )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Jeremiah Scott_ states the following:
      [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Wayne Farm LLC_
                                              [Employer]
  at the facility located in _Union Springs, AL_ . I worked at this location
                            [City/State]
  from _Nov. 18.07_ to _Present_ .
        [Date]           [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 22 day of Dec , 2007

Jeremiah Scott
[PRINT NAME]

Jeremiah Scott
[SIGN NAME]

410 Locke Ave W
[PRINT STREET ADDRESS]

Union Spring AL 36089
[PRINT CITY, STATE, ZIP CODE]

334 703-9236
[PRINT CELL PHONE NUMBER]

334 738-8064
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
      Plaintiffs                      )
                                            )
                                            )
      v.                              )     No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
      Defendant.                      )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_LaTan Sowell_ states the following:
    [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _Wesley Manor_
                                       [Employer]
     at the facility located in _Dothan Al_ . I worked at this location
                                 [City/State]
     from _Aug 07_ to _Present_ .
        [Date]      [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 27 day of Dec _____, 2007

LaToya Sewell
[PRINT NAME]

LaToya Sewell
[SIGN NAME]

383 Co. Rd 246
[PRINT STREET ADDRESS]

Abbeville Al 36310
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

334 585-9336
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                            )
          Plaintiffs     )
                            )
                            )
         v.           )   No. 2:06-CV-1081MEF
                            )
EQUITY GROUP EUFAULA     )
DIVISON LLC,             )
                            )
         Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Loretta Tuggles_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
                                         [Employer]
    at the facility located in _Eufaula_ . I worked at this location
                          [City/State]
    from _March 2004_ to _Jan 2008 — 2nd time work_
             [Date]               [Date, or if still working write present]
                Fist time worked

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20_ day of _December_, 2007

_Loretta Tuggles_
[PRINT NAME]

_Loretta Tuggles_
[SIGN NAME]

_717 Peachburg Road_
[PRINT STREET ADDRESS]

_Union Springs Al 36089_
[PRINT CITY, STATE, ZIP CODE]

_(334) 224-2491_
[PRINT CELL PHONE NUMBER]

_(334) 738-2642_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_____Rodney Upshaw_____ states the following:
        [Print Name]

1.      I am over 18 years of age and competent to give the following consent in this
        matter.

2.      I am currently, or formerly, employed by Equity Group Eufaula DIV LLC
                                                            [Employer]
        at the facility located in Bakerhill, AL____. I worked at this location
                                        [City/State]
        from 5-16-05/8-27-07 to 8-3-05/12-29-07_____.
            [Date]              [Date, or if still working write present]

3.      I understand that this suit is being brought to recover compensation for pre
        and post shift activities from my employer. I also understand that the lawsuit
        may seek recovery for unpaid time during my shift. I understand that the suit
        is brought pursuant to both federal law and applicable state statutes, if any.

4.      I believe I have not been paid for all compensable time which I have worked,
        including overtime.

5.      I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
        any decision in this lawsuit or be any settlement of the case.

        I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _29th_ day of _December_ , 2007

_Rodney Upshaw_
[PRINT NAME]

_Rodney Upshaw_
[SIGN NAME]

_107 Nancy Ross Drive_
[PRINT STREET ADDRESS]

_Eufaula, AL 36027_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_688 - 9976_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Betty Joyce Walker_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
      [Employer]
      at the facility located in _Eufaula, AL_. I worked at this location
      [City/State]
      from_____ to _____.
            [Date]                    [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___26___ day of ___December___, 2007

_Betty Joyce Walker_
[PRINT NAME]

_Betty Joyce Walker_
[SIGN NAME]

_599 Ozark Rd. Deerun Apt #4_
[PRINT STREET ADDRESS]

_Abbeville Alabama 36310_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334-585-5857_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.    )
                            )
      Plaintiffs    )
                            )
                            )
      v.    )    No. 2:06-CV-1081MEF
                            )
EQUITY GROUP EUFAULA        )
DIVISON LLC,                )
                            )
      Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Bridget Walker_ states the following:
    [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Equity Group_
                                               [Employer]
    at the facility located in _Baberhill AL_. I worked at this location
                         [City/State]
    from _Sept._ to _Sept_.
        [Date]                [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21st_ day of _December_ , 2007

_Bridget Walker_
[PRINT NAME]

_Bridgut 3Valkur_
[SIGN NAME]

_150 Meadow Lane H.7_
[PRINT STREET ADDRESS]

_Eufaula AL 36027_
[PRINT CITY, STATE, ZIP CODE]

_334-695-8519_
[PRINT CELL PHONE NUMBER]

_334-687-6358_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiffs　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　v.　　　　　　　　)　　　No. 2:06-CV-1081MEF
　　　　　　　　　　　　　　　　)
EQUITY GROUP EUFAULA　　　　　)
DIVISON LLC,　　　　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　 )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Kayonda Shantay West_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Divison_
   [Employer]
   at the facility located in _Eufaula Albama_ . I worked at this location
   [City/State]
   from _March 1, 2006_ to _October 31, 2006 now June 11, 2007_
   [Date]　　　　　　[Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _24_ day of _December_, 2007

_Kayonda West_
[PRINT NAME]

_Kayonda West_
[SIGN NAME]

_205 Lawrence St._
[PRINT STREET ADDRESS]

_Cuthbert Ga. 39840_
[PRINT CITY, STATE, ZIP CODE]

_1-229-376-5330_
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
              Plaintiffs                    )
                                            )
                                            )
              v.                            )          No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
              Defendant.                    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Lucy Woods_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Formerly_
      [Employer]
      at the facility located in _Baker Hill, AL_. I worked at this location
      [City/State]
      from _6 , 2005_ to _2005_.
      [Date]                [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 23rd day of December, 2007

Lucy Woods
[PRINT NAME]

Lucy Woods
[SIGN NAME]

2092 NewFt. Browder Rd.
[PRINT STREET ADDRESS]

Eufaula, Ala. 36027
[PRINT CITY, STATE, ZIP CODE]

(334) 695-1487
[PRINT CELL PHONE NUMBER]

(334) 688-5135
[PRINT HOME PHONE NUMBER]

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**     **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_SALVADOR RIVAS YEPIZ_ declara lo siguiente:
[Nombre]

1.     Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.     Estoy, o estuve trabajando para _Equity Group_ en la facilidad
[Nombre de planta]
localizada en _BAKER HILL_. He trabajado en este local desde
[Ciudad/Estado]
_Oct 23 / 2000_ hasta _Julio 14 2007_.
[fecha]                         [fecha, o si sigue trabajando escriba "el presente"]

3.     Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado.  También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.     Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.     Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.     Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la  planta _____

7.     _Equity Group_ en _BAKER Hill_, y en otras posibles
[Nombre de la planta]                    [Ciudad/Estado]
plantas perteneciendo a _Equity Group_. Si es hecha como una
[Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

     FEHADO el día _5_ de _MARZO_, 2006.


_SALVADOR RIVAS Y_                    _SALVADOR RIVAS Y_
[ESCRIBA NOMBRE]                         [FIRMA]