IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al., | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 2:06-cv-01081-MEF-DRB |
| | § | |
| EQUITY GROUP EUFAULA | § | |
| DIVISION, LLC, | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiff hereby files the following Notices of Consent in connection with the above-titled and numbered actions, attached hereto:

1.    Yolanda Bryant
2.    Debra Biggers
3.    Tina Louise Burks
4.    Jarvis Cooks
5.    Teela Faniel
6.    Nicholas Givens
7.    Sallie Henry
8.    Patricia A. Hightower
9.    Sherman Hobdy
10.   Jarvis Howard
11.   Laki Jackson
12.   Crystal Johnson
13.   Willie M. Jones
14.   Shawanda F. Marshall
15.   Latasha Mcray
16.   Fredrick McLeod

17.   Joshua T. Moore

18.   Eddie Richardson

19.   Linda G. Rivers

20.   John D. Russaw

21.   Charles Lee Shade, Jr.

22.   Tiffany Shell

23.   Ebonique Tolliver

24.   Sheissal Toney

25.   Connie Upshaw

26.   Deandra Walker

27.   Marshakia Warren

28.    Isaih Wilsher

29.   Sharon Davis

30.   Alton Brandon Green

31.   Dorsha L. James

32.   Idus Lane

33.   Beatrice Parker

34.   Jeanette Porter

35.   Jerkerris Price

36.   Willie Roy Smith

Dated: <u>April 28, 2008</u>

Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

<u>/s/ Robert J. Camp</u>
**ROBERT JOSEPH CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

***Attorneys for Plaintiffs***

### CERTIFICATE OF SERVICE

I hereby certify that on **April 28, 2008**, I electronically filed the above Notice of Filing Additional Notices of Consent to join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Courtney Reilly Potthoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Richard Martin Adams
Attorney for Plaintiffs
adam@parkmanlawfirm.com

Richard B. Celler
Attorney for Plaintiffs
Richard@cellerlegal.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com

James W. Parkman, III
Attorney for Plaintiff
parkman@parkmanlawfirm.com

Maurice John Steensland, III
Attorney for Plaintiffs
parkman@parkmanlawfirm.com

William C. White, II
Attorney for Plaintiffs
wwhite@parkmanlawfirm.com

Gary D. Fry
Attorney for Defendant
gdfry@pelino.com

Howard A. Rosenthal
Attorney for Defendant
harosenthal@pelino.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com

Robert J. Camp
Attorney for Plaintiffs
rcamp@cochranfirm.com

/s/ Robert J. Camp_____
**ROBERT J. CAMP**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
        v.                                  )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defandant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Debra Biggers__ states the following:
    [Print Name]

1.      I am over 18 years of age and competent to give the following consent in this matter.

2.      I am currently, or formerly, employed by __Hyundai Polytech__
        [Employer]
        at the facility located in __Eufaula Alamba__. I worked at this location
        [City/State]
        from __May 2 2007__ to __Present__.
        [Date]          [Date, or if still working write present]

3.      I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.      I believe I have not been paid for all compensable time which I have worked, including overtime.

5.      I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

        I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____ day of _____, 2007

Debra Bigger
[PRINT NAME]

Debra Biggen
[SIGN NAME]

Rte 1, Box 65
[PRINT STREET ADDRESS]

Omaha    GA    31821
[PRINT CITY, STATE, ZIP CODE]

334-355-0796
[PRINT CELL PHONE NUMBER]

229-838-6276
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.      )
                               )
         Plaintiffs        )
                               )
                               )
         v.            )    No. 2:06-CV-1081MEF
                               )
EQUITY GROUP EUFAULA      )
DIVISON LLC,             )
                               )
         Defendant.     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Yolanda Bryant_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Alatrade Inc._
[Employer]
at the facility located in _Phenix City Alabama_ worked at this location
[City/State]
from _12/13/07_ to _Still working_.
[Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _27th_ day of _December_, 2007

_Yolanda Bryant_
[PRINT NAME]

_Yolanda Bryant_
[SIGN NAME]

_502 Hudson St Rear_
[PRINT STREET ADDRESS]

_Richland, GA. 31825_
[PRINT CITY, STATE, ZIP CODE]

_(229) 938-0649_
[PRINT CELL PHONE NUMBER]

_(229) 887-2248_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
              Plaintiffs          )
                                  )
                                  )
          v.                      )          No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
              Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Tina Louise Burks_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Divison_
      [Employer]
      at the facility located in _Bakerhill Al,_. I worked at this location
      [City/State]
      from _____ to _____.
              [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 25 day of December , 2007

Tina Louise Burks
[PRINT NAME]

Tina Louise Burk
[SIGN NAME]

134 McGilvary Rd.
[PRINT STREET ADDRESS]

Louisville Al 36048
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

(334) 266-5544
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
                   Plaintiffs     )
                                  )
                                  )
         v.                       )          No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
                   Defandant.     )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Jarvis Cooks_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Key Stone_
      [Employer]
      at the facility located in _Barbour County_. I worked at this location
      [City/State]
      from _5-1-2007_ to _Oct 1- 2007_.
      [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___*12*___ day of ___*December*___, 2007

___*JARVIS COOKS*___
[PRINT NAME]

___*Jarvis Cook*___
[SIGN NAME]

___*961 Code Circle*___
[PRINT STREET ADDRESS]

___*Union Springs Al.*___
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

___*334-738-8069*___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Trala Fanial_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Barker Hill_
                                              [Employer]
      at the facility located in _Barker Hill_. I worked at this location
                                  [City/State]
      from _01/05  04/05_ to _____.
           [Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _25_ day of _Dec_ , 2007

_Teela Fancel_
[PRINT NAME]

_Teela Fancel_ (signature)
[SIGN NAME]

_809 Deachburg Rd._
[PRINT STREET ADDRESS]

_Union Springs AL 36089_
[PRINT CITY, STATE, ZIP CODE]

_(404) 934-3356_
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
          Plaintiffs           )
                                        )
                                        )
          v.                   )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
          Defendant.           )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Nicholas Givans_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Gaston Con._
    [Employer]
    at the facility located in _Alexander City Ala._. I worked at this location
    [City/State]
    from _12/17/07_ to _PRESENT_.
    [Date]          [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _23_ day of _December_, 2007

_Nicholas Givens_
[PRINT NAME]

_Nicholas Givens_
[SIGN NAME]

_654 CottonHill Rd Lot #11_
[PRINT STREET ADDRESS]

_Eufaula, Al. 36027_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(334) 688-7804_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
          Plaintiffs      )
                                        )
                                        )
          v.              )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
          Defendant.      )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD .

_Sallie Henry_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _N/A_
   [Employer]
   at the facility located in_____. I worked at this location
   [City/State]
   from_____ to _____.
   [Date]          [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21_ day of _April_____, 2007

_Sallie Henry_____
[PRINT NAME]

_Sallie Henry_____
[SIGN NAME]

_11 Wills Forte Dr._____
[PRINT STREET ADDRESS]

_Pittsview, Al. 36871_____
[PRINT CITY, STATE, ZIP CODE]

_334 695 1479_____
[PRINT CELL PHONE NUMBER]

_334 687-0371_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
       Plaintiffs                    )
                                        )
                                        )
       v.                            )     No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
       Defendant.                    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Patricia A. Hightower_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _George T. Bagby Lodge_
[Employer]
at the facility located in _Fort Gaines, Ga._ . I worked at this location
[City/State]
from _Aug 26, 2005_ to _until Further_.
[Date]    [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _27_ day of _Dec_____, 2007

_Patricia A. Hightower_
[PRINT NAME]

_Patricia A. Hightower_
[SIGN NAME]

_33 Church Ave.,_____
[PRINT STREET ADDRESS]

_Arlington GA. 39813_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(229) 725-6940_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
        Plaintiffs           )
                                        )
                                        )
        v.                    )    No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
        Defendant.            )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Sherman Hobdy_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by _EQuity Group._
                                            [Employer]
  at the facility located in _Eufaula, Al_ . I worked at this location
                             [City/State]
  from _____ to _Can't rember the date_
             [Date]          [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___5___ day of _March_____, 2007 2008

Sherman Hubdy
[PRINT NAME]

Sherman Hobey
[SIGN NAME]

P.O.Box 63 15 Westfeild Cf
[PRINT STREET ADDRESS]

Clayton, Al. 36016
[PRINT CITY, STATE, ZIP CODE]

334 355-8811
[PRINT CELL PHONE NUMBER]

334 775-7450
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
       Plaintiffs              )
                                        )
                                        )
       v.                      )   No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
       Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Jarvis iO. Howard_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Beaulieu of America_
[Employer]
at the facility located in _Eufaula AL._ . I worked at this location
[City/State]
from _August 24.07_ to _Present_ .
[Date]      [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 27th day of December , 2007

Jarvis Howard
[PRINT NAME]

Jarvis Howard
[SIGN NAME]

B-35 Chattahoochee Courts    Eufaula AL 36027
[PRINT STREET ADDRESS]    [PRINT CITY, STATE, ZIP CODE]

334-475-1169
[PRINT CELL PHONE NUMBER]

334-475-1169
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, et al,. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| | ) |
| v. | ) No. 2:06-CV-1081MEF |
| | ) |
| EQUITY GROUP EUFAULA | ) |
| DIVISON LLC, | ) |
| | ) |
| Defendant. | ) |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Luhi Jackson_ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _P.A.M Trucking_
                                                           [Employer]
    at the facility located in _Tontitown, Ar_. I worked at this location
                                      [City/State]
    from _12/26/07_ to _____.
          [Date]             [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___10___ day of ___Jan_____, 200_8_

___Luki Jackson_____
[PRINT NAME]

___Luki Jackson_____
[SIGN NAME]

___600 Harmoney_____
[PRINT STREET ADDRESS]

___Richland, GA  31825_____
[PRINT CITY, STATE, ZIP CODE]

___(229) 821-0944_____
[PRINT CELL PHONE NUMBER]

___(229) 557-2275_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
      Plaintiffs              )
                                        )
                                        )
      v.                      )       No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
      Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Crystal Johnson states the following:
[Print Name] Johnson

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by __Wayne Farms__
                                      [Employer]
   at the facility located in __Union Springs__. I worked at this location
                                  [City/State]
   from __June 13, 07__ to __Jan 2, 08__.
         [Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___12___ day of _____27_____, 2007

Crystal Johnson

[PRINT NAME]

Crystal Johnson

[SIGN NAME]

1075 Sardis Road B5

[PRINT STREET ADDRESS]

Union Springs Ala

[PRINT CITY, STATE, ZIP CODE]   36089

_____

[PRINT CELL PHONE NUMBER]

(334) 738-3756

[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                        Plaintiffs          )
                                            )
                                            )
            v.                              )       No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                        Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Willie M. Jones_____ states the following:
       [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by __Keystone_____
                                                    [Employer]
      at the facility located in _Baker Hill, Al._. I worked at this location
                                      [City/State]
      from _2004_____        to    _2005_____.
            [Date]                 [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the *2-24-07* day of ___December___ , 2007

___Willie M. Jones___
[PRINT NAME]

___Willie M. Jones___
[SIGN NAME]

___1117 CR. 9___
[PRINT STREET ADDRESS]

___Louisville AL, 36048___
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

___334 - 266 - 6174___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
                 Plaintiffs       )
                                  )
                                  )
        v.·                       )          No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
                 Defendant.       )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Shawanda F. Marshall states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _____ N/A _____
      [Employer]
      at the facility located in _____ N/A _____. I worked at this location
      [City/State]
      from _____ to _____.
      [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 30th day of December, 2007

Shavanda Marshall
[PRINT NAME]

Shavanda Marshall
[SIGN NAME]

104 Rosemont St
[PRINT STREET ADDRESS]

Clayton AL 36027
[PRINT CITY, STATE, ZIP CODE]

(334) 355-8762
[PRINT CELL PHONE NUMBER]

(334) 370-2380
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )
            v.                              )          No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                    Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Latasha McCray_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or formerly, employed by ___noone___
     [Employer]
     at the facility located in_____. I worked at this location
                              [City/State]
     from_____ to _____.
          [Date]              [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __20th__ day of __December__, 2007

__Latasha McCray__
[PRINT NAME]

__Lateshe McCray__
[SIGN NAME]

__4 Redmond Cove__
[PRINT STREET ADDRESS]

__Eufaula, Al 36027__
[PRINT CITY, STATE, ZIP CODE]

( 334) 695- 4207
[PRINT CELL PHONE NUMBER]

( 334) 687 - 7122
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　)　　　No. 2:06-CV-1081MEF
　　　　　　　　　　　　　　　　　)
EQUITY GROUP EUFAULA　　　　　　 )
DIVISON LLC,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Frederick McLeod_ states the following:
[Print Name]

1.　　I am over 18 years of age and competent to give the following consent in this matter.

2.　　I am currently, or formerly, employed by _Equity Group_
　　　　　　　　　　　　　　　　　　　　　　　　　　[Employer]
　　　at the facility located in _Baker Hill, AL._ . I worked at this location
　　　from _2004, 2005_ to _2007-2½ mths  9/18 - 10/09_
　　　[Date] 03/12 - 11/12　　　[Date, or if still working write present]

3.　　I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.　　I believe I have not been paid for all compensable time which I have worked, including overtime.

5.　　I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

　　　I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21_ day of _December_, 2007

_Frederick E McLeod_
[PRINT NAME]

_Frederick E. McLeod_
[SIGN NAME]

_32 Old Mcrae Mill Rd._
[PRINT STREET ADDRESS]

_Clio, AL. 36017_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334) 397 2504_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
      Plaintiffs                    )
                                            )
                                            )
        v.                          )    No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
      Defendant.                    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Joshua T. Moore_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula Div. LLC,_
   [Employer]
   at the facility located in _Baker Hill, Ala_ . I worked at this location
   [City/State]
   from _4-14-07_ to _____.
   [Date]       [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___26th___ day of ___December___, 2007

___Joshua T. Moore___
[PRINT NAME]

___Joshua Moore___
[SIGN NAME]

___Rt3 Box 37 Jimmy Carter Dr___
[PRINT STREET ADDRESS]

___Cuthbert, GA 39840___
[PRINT CITY, STATE, ZIP CODE]

___(229)886-4622___
[PRINT CELL PHONE NUMBER]

___(229) 732-2247___
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiffs　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　)　　No. 2:06-CV-1081MEF
　　　　　　　　　　　　　　　　)
EQUITY GROUP EUFAULA　　　　　)
DIVISON LLC,　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　　)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Eddie Richardson_ states the following:
[Print Name]

1.　I am over 18 years of age and competent to give the following consent in this matter.

2.　I am currently, or formerly, employed by _____ _N/A_ _____
　　　　　　　　　　　　　　　　　　　　　　　[Employer]
　　at the facility located in_____ _N/A_ _____. I worked at this location
　　　　　　　　　　　　　　　[City/State]
　　from _N/A_ _____ to _____ _N/A_ _____.
　　　　[Date]　　　　　　　　[Date, or if still working write present]

3.　I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.　I believe I have not been paid for all compensable time which I have worked, including overtime.

5.　I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

　　I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___6___ day of __January_____, 2008

_Eddie Richardson_
[PRINT NAME]

_Eddie Richardson_
[SIGN NAME]

_111 E Lawrence St_
[PRINT STREET ADDRESS]

_Cuthbert GA 39840_
[PRINT CITY, STATE, ZIP CODE]

_N/A_
[PRINT CELL PHONE NUMBER]

_(229) 732-9537_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                     Plaintiffs             )
                                            )
                                            )
          v.                                )          No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                     Defandant.             )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Linda G. Rivers_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
      [Employer]
      at the facility located in _Eufaula Divison_ I worked at this location
      [City/State]
      from _3. 2000_ to _2003_ .
      [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _3rd_ day of _January_ , 2008

_Linda G. Rivers_
[PRINT NAME]

_Linda M. Rivera_
[SIGN NAME]

_P.O Box 862_
[PRINT STREET ADDRESS]

_Lumpkin Ga 3181S_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_229-838-6894_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
       Plaintiffs          )
                                  )
                                  )
     v.                        )          No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
       Defendant.          )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_John D. Kussaw_ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _NO one_
                                               [Employer]
    at the facility located in_____. I worked at this location
                                 [City/State]
    from _April 06_ to _April_ .
          [Date]        [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the **18** day of _December_ , 2007

John D. Russaw
[PRINT NAME]

_[signature]_
[SIGN NAME]

568 Hwy 239 North
[PRINT STREET ADDRESS]

Clayton Al. 36016
[PRINT CITY, STATE, ZIP CODE]

334-695-8378
[PRINT CELL PHONE NUMBER]

334-266-6320
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.       )
                           )
          Plaintiffs     )
                           )
                           )
         v.           )     No. 2:06-CV-1081MEF
                           )
EQUITY GROUP EUFAULA    )
DIVISON LLC,           )
                           )
         Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

*Charles Lee Shade Jr.* states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by ____*None*____
                                            [Employer]
    at the facility located in_____. I worked at this location
                         [City/State]
    from_____ to _____.
          [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the *Dec* day of *2006* , 2007

*Charles Lee Shade Jr*
[PRINT NAME]

*Charles Lee Shade jr*
[SIGN NAME]

*103 Imperial Dr.*
[PRINT STREET ADDRESS]

*Eufaula, Al 36027*
[PRINT CITY, STATE, ZIP CODE]

[PRINT CELL PHONE NUMBER]

*334-687-2443*
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                        Plaintiffs          )
                                            )
                                            )
            v.                              )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
                        Defandant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Tiffany Shell_____ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group Eufaula Divison LLC_
                                                    [Employer]
    at the facility located in ~~_____~~ _Eufaula, AL_ I worked at this location
                               [City/State]
    from _9/03- 10/03 and 7/07- 9/07_ to _____.
          [Date]                   [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _24_ day of _December_, 2007

_Tiffany Shell_
[PRINT NAME]

_Tiff Shell_
[SIGN NAME]

_1075 Sardis Rd Adamonde Apt e-6_
[PRINT STREET ADDRESS]

_Union Springs AL 36089_
[PRINT CITY, STATE, ZIP CODE]

_334 703 2481_
[PRINT CELL PHONE NUMBER]

_334 738-5058_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
                  Plaintiffs      )
                                  )
                                  )
            v.                    )        No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
                  Defendant.      )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Ebonique Tolliver_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _unemployed_
      [Employer]
      at the facility located in_____. I worked at this location
                              [City/State]
      from_____ to _____.
             [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___9th___ day of ___April_____, 2007

_Ebonique Tolliver_
[PRINT NAME]

_Ebonique Tolliver_
[SIGN NAME]

_5728 Hyde Park Drive_
[PRINT STREET ADDRESS]

_Montgomery, AL 36117_
[PRINT CITY, STATE, ZIP CODE]

_(334) 707-3273_
[PRINT CELL PHONE NUMBER]

_(334) 396-5874_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                  Plaintiffs            )
                                        )
                                        )
            v.                          )        No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                  Defendant.            )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Shenssal Toney_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter. Yes

2.   I am currently, or formerly, employed by _Equity Group Eufaula Division LLC_
     [Employer]
     at the facility located in _Bakerhill AL_ . I worked at this location
     [City/State]
     from _March 2005_ to _Still working_ .
     [Date]        [Date, or if still working write present]

3.   I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

     I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 2ⁿ⁷ day of December, 2007

Sherissa L Toney
[PRINT NAME]

Sherissa Toney
[SIGN NAME]

1495 Co Rd 49
[PRINT STREET ADDRESS]

Midway AL 36053
[PRINT CITY, STATE, ZIP CODE]

334-355-1924
[PRINT CELL PHONE NUMBER]

334 529- 4200
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.          )
                                  )
                Plaintiffs        )
                                  )
                                  )
        v.                        )        No. 2:06-CV-1081MEF
                                  )
EQUITY GROUP EUFAULA              )
DIVISON LLC,                      )
                                  )
                Defendant.        )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Lennie Upshaw_____ states the following:
　　　[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Equity Group_
                                               [Employer]
      at the facility located in _Eufaula AL_. I worked at this location
                                 [City/State]
      from _2001 til 05_ to _Not there_.
          [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____18_____ day of _____Dec._____, 2007

_Connie Upshaw_
[PRINT NAME]

_Connie Upshaw_
[SIGN NAME]

_1700 Sixth Road Ave Apt 106 A Eufaula al 36027_
[PRINT STREET ADDRESS]    [PRINT CITY, STATE, ZIP CODE]

_334-1095-8245_
[PRINT CELL PHONE NUMBER]

_334-087-4444_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defandant. | ) | |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Deandra Walker_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _Doublegate Country Club_
    [Employer]
    at the facility located in _Albany, GA_. I worked at this location
    [City/State]
    from _03/16/07_ to _Present_.
    [Date]                    [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _07_ day of _March_, 2007

_Deandra Walker_
[PRINT NAME]

_Deandra Walker_
[SIGN NAME]

_202 Barfield Ave._
[PRINT STREET ADDRESS]

_Albany, GA 31701_
[PRINT CITY, STATE, ZIP CODE]

_(229) 886-0029_
[PRINT CELL PHONE NUMBER]

_(229) 878-4968_
[PRINT HOME PHONE NUMBER]

My addresses has change cause i stay in Albany.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
            Plaintiffs                      )
                                            )
                                            )
        v.                                  )         No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
            Defandant.                      )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Marshukia Warren_ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Ala Track_
                                                           [Employer]

      at the facility located in _Phenix City Al_ . I worked at this location
                                     [City/State]

      from _Nov 19 07_ to _present_ .
        [Date]                [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _Dec_ day of _26_ , 2007

_Marshikia Warren_
[PRINT NAME]

_Marshelia Warren_
[SIGN NAME]

_P.O. Box 224_
[PRINT STREET ADDRESS]

_Richland MS. 31825_
[PRINT CITY, STATE, ZIP CODE]

_(229)-364-1146_
[PRINT CELL PHONE NUMBER]

_(209)-882-2172_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.    )
    )
              Plaintiffs    )
    )
    )
        v.    )        No. 2:06-CV-1081MEF
    )
EQUITY GROUP EUFAULA    )
DIVISON LLC,    )
    )
              Defandant.    )

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Isiah Wilsher_    states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by ___Cardnell Carnell___
    [Employer]
    at the facility located in _Baker Hill Al,_. I worked at this location
    [City/State]
    from _2/13/07_ to _4/28/07_.
    [Date]    [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __11__ day of __December__, 2007

_Isiah Wilsher_
[PRINT NAME]

_Isiah Wilsher_
[SIGN NAME]

_24 Robertson Airport Rd_
[PRINT STREET ADDRESS]

_Clayton Al 36016_
[PRINT CITY, STATE, ZIP CODE]

_334 - 689 - 4261_
[PRINT CELL PHONE NUMBER]
_334_
_or 718-9384_
_334 618-9955_

_334 - 793 - 2234_
[PRINT HOME PHONE NUMBER]

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, _Sharon Davis_____, consent to

become a party plaintiff in this action.

_____10. 24-06_____
DATE

_____Sharon Davis_____
CLIENT SIGNATURE

(M&M form #80)

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, *Alton Branden Green* , consent to become a party plaintiff in this action.

*10/5/06*
DATE

*Alton Branden Green*
CLIENT SIGNATURE

(M&M form #80)

## <u>NOTICE OF CONSENT TO JOIN</u>

Pursuant to 29 U.S.C. § 216(b), I, _Dorsha L. James_ , consent to become a party plaintiff in this action.

_10-04-2006_
DATE

_Dorsha L. James_
CLIENT SIGNATURE

(M&M form #80)

## <u>NOTICE OF CONSENT TO JOIN</u>

Pursuant to 29 U.S.C. § 216(b), I, _____, consent to

become a party plaintiff in this action.


10/7/06
DATE

CLIENT SIGNATURE

(M&M form #80)

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, _Beatrice Parker_ , consent to become a party plaintiff in this action.

_Nov. 20, 2006_
**DATE**

_Beatrice D. Parker_
**CLIENT SIGNATURE**

(M&M form #80)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Jeanette Porter _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group _____ at the facility located in Baker hill Al _____. I worked at this location from
[Name of plant]
[City/State]
May 2005 to July 2005 _____.
[Date]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Equity Group _____ plant in Bakerhill Al _____, and
[Name of Plant]
[City/State]
possibly other plants owned by Equity Group _____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 26 day of September 2006.

Jeanette Porter _____
[PRINT NAME]

Jeanette Porter _____
[SIGN NAME]

## <u>NOTICE OF CONSENT TO JOIN</u>

Pursuant to 29 U.S.C. § 216(b), I, _Jerkerris Price_, consent to become a party plaintiff in this action.

_10-5 06_
DATE

_[signature]_
CLIENT SIGNATURE

(M&M form #80)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Willie Roy Smith_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Fool_ at [Name of plant] the facility located in _Baha Hill AL._ . I worked at this location from [City/State] _10-6-01_ to _NOW Present_ . [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Fool_ plant in _Baha Hill AL._ , and [Name of Plant]                                   [City/State] possibly other plants owned by _____ .  If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _____ day of _10-3_ , 2006.

_Willie Roy Smith_
[PRINT NAME]

_Willie Roy Smith_
[SIGN NAME]