**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | | |
|---|---|---|
| **BETTY ANN BURKS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-01081-MEF-DRB** |
| | § | |
| **EQUITY GROUP EUFAULA** | § | |
| **DIVISION, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiff hereby files the following Notices of Consent in connection with the above-titled and numbered actions, attached hereto:

1.  Kimberly Adams
2.  Edmund Chester
3.  Teresa Davis
4.  Virgil Devose
5.  Emma L. Floyd
6.  Natalie Guice
7.  Carter B. Hamm
8.  Norma Ivory
9.  Andre Jackson
10. Talyia Jackson
11. J.C. Johnson
12. Laura A. Jones
13. Shelia Jones
14. Jennifer Laster
15. Dana McKinnes
16. Tamika Miles

17.     Diqueris Richardson

18.     Willie B. Smith

19.     Christopher B. Tarver

20.     Willie Turner

21.     Larry D. White

22.     Don Williams

23.     Sharon Womack

Dated: <u>April 29, 2008</u>                          Respectfully submitted,

                                                **THE COCHRAN FIRM, P.C.**


                                                <u>/s/ Robert J. Camp</u>
                                                **ROBERT JOSEPH CAMP**
                                                **BERNARD D. NOMBERG**
                                                505 North 20th Street, Suite 825
                                                Birmingham, Alabama 35203
                                                (205) 930-6900-Telephone
                                                (205) 930-6910- Facsimile

                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed the above Notice of Filing Additional Notices of Consent to join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Courtney Reilly Potthoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Richard Martin Adams
Attorney for Plaintiffs
adam@parkmanlawfirm.com

Richard B. Celler
Attorney for Plaintiffs
Richard@cellerlegal.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com

James W. Parkman, III
Attorney for Plaintiff
parkman@parkmanlawfirm.com

Maurice John Steensland, III
Attorney for Plaintiffs
parkman@parkmanlawfirm.com

William C. White, II
Attorney for Plaintiffs
wwhite@parkmanlawfirm.com

Gary D. Fry
Attorney for Defendant
gdfry@pelino.com

Howard A. Rosenthal
Attorney for Defendant
harosenthal@pelino.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com

Robert J. Camp
Attorney for Plaintiffs
rcamp@cochranfirm.com


/s/ Robert J. Camp_____
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kimberly Adams_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group_____, at
the facility located in _Baker Hill Alabama_ worked at this location from
      [Name of plant]
_08/26/03_ to _present_____.
[Date]          [Date, or if still working write "present"]
                [City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the _Equity Group_____ plant in _Baker Hill Al_____, and
                              [Name of Plant]                    [City/State]
possibly other plants owned by _Equity Group_____.  If brought as a class
                              [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _09_ day of _14_____, 2006.

_Kimberly Adams_____          _Kimberly Adams_____
[PRINT NAME]                  [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Edmund Chester_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group_ at
[Name of plant]
the facility located in _Bakerhill_ . I worked at this location from
[City/State]
_01-23-06_ to _Present_ .
[Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group_ plant in _Bakerhill AL_ , and
[Name of Plant]                [City/State]
possibly other plants owned by _Keystone Equity Group_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _September_ , 2006.

_Edmund Chester_ _____
[PRINT NAME]

_Edmund Chester_ _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Teresa Davis_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_____ at
      [Name of plant]
      the facility located in _Bakerhill, AL___. I worked at this location from
      [City/State]
      _8-6-94_____ to _Present____.
      [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone___ plant in _Bakerhill AL__, and
      [Name of Plant]              [City/State]
      possibly other plants owned by _Keystone____. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _21_ day of _March___, 2007.

_____Teresa Davis._____          _____Teresa Davis_____
[PRINT NAME]                       [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Virgil Devose_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Equity Group Eufaula_ at
the facility located in _Baker Hill Al,_ . I worked at this location from
[City/State]
_10-30-00_ to _present_ .
[Date]         [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula_ plant in _Baker Hill Al,_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _Equity Group Eufaula_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _21_ day of _March_ , 2007.


_Virgil Devose_                    _Virgil Devose_
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Emma L. Floyd_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group_____ at
the facility located in _Eufaula AL___. I worked at this location from
[Name of plant]
_6-1-98_____ to ____Present_____.
[Date]                [Date, or if still working write "present"]
[City/State]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group___ plant in _Eufaula AL_, and
[Name of Plant]                        [City/State]
possibly other plants owned by _Equity Group___. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10/5_ day of _Oct._____, 2006.

_Emma L. Floyd_____        _Emma L. Floyd_____
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Natalie Guice_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group_ at [Name of plant] the facility located in _Baker Hill, AL_. I worked at this location from [City/State] _07/12/2005_ to _03/13/2006_. [Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group_ plant in _Baker Hill, AL_, and [Name of Plant]    [City/State] possibly other plants owned by _Equity Group_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _7_ day of _November_, 2006.

_Natalie Guice_
[PRINT NAME]

_Natalie M. Guice_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_CARTER B. HAMM_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Divison_ _EUFULA_ at
the facility located in _BAKEYHILL, AL_.    I worked at this location from
_8-98_ to _PRESCENT_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.    I also understand that the lawsuit may seek recovery for unpaid production time.    I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _EQuiTy Group Div_ plant in _BAKEYHILL, AL_, and
[Name of Plant]    _EUFUALA_        [City/State]
possibly other plants owned by _____.    If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _OCTObEY_, 2006.

_CARTER B. HAMM_
**PRINT NAME**

_Carter B. Hamm_
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Norma Ivory_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group_ at
      [Name of plant]
      the facility located in _Baker hill Ala_. I worked at this location from
      [City/State]
      _10-15-04_ to _9-10-06_.
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
      and post-production time activities from my employer. I also understand that
      the lawsuit may seek recovery for unpaid production time. I understand that
      the suit is brought pursuant to both federal law and applicable state statutes,
      if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
      settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the _Equity Group_ plant in _Baker hill Ala_ and
      [Name of Plant]                    [City/State]
      possibly other plants owned by _____. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such
      class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _31_ day of _September_ 2006.

_Norma Ivory_____          _Norma Ivory_____
[PRINT NAME]                   [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Andre    Jackson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Eufaula, AL_ . I worked at this location from
[City/State]
_10/10/03_ to _6/06/05_ .
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Eufaula, AL_ , and
[Name of Plant]            [City/State]
possibly other plants owned by _Equity Group, LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _07_ day of _november_, 2006.

_Andre   Jackson_
[PRINT NAME]

_Andre  Jackson_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Talyia Jackson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group, LLC_ at
the facility located in _Baker Hill, AL_. I worked at this location from
[Name of plant]
_Nov. 18, 2004_ to _present_.
[Date]    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_, and
[Name of Plant]    [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _November_, 2006.

_Talyia Jackson_
[PRINT NAME]

_Talyia J_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_J.C. Johnson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaula Div, LLC_ at
the facility located in _Baker hill, Alabama._.   I worked at this location from
[Name of plant]
[City/State]
_November 4, 2004_   to   _August 5, 2006_          .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula Div_ plant in _Baker hill, Alabama_, and
[Name of Plant]                         [City/State]
possibly other plants owned by _Equity Group eufaula_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _September_, 2006.

_J.C. Johnson_
[PRINT NAME]

_J.C. Johnson_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Laura A. Jones_ _____ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Equity Group Eufaula Div., LLC_ at
[Name of plant]
the facility located in _Bakerhill, Al._ _____.  I worked at this location from
[City/State]
_9/9/98_ to _Still working_ .
[Date]        [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula Div_ plant in _Bakerhill, Al._ , and
[Name of Plant]                          [City/State]
possibly other plants owned by _Equity Group Eufaula Div_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _4th_ day of _Oct_ , 2006.

_Laura A. Jones_
[PRINT NAME]

_Laura A. Jones_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shelia Jones_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Foods_ at
[Name of plant]
the facility located in _Baker Hill, AL_. I worked at this location from
[City/State]
_01/10/2005_ to _present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Foods_ plant in _Baker Hill, AL_, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Keystone Foods_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _6_ day of _November_, 2006.

_Shelia Jones_
[PRINT NAME]

_Shelia Jones_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jennifer Laster_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Charoen Pokphand_ at
the facility located in _Baker hill Alabama_ I worked at this location from
[Name of plant]
[City/State]
_Aug 01 yr._ to _Dec 03 yr._ .
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the _Equity Group_ plant in _Bakerhill, Alabama_ and
[Name of Plant]                        [City/State]
possibly other plants owned by _Equity Group @ If_ brought as a class
[Name of Plant] _Charoen Pokphand_
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _October_, 2006.

_Jennifer Laster_____        _Jennifer Laster_____
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____DANA McKINNES_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _EQUITY GROUP EUFAULA DIV_ at the facility located in _BAKERHILL AL_. I worked at this location from
[Name of plant]
[City/State]
_07-01-02_ to _PRESENT_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _EQUITY GROUP EUFAULA DIV._ plant in _BAKERHILL, AL_, and
[Name of Plant]
[City/State]
possibly other plants owned by _EQUITY GROUP EUFAULA DIV._ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _SEPT._, 2006.

_DANA McKINNES_                    _Dana McKinnes_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tamika miles_ _____ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Keystone Foods_ at
       [Name of plant]
       the facility located in _Bakerhill, AL_. I worked at this location from
       [City/State]
       _05|16|05_ to _08|17|06_ _____.
       [Date]       [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Keystone Foods_ plant in _Bakerhill, AL_, and
       [Name of Plant]                          [City/State]
       possibly other plants owned by _Keystone Foods_. If brought as a class
       [Name of Plant]
       action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25th_ day of _September_, 2006.


_Tamika miles_ _____        _Tamika miles_ _____
**[PRINT NAME]**                              **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Diquora Richardson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ at
[Name of plant]
the facility located in _Bokerhill AL_ . I worked at this location from
[City/State]
_May_ to _August_ .
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _keystore_ plant in _Bokerhilly AL_ , and
[Name of Plant]                [City/State]
possibly other plants owned by _keystone_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _2_ day of _November_ , 2006.

_Diquora Richardson_
[PRINT NAME]

_Diquora Richardson_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Willie B. Smith_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group Eufaul D.V._ at the facility located in _Baker Hill. AL._ .   I worked at this location from
[Name of plant]
[City/State]
_10/ /98_ to _Still working_
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.   I also understand that the lawsuit may seek recovery for unpaid production time.   I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group_ plant in _Baker Hill AL._ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _____.   If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _October_ , 2006.

_Willie B. Smith_ _____
[PRINT NAME]

_Willie B Smith_ _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Christopher B. Tarver_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Foods_ at
      [Name of plant]
      the facility located in _Bakerhill, AL_. I worked at this location from
      [City/State]
      _01|23|06_ to _09|13|06_.
      [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Foods_ plant in _Bakerhill, AL_, and
      [Name of Plant]                      [City/State]
      possibly other plants owned by _Keystone Foods_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _09_ day of _October_, 2006.

_Christopher B Tarver_              _Christopher B Tarver_
**[PRINT NAME]**                   **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Willie Turner_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ___Keystone_____ at the facility located in __Bakerhill, AL__.  I worked at this location from
[Name of plant]
[City/State]
_____11/04_____ to _____04/06_____.
[Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the __Keystone_____ plant in __Bakerhill, AL__ and
[Name of Plant]
[City/State]
possibly other plants owned by ___Keystone_____.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __9__ day of __Oct._____, 2006.

__Willie B. Turner_____          __Willie B. Turner_____
[PRINT NAME]                                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_LARRY D. WHITE_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _EQUITY GROUP_ at
the facility located in _Bakerhill. ALA._. I worked at this location from
[Name of plant]
_2-28-201_ to _Still Working_.
[Date]          [City/State]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _EQUITY GROUP_ plant in _Bakerhill ALA_, and
[Name of Plant]                                   [City/State]
possibly other plants owned by _EQUITY GROUP_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _9_____, 2006.

_Larry D. White_
[PRINT NAME]

_Larry D. White_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Don Williams_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Foods_ at
the facility located in _baker Hill, AL_. I worked at this location from
[Name of plant]
_Aug 5, 2004_ to _May 16, 2005_
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Foods_ plant in _baker Hill, AL_ and
[Name of Plant]                        [City/State]
possibly other plants owned by _Keystone Foods_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _26_, 2006.

_Don Williams_                    _Don Williams_
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sharon Womack_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ at
the facility located in _Baker Hill, AL_. I worked at this location from
_May 2002_ to _present_.
[Date]          [Date, or if still working write "present"]
[Name of plant]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone_ plant in _Baker Hill, AL_, and
possibly other plants owned by _Keystone_. If brought as a class
action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]       [City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _4_ day of _October_, 2006.

_ShARON Womack_              _Sharon Womack_
[PRINT NAME]                    [SIGN NAME]