IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al., | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 2:06-cv-01081-MEF-DRB |
| | § | |
| EQUITY GROUP EUFAULA | § | |
| DIVISION, LLC, | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiff hereby files the following Notices of Consent in connection with the above-titled and numbered actions, attached hereto:

1. Lee Ernest Cliatt
2. Cathleen Foster
3. Shannon T. Ivery
4. Rosa L. Jones
5. Michael Martin
6. Ernest McClendon
7. Patricia D. Parham
8. Michael A. Robinson
9. Anthony Scott
10. Joanne Patricia Williams
11. Kenneth Williams
12. Mary B. Boyd
13. Samantha Boykin
14. Dan Chambers
15. George R. Davis
16. Denise Douglas

17. Nadine Johnson

18. Jan Johnson Nathan

19. Tariah E. Johnson

20. Patricia Parham

21. Jeremy Rumph

22. Karen Tennille

23. Elaine Deloris Thomas

24. Sheila Whigham

25. Tashonda Williams

26. Maurice T. Womack

Dated: <u>April 29, 2008</u>                    Respectfully submitted,

                                   **THE COCHRAN FIRM, P.C.**


                                   /s/ Robert J. Camp_____
                                   **ROBERT JOSEPH CAMP**
                                   **BERNARD D. NOMBERG**
                                   505 North 20th Street, Suite 825
                                   Birmingham, Alabama 35203
                                   (205) 930-6900-Telephone
                                   (205) 930-6910- Facsimile

                                   *Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on <u>April 29, 2008</u>, I electronically filed the above Notice of Filing Additional Notices of Consent to join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
<u>scherry@cochranfirm.com</u>

Lance Harrison Swanner
Attorney for Plaintiffs
<u>lswanner@cochranfirm.com</u>

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Courtney Reilly Potthoff
Attorney for Defendant
<u>cpotthoff@mindspring.com</u>

Joel P. Smith, Jr.
Attorney for Defendant
<u>joelpsmith@bellsouth.net</u>

Richard Martin Adams
Attorney for Plaintiffs
<u>adam@parkmanlawfirm.com</u>

Richard B. Celler
Attorney for Plaintiffs
<u>Richard@cellerlegal.com</u>

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com


James W. Parkman, III
Attorney for Plaintiff
parkman@parkmanlawfirm.com

Maurice John Steensland, III
Attorney for Plaintiffs
parkman@parkmanlawfirm.com

William C. White, II
Attorney for Plaintiffs
wwhite@parkmanlawfirm.com

Gary D. Fry
Attorney for Defendant
gdfry@pelino.com

Howard A. Rosenthal
Attorney for Defendant
harosenthal@pelino.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com

Robert J. Camp
Attorney for Plaintiffs
rcamp@cochranfirm.com


/s/ Robert J. Camp_____
**ROBERT J. CAMP**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.        )
                                   )
            Plaintiffs        )
                                   )
                                   )
            v.                 )     No. 2:06-CV-1081MEF
                                   )
EQUITY GROUP EUFAULA      )
DIVISON LLC,                    )
                                   )
            Defendant.      )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Lee Ernest Clial_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula_
[Employer]
at the facility located in _Eufaula Alabama_. I worked at this location
[City/State]
from _2004 To 6 month_ to _Not Working_.
[Date]           [Date, or if still working write present]
_I dont remeber The month I Started In_

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____ day of _____, 2007

Lee ErnestCliatt
[PRINT NAME]

Lee Ernest Cliatt
[SIGN NAME]

PoBox 181
[PRINT STREET ADDRESS]

Lumpking Ga 31815
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

229838-6690
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                     )
                                             )
        Plaintiffs                    )
                                             )
                                             )
        v.                            )          No. 2:06-CV-1081MEF
                                             )
EQUITY GROUP EUFAULA                         )
DIVISON LLC,                                 )
                                             )
        Defendant.                    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Cathleen Foster__ states the following:
    [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _____ (Not Working Right know)
                                                [Employer]
    at the facility located in_____. I worked at this location
                             [City/State]
    from_____ to _____.
          [Date]            [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ____4____ day of __April -2008__, 2007

Cathleen Foster
[PRINT NAME]

Cathleen Foster
[SIGN NAME]

191 Battle
[PRINT STREET ADDRESS]

Hurtsboro, AL. 36860
[PRINT CITY, STATE, ZIP CODE]

334-750-8607
[PRINT CELL PHONE NUMBER]

334-667-6456
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                         )
           Plaintiffs                )
                                         )
                                         )
          v.                         )    No. 2:06-CV-1081MEF
                                         )
EQUITY GROUP EUFAULA                     )
DIVISON LLC,                             )
                                         )
          Defendant.                 )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Shannon T. Ivery_____ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Eufaula Equity Group_
                                        [Employer]
    at the facility located in _Eufaula AL._____. I worked at this location
                         [City/State]
    from _9-28-05_____ to _10-29-05_____.
         [Date]           [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___10___ day of _December_, 2009

___SHANNON T. Ivery___          ___Shannon T. Ivery___
[PRINT NAME]                    [SIGN NAME]

___20 mellon Rd___              ___P. Hrview AL. 39871___
[PRINT STREET ADDRESS]          [PRINT CITY, STATE, ZIP CODE]

___286-376-5825___              ___N/A___
[PRINT CELL PHONE NUMBER]       [PRINT HOME PHONE NUMBER]
        OR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.                )
                                        )
                    Plaintiffs          )
                                        )
                                        )
        v.                              )       No. 2:06-CV-1081MEF
                                        )
EQUITY GROUP EUFAULA                    )
DIVISON LLC,                            )
                                        )
                    Defendant.          )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD .

_Rosa L Jones_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this
      matter.

2.    I am currently, or formerly, employed by _Eauity Group Eufaula_
                                               [Employer]
      at the facility located in _Bakehill  Alabama___. I worked at this location
                                 [City/State]
      from _April 23, 07_____ to _October 16, 07_____.
           [Date]               [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre
      and post shift activities from my employer. I also understand that the lawsuit
      may seek recovery for unpaid time during my shift. I understand that the suit
      is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by
      any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering
employees of Equity. If brought as a collective action under either federal or state
law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _24 th_ day of _December_ , 2007

_Rosa L. Jones_
[PRINT NAME]

_Rosa L. Jones_
[SIGN NAME]

_11 Corbitt Rd._
[PRINT STREET ADDRESS]

_Eufaula Al. 36027_
[PRINT CITY, STATE, ZIP CODE]

_334-441-7188  or  441-7188_
[PRINT CELL PHONE NUMBER]

_(334) 687-9589_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,.              )
                                      )
                    Plaintiffs        )
                                      )
                                      )
          v.                          )      No. 2:06-CV-1081MEF
                                      )
EQUITY GROUP EUFAULA                  )
DIVISON LLC,                          )
                                      )
                    Defendant.        )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_MICHAEL MARTIN_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Tony Horseley_
                                              [Employer]
      at the facility located in _Baker hill, Ala_. I worked at this location
                                  [City/State]
      from _01|3|07_         to _4|25|07_                      .
           [Date]              [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

      I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ____124____ day of ____December____, 2007

____MICHAEL MARTIN____
[PRINT NAME]

____Michael Martin____
[SIGN NAME]

____1782 Columbia Rd____
[PRINT STREET ADDRESS]

____Abbeville, Ala, 36310____
[PRINT CITY, STATE, ZIP CODE]

____(334) 792-3997____
[PRINT CELL PHONE NUMBER]

____(334) 585-9894____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BETTY ANN BURKS, et al,. )
)
         Plaintiffs )
)
)
         v. )     No. 2:06-CV-1081MEF
)
EQUITY GROUP EUFAULA )
DIVISON LLC, )
)
         Defendant. )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Ernest Melendon_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _Equity Group_
                                          [Employer]
    at the facility located in _Bakerhill A/A_. I worked at this location
                         [City/State]
    from _N A_ to _____.
         [Date]          [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___8___ day of ___MARCH___, 2007

_ERNEST McLendon_
[PRINT NAME]

_Ernest McLendon_
[SIGN NAME]

_109 Fairlane DR_
[PRINT STREET ADDRESS]

_Eufaula Al 36027_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(334) 687-2560_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.       )
                                 )
          Plaintiffs      )
                                 )
                                 )
          v.            )     No. 2:06-CV-1081MEF
                                 )
EQUITY GROUP EUFAULA     )
DIVISON LLC,              )
                                 )
          Defendant.    )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Patricia D. Parham_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Equity Group Eufaula Division LLC_
   [Employer]
   at the facility located in _Bakerhill, AL_. I worked at this location
   [City/State]
   from _May 04_ _May 05_ to _Aug. 04_ _Aug. 05_.
   [Date]      [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _23rd_ day of _December_, 2007

_Patricia D. Parham_
[PRINT NAME]

_Patricia Parham_
[SIGN NAME]

_3161 Hwy 51 S._
[PRINT STREET ADDRESS]

_Midway, AL, 36053_
[PRINT CITY, STATE, ZIP CODE]

_(334) 355-8385_
[PRINT CELL PHONE NUMBER]

_(334) 529-3088_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.     )
                         )
         Plaintiffs     )
                         )
                         )
         v.           )     No. 2:06-CV-1081MEF
                         )
EQUITY GROUP EUFAULA     )
DIVISON LLC,              )
                         )
         Defendant.   )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Michael A Robinson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or formerly, employed by _EGE Divison LLC,_
[Employer]
at the facility located in _Baker Hill, AL_. I worked at this location
[City/State]
from_____2004_____ to _____2007_____.
[Date]            [Date, or if still working write present]

3.    I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 26 day of Jan , 2007 MR 2008

Michael A Robinson
[PRINT NAME]

Michael A Robinson
[SIGN NAME]

115 Biscayne DR
[PRINT STREET ADDRESS]

Eufaul AL 36027
[PRINT CITY, STATE, ZIP CODE]

334-355-2148
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al,. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:06-CV-1081MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISON LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Anthony Scott_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or formerly, employed by _Fred_
   [Employer]
   at the facility located in _Whhreck CA_ . I worked at this location
   [City/State]
   from _11-24-07_ to _____ .
   [Date]                [Date, or if still working write present]

3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

   I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ⟨12⟩ day of ⟨20⟩ , 2007

_Anthony Scott_
[PRINT NAME]

_Anthony Scott_
[SIGN NAME]

_185 Anderson St_
[PRINT STREET ADDRESS]

_Cuthbert GA 39840_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(229)732-6280_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BETTY ANN BURKS, et al,.                    )
                                            )
                Plaintiffs            )
                                            )
                                            )
             v.                         )        No. 2:06-CV-1081MEF
                                            )
EQUITY GROUP EUFAULA                        )
DIVISON LLC,                                )
                                            )
            Defendant.              )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Joanne Patricia Williams states the following:
       [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by _____
                                                  [Employer]
    at the facility located in Bakeuh, ll, AL. I worked at this location
                                [City/State]
    from August 07 to August 07 .
          [Date]          [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

    I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _2 2_ day of _December_, 2007

_Joanne Patricia Williams_
[PRINT NAME]

_Joanne P. Williams_
[SIGN NAME]

_2053 Ct. Rd. 90_
[PRINT STREET ADDRESS]

_Abbeville, AL. 36310_
[PRINT CITY, STATE, ZIP CODE]

_334 370 - 6844_
[PRINT CELL PHONE NUMBER]

_334 - 585 - 5488_
[PRINT HOME PHONE NUMBER]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BETTY ANN BURKS, et al,.                  )
                                          )
        Plaintiffs                )
                                          )
                                          )
        v.                        )          No. 2:06-CV-1081MEF
                                          )
EQUITY GROUP EUFAULA                      )
DIVISON LLC,                              )
                                          )
        Defandant.                )

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Kenneth Williams__ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or formerly, employed by ___No___
    [Employer]
    at the facility located in __Clayton, AL__. I worked at this location
    [City/State]
    from __8-10-06__ to ___No___.
    [Date]          [Date, or if still working write present]

3.  I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _12_ day of _18_____, 2007

_Kenneth Williams_    _Kenneth William_
[PRINT NAME]              [SIGN NAME]

_1255-N-Eufaula Ave 10t#3_    _Eufaula AL. 36027_
[PRINT STREET ADDRESS]           [PRINT CITY, STATE, ZIP CODE]

_334)441-7086_    _334)616-7076_
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary B. Boyd_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at the facility located in _Baker Hill, AL_ . I worked at this location from _Jan. 06, 2003_ to _Sept. 14, 2004_ .
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_ , and possibly other plants owned by _Equity Group, LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _March_ , 2007.

_Mary B. Boyd_ _____        _Mary B. Boyd_ _____
[PRINT NAME]                     [SIGN NAME]

## **CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Samantha Boykin_____ states the following:
              [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Key Stone Equity Group, LLC_ at
      _____[Name of plant]
      the facility located in _Baker hill AL_. I worked at this location from
                              [City/State]
      _June 2005_ to _August 2005_.
         [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Key stone Equity Group, LLC_ plant in _Baker hill AL_, and
                             [Name of Plant]
      possibly other plants owned by _Equity Group, LLC_. If brought as a class
                                       [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _20_ day of _May_, 2007.

_Samantha Boykin_                    _Samantha Boykin_
**PRINT NAME**                       **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_DAN CHAMBERS_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _EQUITY Group_ at
the facility located in _EUFAULA, AL_. I worked at this location from
_6-9 G_ to _1-25-0 C_.
[Date]         [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the _EQUITY Group_ plant in _EUFAULA, AL_, and
[Name of Plant]                                        [City/State]
possibly other plants owned by _EQUITY Group_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _4_ day of _april_, 2008.

_DAN L Chambers_                    _Dan L Chambers_
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

George R. Davis _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
[Name of plant]
the facility located in _Bakerhill, AL_  I worked at this location from
[City/State]
_01/04_ to _Present_.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill, AL_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Equity Group, LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _MAY_____, 2007.


George Davis
[PRINT NAME]

George Davis
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Denise Douglas _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Equity Group Eufaula Division at
      [Name of Plant]
      the facility located in Baker hill AL . I worked at this location from
                                      [City/State]
      8-2006 to 7-2007 .
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
      and post-production time activities from my employer. I also understand that
      the lawsuit may seek recovery for unpaid production time. I understand that
      the suit is brought pursuant to both federal law and applicable state statutes,
      if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
      settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the Equity Group Eufaula plant in Bakerhill Al , and
                        [Name of Plant]                [City/State]
      possibly other plants owned by Equity Group Eufaula If brought as a class
                                      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such
      class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the 25th day of July , 2007.


Denise Douglas _____        Denise Douglas _____
[PRINT NAME]                   [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Nadine Johnson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group, LLC_ at the facility located in _Barber Hill, KS_ I worked at this location from _2-2-06 5/05_ to _8-13-04_.
[Name of plant]
[City/State]
[Date]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the _Keystone Equity Group, LLC_ plant in _Barber Hill,_ and possibly other plants owned by _Keystone Equity Group, LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _Sept_, 2006.

_Nadine Johnson_                    _Nadine Johnson_
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_San Johnson Nathan_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Equity Group, LLC_ at
the facility located in _Baker Hill Al_.  I worked at this location from
[Name of plant]    [City/State]
_4-05-06_ to _present_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Equity Group, LLC_ plant in _Baker Hill Al_, and
[Name of Plant]    [City/State]
possibly other plants owned by _Equity Group LLC_  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29th_ day of _September_, 2006.

_San Johnson Nathan_
[PRINT NAME]

_San Johnson Nathan_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tariah E. Johnson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Equity Group Eufaula Div. LLC_ at
      [Name of plant]
      the facility located in _Baker Hill, AL_. I worked at this location from
      [City/State]
      _2/3/2005_ to _Present_.
      [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group Eufaula_ plant in _Baker Hill, AL_, and
      [Name of Plant]                             [City/State]
      possibly other plants owned by _Keystone Equity Group Div. LLC_ If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _MAY_, 2007.

_Tariah E. Johnson_                    _Tariah E. Johnson_
[PRINT NAME]                           [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Patricia Parham _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ~~Keystone Foods LLC~~ *Equity Group LLC* at
the facility located in Bakerhill AL.  . I worked at this location from
[Name of plant]
[City/State]
May 04 + May (2) to Aug. 04 + Aug 05 .
[Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering *Equity Group LLC(2)* employees at the ~~Keystone Foods~~ plant in Bakerhill AL , and
[Name of Plant]
[City/State]
possibly other plants owned by ~~Eufaula Equity Grou~~ If brought as a class *Equity Group LLC(2)*
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 24 day of May , 2007.

Patricia Parham
**PRINT NAME**

Patricia Parham
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jeremy Rumph_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Equity Group LLC_ at
[Name of plant]
the facility located in _Eufaula, AL_____. I worked at this location from
[City/State]
_8-19-05_____ to _10-17-06  8/2006_
[Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
employees at the _Equity Group LLC_ plant in _Eufaula, AL_____, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Equity Group LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1st_ day of _June_____, 2007.

_Jeremy Rumph_____          _____
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Karen Tennille_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone_ _Equity Group, LLC_ at
[Name of plant] (FL)
the facility located in _Bakerhill, AL_. I worked at this location from
[City/State]
_1-?-99_ to _6-?-2004_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Equity Group_ plant in _Bakerhill AL_, and
(FL) [Name of Plant]                     [City/State]
possibly other plants owned by _Keystone Equity Group_. If brought as a class
[Name of Plant]      (FL)
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _31st_ day of _may_, 2007.

_Karen D.Tennille_          _Karen D. Tennille_
PRINT NAME                  SIGN NAME
(Brinson) was my maiden name
at the time of employment

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Elaine, Debris Thomas_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter. yes

2. I am currently, or was formerly employed, by _Equity Group Eufaula LLC_
   [Name of Plant]
   the facility located in _5 Melvin Clark_ worked at this location from
   [City/State] _Rd Baker Hill, 36027_
   _July 1799_  to  _Feb, 6, 05_ _2/2006_
   [Date]      [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Equity Group Eufaula LLC_ plant in _5 Melvin Clark Rd Baker Hill_
   [Name of Plant]                    [City/State] _36027_
   possibly other plants owned by _Charon Park/hand_. If brought as a class
   [Name of Plant] _Equity Group LLC_
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _June_, 2007.

_Elaine, Debris Thomas_          _Elaine D. Thomas_
[PRINT NAME]                     [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sheila Whigham_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Keystone Foods_ _Equity Group LLC_ at [Name of plant] the facility located in _Bakerhill, AL_ . I worked at this location from [City/State] _6/28/05_ _7-28-04_ to _Present_ . [Date] [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering _Equity Group LLC_ employees at the _Keystone Foods_ plant in _Bakerhill, AL_ , and [Name of Plant] [City/State] possibly other plants owned by _Keystone foods_ _Equity Group LLC_ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _31_ day of _May_ , 2007.

_Sheila whigham_
PRINT NAME

_Sheila whigham_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tashonda Williams_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Equity Group_ at [Name of plant] the facility located in _Bakerhill, AL_. I worked at this location from [City/State] _11/26/2001_ to _Present_. [Date] (40) [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Equity Group_ plant in _Bakerhill, AL_, and [Name of Plant] [City/State] possibly other plants owned by _Equity Group_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _4_ day of _June_, 2007.


_Tashonda Williams_
PRINT NAME

_Tashonda Williams_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Maurice T. Womack_____ states the following:
            [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Keystone Food Equity Group_ at   Eufaula Division
                                                                    [Name of Plant]
      the facility located in __Bakerhill, AL__ .  I worked at this location from
                                      [City/State]
      __06-05__ to __10-05__ .
         [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Keystone Food Equity Group_ plant in _Bakerhill, AL_ , and
                                              [Name of Plant]  Eufaula Division              [City/State]
      possibly other plants owned by _Keystone Food Equity Group_  If brought as a class
                                                  [Name of Plant] Eufaula Division
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __3rd__ day of __August__ , 2007.


__Maurice T. Womack__                    __Maurice T. Womack__
[PRINT NAME]                             [SIGN NAME]