IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| **BETTY ANN BURKS, et al.,** § | |
| § | |
| **Plaintiffs,** § | |
| § | **CIVIL ACTION NO.** |
| v. § | **2:06-cv-01081-MEF-DRB** |
| § | |
| **EQUITY GROUP EUFAULA** § | |
| **DIVISION, LLC.** § | |
| § | |
| **Defendant.** § | |

**NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN**

Plaintiff hereby files the following Notices of Consent in connection with the above-titled and numbered actions, attached hereto:

1. Cherry Denise Johnson

Dated: <u>May 1, 2008</u>

Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

<u>/s/ Robert J. Camp</u>
**ROBERT JOSEPH CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>May 1, 2008</u>, I electronically filed the above Notice of Filing Additional Notices of Consent to join with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Courtney Reilly Potthoff
Attorney for Defendant
cpotthoff@mindspring.com

Joel P. Smith, Jr.
Attorney for Defendant
joelpsmith@bellsouth.net

Richard Martin Adams
Attorney for Plaintiffs
adam@parkmanlawfirm.com

Richard B. Celler
Attorney for Plaintiffs
Richard@cellerlegal.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com

James W. Parkman, III
Attorney for Plaintiff
parkman@parkmanlawfirm.com

Maurice John Steensland, III
Attorney for Plaintiffs
parkman@parkmanlawfirm.com

William C. White, II
Attorney for Plaintiffs
wwhite@parkmanlawfirm.com

Gary D. Fry
Attorney for Defendant
gdfry@pelino.com

Howard A. Rosenthal
Attorney for Defendant
harosenthal@pelino.com

Malcolm S. Gould
Attorney for Defendant
msgould@pelino.com

Robert J. Camp
Attorney for Plaintiffs
rcamp@cochranfirm.com

                        /s/ Robert J. Camp_____
                        **ROBERT J. CAMP**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY ANN BURKS, et al,.            )
                                    )
            Plaintiffs              )
                                    )
                                    )
    v.                              )   No. 2:06-CV-1081MEF
                                    )
EQUITY GROUP EUFAULA                )
DIVISON LLC,                        )
                                    )
            Defandant.              )

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF.**

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Cherry Denise Johnson states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.
2. I am currently, or formerly, employed by Equity Group Eufaula Division, LLC [Employer] at the facility located in Bakerhill, Alabama [City/State]. I worked at this location from 4/1/06 [Date] to 4/26/06 [Date, or if still working write present].
3. I understand that this suit is being brought to recover compensation for pre and post shift activities from my employer. I also understand that the lawsuit may seek recovery for unpaid time during my shift. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.
4. I believe I have not been paid for all compensable time which I have worked, including overtime.
5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or be any settlement of the case.

I understand that this suit may be brought as a collective action covering employees of Equity. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __23__ day of __April__, 2007

__Cherry Denise Johnson__     __Cherry Denise Johnson__
[PRINT NAME]                  [SIGN NAME]

__1022 Bud Gray Road__        __Clayton Alabama 36016__
[PRINT STREET ADDRESS]        [PRINT CITY, STATE, ZIP CODE]

__(334) 695-2057__            __(334) 775-8597__
[PRINT CELL PHONE NUMBER]     [PRINT HOME PHONE NUMBER]