# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# MONTGOMERY DIVISION

| | | |
|---|---|---|
| **BETTY ANN BURKS, et al.,** | § § § | |
| **Plaintiffs,** | § § | **CIVIL ACTION NO.** |
| v. | § § | **2:06-cv-01081-MEF-DRB** |
| **EQUITY GROUP EUFAULA DIVISION, LLC,** | § § § § | |
| **Defendant.** | § § | |

## MOTION TO WITHDRAW

COME NOW, James W. Parkman, III, of the law office of The Cochran. Firm, as attorney for Plaintiffs in the above-styled case, and move to withdraw as counsel of record. As grounds for this Motion, counsel shows as follows:

1. Plaintiff will not be prejudiced by the withdrawal of James W. Parkman, III as counsel of record.

2. Counsel is engaged in another matter requiring significant out of state work, time and resources and as a result Counsel cannot continue to adequately represent Plaintiffs.

3. Lawyers from the law firm, Wiggins, Childs, Pantazis, & Quinn, LLC will be filing notices of appearance replacing Counsel in this matter.

WHEREFORE, PREMISES CONSIDERED, Undersigned counsel prays this Court for leave to withdraw from this case as counsel for Plaintiff.

Dated this the 12th day of May, 2008.

/s/ James W. Parkman, III
ATTORNEY FOR PLAINTIFFS
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 244-1920

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 12th day of May, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

/s/ James W. Parkman, III
OF COUNSEL