IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. |
| | ) | 2:06-CV-01081-MEF-DRB |
| EQUITY GROUP EUFAULA | ) | |
| DIVISION, L.L.C. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Come now the undersigned, Candis A. McGowan, and Robert L. Wiggins, Jr., and enter their appearance as additional counsel for the plaintiffs, in the above styled case.

Respectfully submitted,

_____          _____
Candis McGowan, ASB-9358-036C             Robert L. Wiggins, Jr., ASB-1754-G-63R
Wiggins, Childs, Quinn & Pantazis         Wiggins, Childs, Quinn & Pantazis
The Kress Building                        The Kress Building
301 19th Street North                     301 19th Street North
Birmingham, Alabama 35203                 Birmingham, Alabama 35203
Telephone : 205/314-0500                  Telephone : 205/314-0500
Facsimile:  205-254-1500                  Facsimile:  205-254-1500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

This 12th day of May, 2008.

_____
Candis A. McGowan