# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# MONTGOMERY DIVISION

| | |
|---|---|
| **BETTY ANN BURKS, et al.,** § | |
| § | |
| **Plaintiffs,** § | |
| § | **CIVIL ACTION NO.** |
| v. § | **2:06-cv-01081-MEF-DRB** |
| § | |
| **EQUITY GROUP EUFAULA** § | |
| **DIVISION, LLC,** § | |
| § | |
| **Defendant.** § | |

## MOTION TO WITHDRAW

COME NOW, Lance H. Swanner, of the law office of The Cochran Firm, P.C., as attorney for Plaintiffs in the above-styled case, and move to withdraw as counsel of record. As grounds for this Motion, counsel shows as follows:

1. Plaintiff will not be prejudiced by the withdrawal of Lance H. Swanner as counsel of record.

2. Attorneys Robert J. Camp, Bernard D. Nomberg, and M. John Steensland, III of The Cochran Firm, P.C. will remain counsel for the Plaintiffs.

3. Furthermore, lawyers from the law firm, Wiggins, Childs, Quinn, & Pantazis, LLC will be filing notices of appearance replacing Counsel in this matter.

WHEREFORE, PREMISES CONSIDERED, Lance H. Swanner pray this Court for leave to withdraw from this case as counsel for Plaintiff.

Dated: May 13, 2008

Respectfully submitted,

The Cochran Firm, P.C.

/s/ *Lance H. Swanner*
Lance H. Swanner
163 West Main Street
Dothan, Alabama 36301
(334) 793-1555-phone
(334) 793-8280-fax
Lswanner@cochranfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, I electronically filed the above Motion to Withdraw with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to all counsel of record.

s/Lance H. Swanner
OF Counsel