IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-1081-MEF |
| ) | |
| EQUITY GROUP EUFAULA ) | |
| DIVISION, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon of review of Plaintiffs' *Motion for Protective Order* (Doc. 77, filed May 16, 2008), it is **ORDERED** that Defendant show cause why this motion should not be granted **on or before May 19, 2008 at 8:00 a.m**.

DONE this 16th day of May, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE