IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-1081-MEF |
| | ) |
| EQUITY GROUP EUFAULA DIVISION, LLC, | ) |
| | ) |
|    Defendant. | ) |

## **ORDER**

Upon of review of Defendant's *Motion for Protective Order* (Doc. 86, filed June 5, 2008), it is **ORDERED** that Plaintiffs show cause why this motion should not be granted **on or before noon on June 6, 2008 at 12:00 p.m**.

DONE this 5th day of June, 2008.

                     /s/ Terry F. Moorer
                     TERRY F. MOORER
                     UNITED STATES MAGISTRATE JUDGE