IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-1081-MEF |
| ) | |
| EQUITY GROUP EUFAULA ) | |
| DIVISION, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's *Motion for Protective Order* (Doc. 86, filed June 5, 2008). The parties have notified the Court that an agreement has been reached on all issues raised by the motion. Therefore, it is **ORDERED** that the motion is **DENIED as moot**.

DONE this 6th day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE