IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION

| | |
|---|---|
| **BETTY ANN BURKS, <u>et</u> al.,** | : |
| Plaintiffs, | : |
| v. | : No. 2:06-CV-1081-MEF |
| **EQUITY GROUP-EUFAULA DIVISION LLC,** | : |
| Defendant. | : |

**RESPONSE TO MOTION FOR SIX DAY
EXTENSION OF TIME FOR PLAINTIFFS
TO FILE THEIR RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT.**

Defendant, Equity Group-Eufaula Division LLC ("Equity"), does not oppose plaintiffs' Motion for Six Day Extension of Time for Plaintiffs to File Their Response to Defendant's Motion for Summary Judgment. However, should the requested extension be granted, Equity requests that a similar extension be granted to it so that its reply brief in support of its Motion for Summary Judgment be due on or before June 30, 2008.

　　　　　　　　　　　　　　　　　　/s/ Gary D. Fry
　　　　　　　　　　　　　　　　　Howard A. Rosenthal
　　　　　　　　　　　　　　　　　Gary D. Fry
**OF COUNSEL:**　　　　　　　　　Malcolm S. Gould
Pelino & Lentz, P.C.　　　　　　Attorneys for Equity Group
One Liberty Place　　　　　　　　Eufaula Division, LLC
Thirty-Second Floor
1650 Market Street
Philadelphia, PA  19103
(215)665-1540

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
   & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834
(334)687-5834

```
         IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION
```

BETTY ANN BURKS, et al.,          :
                                  :
          Plaintiffs,             :
                                  :
     v.                           :   No. 2:06-CV-1081-MEF
                                  :
EQUITY GROUP EUFAULA              :
DIVISION LLC,                     :
                                  :
          Defendant.              :

## CERTIFICATE OF SERVICE

The undersigned counsel for Equity Group-Eufaula Division LLC hereby certifies that a true and correct copy of the Response to Motion for Six Day Extension of Time for Plaintiffs to File Their Response to Defendant's Motion for Summary Judgment in the above-captioned matter was filed electronically with the Clerk of Court on June 13, 2008 using the CM/ECF system, which will send notification of such filing to:

>    Robert J. Camp
>    RCAMP@COCHRANFIRM.COM
>
>    M. John Steensland , III
>    parkman@graceba.net, jjsteensland@yahoo.com
>
>    Richard Martin Adams
>    parkman@graceba.net
>
>    Samuel A. Cherry , Jr
>    scherry@cochranfirm.com, samcherry@cochranfirm.com
>
>    Joseph Davie Lane
>    jlane@cochranfirm.com, jdavidlane@aol.com
>
>    Bernard D Nomberg
>    bnomberg@cochranfirm.com,
>
>    Robert Lee Wiggins, Jr
>    rwiggins@wcqp.com

          Candis Annette McGowan
          cmcgowan@wcqp.com

               Attorneys for Plaintiffs

           /s/ Gary D. Fry
          Howard A. Rosenthal
          Gary D. Fry

**OF COUNSEL**:         Malcolm S. Gould
Pelino & Lentz, P.C.     Attorneys for Equity Group
One Liberty Place        Eufaula Division, LLC
Thirty-Second Floor
1650 Market Street
Philadelphia, PA  19103
(215)665-1540

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
   & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834