IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-1081 MEF |
| ) | |
| EQUITY GROUP EUFAULA ) | |
| DIVISION LLC, ) | |
| ) | |
| DEFENDANT. ) | |

## **ORDER**

This matter is before the Court on the Plaintiffs' Unopposed Motion for Six Day Extension of Time for Plaintiffs to File Their Response to Defendant's Motion for Summary Judgment (Doc # 89), filed June 12, 2008. This Court has carefully reviewed the arguments that the parties have presented. It is hereby ORDERED that the motion for extension (Doc. # 89) is DENIED.

DONE this 13th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE