**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              ELEPHONE (334) 954-3600

June 18, 2008

# NOTICE OF NON-COMPLIANCE

FROM:      Clerk's Office

Case Style:   Burks et al v. Equity Group Eufaula Division, LLC

Case No.:   2:06cv1081-MEF
            Document 92 Evidentiary Submission

This Notice of Non-Compliance was filed in the referenced case this date to STRIKE document 92 from the Record. This was e-filed in error.

Case 2:06-cv-01081-MEF-TFM   Document 94   Filed 06/18/2008   Page 2 of 2