IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. |
| | ) | 2:06-CV-01081-MEF-DRB |
| EQUITY GROUP EUFAULA | ) | |
| DIVISION, L.L.C. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

In compliance with the Court's Uniform Scheduling Order, the parties held a face-to-face conference on June 11, 2008, to discuss settlement and continued their settlement discussions by telephone conferences on June 20, and 24, 2008. The parties would show unto the Court the following:

1. The parties were represented in these discussions by counsel as follows:

   a. Robert L. Wiggins, Jr., Candis A. McGowan, and Robert J. Camp for the plaintiffs.

   b. Howard A. Rosenthall for defendant Equity Group Eufaula Division, LLC.

2. Counsel for the parties discussed the issues pending in this case, as well

as the potential liability of defendants.

3. The parties were unable to reach a settlement, but they have agreed to continue settlement discussions.

4. The parties are not opposed to using mediation to assist them in resolving this case.

Date: June 25, 2008

Respectfully submitted,

/s/Candis A. McGowan
Candis A. McGowan, ASB-9358-036C
Robert L. Wiggins, Jr., ASB-1754-G-63R
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building, 301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

/s/ Robert Joseph Camp
The Cochran Firm - Birmingham
The Financial Center
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
Telephone: (205) 244-1115
Facsimile: (205) 244-1171

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

This 25th day of June, 2008.

/s/ Candis A. McGowan
Candis A. McGowan