IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

BETTY ANN BURKS, et al.,                    )
                                            )
          Plaintiffs,                       )
                                            )
V.                                          )     CIVIL ACTION NO.
                                            )     2:06-CV-01081-MEF-DRB
EQUITY GROUP EUFAULA                        )
DIVISION, L.L.C.                            )
                                            )
          Defendant.                        )

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties, by and through undersigned counsel of record, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and jointly stipulate to the dismissal, with prejudice, of plaintiffs' claims dealing with the time plaintiffs spent clearing security and walking to and from security, to the extent contained in, inter alia, Paragraphs 15, 19, 22, 26, 32(a)-(b) and 44 of their First Amended Complaint (Doc. 33). No claims other than for time spent clearing security and walking to and from security are dismissed or otherwise affected by this stipulation.

Respectfully submitted,

/s/Candis A. McGowan
Candis A. McGowan
Robert L. Wiggins, Jr.
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building, 301 19th Street North
Birmingham, Alabama 35203
Telephone: 205-314-0500
Facsimile: 205-254-1500


/s/ Howard A. Rosenthal
Howard A. Rosenthal
Gary D. Fry
Malcolm S. Gould
Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103-7393
Telephone: 215-665-1540

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

This 27th day of June, 2008.

/s/ Candis A. McGowan
Candis A. McGowan