IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | )    CASE NO. 2:06-cv-1081-MEF |
| | ) |
| EQUITY GROUP EUFAULA DIVISION, LLC, | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Strike (Doc. #100) filed on June 30, 2008, it is hereby

ORDERED that the defendant show cause in writing on or before July 18, 2008 as to why this motion should not be granted.

DONE this the 9th day of July, 2008.

                                                /s/ Mark E. Fuller
                                              CHIEF UNITED STATES DISTRICT JUDGE