IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION

```
BETTY ANN BURKS, et al.,       :
                               :
          Plaintiffs,          :
                               :
     v.                        :    No. 2:06-CV-1081-MEF
                               :
EQUITY GROUP EUFAULA           :
DIVISION LLC,                  :
                               :
          Defendant.           :
```

## MOTION TO DECERTIFY CLASS AND SEVER CLAIMS

Defendant, Equity Group-Eufaula Division LLC ("Equity"), by its counsel, comes and files this Motion to Decertify Class and Sever Claims for the following reasons:

1. Decertification of the class is appropriate given (1) the widely divergent pay practices between the departments within the putative class; (2) the varying claims for relief beyond and unrelated to that encompassed by the donning and doffing claims set forth in plaintiffs' First Amended Complaint; (3) the widely varying items of sanitary clothing required to be worn; and, (4) the disorderly putative class that contains plaintiffs who, by definition, are outside the class, not covered by a collective bargaining agreement or never even worked for Equity.

2. For the same reasons supporting decertification, the named plaintiffs' claims should be severed as they are improperly joined and lack any common transaction or occurrence sufficient to comply with the permissive joinder standards of Rule 20(a), F.R.C.P.

3. Equity moves for decertification and severance for

these reasons, and for the reasons set forth in the supporting Memorandum of Law which is being filed contemporaneously and is incorporated by reference.

WHEREFORE, defendant requests that its Motion to Decertify Class and Sever Claims be granted.

<pre>
                                        /s/Gary D. Fry                
                                        Howard A. Rosenthal
                                        Gary D. Fry
**OF COUNSEL**:                         Malcolm S. Gould
Pelino & Lentz, P.C.                      Attorneys for Equity Group
One Liberty Place                         Eufaula Division, LLC
Thirty-Second Floor
1650 Market Street
Philadelphia, PA  19103
(215)665-1540

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
   & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834
</pre>

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION**

| | |
|---|---|
| BETTY ANN BURKS, et al., | : |
| Plaintiffs, | : |
| v. | : No. 2:06-CV-1081-MEF |
| EQUITY GROUP EUFAULA DIVISION LLC, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

The undersigned counsel for Equity Group Eufaula Division LLC certifies that true and correct copies of the Motion to Decertify Class and Sever Claims and supporting Memorandum of Law in Support of Motion to Decertify Class and Sever Claims were filed and served electronically with the Clerk of Court and also was served by depositing true and correct copies in the United States Mail, first class postage prepaid, on August 1, 2008, and addressed as follows:

Robert J. Camp, Esquire
The Cochran Firm
505 North 20th Street
Suite 825
Birmingham, AL  35203
rcamp@cochranfirm.com

M. John Steensland, III, Esquire
Parkman, Adams & White
739 West Main Street
Dothan, AL  36301
parkman@graceba.net, jjsteensland@yahoo.com

Richard Martin Adams, Esquire
Parkman, Adams & White
505 North 20th Street
Suite 825
Birmingham, AL  35203
parkman@graceba.net

Samuel A. Cherry, Jr. Esquire
Cochran, Cherry, Givens, Smith, Lane
  & Taylor, P.C.
163 West Main Street
Dothan, AL  36301
scherry@cochranfirm.com, samcherry@cochranfirm.com

Joseph David Lane, Esquire
Cochran, Cherry, Givens, Smith, Lane
  & Taylor, P.C.
163 West Main Street
Dothan, AL  36301
jlane@cochranfirm.com, jdavidlane@aol.com

Candis A. McGowan, Esquire
Wiggins Childs Quinn & Pantanis, P.C.
The Kress Building
301 North 19th Street
Birmingham, AL  35203-3204
CMcGowman@wcqp.com

       Attorneys for Plaintiffs

       /s/Gary D. Fry
       Howard A. Rosenthal
       Gary D. Fry

**OF COUNSEL**:
Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA  19103
(215)665-1540

       Malcolm S. Gould
         Attorneys for Equity Group
         Eufaula Division, LLC

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
   & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| BETTY ANN BURKS, et al., | : | |
| Plaintiffs, | : | |
| v. | : | No. 2:06-CV-1081-MEF |
| EQUITY GROUP EUFAULA DIVISION LLC, | : | |
| Defendant. | : | |

**O R D E R**

AND NOW, this _____ day of _____, 2008, upon consideration of Defendant's Motion to Decertify Class and Sever Claims, and supporting Memorandum of Law, as well as plaintiffs' Response, it is ORDERED and DECREED that the Motion to Decertify Class and Sever Claims is granted.

BY THE COURT:

_____
Honorable Mark E. Fuller, Chief Judge