IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, | ) |
| | ) |
|    PLAINTIFFS, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-1081 MEF |
| | ) |
| EQUITY GROUP EUFAULA DIVISION LLC, | ) |
| | ) |
|    DEFENDANT. | ) |

**ORDER**

Upon consideration of the Defendant's Motion to Decertify Class and Sever Claims (Doc. # 105), filed August 1, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on August 13, 2008.

It is further ORDERED that the plaintiffs file a response which shall include a brief and any evidentiary materials on or before August 8, 2008. The defendant may file a reply brief on or before August 13, 2008.

DONE this 4th day of August, 2008.

                                                /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE