IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-1081 MEF |
| ) | |
| EQUITY GROUP EUFAULA ) | |
| DIVISION LLC, ) | |
| ) | |
| DEFENDANT. ) | |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Extend Time for Responding to Defendant's Motion to Decertify Class and Sever Claims (Doc. # 108), filed August 6, 2008, it is hereby ORDERED that the motion is GRANTED IN PART AND DENIED IN PART. The deadline for plaintiffs to file the response to Defendant's Motion to Decertify (Doc. # 105) shall be extended such that plaintiffs may file their response on or before **August 25, 2008**. The defendant may file a reply brief on or before **September 3, 2008**.

DONE this the 7th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE