```
                IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION


BETTY ANN BURKS, et al.,         :
                                 :
            Plaintiffs,          :
                                 :
       v.                        :      No. 2:06-CV-1081-MEF
                                 :
EQUITY GROUP - EUFAULA           :
DIVISION, LLC,                   :
                                 :
            Defendant.           :
```

---

**JOINT MOTION TO ORDER MEDIATION AND
ALTER DEADLINES PENDING MEDIATION.**

---

Plaintiffs and Defendant, Equity Group – Eufaula Division, LLC, jointly move the Court to Order Mediation and briefly postpone the pretrial deadlines to allow for meaningful mediation and state as follows:

1.   Plaintiffs, current and former employees of Equity's poultry processing plant, instituted this action under the Fair Labor Standards Act ("FLSA") seeking, on behalf of themselves and all others similarly situated, to recover wages and overtime for allegedly uncompensated time spent donning and doffing sanitary and protective clothing worn at defendant's poultry processing plant, as well as for related cleaning, waiting and walking time.

2.   The parties agree that, at this juncture in the litigation, they are at a position in which mediation or some form of settlement conference would be beneficial.

3.   This matter is currently in the Court's trial pool for the period beginning September 29, 2008. The parties recognize that the Court has a firm schedule and do not wish to cause inconvenience to the Court and its busy schedule.

4. The parties request that the Court allow some flexibility within its scheduled trial pool to facilitate the parties' efforts to conduct a meaningful mediation, such as extending the pre-trial deadlines and/or pushing this matter to the end the trial pool.

5. The parties have agreed to engage Hunter R. Hughes, III, Esquire, of Rogers & Hardin LLP, as the mediator in this matter. As noted in biography, attached as Exhibit A, Mr. Hughes has experience in successfully resolving employment-related class actions. Due to his own litigation schedule, however, the first date that Mr. Hughes is available is September 16, 2008, and the parties have agreed to commit to that date for the mediation.

6. The parties are optimistic that they will be able to resolve this matter through mediation, especially with the involvement of Mr. Hughes.

7. Under the current case schedule, the following pretrial deadlines will require a significant amount of time and resources before Mr. Hughes' first available date:[1]

| DATE | EVENT |
|---|---|
| August 20, 2008 | Exchange of potential trial witnesses |
| August 20, 2008 | Exchange of trial exhibits |
| August 20, 2008 | Designation of deposition testimony to be used at trial |
| August 25, 2008 | Joint Pretrial Report to be filed |

---

[1] On August 7, 2008, the Court issued its decision on Equity's Motion for Summary Judgment, granting the motion in part and denying the motion in part. [See Dkt. No. 109.] On August 1, 2008, Equity filed a Motion to Sever Claims and Decertify Class, the briefing of which is currently set to be complete by September 3, 2008. [See Dkt. No. 110.]

-2-

| | |
|---|---|
| August 25, 2008 | Plaintiffs' Response to Motion to Decertify Class and Sever Claims |
| August 27, 2008 | Adverse/Responsive designations of deposition testimony |
| August 28, 2008 | Pretrial Conference |
| August 29, 2008 | Rebuttal designations of deposition testimony |
| September 3, 2008 | Defendant's Reply in Support of Motion to Decertify Class and Sever Claims |
| September 15, 2008 | Objections to proposed trial exhibits and deposition designations |
| September 15, 2008 | Proposed jury Voir Dire |
| September 15, 2008 | Motions in Limine |
| September 15, 2008 | Proposed Jury Instructions |

8. The parties agree that, given this significant amount of pretrial preparation, a _short_ postponement of the pretrial deadlines, as set out in Paragraph 7 above, to a date no earlier than September 19, 2008, would allow the parties to focus their efforts on the mediation process and potential resolution of this case and avoid the substantial expenditures of time and money that could otherwise be directed towards resolution.

9. Indeed, in connection with the Discovery process, the parties have exchanged over 20,000 pages of documents as well as extensive information in electronic format. This volume of information alone (and potential use in exhibits at trial) will require significant resources.

10. As such, the parties request that the Court postpone the pretrial deadlines and/or push this matter to the end the trial pool to allow them ample time to resolve a schedule with a

mediator, prepare submissions and conduct the necessary mediation sessions.

WHEREFORE, the parties respectfully request that the Court grant this Joint Motion, refer this matter to mediation and postpone the pretrial deadlines.

|  |  |
|---|---|
|  | /s/ Howard A. Rosenthal |
|  | Howard A. Rosenthal |
|  | Gary D. Fry |
| **OF COUNSEL**: | Malcolm S. Gould |
| Pelino & Lentz, P.C. |   Attorneys for Equity Group |
| One Liberty Place |   Eufaula Division, LLC |
| Thirty-Second Floor |  |
| 1650 Market Street |  |
| Philadelphia, PA  19103 |  |
| (215)665-1540 |  |

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
   & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834

  /s/Candis A. McGowan
Candis A. McGowan
Robert L. Wiggins, Jr.
  Attorneys for Plaintiffs

**OF COUNSEL**:
Wiggins, Childs, Quinn
  & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: 205/314-0500
Facsimile:  205-254-1500

Robert J. Camp
M. John Steensland, III
The Cochran Firm, P.C.
505 North 20th Street,
Suite 825
Birmingham, AL  35203

**EXHIBIT "A"**

# American College of Civil Trial Mediators®

20 North Orange Avenue
Suite 704
Orlando, FL 32801
Phone: 407 843 8878
Fax: 407 843-1996

HOME | MEMBER DIRECTORY | MEMBERSHIP APPLICATION | MEDIATOR SEARCH | CONTACT

- NEWS
- AWARDS
- GRANTS
- AMERICAN JOURNAL OF MEDIATION
- PUBLICATIONS
- SPEAKERS / SEMINARS
- ANNUAL RETREAT AND CONFERENCE ›
- MEMBERS ONLY

**Hunter R. Hughes, III**
**Rogers & Hardin LLP**
2700 International Tower, 229 Peachtree St., N.E.
Atlanta, GA 30303

Phone: 404-420-4622
Fax: 404-525-2224
Email: hrh@rh-law.com
Other URL http://www.rh-law.com



A substantial portion of Mr. Hughes mediation practice and experience involves multi-party and class action cases. These mediations typically take from 1 to 15 months to resolve and include mediating preliminary issues involving discovery such as the number of depositions, who will be deposed, the extent of statistical data produced and a variety of other class action discovery issues. Thereafter, class mediations involved identifying and agreeing upon terms of any programmatic relief to be established in a consent decree, the type of payment structure to class members, distribution issues and attorneys' fees and individual payment matters.

Mr. Hughes has successfully served as the mediator in numerous employment class actions, including the Publix class action, which was the largest certified employment class action in the country, the Home Depot and Winn Dixie employment class actions as well as the Burlington Northern genetic testing litigation. He also served as the mediator in The Coca-Cola Company class action litigation and recent class actions involving Boeing Aircraft Company.

### Types of Cases Mediated

- Business
- Employment
- Harassment
- Workplace
- Discrimination
- General Mediation
- Labor Management

**MEMBER: 2004**

### Background
Hunter R. Hughes is a Partner in the Atlanta firm of Rogers & Hardin, LLP practicing primarily in the area of employment law. He has successfully served as lead trial counsel in numerous employment and other cases, including nationwide class actions and mass employment litigation. He has been lead counsel in arbitrations as well as numerous proceedings before state and federal agencies. The "National Law Journal" has recognized him as "among the Nation's Best Litigators in Employment [law]."

### Education/Training
Mr. Hughes received his B.A. and J.D. degrees from the University of Virginia.

### Practicing in Georgia



This site managed with Dynamic Website Technology from Mediate.com
Products and Services
InstantAssist.com Conflict Consultation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION

| | |
|---|---|
| **BETTY ANN BURKS, <u>et</u> al.,** | : |
| Plaintiffs, | : |
| v. | : No. 2:06-CV-1081-MEF |
| **EQUITY GROUP-EUFAULA DIVISION LLC,** | : |
| Defendant. | : |

**ORDER RE: JOINT MOTION TO ORDER MEDIATION
AND ALTER DEADLINES PENDING MEDIATION.**

AND NOW, this _____ day of August, 2008, upon consideration of the Joint Motion to Order Mediation and Alter Deadlines Pending Mediation, it is hereby ORDERED that the Motion is GRANTED.  The Pretrial deadlines in this matter are altered as follows:

| **DATE** | **EVENT** |
|---|---|
| _____ | Exchange of potential trial witnesses |
| _____ | Exchange of trial exhibits |
| _____ | Designation of deposition testimony to be used at trial |
| _____ | Joint Pretrial Report to be filed |
| _____ | Plaintiffs' Response to Motion to Decertify Class and Sever Claims |
| _____ | Adverse/Responsive designations of deposition testimony |
| _____ | Pretrial Conference |
| _____ | Rebuttal designations of deposition testimony |
| _____ | Defendant's Reply in Support of Motion to Decertify Class and Sever Claims |

-2-

| | |
|---|---|
| _____ | Objections to proposed trial exhibits and deposition designations |
| _____ | Proposed jury Voir Dire |
| _____ | Motions in Limine |
| _____ | Proposed Jury Instructions |

_____
J.

```
            IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION
```

BETTY ANN BURKS, et al.,          :
                                  :
        Plaintiffs,                :
                                  :
    v.                             :    No. 2:06-CV-1081-MEF
                                  :
EQUITY GROUP EUFAULA              :
DIVISION LLC,                     :
                                  :
        Defendant.                 :

## CERTIFICATE OF SERVICE

The undersigned counsel for Equity Group-Eufaula Division LLC hereby certifies that a true and correct copy of the Joint Motion to Order Mediation and Alter Deadlines Pending Mediation in the above-captioned matter was filed electronically with the Clerk of Court on August 11, 2008 using the CM/ECF system, which will send notification of such filing to:

> Robert J. Camp
> RCAMP@COCHRANFIRM.COM
>
> M. John Steensland , III
> parkman@graceba.net, jjsteensland@yahoo.com
>
> Richard Martin Adams
> parkman@graceba.net
>
> Samuel A. Cherry , Jr
> scherry@cochranfirm.com, samcherry@cochranfirm.com
>
> Joseph Davie Lane
> jlane@cochranfirm.com, jdavidlane@aol.com
>
> Bernard D Nomberg
> bnomberg@cochranfirm.com,
>
> Robert Lee Wiggins, Jr
> rwiggins@wcqp.com

      Candis Annette McGowan
      cmcgowan@wcqp.com

     Attorneys for Plaintiffs

      /s/ Howard A. Rosenthal
     Howard A. Rosenthal
     Gary D. Fry
**OF COUNSEL**:   Malcolm S. Gould
Pelino & Lentz, P.C.  Attorneys for Equity Group
One Liberty Place   Eufaula Division, LLC
Thirty-Second Floor
1650 Market Street
Philadelphia, PA  19103
(215)665-1540

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
 & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834