IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | )    CASE NO. 2:06-cv-1081-MEF |
| | ) |
| EQUITY GROUP EUFAULA DIVISION, LLC, | ) |
| | ) |
|    Defendant. | ) |

# **O R D E R**

Upon consideration of the Joint Motion to Order Mediation and Alter Deadlines Pending Mediation (Doc. #111) filed on August 11, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 12th day of August, 2008.

                                                        /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE