## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

| | |
|---|---|
| **BETTY ANN BURKS, et al.,** ) | |
| ) | |
|    **Plaintiffs,** ) | |
| ) | |
| **V.** ) | **CIVIL ACTION NO.** |
| ) | **2:06-CV-01081-MEF-DRB** |
| **EQUITY GROUP EUFAULA** ) | |
| **DIVISION, L.L.C.** ) | |
| ) | |
|    **Defendant.** ) | |

## JOINT MOTION FOR STAY OF ALL PROCEEDINGS PENDING RESOLUTION AND APPROVAL OF SETTLEMENT AGREEMENT

Come Now the Parties, by and through undersigned counsel, and respectful move this Honorable Court for a stay of all proceedings and deadlines in this matter pending approval and resolution of settlement agreement reached between the Parties. As grounds for this motion, the Parties show unto this Court the following:

1. This matter is set for trial commencing on September 29, 2008. Pursuant to this Court's March 13, 2007 Scheduling Order, there are various pre-trial disclosure deadlines and responsive dates for motions which are scheduled prior to the trial date.

2. On today's date the Parties have reached a settlement agreement which will be jointly presented to the Court. As a result of this settlement the Parties wish to avoid incurring any additional unnecessary expenses.

3. A stay of all proceedings pending final approval of this settlement agreement would promote judicial economy and be beneficial to all Parties by avoiding the additional cost associated with the obligations set out in the Court's March 13, 2007 Scheduling Order.

WHEREFORE, PREMISES CONSIDERED, counsel for the parties

respectfully request that this Honorable Court enter an Order that would stay all current deadlines pending approval of the settlement agreement. The Parties further request such other, different and general relief to which they may be entitled.

        Respectfully submitted,

        /s/Candis A. McGowan
        Candis A. McGowan
        Robert L. Wiggins, Jr.
        Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building, 301 19th Street North
        Birmingham, Alabama 35203
        Telephone: 205-314-0500
        Facsimile: 205-254-1500

        /s/ Howard A. Rosenthal
        Howard A. Rosenthal
        Gary D. Fry
        Malcolm S. Gould
        Pelino & Lentz, P.C.
        One Liberty Place
        Thirty-Second Floor
        1650 Market Street
        Philadelphia, PA 19103-7393
        Telephone: 215-665-1540

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

 This 20th day of August, 2008.

             /s/ Candis A. McGowan
             Candis A. McGowan