IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| BETTY ANN BURKS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. |
| | ) | 2:06-CV-01081-MEF-DRB |
| EQUITY GROUP EUFAULA | ) | |
| DIVISION, L.L.C. | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' WITNESS AND EXHIBIT LISTS

Plaintiff hereby designates the following witnesses and exhibits for use during the trial of this matter:

### WITNESSES

### Primary Witnesses

Plaintiff may call the following primary witnesses during the trial of this matter:

1.  Ebone Morris, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

2.  Gloria Gullette, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

3.  Annie Johnson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

4.    Jimmy Hamilton, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

5.    Barbara Ann Darby, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

6.    Christopher Laster, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

7.    Annie Glover-Patrick, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

8.    Artavous Mahone, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

9.    James Bedell, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

10.    Pearline Burks, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

11.    Tangelena Glenn, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

12.    Gertha McRae, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL

35203; (205) 314-0500.

13. Molinda Jacobs, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

14. Felicia Laseter, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

15. Laurie Robinson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

16. Jennifer Johnson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

17. Evelyn Lampley, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

18. Steven Kincey, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

19. Renna Merrill, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

20. Antony March, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

21. Rose Shaw, c/o Candis A. McGowan, Wiggins, Childs, Quinn, &

Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

22.  Mary Lee Allen, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

23.  Kendrick Spann, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

24.  Betty Young, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

25.  Larry Thomas, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

26.  Gary White, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

27.  Thomas Gosha, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

28.  Bessie Jones, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

29.  Lottie Jones, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

30.   Sheila Reeves, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

31.   Vivian Shorter, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

32.   Brenda Johnson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

33.   Edgar Johnson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

34.   Marcia Pritchett, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

35.   Israel Hill, Jr.,c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

36.   Juanita Jones Parham, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

37.   Ivory, Norma, Juanita Jones Parham, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

38.   Jeremiah Scott, Juanita Jones Parham, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th

Street North Birmingham, AL 35203; (205) 314-0500.

39.    Willie Smith, Juanita Jones Parham, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

40.    William Horton, Juanita Jones Parham, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

41.    Jeffrey Strong, Jr., c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

42.    Edmund Chester, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

43.    Nicholas Manual, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

44.    Cyril Market, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

45.    Catherine Thompkins, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

46.    Denise Williams, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

47.    Vernie Williams, c/o Candis A. McGowan, Wiggins, Childs, Quinn,

& Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

48. Hubert Davenport, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

49. George Davis, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

50. Joseph Davis, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

51. Archie Guilford, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

52. Salvador Yepiz, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

53. Katherine Bennett, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

54. Sharon Billins, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

55. Alnisia Brinson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

56.   Billy Brown, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

57.   Lula Gordy, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

58.   Shawtoca Hilton, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

59.   Arnie Johnson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

60.   Cassandra Kennedy, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

61.   Antoine Louder, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

62.   Felicia Russaw, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

63.   Willie Turner, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

64.   Shavonne Williams, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North

Birmingham, AL 35203; (205) 314-0500.

65.     Terrance Jackson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

66.     Danyel Brown, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

67.     Shannon Burks, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

68.     Kimberly Griffin, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

69.     Anthony Scott, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

70.     Maurice Womack, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

71.     Napolean Glenn, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

72.     Leon Lyons, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

73.     Renata Fuller, c/o Candis A. McGowan, Wiggins, Childs, Quinn, &

Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

74.    Patricia Jones, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

75.    Dornal Whigham, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

76.    Salintha Foster, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

77.    Coretta Reeves, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

78.    Willie M. Blackmon, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

79.    Gwendolyn Owens, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

80.    Barbara Tew, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

81.    Greg Mills, c/o Equity Group - Eufaula Division, LLC, 57 Melvin Clark Rd., Bakerhill, AL 36027 (334) 687-7790. Plaintiff may use the following pages of his deposition as designated: 29:5-30:8, 32:13-

Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

74.    Patricia Jones, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

75.    Dornal Whigham, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

76.    Salintha Foster, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

77.    Coretta Reeves, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

78.    Willie M. Blackmon, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

79.    Gwendolyn Owens, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

80.    Barbara Tew, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

81.    Greg Mills, c/o Equity Group - Eufaula Division, LLC, 57 Melvin Clark Rd., Bakerhill, AL 36027 (334) 687-7790. Plaintiff may use the following pages of his deposition as designated: 29:5-30:8, 32:13-

33:3, 35:15-37:5, 37:9-22, 44:1-45:2, 45:21-46:2, 73:1-74:11, 76:8-77, 78:16-21, 83:1-3, 83:6-8, 84:11-16, 112:3-13, 143:6-12, 168:15-20, 169:5-16, 167:4-15, 170:8-171:12, 171:22-172:14, 172:22-174:12, 175:15-176:1, 176:22-177:5, 177:9-179:2, 179:12-181:15, 182:22-183:2, 183:9-184:7, 191:21-192:6, 205:3-207:22, 209:23-210:22, 211:10-18, 212:10- 213:2, 225:16-227:18. Plaintiff reserves the right to supplement these designations.

82.    Kathy Gilmore, c/o Equity Group - Eufaula Division, LLC, 57 Melvin Clark Rd., Bakerhill, AL 36027 (334) 687-7790. Plaintiff may use the following pages of his deposition as designated:  88:19-89:14. Plaintiff reserves the right to supplement these designations.

83.    Robin Stevens, c/o Equity Group - Eufaula Division, LLC, 57 Melvin Clark Rd., Bakerhill, AL 36027 (334) 687-7790. Plaintiff may use the following pages of his deposition as designated:  42:15-19, 78:11-23, 105:13-106:21. Plaintiff reserves the right to supplement these designations.

84.    Joseph Preston, c/o Equity Group - Eufaula Division, LLC, 57 Melvin Clark Rd., Bakerhill, AL 36027 (334) 687-7790. Plaintiff may use the following pages of his deposition as designated: **19:23-20:6,  71:9-16, 73:4-7 98:6-16**. Plaintiff reserves the right to supplement these designations.

85.    Karen Allen, Paralegal, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

86.    Wilda Stephens, Paralegal, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205)

314-0500.

87.    Lisa Sandlin, Paralegal, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

88.    Any witness identified by the defendant.

89.    Any necessary rebuttal witness.

90.    Any necessary impeachment witness.


### Secondary Witnesses

Plaintiff may call the following secondary witnesses during the trial of this matter:

1.    Laurie Delbridge, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

2.    Tony Newman, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

3.    Wendy White, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

4.    Arleen Kennedy, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

5.    Tracy Leonard Kennedy, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

6.    Emily Laseter, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

7.    Shakeria Moore, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

8.    Shemeice Thompkins, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

9.    Lakeshia Warren, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

10.    Annie Ivery, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

11.    Johnny Jackson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

12.    Latoya Corbitt, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

13.    Virginia Avery, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

14.    Dorothy McNair, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham,

AL 35203; (205) 314-0500.

15. Rebecca Shorter, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

16. Serenda Lampley, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

17. Kenneth Ford, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

18. Derinda Johnson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

19. Mary March, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

20. Monroe McCall, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

21. Krista Oliver, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

22. Antonio Pearson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

23. Samual Shabazz, c/o Candis A. McGowan, Wiggins, Childs, Quinn,

& Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

24. Marquite Person, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

25. Marcus Rice, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

26. Chanda Young, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

27. Carolyn Turner, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

28. Dorothy Blackmon, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

29. Albert Williams, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

30. Reginald Floyd, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

31. Alvin Forte, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

32.  Nicholas Freeman, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

33.  Tangela Glenn, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

34.  Teresa Glenn, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

35.  Willie Glenn, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

36.  Nakeshia Graves, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

37.  Andrew Griffin, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

38.  Tywonda Johnson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

39.  Vanessa Johnson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

40.  Willie Johnson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL

35203; (205) 314-0500.

41.    Lemario Jones, c/o Candis A. McGowan, Wiggins, Childs, Quinn, &
       Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
       35203; (205) 314-0500.

42.    Valerie Parker, c/o Candis A. McGowan, Wiggins, Childs, Quinn, &
       Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
       35203; (205) 314-0500.

43.    Sharon Parkman, c/o Candis A. McGowan, Wiggins, Childs, Quinn,
       & Pantazis, The Kress Building, 301 19th Street North Birmingham,
       AL 35203; (205) 314-0500.

44.    Denise Richardson, c/o Candis A. McGowan, Wiggins, Childs,
       Quinn, & Pantazis, The Kress Building, 301 19th Street North
       Birmingham, AL 35203; (205) 314-0500.

45.    Camille Gipson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, &
       Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
       35203; (205) 314-0500.

46.    Carolyn Glanton, c/o Candis A. McGowan, Wiggins, Childs, Quinn,
       & Pantazis, The Kress Building, 301 19th Street North Birmingham,
       AL 35203; (205) 314-0500.

47.    Monica James, c/o Candis A. McGowan, Wiggins, Childs, Quinn, &
       Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
       35203; (205) 314-0500.

48.    Lawanda Johnson , c/o Candis A. McGowan, Wiggins, Childs, Quinn,
       & Pantazis, The Kress Building, 301 19th Street North Birmingham,
       AL 35203; (205) 314-0500.

49.    Cedric Johnson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, &

Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

50. Nadine Johnson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

51. Courtney Jordan, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

52. Margaret Robinson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

53. Nettie Rodgers, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

54. Randy Rodgers, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

55. Angela Rumph, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

56. Doris Sanders, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

57. Ervin Smith, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

58. Teresa Starling, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

59. Sloan Smith, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

60. Roderick Streeter, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

61. Anthony Streeter, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

62. Desiree Stinson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

63. Tiffany Starling, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

64. Betty Ann Burks c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

65. Mitchell Burks, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

66. Temekia Calloway c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham,

AL 35203; (205) 314-0500.

67.    Marie Chitty c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

68.    Tracy A. Davis,c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

69.    Tinesha S. Jackson c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

70.    Antonio Lindsey c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

71.    Mark A. Marsh c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

72.    Chandra McCray c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

73.    Denise McCray Mitchell c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

74.    Benjamin Phillips c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

75.    Marine Tiller c/o Candis A. McGowan, Wiggins, Childs, Quinn, &

Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
35203; (205) 314-0500.

76. Patsy Anglin c/o Candis A. McGowan, Wiggins, Childs, Quinn, &
Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
35203; (205) 314-0500.

77. Cora L. Baker c/o Candis A. McGowan, Wiggins, Childs, Quinn, &
Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
35203; (205) 314-0500.

78. Lillie M. Banks c/o Candis A. McGowan, Wiggins, Childs, Quinn, &
Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
35203; (205) 314-0500.

79. Morris Banks c/o Candis A. McGowan, Wiggins, Childs, Quinn, &
Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
35203; (205) 314-0500.

80. Tajuana Baskin c/o Candis A. McGowan, Wiggins, Childs, Quinn, &
Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
35203; (205) 314-0500.

81. Teresa A. Baxter c/o Candis A. McGowan, Wiggins, Childs, Quinn,
& Pantazis, The Kress Building, 301 19th Street North Birmingham,
AL 35203; (205) 314-0500.

82. Annie Beasley c/o Candis A. McGowan, Wiggins, Childs, Quinn, &
Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
35203; (205) 314-0500.

83. Kimberly Bedell c/o Candis A. McGowan, Wiggins, Childs, Quinn, &
Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
35203; (205) 314-0500.

84. Betty Biggers c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

85. Katina Binion c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

86. Tracy Binion c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

87. Dorothy A. Blackmon c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

88. Rena Blackmon c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

89. Marcus B. Blair c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

90. Tasheena Bonaparte c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

91. Karen Bowens c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

92. Jeffery Brooks c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL

35203; (205) 314-0500.

93.   Cheranda Brown c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

94.   Larry Bryer c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

95.   Felicia Bullard c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

96.   Sharon l. Bush c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

97.   Brenda L. Calhoun c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

98.   Michael Cannon, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

99.   Ethel  Carter, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

100.  Vernette Carter, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

101.  Brenda Chambers, c/o Candis A. McGowan, Wiggins, Childs, Quinn,

     & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

102. Dashawn Clark, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

103. Towander Coleman, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

104. Mattie Cotton, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

105. Bertha L. Crayton, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

106. Anthony T. Culver, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

107. Tiffany Cunningham, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

108. Latonia M. Davis, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

109. Joann Dennard, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

110.   Cherry A. Devose, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

111.   Jennifer D. Diggs, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

112.   Kamilah Dukes, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

113.   Michelle R. Dumas, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

114.   Katrina Favors, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

115.   Chanda L. Ferguson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

116.   Shervonne Foster, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

117.   Mary Linda Fryer, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

118.   Elizabeth Gainer, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham,

AL 35203; (205) 314-0500.

119.  Carolyn Clanton, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

120.  Alfonzo Green, Sr., c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

121.  Mina L. Guice, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

122.  Brian Hanks, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

123.  James Harris, Jr., c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

124.  Denise Harris Wilson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

125.  Larry Hicks, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

126.  Sherwanda Humbert, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

127.  Willie B. Ivey, c/o Candis A. McGowan, Wiggins, Childs, Quinn, &

Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

128. Andre Jackson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

129. Annie D. Jenkins, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

130. Lawanda Johns, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

131. Derinda Johnson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

132. Michael Johnson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

133. Betty Jones, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

134. Bobby Jones, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

135. Celicia Kelley, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

136. Kenneth W. Kelley, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

137. Shirley Kennedy, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

138. Mary Ann Lawrence, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

139. Eddie Lewis, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

140. Lorenzo J. Lewis Jr., c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

141. Brenda Lightner Slater, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

142. Margie B. Lohman, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

143. Christina E. Lynn, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

144. Elethia Marshall, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham,

AL 35203; (205) 314-0500.

145.   Regina Mays, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

146.   Dianne McCloud, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

147.   Joseph McCoy, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

148.   Gertha R. McRae, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

149.   Anthony McKinnon, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

150.   Shakeria L. Moore, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

151.   Michael Morris, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

152.   Dorothy Mulkey, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

153.   Marion Norris, c/o Candis A. McGowan, Wiggins, Childs, Quinn, &

Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

154.    Andre Paige, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

155.    Jennifer Parham, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

156.    Shaunte Parker, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

157.    Ozella Person, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

158.    Johnnie Mae Posey, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

159.    Dina Reeves, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

160.    Calvin F. Richardson, Jr., c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

161.    Michael Robinson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

162.  Earl R. Rogers, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

163.  Gregory L. Sinquefield, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

164.  Terrance T. Tennille, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

165.  Hester M. Thomas, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

166.  Tammy T. Thomas, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

167.  Tora Thomas, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

168.  Wanda Thomas, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

169.  Lillian Thompson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

170.  Brantley Thornton, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham,

AL 35203; (205) 314-0500.

171.  Shereekia V. Thornton, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

172.  Courtney J. Tolbert, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

173.  Carolyn A. Turner, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

174.  Dorsel Turner, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

175.  Allison Vaughn, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

176.  Alfonza Walker, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

177.  Marquita Walker, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

178.  Edna L. Walton, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

179.  Tarshekia Warren, c/o Candis A. McGowan, Wiggins, Childs, Quinn,

& Pantazis, The Kress Building, 301 19th Street North Birmingham,
AL 35203; (205) 314-0500.

180.   John Whigham, c/o Candis A. McGowan, Wiggins, Childs, Quinn, &
Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
35203; (205) 314-0500.

181.   Patricia Whigham, c/o Candis A. McGowan, Wiggins, Childs, Quinn,
& Pantazis, The Kress Building, 301 19th Street North Birmingham,
AL 35203; (205) 314-0500.

182.   Belinda Williams, c/o Candis A. McGowan, Wiggins, Childs, Quinn,
& Pantazis, The Kress Building, 301 19th Street North Birmingham,
AL 35203; (205) 314-0500.

183.   Bertha Ann Williams, c/o Candis A. McGowan, Wiggins, Childs,
Quinn, & Pantazis, The Kress Building, 301 19th Street North
Birmingham, AL 35203; (205) 314-0500.

184.   Bobby Lee Williams,Jr., c/o Candis A. McGowan, Wiggins, Childs,
Quinn, & Pantazis, The Kress Building, 301 19th Street North
Birmingham, AL 35203; (205) 314-0500.

185.   Elaine Williams, c/o Candis A. McGowan, Wiggins, Childs, Quinn,
& Pantazis, The Kress Building, 301 19th Street North Birmingham,
AL 35203; (205) 314-0500.

186.   Kelli Williams, c/o Candis A. McGowan, Wiggins, Childs, Quinn, &
Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
35203; (205) 314-0500.

187.   Willie Willis, c/o Candis A. McGowan, Wiggins, Childs, Quinn, &
Pantazis, The Kress Building, 301 19th Street North Birmingham, AL
35203; (205) 314-0500.

188. Mary S. Wright, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

189. Santinia Young, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

190. Shawanda Young, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

191. Janet Dunwoody, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

192. Laura Jones, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

193. Lorenzo Lewis, Jr., c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

194. Rebecca Person, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

195. Marvin McElroy, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

196. Darryl Bletcher, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL

35203; (205) 314-0500.

197. James Fenn, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

198. Michael Morris, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

199. Carter Hamm, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

200. Allen Holloway, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

201. Talyia Jackson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

202. Danny Chambers, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

203. Ulysses Dickey, Jr., c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

204. Walter Ellis, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

205. Ray Glenn, c/o Candis A. McGowan, Wiggins, Childs, Quinn, &

Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

206.  Charlie Lohman, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

207.  Nakia Lynn, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

208.  James McCray, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

209.  Rodney Pugh, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

210.  Traviston Rogers, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

211.  Charlie Wiggins, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

212.  Don Williams, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

213.  Anthony Davis, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

214. Teresa Davis, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

215. Jerry Rumph, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

216. Sharon Womack, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

217. Kimberly Adams, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

218. Tina Burnett, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

219. Shawanda Griffin, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

220. Marlana Johnson, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

221. Ashlee Jones, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

222. Sheila Jones, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL

35203; (205) 314-0500.

223.   Katrina Lynn, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

224.   Dana McKinnes, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

225.   Jeanette Porter, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

226.   Bobby Weems, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

227.   Eric Williams, c/o Candis A. McGowan, Wiggins, Childs, Quinn, & Pantazis, The Kress Building, 301 19th Street North Birmingham, AL 35203; (205) 314-0500.

## EXHIBITS

Plaintiff may introduce the following exhibits for trial of this matter:

1.   New Hire GMP Policy, containing bates number: E633-E638 marked as Exhibit 1 to deposition of Greg Mills.

2.   Equity Group- Eufaula Division, LLC, Good Manufacturer Practices (GMP's), containing bates number: E955 marked as Exhibit 2 to deposition of Greg Mills.

3.    Equity Group- Eufaula Division, LLC, Good Manufacturer Practices, Fresh Processing, P-20322, Issue Date: 3-15-04, Revised Date: 10-2-06, containing bates numbers: E161-E166, marked as Exhibit 3 to deposition of Greg Mills.

4.    Correct Hand/Glove Washing Policy, containing bates numbers: S32-43, marked as part of Exhibit 4 to deposition of Greg Mills.

5.    G.M.P.S., containing bates numbers: S3244, marked as part of Exhibit 4 to deposition of Greg Mills.

6.    Entering Line Time (Every Monday) for Master Cards, containing bates numbers: E739, marked as part of Exhibit 4 to deposition of Greg Mills.

7.    Attendance Policy, containing bates numbers: E628-E629, marked as Exhibit 5 to deposition of Greg Mills.

8.    General Safety #4, containing bates numbers: E639, marked as Exhibit 6 to deposition of Greg Mills.

9.    New Hire Policies, containing bates numbers: E631-E632, marked Exhibit 7 to deposition of Greg Mills.

10.    Selected Provision Keystone Foods Equity Group - Eufaula Division, LLC, Employee Handbook, containing bates numbers: E516-E520, E535-E536, E542, E544, E557-E559, and E563 marked as Exhibit 8 to

deposition of Greg Mills.

11.    Selected portions of Keystone Foods, Equity Group Eufaula Division, LLC, Employee Orientation Manual, containing bates numbers: E40-E41, E71-E77, E79-E82, E85-E87, E91- E92, E97, E111, E113-E114, E118-E123, E131, E141, & E147-148 marked as Exhibit 9 to deposition of Greg Mills, Equity Group Eufaula Division, LLC, containing bates numbers: E662-E669, marked as Exhibit 10 to deposition of Greg Mills.

12.    Equity Group Eufaula Division New Hire Check List and other New Hire Orientation documents, marked as composite exhibit, containing bates numbers: E2312, 4142, E985, and E652-E653, Exhibit 11 to deposition of Greg Mills.

13.    Collective Bargaining Agreement by and between Equity Group - Eufaula Division, LLC and the Retail, Wholesale and Department Store Union, AFL-CIO•CLS, effective March 1, 2004 to March 1, 2008, containing bates numbers: E1-E36,  marked as Exhibit 12 to deposition of Greg Mills.

14.    Work Rules, containing bates numbers: E173-E184,  marked as Exhibit 13 to deposition of Greg Mills.

15.   U.S. Department of Labor, letter dated June 16, 2008, containing bates number E167-E170, marked as part of Exhibit 14 to deposition of Greg Mills.

16.   Selected documents from the Equity Group Eufaula Division Payroll Processing Manual, containing bates numbers: E692, E695-E703, E718, E720-E724, E738-E739, E751, E847, E849, and E854 marked as Exhibit 15 to deposition of Greg Mills.

17.   Revised Equity Group Eufaula Division, LLC Organizational Charts, marked as Exhibit 16 to deposition of Greg Mills.

18.   Equity Group Eufaula Division, LLC, Good Manufacturing Practices, Slaughter, Debone, and Further Processing, issue date: 3-15-04, revised date: 8-21-07, marked as Exhibit 17to deposition of Greg Mills.

19.   Equity Group Eufaula Division, LLC, Employee Orientation Manual, marked as Exhibit 18 to deposition of Greg Mills.

20.   Equity Group of Eufaula, AL, 2004 Contract Proposals, marked as Exhibit 19 to deposition of Greg Mills.

21.   Equity Group of Eufaula, AL, 2008 Contract Proposals, marked as Exhibit 20 to deposition of Greg Mills.

22.   Designation of Rule 30(b)(6) Deposition Witnesses, marked as Exhibit 21 to deposition of Greg Mills, architectural layout of the plant, marked

as Exhibit 22 to deposition of Greg Mills containing handwritten notations thereon.

23. Koronos Time Detail Reports for week ending June 9, 2008, marked as Exhibit 23 to deposition of Joseph Preston.

24. Exhibit consisting of summary from Koronos Report reflecting plaintiff's

hours worked weekly.

25. Koronos Reports produced by defendant.

26. Corrective Action Forms against plaintiffs: (See Attached Exhibit "A" for identification of same).

27. Personnel Action Forms for plaintiffs: (See Attached Exhibit "B" for identification of same).

28. Collective Bargaining Agreement by and between Equity Group - Eufaula

Divisions, LLC and the Retail, Wholesale, and Department Store Union AFL-CIO•CLS, effective date March 1, 2008 through March 1, 2011, containing bates numbers E5975-E6015.

29. Defendant's Response to Plaintiff's First Interrogatories and Request for Production of Documents and all supplements thereto.

30. Defendant's Response to Plaintiff's Second Request for Production of

Documents.

31. First Processing Job Listing, Further Processing Job Listing, and Departmental Listing, containing bates numbers E13761-E13762.

32. List of all plaintiffs in opt-in plaintiffs compiled by defendants, containing bates number E100021002-E100021022.

33. Listing of Department Codes, containing bates number E20501.

34. Equity Group Eufaula Division, LLC, Good Manufacturing Practices, issue date: 3-15-04 revise date: 8-21-07, containing bates number E20653-E20665.

35. 21 C.F.R. § 111.10, 21 C.F.R. § 110.10(b), 9 C.F.R. §308.3 (1999), 29 U.S.C. §203(o), 29 U.S.C. § 254(a), 29 C.F.R. §784.47, 29 C.F.R. § 785.19, 29 C.F.R. §785.47, 29 C.F.R. § 790.2(a), 29 C.F.R. § 790.6(b)), 29 C.F.R. §790.8, 29 C.F.R. §790.8(a), 29 C.F.R. §790.8(c), n. 65, 29 C.F.R. § 1910.132(a) (1999)

36. 9 C.F.R. §416.5, containing bates number E20666.

37. Keystone Foods Record Keeping, Record Retention and Destruction Program #704, effective 2-14-05, containing bates number E20667-E20681.

38. Email from Steve Konz to Malcolm Gould, dated 5-25-07 regarding preparation for Alabama trip with attachment labeled Videocam.doc,

containing bates numbers E20685-E20686.

39.    Email from Steve Konz to Malcolm Gould, dated 10-2-07 regarding Time Study - Eufaula, containing bates number E20699.

40.    Email from Steve Konz to Malcolm Gould, dated 10-4-07 regarding time Study - Eufaula containing bates number E20700.

41.    Email from Steve Konz to Malcolm Gould, dated 6-30-07 regarding Task/Elements with attachment of Draft Element Description doc and Expense bill, containing bates numbers E20688-E20694.

42.    Email from Steve Konz to Malcolm Gould, dated 11-13-07 regarding Video Taping, containing bates number E20708.

43.    Email from Steve Konz to Malcolm Gould, dated 11-16-07 regarding video procedures with attachment video procedures, containing bates numbers E20714-E20715.

44.    Email from Steve Konz to Malcolm Gould, dated 1-3-08 regarding 2003 report, containing bates number E20722.

45.    Email from Malcolm Gould to Steve Konz, dated 1-3-08 regarding 2003 report, containing bates number E20723.

46.    Email from Steve Konz to Malcolm Gould, dated 1-21-08 regarding trip to Alabama, containing bates number E20725.

47.    Email from Malcolm Gould to Steve Konz, dated 1-23-08 regarding trip

to Alabama, containing bates number E20727.

48. Email from Steve Konz to Malcolm Gould, dated 2-26-08 regarding Evis tape, containing bates number E20736.

49. Email from Malcolm Gould to Steve Konz, dated 2-26-08 regarding Evis tape, containing bates number E20737.

50. Email from Steve Konz to Malcolm Gould, dated 3-29-08 regarding , containing bates number E20743.

51. Email from Malcolm Gould to Steve Konz, dated 4-21-08 regarding final report draft containing bates numbers E20910-E20911.

52. Email from Steve Konz to Malcolm Gould, dated 4-21-08 regarding , final report draft containing bates number E20922.

53. Email from Steve Konz to Malcolm Gould, dated 4-21-08 regarding , Don/doff history attachment history of don.doc, containing bates numbers E20930-E20932.

54. Email from Malcolm Gould to Steve Konz, dated 5-14-08 regarding report, containing bates number E20940.

55. Email from Malcolm Gould to Steve Konz, dated 5-15-08 regarding report, containing bates number E20948.

56. Email from Steve Konz to Malcolm Gould, dated 5-15-08 regarding , regarding report, containing bates number E20949.

57.   Email from Malcolm Gould to Steve Konz, dated 6-27-08 regarding Eufaula time study, containing bates number E20963.

58.   Email from Malcolm Gould to Steve Konz, dated 6-27-08 regarding Eufaula report, containing bates number E20982.

59.   Letter from Howard A. Rosenthal to Jerry Foster, Representative, Retail, Wholesale, and Department Store Union, dated July 9, 2007 regarding pay scale modification, containing bates numbers E38-E39.

60.   ADP Payroll Data disk, containing bates number E186.

61.   Payment Detail Listing, containing bates numbers E207-E375.

62.   Payment Detail Listing, containing bates numbers E8367-E8962.

63.   Keystone Foods Employee Handbook in Spanish, containing bates number E572-E627.

64.   Payment Detail Listing, containing bates numbers E2096-E222.

65.   Equity Group - Eufaula Division, LLC regarding revised proposal for the tender tables, containing bates numbers E37-E 37a.

66.   Payment Detail Listing, containing bates numbers E3572-E3712.

67.   Payment Detail Listing, containing bates numbers E5091-E5225.

68.   Payment Detail Listing, containing bates numbers E4448-E4540.

69.   Payment Detail Listing, containing bates numbers E3572-E3712.

70.   Payment Detail Listing, containing bates numbers E3946-E4009.

71.   List of plaintiffs' jobs, departments and assignment notes.

72.   Summary of disciplinary actions.

73.   Summary of hours worked by plaintiffs.

74.   Summary of hours and time records regarding plaintiffs hour worked.

75.   Back-pay calculations for plaintiffs.

76.   Summary of sanitary gear and equipment worn or used by plaintiffs.

77.   Summary of unpaid work activities for which back-pay is sought.

78.   Summary of path of unpaid work activities for which back-pay is sought.

79.   Plant layout and schematics showing areas of plant and path of unpaid work activities.

80.   Summary of deductions from paid time when employees arrive late, leave early or other events occur which cause other deductions from paid time.

81.   Exhibits showing deductions from paid time when employees arrive late, leave early or other events occur which cause other deductions from paid time.

82.   Kronos and/or time records of plaintiffs and other employees.

83.   Records underlying above summaries of hours worked, time records, disciplinary actions, back pay, path of unpaid activities, sanitary gear

and equipment worn or used by plaintiffs, deductions from paid time, and Kronos records.

84. Summary of relevant plant rules and policies on paid and unpaid work activities, donning, doffing, sanitizing requirements, and lunch breaks deductions, etc.

85. Summary of plaintiffs depositions.

86. Tabulations from plaintiffs depositions regarding nature and amount of time spent on unpaid work activities.

87. Depositions underlying summary and/or tabulation of plaintiffs depositions.

88. Damage Calculations Chart.

89. All exhibits listed by defendants.

90. Any document necessary for rebuttal purposes.

91. Any document necessary for impeachment purposes.


Respectfully submitted,


/s/Candis A. McGowan
Candis A. McGowan
Robert L. Wiggins, Jr.
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building, 301 19th Street North
Birmingham, Alabama 35203

Telephone: 205/314-0500
Facsimile: 205-254-1500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

This 20th day of August, 2008.

/s/ Candis A. McGowan                    Candis A. McGowan

EXHIBIT A
Corrective Action Forms

1.    Bobby Williams, bates numbered E17306, E17313, and E17324.

2.    Denise Wilson, bates numbered E17532.

3.    Elaine Williams, bates numbered E17393 and E17396.

4.    Chanda Young, bates numbered E17934 and E17941.

5.    Tinesha Jackson, bates numbered E9167.

6.    Evelyn Lampley, bates numbered E10450, E10452, and E10454.

7.    Kenneth Kelley, bates numbered E9978.

8.    Emily Laster, bates numbered E10581, E10579 and E10601.

9.    Lekeshia Warren, bates numbered E16742-E16743, E16779, E16788-E16789, E16792, E16798-E16809, and E16811.

10.   Patricia Whigham, bates numbered E16993-E16994.

11.   Betty Jean Young, bates numbered E17842, E17848, E17850, E17856, E17859, and E17861.

12.   Shelia Young, bates numbered E18041, E18052, E18079, E18089, and E18093.

13.   Bertha Williams, bates numbered E17246.

14.   Alfonza Walker, bates numbered E16558-E16564, E16582-E16853, and E16585-E16587.

15.   Tony Newman, bates numbered E12514, E12512, E12516, E12468-E12469, E12487-E12488, E12502-E12503, E12500-E12501, and E12467.

16.   Shakeria Moore, bates numbered E12319-E12322.

17.   Anthony McKinnon, bates numbered E12069.

18.   Anthony March, bates numbered E11517, E11519, E11527, E11531, and E11533-E11534, E11536, E11539-E11540, E11543, E11545-E11546, and E11548-E11550.

19.   Antonio Lindsey, bates numbered E11192-E11193, and E11202.

20.   Felicia Laseter, bates numbered E10798, E10807, E10815-E10816, and E10820.

21.   Molinda Jacobs, bates numbered E9268-E9269, E9271, and E9273-E9277.

22.   Christopher Laster, bates numbered E10941, E10944.

23.   Christina Lynn, bates numbered E11364-E11364, and E11367.

24.    Mark Marsh, bates numbered E11690.

25.    Elethia Marshall, bates numbered E11727.

26.    Benjamin Mays, bates numbered E11767.

27.    Renna Merrill, bates numbered E12207.

28.    Diane McCloud, bates numbered E11953.

29.    Shemeice Thompkins, bates numbered E16029-E16033, E16037-E16038, E16044,
       E16105, E16108-E16110.

30.    Jennifer Johnson, bates numbered E9707, E9710.

31.    Vivian Shorter, bates numbered E8253, E8258.

32.    Edgar Johnson, bates numbered E9668.

33.    Sharon Parkman, bates numbered E7874.

34.    Thomas Gosha, bates numbered E6664-E6667.

35.    Laurie Delbridge, bates numbered E5274, E5258, E5230.

36.    Kamilah Dukes, bates numbered E5793, E5772, E5770, E5768, E5764.

37.    Andrew Griffin, bates numbered E6827, E6844, E6849, E7911.

38.    Sloane Smith, bates numbered E15043, E15060, E15063-E15064.

39.    Doris Sanders, bates numbered E14425-E14426.

40.    Mary Wright, bates numbered E17725, E17730.

41.    Randy Rodgers, bates numbered E14242, E14249.

42.    Margaret Robinson, bates numbered E13916-E13918, E13922, E13927, E13937-E13938,
       E13941.

43.    Rose Shaw, bates numbered E14616, E14649, E14666-E14667, E14672-E14675,
       E14677.

44.    Ervin Smith, bates numbered E14874-E14876, E14890.

45.    Roderick Streeter, bates numbered E15360.

46.    Gregory Singuefield, bates numbered E14717, E14719.

47.    Barbara Tew, bates numbered E15536-E15537, E15547.

48.    Denise Stinson, bates numbered E15283, E15286-E15287.

49.    Dorothy Mulkey, bates numbered E12412, E12415.

EXHIBIT B
Personnel Action Forms

1.    Patricia Jones, bates numbered E10633-E10634, E10631-E10632.

2.    Shakeria Moore, bates numbered E12265-E12266, E12269-E12270.

3.    Michelle Dumas, bates numbered E5862-E5863, E5866-E5867.

4.    Cherry Devose, bates numbered E5613-E5614.

5.    Doris Sanders, bates numbered E14348-E14349, E12269-E12270.

6.    Mary Wright, bates numbered E17669-E17670, E17681-E17682.

7.    Randy Rodgers, bates numbered E14217-E14218, E14082-E14083.

8.    Dorothy Mulkey, bates numbered E12436-E12437, E12438-E12439.