```
                    IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION
```

BETTY ANN BURKS, et al.,            :
                                    :
            Plaintiffs,             :
                                    :
    v.                              :   No. 2:06-CV-1081-MEF
                                    :
EQUITY GROUP EUFAULA                :
DIVISION, LLC,                      :
                                    :
            Defendant.              :

---

### DEPOSITION EXCERPT IDENTIFICATION
### OF EQUITY GROUP-EUFAULA DIVISION, LLC.

---

Pursuant to Rule 26(a)(3), F.R.C.P., and the Court's Uniform Scheduling Order of March 13, 2007, defendant, Equity Group-Eufaula Division, LLC ("Equity"), identifies the following portions (by page and line number) of those depositions which Equity expects to use at trial:

| Allen, Mary Lee | Burks, Pearline | Davis, Jacqueline Smith |
|---|---|---|
| 17:18-19:20 | 19:11-17 | 11:11-22 |
| 32:4-33:22 | 22:18-23:9 | 12:23-13:17 |
| 36:7-15 | 25:6-14 | 14:6-12 |
| 47:3-8 | 33:8-9 | 14:20-15:14 |
| 47:14-20 | 44:12-14 | 17:3-11 |
| 53:10-54:4 | 51:1-4 | 17:14-18:9 |
| 54:14-20 | 57:16-58:7 | 20:9-21:4 |
|  | 59:11-18 | 21:5-16 |
| Avery, Virginia | 59:19-61:15 | 25:21-26:14 |
| 14:21-15:7 | 61:7-15 | 26:15-28:9 |
| 18:19-19:1 |  | 28:10-29:22 |
| 20:9-18 | Corbitt, Latoya | 29:23-30:21 |
| 21:20-22:6 | 12:8-11 | 31:7-32:15 |
| 38:13-22 |  | 54:4-55:2 |
| 48:23-49:3 | Darby, Barbara Ann | 55:3-10 |
| 51:5-11 | 9:18-10:3 | 57:17-60:4 |
|  | 18:7-11 | 62:5-63:4 |
| Bedell, James C. | 23:22-24:10 | 64:11-16 |
| 9:18-10:2 | 30:6-31:10 | 70:14-71:3 |
| 22:13-24:20 | 32:5-33:11 | 81:10-13 |
| 27:4-7 | 34:4-19 |  |
| 28:16-20 | 35:12-17 | Delbridge, Laurie |
| 30:12-15 | 41:21-42:3 | 28:15-23 |
| 33:19-22 | 44:3-9 | 29:1-7 |
| 38:3-8 | 45:6-13 | 35:1-10 |
| 40:23-41:3 | 46:11-17 | 38:10-12 |
|  | 47:1-48:6 | 40:15-41:11 |
| Blackmon, Dorothy A. | 57:12-21 | 41:19-42:1 |
| 14:22-15:7 | 60:19-61:4 | 42;10-21 |
| 21:21-22:7 |  | 44:3-45:3 |
| 27:1-7 |  | 52:7-14 |
| 29:16-30:2 |  |  |
| 30:11-20 |  |  |

Ford, Kenneth
6:3-7:8
14:16-16:3
17:19-22
19:21-23
22:11-17
24:16-19
34:6-13

Foster, Salintha
11:18-12:4
17:13-16
23:14-17
24:1-3

Fuller, Renata
10:10-12
20:12-21:1

Glenn, Tangela
11:22-12:13
14:15-17
15:3-5
30:1-12
35:11-13

Glover-Patrick, Annie
13:11-19
24:18-25:2
39:13-17
58:16-22

Gullette, Gloria Dean
13:6-16
14:12-14
20:7-13
20:23-24:3
23:15-23
25:4-18
29:8-10
29:14-30:23
36:21-38:3

Hamilton, Jimmy L.
19:8-12
19:23-20:3
22:10-12
23:1-6
25:23-26:3
27:9-12

Ivery, Annie
8:12-17
25:1-8

Jackson, Johnny L.
12:6-20
13:10-14:3
18:21-19:9
20:4-16
20:23-21:2
23:11-14
24:10-20
27:16-28:6
30:7-17
31:16-18
32:15-21

Jackson, Terrance
10:15-17
13:13-14:10
15:6-9
19:5-20
20:7-19
22:15-22
26:17-20
26:21-27:16
36:14-21
41:8-11
42:14-17
43:3-5

Jacobs, Molinda
28:2-12

Johnson, Annie R.
15:3-13
15:22-16:3
16:7-14
24:10-23
25:1-19
30:5-9
31:1-5
32:19-33:2
38:17-39:8
39:22-40:4

Johnson, Derinda
7:19-8:2
14:1-12
14:13-15:17
22:9-23
23:10-21
24:1-21
26:6-11
27:2-10
28:23-29:1
29:21-3:4
30:14-31:6
32:18-33:1
33:15-39:3
35:16-18

Johnson, Jennifer
14:10-20
15:3-13
21:6-22:5
22:13-15
23:12-24:8
27:14-17
28:12-17
29:13-15
30:7-23
31:16-17
32:13-15

Jones, Patricia
8:9-9:7
10:11-21
14:17-15:6
15:22-16:3
17:2-4
26:8-10
28:1-9
30:21-31:14
31:19-23
33:16-21
38:14-19
39:7-40:8
41:22-42:2
43:21-44:5
46:3-19
48:17-21

Kennedy, Arleen
10:10-15
13:4-13
17:3-6
18:3-19:4
20:10-15
31:11-33:2
33:13-18
34:9-17
36:14-18
44:22-46:10

Kennedy, Tracy Leonard
12:6-17
16:14-16
17:16-20:2
24:3-9
24:18-23
28:8-23
30:3-31:1
33:2-23
34:5-35:16

Kincey, Steven
18:6-12
23:3-22
31:21-23
34:8-20
35:2-14
38:2-10
39:6-11
40:1-6
43:6-44:16
45:5-47:9

Lampley, Evelyn
13:16-14:1
20:19-21
22:14-13
24:1-13
26:12-16
27:2-8
31:13-15
32:5-34:21
37:14-38:9
38:15-19
39:5-21

- 2 -

Lampley, Serenda
14:2-22
18:22-19:23
25:8-15
30:17-31:4

Laseter, Emily
17:11-15
20:9-19
21:19-22
22:4-23:7
38:21-39:11

Laseter, Felicia
11:9-12
11:16-23
14:15-19
16:9-17:13
20:8-20
21:14-20
22:11-21
32:1-15
36:23-37:11
38:14-18
39:5-8
48:8-20
51:16-52:1

Laster, Christopher
21:22-22:11
22:16-23:14
43:2-12
43:20-44:13
60:20-62:18

McCall, Monroe
17:23-18:4
24:23-25:3
26:19-27:6
27:14-20
28:16-23
35:13-16
38:9-15

McNair, Dorothy A.
30:23-31:4
31:11-23
38:23-40:8
48:1-12

McRae, Gertha
16:1-17:4
19:10-23
24:7-16
25:2-9
26:6-8
27:8-12

Mahone, Artavous
14:17-23
16:22-17:4

March, Anthony
18:23-19:6
24:5-11
34:9-22
50:14-53:18

March, Mary
26:6-12
33:7-22
35:7-11

Merrill, Renna
10:21-11:9
14:7-9
17:1-15
21:2-12
27:23-28:3
33:3-7

Moore, Shakeria
14:14-20
15:17-16:4
20:3-11
23:20-24:13
28:13-22
30:3-7
33:17-21

Morris, Ebone
12:4-16
16:3-20:12
17:6-18:7
18:23-19:13
25:5-15
25:18-23
28:8-21
37:1-12
37:20-23
39:19-40:1
43:20-44:1
46:17-47:1
48:5-6

Newman, Tony
13:13-18
13:19-14:14
21:16-22:16
23:7-18
24:3-5
27:5-7

Oliver, Krista
18:2-9
19:20-22
21:1-8
23:10-18
24:12-14

Pearson, Antonio
9:7-10:5
13:22-14:9
19:12-14
20:3-5
22:12-15
23:5-9
24:6-10
26:4-6
28:11-13
28:20-29:6
35:17-22

Person, Marquita
24:5-9
24:18-25:13
29:1-30:7
32:2-17
33:22-34:6
36:11-12
37:1-4
38:1-2
38:14-39:1
48:19-51:11

Reeves, Coretta
11:22-12:9
13:18-21
19:18-21
22:2-12
22:17-23:1
29:7-17
30:5-9

Rice, Marcus
12:6-11
12:15-13:1
23:15-21
25:14-16
26:2-13

Robinson, Laurie J.
16:10-11
17:16-19
21:23-22:7

Shabazz, Samuel A.
12:13-13:10
14:15-19
15:1-15
22:13-23:2
25:20-21
29:21-30:4
32:8-33:1
40:16-21
54:21-55:1
59:21-60:8
60:9-61:4
63:14-17

Shaw, Rose D.
13:15-14:3
18:2-13
21:22-22:2
22:19-23:2
29:2-9
32:17-33:6
45:5-11
58:14-59:6
60:7-17
61:16-21

Shorter, Rebecca H.
17:5-9

- 3 -

<u>Shorter, Vivian Y.</u>
13:11-21
18:9-17
20:6-8
20:14-19
21:14-21
23:12-16
26:1-7
28:20-29:1
34:20-23
36:14-20
37:12-16

<u>Spann, Kendrick Lanan</u>
10:16-18
10:23-11:9
14:10-13
22:4-12
22:16-23:2
24:11-15
28:14-16

<u>Thomas, Larry, Jr.</u>
9:7-10
10:23-11:8
17:16-18:1
18:17-19:10
19:11-19
22:17-23:4
24:4-8
30:3-8
31:9-11
36:5-37:6

<u>Thompkins, Shemeice</u>
17:20-22
19:17-22
20:7-21
21:15-22:5
24:16-18
25:14-18
27:15-17
28:8-11
29:5-8
30:2-7
31:22-32:11
35:8-13

<u>Turner, Caroline</u>
13:10-14:6
16:13-18:1
19:8-13
21:4-8
22:21-23:12
27:16-28:4
29:23-30:3
35:5-13
36:4-15
58:12-18

<u>Warren, Lakeshia</u>
13:5-11
15:3-17:9
15:19-16:10
25:7-13
28:16-29:2
31:15-23

<u>White, Wendy</u>
12:13-16
14:23-15:7
15:2-5
16:15-18
17:2-16

<u>Young, Chanda</u>
23:1-2
23:21-24:8
24:17-20
35:9-36:14
37:5-9
37:13-18
38:7-10
38:20-39:13
45:14-15
48:23-49:5
49:20-50:14
50:6-14
57:2-5
58:21-59:12

<u>Young, Betty J.</u>
17:22-18:2
18:12-15
21:9-13
23:11-20
24:18-21

<u>OF COUNSEL:</u>
Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA  19103
(215)665-1540

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
 & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834

_____
Howard A. Rosenthal
Gary D. Fry
Malcolm S. Gould
    Attorneys for Equity Group
    Eufaula Division, LLC

- 4 -

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION

BETTY ANN BURKS, et al., :
:
       Plaintiffs, :
:
    v. : No. 2:06-CV-1081-MEF
:
EQUITY GROUP EUFAULA :
DIVISION LLC, :
:
       Defendant. :

## CERTIFICATE OF SERVICE

The undersigned counsel for Equity Group Eufaula Division LLC certifies that a true and correct copy of the Deposition Excerpt Identification was filed electronically with the Clerk of Court and also was served by depositing a true and correct copy in the United States Mail, first class postage prepaid, on August 20, 2008, and addressed as follows:

    Candis A. McGowan, Esquire
    Wiggins Childs Quinn & Pantanis, P.C.
    The Kress Building
    301 North 19th Street
    Birmingham, AL   35203-3204

    Attorneys for Plaintiffs

_____
Howard A. Rosenthal
Gary D. Fry
Malcolm S. Gould
   Attorneys for Equity Group
   Eufaula Division, LLC

**OF COUNSEL**:
Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA   19103
(215)665-1540

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
   & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834