IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION

BETTY ANN BURKS, <u>et</u> al.,           :
                                          :
              Plaintiffs,                 :
                                          :
         v.                               :    No. 2:06-CV-1081-MEF
                                          :
EQUITY GROUP-EUFAULA                      :
DIVISION LLC,                             :
                                          :
              Defendant.                  :

_____

TRIAL EXHIBIT DISCLOSURE OF
EQUITY GROUP - EUFAULA DIVISION, LLC.

_____

Pursuant to Rule 26(a)(3), F.R.C.P., and the Court's
Scheduling Order of March 13, 2007, defendant Equity Group -
Eufaula Division, LLC ("Equity") makes the following Exhibit
Disclosure:

1.    2004 Collective Bargaining Agreement (Davis Dep. Ex. 3)

2.    2008 Collective Bargaining Agreement (Davis Dep. Ex. 4)

3.    CP Collective Bargaining Agreement (Davis Dep. Ex. 2)

4.    First Amended Complaint (Dkt. No. 33)

5.    Answer to Amended Complaint (Dkt. No. 35)

6.    Notice of Pending Fair Labor Standards Act Lawsuit

7.    Executed Consents to Join For Each Plaintiff (Dkt. Nos.
      10-12, 17, 27, 29, 36, 39, 41, 44, 46-48, 50, 53-62,
      65-71)

8.    Equity Group's Answers to Interrogatories of Betty Ann
      Burks

9.    Equity Group's Response to Request for Production of
      Betty Ann Burks

10. Equity Group's Response to Plaintiffs' Second Request for Production of Documents

11. Equity Group's Response to Plaintiffs' Request for Admissions

12. Chart of Opt-in plaintiff employment dates, position and wage rate - Log Nos. E100021002-E100021022[1]

13. Layout of Plant with notations – Mills Dep. Ex. 22

14. Recent Layout of Fresh Plant with notations – Log No. E18341

15. Correspondence with the RWDSU regarding pay rates (Log Nos. E37 - E39)

16. Opinion letter promulgated by the United States Department of Labor, Wage and Hour Division, dated June 6, 2002 (FLSA 2002-2)

17. Opinion letter promulgated by the United States Department of Labor, Wage and Hour Division, dated May 14, 2007 (FLSA 2007-10)

18. District Court Opinion in <u>Anderson v. Cagle's, Inc., et al.</u>

19. Eleventh Circuit Opinion in <u>Anderson v. Cagle's, Inc., et al.</u>

20. Order denying Petition for Writ of Certiorari in <u>Anderson v. Cagle's, Inc., et al.</u>

21. District Court Opinion in <u>Davis v. Charoen Pohphand (USA), Inc.</u>

---

[1] Equity reserves the right to amend this Exhibit based upon any determination in response to its Motion Decertify Class and Sever.

22.  Employee Orientation Manual -- Mills Dep. Ex. 18

23.  Good Manufacturing Practices - Fresh Processing -- Log
     Nos. E161-E166

24.  Employee Handbook -- Log Nos. E516 - E627

25.  Good Manufacturing Practices - Slaughter, Debone and
     Further Processing dated August 21, 2007 (revised) -
     Log Nos. E20653-E20665

26.  Excerpt from the USDA Regulations (9 C.F.R. §416.5) -
     Log No. E20666

27.  Report of Stephan A. Konz, produced on May 30, 2008

28.  Appendix A to Report of Stephan A. Konz

29.  Appendix B to Report of Stephan A. Konz

30.  Appendix C to Report of Stephan A. Konz

31.  Appendix D to Report of Stephan A. Konz

32.  Appendix E to Report of Stephan A. Konz

33.  Appendix F to Report of Stephan A. Konz

34.  Appendix G to Report of Stephan A. Konz

35.  Video Tape - Log No. E20989, or any portion or
     selection therefrom

36.  Video Tape - Log No. E20990, or any portion or
     selection therefrom

37.  Video Tape - Log No. E20991, or any portion or
     selection therefrom

38.  Video Tape - Log No. E20992, or any portion or
     selection therefrom

39.  Video Tape - Log No. E20993, or any portion or
     selection therefrom

40.  Video Tape - Log No. E20994, or any portion or
     selection therefrom

41.  Video Tape - Log No. E20995, or any portion or
     selection therefrom

42.  Video Tape - Log No. E20996, or any portion or
     selection therefrom

43.  Video Tape - Log No. E20997, or any portion or
     selection therefrom

44.  Video Tape - Log No. E20998, or any portion or
     selection therefrom

45.  Video Tape - Log No. E20999, or any portion or
     selection therefrom

46.  Video Tape - Log No. E20100, or any portion or
     selection therefrom

47.  Electronic Kronos Time Detail Reports, produced
     electronically on July 3, 2008, or any portion or
     selection therefrom.

48.  Department codes for KRONOS Time Detail Reports - Log
     No. E20501

49.  Pay Rules – Log Nos. E173-E184

50.  Exception List for Time Detail Report – Log No. E18344

51.  Standard E-mail re Time Detail – Log Nos. E18349-E18362

52.  Plaintiffs' Answer's to Equity's Interrogatories – each
     Answer is sub-number of this exhibit (i.e., Mary Allen,
     52.1, Virginia Avery, 52.2, etc.)

     (1) Mary Allen

     (2) Virginia Avery

     (3) Lillie Banks

(4) Teresa Baxter

(5) James Bedell

(6) Katina Binion

(7) Dorothy Blackmon

(8) Willie May Blackmon

(9) Karen Bowens

(10) Betty Ann Burks

(11) Pearline Burks

(12) Sharon Bush

(13) Brenda Calhoun

(14) Ethel Carter

(15) Suevetta Coleman

(16) Latoya Corbitt

(17) Anthony Culver

(18) Tiffany Cunningham

(19) Barbara Darby

(20) Laurie Delbridge

(21) Cherry A. DuVose

(22) Katrina Favors

(23) Chanda L. Ferguson

(24) Kenneth Ford

(25) Salintha Foster

(26) Shervonne Foster

(27) Renata Fuller

(28) Glenn Tangela

(29) Annie Glover-Patrick

(30) Thomas Gosha

(31) Alfonza Green

(32) Gloria Gullette

(33) Jimmy Lee Hamilton

(34) Brian Hanks

(35) Larry Hicks

(36) Annie Ivery

(37) Andre Jackson

(38) Johnny L. Jackson

(39) Terrance Jackson

(40) Molinda J. Jacobs

(41) Annie R. Johnson

(42) Cedric D. Johnson

(43) Derinda Johnson

(44) Jennifer T. Johnson

(45) Bessie Jones

(46) Lottie Jones

(47) Patricia Jones

(48) Arleen Kennedy

(49) Shirley Kennedy

(50) Tracy L. Kennedy

(51) Steven L. Kincey

(52) Evelyn Lampley

(53) Serenda Lampley

(54) Emily Laseter

(55) Felicia Laseter

(56) Christopher Laster

(57) Eddie Lewis

(58) Brenda Lightner-Slater

(59) Margie B. Lohman

(60) Atravous Mahone

(61) Anthony B. March

(62) Mary March

(63) Elethia Marshall

(64) Monroe McCall

(65) Dianne McCloud

(66) Gertha R. McCrae

(67) Anthony McKinnon

(68) Dorothy A. McNair

(69) Renna Merrill

(70) Shakeria Moore

(71) Dorothy Mulkey

(72) Tony Newman

(73) Krista R. Oliver

(74) Andrea Paige

(75) Jennifer Parham

(76) Juanita Jones-Parham

(77) Valerie Parker

(78) Antonio L. Pearson

(79) Marquita Person

(80) Benjamin Phillips

(81) Johnnie Mae Posey

(82) Coretta Y. Reeves

(83) Marcus Terrell Rice

(84) Calvin F. Richardson, Jr.

(85) Denise Richardson

(86) Laurie Jones Robinson

(87) Margaret Robinson

(88) Michael Robinson

(89) Doris Sanders

(90) Samuel Shabazz

(91) Rose D. Shaw

(92) Rebecca Shorter

(93) Vivian Shorter

(94) Gregory Sinquefield

(95) Kendrick Spann

(96) Theresa Starling

(97) Tiffany Starling

(98) Anthony Streeter

(99) Terrance Tennille

(100) Larry Jerome Thomas, Jr.

(101) Shemiece Thompkins

(102) Lillian Thompson

(103) Shereekia Thornton

(104) Courtney Tolbert

(105) Carolyn Turner

(106) Dorsel Turner

(107) Lakeshia E. Warren

(108) Tarshekia Warren

(109) Dornal Whigham

(110) John Whigham

(111) Patricia Whigham

(112) Gary White

(113) Wendy White

(114) Albert William

(115) Vernie Williams

(116) Betty Young

(117) Chanda Young

(118) Santinia Young

53. Composite Exhibit of Personnel Files produced for all opt-in plaintiffs, or selected documents therefrom.


Equity reserves the right to use any Exhibit identified by any other party to the litigation and to use, for purposes of rebuttal or impeachment, documents or exhibits not identified by any party. Equity also reserves the right to use summaries or excerpts of the foregoing exhibits. Equity reserves the right to supplement this list in advance of trial.


                                        /s/ Howard A. Rosenthal
                                        Howard A. Rosenthal
                                        Gary D. Fry
**OF COUNSEL**:                          Malcolm S. Gould
Pelino & Lentz, P.C.                        Attorneys for Equity Group
One Liberty Place                           Eufaula Division, LLC
Thirty-Second Floor
1650 Market Street
Philadelphia, PA  19103
(215)665-1540

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
   & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION

```
BETTY ANN BURKS, et al.,        :
                                :
              Plaintiffs,       :
                                :
        v.                      :    No. 2:06-CV-1081-MEF
                                :
EQUITY GROUP EUFAULA            :
DIVISION LLC,                   :
                                :
              Defendant.        :
```

## CERTIFICATE OF SERVICE

The undersigned counsel for Equity Group-Eufaula Division, LLC hereby certifies that a true and correct copy of its Exhibit Disclosure in the above-captioned matter was filed electronically with the Clerk of Court on August 20, 2008 using the CM/ECF system, which will send notification of such filing to:

Robert J. Camp
RCAMP@COCHRANFIRM.COM

M. John Steensland , III
parkman@graceba.net, jjsteensland@yahoo.com

Richard Martin Adams
parkman@graceba.net

Samuel A. Cherry , Jr
scherry@cochranfirm.com, samcherry@cochranfirm.com

Joseph Davie Lane
jlane@cochranfirm.com, jdavidlane@aol.com

Bernard D Nomberg
bnomberg@cochranfirm.com,

Robert Lee Wiggins, Jr
rwiggins@wcqp.com

Candis Annette McGowan
cmcgowan@wcqp.com

Attorneys for Plaintiffs

/s/ Howard A. Rosenthal
Howard A. Rosenthal
Gary D. Fry
Malcolm S. Gould
  Attorneys for Equity Group
  Eufaula Division, LLC

**OF COUNSEL**:
Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA  19103
(215)665-1540

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
  & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834