IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION

| | |
|---|---|
| **BETTY ANN BURKS, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | No. 2:06-CV-1081-MEF |
| : | |
| **EQUITY GROUP-EUFAULA** : | |
| **DIVISION LLC,** : | |
| : | |
| Defendant. : | |

**TRIAL WITNESS DISCLOSURE OF
EQUITY GROUP - EUFAULA DIVISION, LLC.**

Pursuant to Rule 26(a)(3), F.R.C.P., and the Court's Scheduling Order of March 13, 2007, defendant Equity Group - Eufaula Division, LLC ("Equity") makes the following witness disclosure:

A.  **CURRENT AND FORMER REPRESENTATIVES OF EQUITY.**

Each of the following current and former representatives of Equity can be contacted through counsel for Equity, c/o Pelino & Lentz, P.C., One Liberty Place, 32nd Floor, Philadelphia, PA 19103, 215-665-1540.

1. Robin Stevens (Expect To Call)
2. Jim Bice (Expect To Call)
3. Greg Mills (Expect To Call)
4. Joe Preston (Expect To Call)
5. Kathy Gilmore (Expect To Call)
6. Tim Esslinger (Expect To Call)
7. Spence Jarnagin (Expect To Call)
8. Shauna Bouterse (Expect To Call)
9. LaConya Hawkins (May Call)

10. Randy Cline (May Call)
11. Ricky Lewis (May Call)
12. Butch White (May Call)
13. Tim Lawson (May Call)
14. Larnal Davis (May Call)
15. Charles Baxter (May Call)
16. Vicki Wentland (May Call)
17. Marilyn Smith (May Call)
18. Ree Allen (May Call)
19. Patrick Spencer (May Call)
20. Casi Ortiz (May Call)
21. Miguel Strofer (May Call)
22. Cornell Green (May Call)
23. Neal McCoy (May Call)
24. Leon Bowen (May Call)
25. James McElroy (May Call)
26. Sara Lynn (May Call)
27. Dee Green (May Call)
28. Anthony Smith (May Call)
29. Seretha Nelson (May Call)
30. Sampson Reeves (May Call)
31. Donna Bell (May Call)
32. Teresa Drake (May Call)
33. Sharonda Patrick (May Call)
34. Ken Kris (May Call)
35. Margaret Griffen (May Call)
36. Faith Avelleneda (May Call)

37. Shundra DeVorse (May Call)

38. Levern Johnson (May Call)

39. Kathleen Baryard (May Call)

40. Daisy Washington (May Call)

41. Tim Nolan (May Call)

42. Ida Toney (May Call)

43. Tonya Jones (May Call)

44. Leon Jones (May Call)

45. Shameka Green (May Call)

46. Miguel Strofer (May Call)

47. Candice Johnson (May Call)

48. AJ Owens (May Call)

49. Alexis Jones (May Call)

B. **EXPERT WITNESS.**

1. Stephan Konz
   2834 Oregon Street
   Manhattan, KS  66502
   758-539-5921
   (Expect to Call)

C. **PLAINTIFFS.**

Equity *may call* as of cross, if necessary, any of the following plaintiffs who are either named in the Amended Complaint or have otherwise filed Consents to Join in this matter, c/o Candis A. McGowan, Wiggins, Childs, Quinn & Pantazis, LLC, The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, 205-314-0500:

1. Mary Allen

2. Virginia Avery

3. Lillie Banks

-4-

4. Teresa Baxter

5. James Bedell

6. Katina Binion

7. Dorothy Blackmon

8. Willie May Blackmon

9. Karen Bowens

10. Betty Ann Burks

11. Pearline Burks

12. Sharon Bush

13. Brenda Calhoun

14. Ethel Carter

15. Suevetta Coleman

16. Latoya Corbitt

17. Anthony Culver

18. Tiffany Cunningham

19. Barbara Darby

20. Laurie Delbridge

21. Cherry A. DuVose

22. Katrina Favors

23. Chanda L. Ferguson

24. Kenneth Ford

25. Salintha Foster

26. Shervonne Foster

27. Renata Fuller

28. Glenn Tangela

29. Annie Glover-Patrick

30. Thomas Gosha

31. Alfonza Green
32. Gloria Gullette
33. Jimmy Lee Hamilton
34. Brian Hanks
35. Larry Hicks
36. Annie Ivery
37. Andre Jackson
38. Johnny L. Jackson
39. Terrance Jackson
40. Molinda J. Jacobs
41. Annie R. Johnson
42. Cedric D. Johnson
43. Derinda Johnson
44. Jennifer T. Johnson
45. Bessie Jones
46. Lottie Jones
47. Patricia Jones
48. Arleen Kennedy
49. Shirley Kennedy
50. Tracy L. Kennedy
51. Steven L. Kincey
52. Evelyn Lampley
53. Serenda Lampley
54. Emily Laseter
55. Felicia Laseter
56. Christopher Laster
57. Eddie Lewis

58. Brenda Lightner-Slater
59. Margie B. Lohman
60. Atravous Mahone
61. Anthony B. March
62. Mary March
63. Elethia Marshall
64. Monroe McCall
65. Dianne McCloud
66. Gertha R. McCrae
67. Anthony McKinnon
68. Dorothy A. McNair
69. Renna Merrill
70. Shakeria Moore
71. Ebone Morris
72. Dorothy Mulkey
73. Tony Newman
74. Krista R. Oliver
75. Andrea Paige
76. Jennifer Parham
77. Juanita Jones-Parham
78. Valerie Parker
79. Antonio L. Pearson
80. Marquita Person
81. Benjamin Phillips
82. Johnnie Mae Posey
83. Coretta Y. Reeves
84. Marcus Terrell Rice

85. Calvin F. Richardson, Jr.
86. Denise Richardson
87. Laurie Jones Robinson
88. Margaret Robinson
89. Michael Robinson
90. Doris Sanders
91. Samuel Shabazz
92. Rose D. Shaw
93. Rebecca Shorter
94. Vivian Shorter
95. Gregory Sinquefield
96. Kendrick Spann
97. Theresa Starling
98. Tiffany Starling
99. Anthony Streeter
100. Terrance Tennille
101. Larry Jerome Thomas, Jr.
102. Shemiece Thompkins
103. Lillian Thompson
104. Shereekia Thornton
105. Courtney Tolbert
106. Carolyn Turner
107. Dorsel Turner
108. Lakeshia E. Warren
109. Tarshekia Warren
110. Dornal Whigham
111. John Whigham

      112. Patricia Whigham

      113. Gary White

      114. Wendy White

      115. Albert William

      116. Vernie Williams

      117. Betty Young

      118. Chanda Young

      119. Santinia Young

To the extent that any of these witnesses fail to appear at trial, Equity reserves the right to utilize their deposition transcript and/or discovery responses, if available, in lieu of testimony in addition to seeking dismissal of their claims. Equity reserves the right to call, as of cross, any other plaintiff who has filed a Consent to Join in this matter, c/o Candis A. McGowan, Wiggins, Childs, Quinn & Pantazis, LLC, The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, 205-314-0500.

    **D.**    **THIRD PARTY WITNESSES.**

        1.    Jacqueline Davis
             16 South Avenue
             Clayton, AL
             334-775-9107
             (Expect to Call)

        2.    Jerry Foster, Representative
             Retail, Wholesale, and Department
                Store Union
             Alabama & Mid-South RWDSU Council
             1901 10th Avenue South
             Birmingham, AL  35205
             205-322-7462
             (May Call)

       3.    Henry Jenkins
           International Vice President
           Retail, Wholesale, and Department
             Store Union
           Alabama & Mid-South RWDSU Council
           1901 10th Avenue South
           Birmingham, AL  35205
           205-322-7462
           (May Call)

Equity reserves the right to call any witness identified by any other party to the litigation and to call, for purposes of rebuttal or impeachment, witnesses not identified by any party. Equity likewise reserves the right to supplement this list in advance of trial.

                                              /s/ Howard A. Rosenthal
                                       Howard A. Rosenthal
                                       Gary D. Fry

**OF COUNSEL**:                 Malcolm S. Gould
Pelino & Lentz, P.C.        Attorneys for Equity Group
One Liberty Place            Eufaula Division, LLC
Thirty-Second Floor
1650 Market Street
Philadelphia, PA  19103
(215)665-1540

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
   & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834

```
          IN THE UNITED STATES DISTRICT COURT
     FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION
```

BETTY ANN BURKS, <u>et</u> al.,     :
                                  :
         Plaintiffs,              :
                                  :
     v.                           :   No. 2:06-CV-1081-MEF
                                  :
EQUITY GROUP EUFAULA              :
DIVISION LLC,                     :
                                  :
         Defendant.               :

## CERTIFICATE OF SERVICE

The undersigned counsel for Equity Group-Eufaula Division, LLC hereby certifies that a true and correct copy of its Witness Disclosure in the above-captioned matter was filed electronically with the Clerk of Court on August 20, 2008 using the CM/ECF system, which will send notification of such filing to:

       Robert J. Camp
       RCAMP@COCHRANFIRM.COM

       M. John Steensland , III
       parkman@graceba.net, jjsteensland@yahoo.com

       Richard Martin Adams
       parkman@graceba.net

       Samuel A. Cherry , Jr
       scherry@cochranfirm.com, samcherry@cochranfirm.com

       Joseph Davie Lane
       jlane@cochranfirm.com, jdavidlane@aol.com

       Bernard D Nomberg
       bnomberg@cochranfirm.com,

       Robert Lee Wiggins, Jr
       rwiggins@wcqp.com

                    Candis Annette McGowan
                    cmcgowan@wcqp.com

                Attorneys for Plaintiffs

                                        /s/ Howard A. Rosenthal
                                    Howard A. Rosenthal
                                    Gary D. Fry

**OF COUNSEL**:                        Malcolm S. Gould
Pelino & Lentz, P.C.           Attorneys for Equity Group
One Liberty Place              Eufaula Division, LLC
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103
(215)665-1540

Joel P. Smith, Jr., Esquire
Williams, Pothoff, Williams
   & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027-1626
(334)687-5834