IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BETTY ANN BURKS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:06-cv-1081-MEF |
| ) | |
| EQUITY GROUP EUFAULA DIVISION, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

It is hereby ORDERED that the status conference set in this case for August 28, 2008 at 9:00 A.M. shall be conducted by telephone on a conference call arranged by counsel for the plaintiffs.

DONE this the 26th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE